David J. Bodney (006065)
bodneyd@ballardspahr.com
Brunn W. Roysden (028698)
roysdenb@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile:  602.798.5595

Attorneys for KPNX-TV Channel 12, a division of Multimedia Holdings Corporation; Scripps Media, Inc. dba KNXV-TV; Phoenix Newspapers, Inc.; and KPHO Broadcasting Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Abdul Malik Abdul Kareem, aka Decarus Thomas,<br><br>　　　　　Defendant. | No. CR-15-707-PHX-SRB (MHB)<br><br>**CORPORATE DISCLOSURE STATEMENT FOR KPNX-TV CHANNEL 12, A DIVISION OF MULTIMEDIA HOLDINGS CORPORATION** |

　　　　This Corporate Disclosure Statement is filed on behalf of Multimedia Holdings Corporation in compliance with the provisions of: (*check one*)

☒　　Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐　　Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

DMWEST #12454390 v1

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☒ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (*Attach additional pages if needed*.)

☐ <u>Multimedia, Inc. and Gannett Co., Inc.</u>   Relationship  <u>Subsidiary</u>

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

☐ _____ Relationship _____

☐ Other (please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

RESPECTFULLY SUBMITTED this 24th day of June, 2015.

BALLARD SPAHR LLP

By: /s/ David J. Bodney
David J. Bodney
Brunn W. Roysden
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555

Attorneys for KPNX-TV Channel 12, a division of Multimedia Holdings Corporation; Scripps Media, Inc. dba KNXV-TV; Phoenix Newspapers, Inc.; and KPHO Broadcasting Corporation

**CERTIFICATE OF SERVICE**

    I certify that on the 24th day of June, 2015, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

                                            By: /s/ Susan Brady Pearce

Ballard Spahr LLP
1 East Washington Street
Suite 2300
Phoenix, AZ 85004-2555