Kristen Brook
Arizona State Bar No. 023121
kristen.brook @usdoj.gov
Joseph E. Koehler
Arizona State Bar No. 013288
joe.koehler@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Abdul Malik Abdul Kareem,<br><br>　　　　　Defendant. | CR-15-707-PHX-SRB (MHB)<br><br>**NOTICE OF INTENT TO INTRODUCE EXPERT WITNESS TESTIMONY** |

　　　　The United States of America, by and through counsel undersigned, hereby provides notice that it may introduce certain evidence pursuant to Rule 702 of the Federal Rules of Evidence at the trial of this matter. Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States gives notice of its intent to use expert witness testimony under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief and/or in rebuttal at trial.

**1. <u>Kelli Edmiston & Icel Cavis Physical Scientist/Forensic Examiners, FBI Laboratory, Quantico, Virginia</u>**

　　　　The United States intends to introduce factual and expert testimony from Kelli Edmiston and Icel Cavis, FBI Physical Scientist/Forensic Examiners. Ms. Edminton and Mr. Cavis will testify about finger print analysis conducted on weapons, and other evidence involved in this case. Thier testimony will be focused on the viability and

number of fingerprint samples taken from the weapons and the physical evidence. They will also testify whether any valid exemplars could be taken from the evidence for comparison against known fingerprint exemplars, including those taken from Kareem, co-conspirators and others. Edminton and Cavis will further testify about the types of conditions and variables that can affect the ability to obtain a fingerprint from every individual who has touched a firearm.

Edminton and Cavis's testimony will be consistent with their reports and based on their training and experience as analysts for the Federal Bureau of Investigation Laboratory, Quantico, Virginia. Ms. Edminston or Mr. Cavis may respond to and/or rebut the opinions of any experts disclosed by the defense. The CVs' will be disclosed under separate cover.

### 2. Mark Sedwick, Special Agent

The United States intends to introduce factual and expert testimony from Mark Sedwick, FBI Special Agent, regarding cell phone cell site location information and mapping of that information. SA Sedwick will explain how cell phones use cell towers, generally, and how information provided by the cell phone company specifically shows the locations of Kareem's cell phone and co-conspirators' cell phones while in use at pertinent times prior to the attempted mass murder on May 3, 2015.

The cell phone data and initial mapping report/analysis have been previously provided to the defense counsel with the discovery materials. The CV has been disclosed under separate cover.

### 3. Robert Meshinsky, Special Agent

The United States intends to introduce factual and expert testimony from Robert Meshinsky, FBI Special Agent, regarding the downloading of cell phone information from cell phones seized from Kareem and others, from computers and from various digital media, including but not limited to hard drives, CDs, DVDs, flash drives, and GPS devices. SA Meshinsky conducted the forensic analysis on the computers, digital storage media, and cell phone evidence obtained in this case and will explain how he was able to

obtain information, files and other stored data from the cell phones and/or "SIM" cards associated with cell phones, as well as other digital storage media.

Special Agent Meshinsky is expected to testify consistent with the reports he has issued and will be issuing, as well as his interpretations of the relevant computer evidence, including but not limited to the following:

    (a)    The location, type, descriptions of relevant data found on the digital media and cell phones;

    (b)    The process by which he forensically previews electronic devices, media storage devices, computer hard drives, and cell phones;

    (c)    The process by which he makes a duplicate copy of the media storage devices to insure that no changes were made to the originals;

    (d)    The process by which he completes his forensic analysis; and

    (e)    The process whereby users can delete or remove items from electronic media.

All of Special Agent Meshinsky's opinions and conclusions will be consistent with these reports and based on his training and experience as a Criminal Investigator and Digital Extraction Technician for the Federal Bureau of Investigation.

The downloaded cell phone data and digital media have been previously disclosed to the defense counsel with the discovery materials. Any additional reports drafted in this case will be promptly disclosed to defense. The CV will be disclosed under separate cover.

**4.   Jeff Evans, FBI Information Technology Specialist**

The United States intends to introduce factual and expert testimony from Jeff Evans, FBI Information Technology Agent, regarding the downloading of cell phone information from cell phones seized from Kareem and others, from computers and from various digital media, including but not limited to hard drives, CDs, DVDs, flash drives, and GPS devices. Agent Evans will explain how he was able to obtain information, files

and other stored data from the cell phones and/or "SIM" cards associated with a cell phone, as well as all digital media.

The downloaded cell phone data and digital media have been previously disclosed to the defense counsel with the discovery materials. Any additional reports drafted in this case will be promptly disclosed to defense. The CV will be disclosed under separate cover.

### 5. Tarah Brown, FBI Forensic Examiner

The United States intends to introduce factual and expert testimony from Tarah Brown, FBI Forensic Examiner. Examiner Brown is one of the criminalists who performed some of the laboratory testing on the evidence in this case. Ms. Brown conducted testing and serology testing (for the presence of blood and DNA) on evidence in this case. Ms. Brown is expected to testify regarding the items received, her observations of those items, the testing used, the reliability of such testing, and the results of those tests. These findings are all contained in her reports, which have been disclosed to the defense, and as such, will not be repeated herein.

Ms. Brown's may respond to and/or rebut the opinions of any experts disclosed by the defense. If Ms. Brown is unavailable, another criminalist from her office will testify in her place and the government will promptly notify defense of the substitution. The CV will be disclosed under separate cover.

