JOHN S. LEONARDO
United States Attorney
District of Arizona

Kristen Brook
Arizona State Bar No. 023121
kristen.brook @usdoj.gov
Joseph E. Koehler
Arizona State Bar No. 013288
joe.koehler@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>    vs.<br><br>Abdul Malik Abdul Kareem,<br><br>              Defendant. | CR-15-707-PHX-SRB (MHB)<br><br>**SUPPLEMENTAL NOTICE OF INTENT TO INTRODUCE EXPERT WITNESS TESTIMONY** |

The United States of America, by and through counsel undersigned, hereby provides supplemental notice that it may introduce certain evidence pursuant to Rule 702 of the Federal Rules of Evidence at the trial of this matter. Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States supplement's its notice of intent to use expert witness testimony under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief and/or in rebuttal at trial. The United States names below two additional subject matter experts on the global jihadist movement. Their expert testimony is similar in nature to that of William Braniff and J.M. Berger listed

previously on October 19, 2015. (Doc. 103.) As the government has notified the defense, J.M. Berger will not be called to testify in the government's case.

1. **Lorenzo Vidino, Director of Program on Extremism, Center for Cyber and Homeland Security, George Washington University**

2. **Evan Kohlmann, Chief of Research and Development at Flashpoint Global Partners**

The United States intends to introduce expert testimony from Lorenzo Vidino and Evan Kohlmann. Mr Vidino and Mr. Kohlmann will provide background information on organizations within the global jihadist movement, to include the relationship between ISIL, ISIS, the ai-Qai'ida organization and ai-Qa-ida in the Arabian Peninsula (AQAP). Mr Vidino and Mr. Kohlmann will explain some of the processes by which individuals in foreign countries with seemingly little connection to jihadist fronts in place like Syria or Afghanistan became mobilized. Mr Vidino and Mr. Kohlmann will discuss the role of Anwar ai-Awlaki, an American citizen who became the leading English language ideologue for the global jihadist movement. Mr Vidino and Mr. Kohlmann will also discuss the role of other ideologues for the global jihadist movements. Mr. Braniff will testify about the specific vocabulary used by Kareem and his co-conspirators to describe themselves and the world and the community of people around them. Mr Vidino and Mr. Kohlmann will testify that jihad refers primarily to violent jihad, which is traditionally understood to be the lesser jihad (lesser in importance).

Mr Vidino and Mr. Kohlmann will testify about tracking ISIS and other contemporary terrorist movements, particularly over online media such as Twitter and other communication platforms. Vidino and Kohlmann will testify about the nature of online recruitment, communication platforms used, and communication techniques and strategies. Vidino and Kohlman will testify about compartmentalization and the indirect means of communication between U.S. foot soldiers ISIS members abroad.

Mr. Kohlmann may also be called to testify about a forensic examination of computer equipment and cell phones in this case. Kohlmann may testify regarding the

downloading of cell phone information from cell phones seized from the defendant and his co-conspirators, computers, and digital media, including but not limited to hard drives, CDs, DVDs, and GPS devices. Kohlmann may conduct a forensic analysis on the computer/media storage devices and cell phone evidence obtained in this case and will explain how he was able to obtain information, files and other stored data from the cell phones and/or "SIM" cards associated with cell phones, as well as all digital media.

Kohlmann would then testify consistent with any reports he issues, as well as his interpretations of the relevant computer evidence, including but not limited to the following:

(a) The location, type, descriptions of relevant data found on the digital media and cell phones;

(b) The process by which he forensically previews electronic devices, media storage devices, computer hard drives, and cell phones;

(c) The process by which he makes a duplicate copy of the media storage devices to insure that there are no changes made to the originals;

(d) The process by which he completes his forensic analysis; and

(e) The process whereby users can delete or remove items from electronic media.

Any additional reports drafted in this case will be promptly disclosed to defense. The CVs' will be disclosed under separate cover.

Respectfully submitted this 12th day of November, 2015.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/ Kristen Brook*_____
KRISTEN BROOK
JOSEPH E. KOEHLER
Assistant U.S. Attorneys

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on the 12th day of November, 2015, I electronically filed the |
| 3 | foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate |
| 4 | copies have been transmitted electronically to counsel for the defendant via the ECF |
| 5 | system. |
| 6 | **Daniel Maynard, Attorney for Defendant** |