Daniel D. Maynard, No. 009211
**MAYNARD CRONIN ERICKSON**
**CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Suite 1800
Phoenix, Arizona 85012
(602) 279-8500

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.  CR 15-00707-PHX-SRB |
| Plaintiff, | **DEFENDANT'S NOTICE OF INTENT TO INTRODUCE EXPERT WITNESS TESTIMONY** |
| v. | |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

Defendant, Abdul Malik Abdul Kareem ("Mr. Abdul Kareem"), by and through undersigned counsel, pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, gives notice of his intent to use expert witness testimony under Rules 702, 703, or 705 of the Federal Rules of Evidence at trial.

1.    James Carrieres, Forensic Computer Examiner.

Mr. Abdul Kareem intends to introduce factual and expert testimony regarding his forensic examination of the hard drives and flash drive provided by the government, purported to be the computers, digital storage data and cell phone data the Government has obtained in this case.  Mr. Carrieres' CV will be disclosed under separate cover.

2.    Daveed Gartenstein-Ross.

Mr. Abdul Kareem intends to introduce factual and expert testimony concerning the criteria used to establish if someone is a radicalized terrorist and whether Mr. Abdul Kareem fits into that criteria. Dr. Gartenstein-Ross' CV will be disclosed under separate cover.

1    3.    Marc Sageman, M.D., Ph.D.

2    Mr. Abdul Kareem intends to introduce factual and expert information regarding

3    terrorism, radicalization, and Mr. Abdul Kareem's association or lack thereof.  Dr. Sageman's

4    CV will be disclosed under separate cover.

5    4.    One or two representatives of the Muslim Community.

6    Mr. Abdul Kareem intends to introduce factual and expert testimony concerning the

7    tenants of the Muslim religion and to provide background to the jury on Islam and its place in

8    the Phoenix community.

9    5.    An electronic device analyst.

10    Mr. Abdul Kareem intends to introduce factual and expert testimony regarding the

11    forensic analysis of electronic devices and analysis of the location of these devices based on

12    historical records.

13    RESPECTFULLY SUBMITTED this 11th day of December, 2015.

14    **MAYNARD CRONIN ERICKSON**
**CURRAN & REITER, P.L.C.**

15    By /s/Daniel D. Maynard
16    Daniel D. Maynard
3200 North Central Avenue, Suite 1800
17    Phoenix, Arizona 85012
Attorney for Defendant
18
**ORIGINAL** of the foregoing e-filed this 11th day of December, 2015 via ECF with:
19    Clerk of the Court
United States District Court
20    401 W. Washington
Phoenix, AZ 85003
21
22    **COPY** of the foregoing e-delivered this 11th day of December, 2015 via ECF to:

23    Kristen Brook
Joseph E. Koehler
US Attorneys Office
24    2 Renaissance Square
40 N. Central Ave., Ste. 1200
25    Phoenix, AZ 85004-4408
Attorneys for Plaintiff
26
- 2 -

1    /s/Stacey Tanner