**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL TRIAL MINUTES**

Phoenix Division

CR 15 / 00707/ 1 PHX SRB     DATE: 2-17-16
 Year    Case No.  Dft #

HON: SUSAN R. BOLTON

USA  v.    Kareem, Abdul Malik Abdul
         Last Name         First Name      Middle Initial

DEFENDANT: X  Present  __ Not Present  __ Released  X Custody  __Writ

Deputy Clerk: Maureen Williams   Court Reporter:  Liz Lemke

U.S. Attorney: Kristen Brook and Joseph Koehler with case agent Stewart Whitson

Defense Attorney: Daniel Maynard and Mary Plomin with investigator Jonathan Colvin
               __ AFPD  X Appointed  __ Retained
Interpreter:   Language:

**PROCEEDINGS:/ X /JURY TRIAL  /__/COURT TRIAL  /__/VOIR DIRE  /__/JURY SWORN**

Trial Day #   2   Waiver of Jury trial filed    n/a

9:40 a.m.  Reconvene.  Jury panel is present.  Voir dire continues.  ASL interpreter Helen Young is present to interpret for Juror #47.  10:38 a.m.  Jury panel is excused from the courtroom, and court remains in session.  Government's counsel and Defense counsel advise the Court they do not have any challenges for cause.  Matters discussed.  10:48 a.m.  Recess.

11:07 a.m.  Reconvene.  Jury panel is not present.  Prospective jurors discussed.  11:08 a.m.  Recess.

11:39 a.m.  Reconvene.  Jury panel is present.  A jury of 16 is seated and administered the oath.  The Court reads the preliminary jury instructions.  12:08 p.m.  Jury is excused from the courtroom, and court remains in session. Discussion held re: Defense counsel's objection to a particular photograph Government's counsel wishes to use in its opening statements.  The Court will allow Government's counsel to display said photograph.  12:10 p.m. Recess.

1:17 p.m.  Reconvene.  Jury is present.  Indictment is read.  Opening statements.  2:14 p.m.  Recess.

2:38 p.m.  Reconvene.  Jury is present.  Opening statements continue.  **Government's case:** Bruce Joiner is sworn and examined.  Exhibit 1 is admitted.  Witness is excused.  Defense counsel invokes the Rule of Exclusion of Witnesses.  Gregory Stevens is sworn and examined.  Exhibits 2 and 3 are admitted.  Witness is excused. Brian Marlow is sworn and examined.  Exhibits 75, 7 and 8 are admitted.  4:26 p.m.  Jury is excused until

9:00 a.m., February 18, 2016, and court remains in session. Photographs of witnesses, which will be provided to the jury, are discussed. Trial procedure is discussed.

4:31 p.m. Court stands at recess until 9:00 a.m., February 18, 2016.