# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### CRIMINAL TRIAL MINUTES

Phoenix Division

CR 15 / 00707/ 1 PHX SRB     DATE: 2-18-16
 Year    Case No.  Dft #

HON: SUSAN R. BOLTON

USA  v.     Kareem, Abdul Malik Abdul
          Last Name       First Name      Middle Initial

DEFENDANT: X  Present  __ Not Present  __ Released  X Custody  __Writ

Deputy Clerk: Maureen Williams    Court Reporter:   Liz Lemke

U.S. Attorney: Kristen Brook and Joseph Koehler with case agent Stewart Whitson

Defense Attorney: Daniel Maynard and Mary Plomin
                         __ AFPD   X Appointed  __ Retained
Interpreter:_   Language:_

**PROCEEDINGS:/ X /JURY TRIAL  /__/COURT TRIAL  /_/VOIR DIRE  /_/JURY SWORN**

Trial Day #   3   Waiver of Jury trial filed    n/a

9:05 a.m.  Reconvene.  Jury is present.  Juror question submitted this date is addressed. **Government's case [continued]:** Brian Marlow is examined further. Exhibits 373, 376, 10, 11, 377, 12, 13, 379, 15, 16, 382, 17, 18, 378, 5, 6, 381, 70, 71, 9, 32, 33, 31, 72, 19 through 26, 30, 34 through 38, 79 through 81, 27 through 29, 55 and 57 through 60 are admitted. 10:14 a.m.  Recess.

10:33 a.m.  Reconvene.  Jury is present.  Brian Marlow is examined further. Exhibits 61 through 65, 67, 371, 367 through 370, 372, 73, 76 through 78 and 54 are admitted.  Witness is excused, subject to recall. Jeffrey Nash is sworn and examined.  Exhibit 504 is admitted. 11:42 a.m.  Recess.

1:20 p.m.  Reconvene.  Jury is present.  Jeffrey Nash is examined further.  Witness is excused.  Mario Calbone is sworn and examined.  Exhibits 518, 161 and 519 are admitted.  Witness is excused.  Brian Marlow, previously sworn and examined, is examined further.  Witness is excused.  Robert Meshinsky is sworn and examined.  Exhibits 392, 173, 176, 177, 179 through 183 are admitted.  2:46 p.m.  Recess.

2:56 p.m.  Reconvene.  Jury is not present.  Government's counsel advises the Court that ABC 15 News contacted the juvenile witnesses' mother yesterday.  Discussion held.  3:01 p.m.  Recess.

3:07 p.m.  Reconvene.  Jury is present.  Robert Meshinsky is examined further.  Witness is excused, subject to recall.  Jason Saitta is sworn and examined.  Exhibits 203, 393, 263, 394 and 86 are admitted.  Witness is excused. Charles Stanley is sworn and examined.  Exhibits 385, 84, 387, 388, 95, 395, 396 and 390 are admitted.  Witness is excused.

4:07 p.m.  Court stands at recess until 9:00 a.m., February 19, 2016.