### 6. Candie Shegogue, FBI Physical Scientist / Forensic Examiner, Trace Evidence Unit

The United States intends to introduce factual and expert testimony from Candie Shegogue, FBI Forensic Examiner. Examiner Shegogue is one of the criminalists who performed some of the laboratory testing on the evidence in this case. Ms. Shegogue conducted a microscopic examination of hairs accomplished through stereomicroscopy and comparison microscopy testing. In addition to the hairs, Ms. Shegogue conducted microscopic examination of fibers accomplished through the examination of one or more

analytic techniques including stereomicroscopy, comparison microscopy, polarized light microscopy, florescent microscopy, and instrumentally using microspectrophotometry and Fourier transform / inferred spectroscopy. Ms. Shegogue is expected to testify regarding the items received, her observations of those items, the testing used, the reliability of such testing, and the results of those tests. These findings are all contained in her reports, which will be disclosed upon receipt by undersigned counsel.

Ms. Shegogue may respond to and/or rebut the opinions of any experts disclosed by the defense.   The CV will be disclosed under separate cover.

### 7. Antoine Frazier, Forensic Document Examiner

The United States intends to introduce factual and expert testimony from Antoine Frazier, FBI Forensic Document Examiner.  Examiner Frazier from the Questioned Document Unit with the FBI Forensic Document Unit in the FBI Laboratory Division will testify regarding examination and comparison of a handwriting exemplar compared to handwriting contained within specific notebooks, pieces of paper, and other handwritten evidence involved in this case. Forensic Document Examiner Frazier will testify regarding the process of comparison and the results he tendered in this case. Forensic Document Examiner Frazier's CV will be provided to defense counsel.

### 8. Jarett J. MacMaster, Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives

The United States intends to introduce factual and expert testimony from Special Agent Jarett MacMaster, United States Bureau of Alcohol, Tobacco, Firearms and Explosives. Agent MacMaster will testify to the information contained in his reports. Agent MacMaster will testify about analysis and examination of weapons seized in this case, specifically: Taurus model 85 Ultralite .38 caliber revolver and a Tanfoglio model Witness 9mm pistol. Agent MacMaster will testify about his physical examination of these firearms, as well as those recovered at the shooting scene in Garland, Texas, and about their properties, including the manufacturer, model, caliber, and serial numbers.

Agent MacMaster will testify about the location of manufacture of the Taurus and Tanfoglio firearms and that these weapons had to have been shipped in interstate commerce to be found in Arizona. The Agent's testimony and opinions will be based upon his training, experience, ATF's list of firearm manufacturer's locations and personal knowledge of the Manufactures of these weapons.  The Agent's reports and CV has been disclosed to the defense.

9. **Willliam Braniff, Executive Director, National Consortium for the Study of Terrorism and Responses to Terrorism**

The United States intends to introduce expert testimony from William Braniff.  Mr Braniff will provide background information on organizations within the global  jihadist movement, to include the relationship between ISIL, ISIS, the al-Qa'ida organization and al-Qa-ida in the Arabian Peninsula (AQAP).  Mr. Braniff will explain some of the processes by which individuals in foreign countries with seemingly little connection to jihadist fronts in place like Syria or Afghanistan became mobilized.  Mr. Braniff will discuss the role of Anwar al-Awlaki, an American citizen who became the leading English language ideologue for the global jihadist movement.  Mr. Braniff will also discuss the role of other ideologues for the global jihadist movements. Mr. Braniff will testify about the specific vocabulary used by persons associated with global jihadist movements to describe themselves, the world, and the community of people around them. Mr. Braniff will testify that within the global jihadist movement, "jihad" refers primarily to violent jihad.  The CV will be disclosed under separate cover.

10. **J.M. Berger, Nonresident Fellow, Project on U.S. Relations With the Islamic World, Brookings Institution Center for Middle East Policy**

The United States intends to introduce expert testimony from J.M. Berger.  Mr. Berger will testify about the history of American involvement in jihadist movements, the tactics of Islamic extremists on social media, and the evolution of the Islamic State, aka ISIL, aka ISIS.  Mr. Berger further will testify about specific propaganda releases

circulated by ISIL, individual ISIL propagandists, the use of "nasheeds" by Islamist extremists, and links between Jamaican Sheik Abdullah Faisal and ISIL. The CV will be disclosed under separate cover.

### 11. Rodney Jiggetts, FBI Firearms Examiner, Toolmarks Unit, FBI Laboratory Division

The United States intends to introduce factual and expert testimony from Rodney Jiggetts, Firearms / Toolmarks Unit, FBI Laboratory Division. Jiggetts will testify that casings found at a scene in Arizona where Kareem and others were witnessed shooting matched casings that were found at the shooting scene in Garland, Texas, on May 3, 2015. The government will provide reports to the defense upon receipt by undersigned counsel.

### 12. Arabic Language Expert

The United States intends to introduce factual and expert testimony regarding Arabic language terminology used by Simpson and other co-conspirators in this case.

Respectfully submitted this 19th day of October, 2015.

          JOHN S. LEONARDO
          United States Attorney
          District of Arizona

          *s/ Kristen Brook*
          KRISTEN BROOK
          JOSEPH E. KOEHLER
          Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of October, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to counsel for the defendant via the ECF system.

**Daniel Maynard, Attorney for Defendant**

By: */s Joseph E. Koehler*
Joseph E. Koehler
Assistant U.S. Attorney