## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CRIMINAL TRIAL MINUTES

Phoenix Division

CR 15 / 00707/ 1 PHX SRB     DATE: 2-19-16
 Year    Case No.  Dft #

HON: SUSAN R. BOLTON

USA  v.    Kareem, Abdul Malik Abdul
        Last Name        First Name       Middle Initial

DEFENDANT: X Present   __ Not Present   __ Released  X Custody   __Writ

Deputy Clerk: Maureen Williams   Court Reporter:  Liz Lemke

U.S. Attorney: Kristen Brook and Joseph Koehler with case agent Stewart Whitson

Defense Attorney: Daniel Maynard and Mary Plomin
                    __ AFPD   X Appointed  __ Retained
Interpreter: _ Language: _

**PROCEEDINGS:/ X /JURY TRIAL  /__/COURT TRIAL  /__/VOIR DIRE  /__/JURY SWORN**

Trial Day #  4  Waiver of Jury trial filed    n/a

9:09 a.m.  Reconvene.  Jury is present.  **Government's case [continued]:** Abdullah Mubarek is sworn and examined. Witness is excused. Matt Reinsmoen is sworn and examined. Exhibits 92, 384, 205 through 207, 94 and 96 through 103 are admitted. Witness is excused. 10:21 a.m. Jury is excused from the courtroom, and court remains in session. Discussion held re: juror question submitted this date. Defense counsel advises the Court that Government's counsel is not timely disclosing their witnesses to be called for the next trial day. Discussion held. IT IS ORDERED that Government's counsel shall disclose to Defense counsel their witnesses for the next trial day at least 24 hours before the witness is called to testify. This rule shall also apply to Defense counsel. 10:30 a.m.  Recess.

10:43 a.m. Reconvene. Jury is present. The Court addresses the jury regarding the juror question submitted this date. Charles Stanley, previously sworn and examined, is examined further. Exhibits 85 and 204 are admitted. Witness is excused. Stephen Kent is sworn and examined. Exhibits 124, 400, 403, 118, 117 and 401 are admitted. Witness is excused, subject to recall. Hilda Graulau is sworn and examined. Exhibits 112, 397 and 398 are admitted. Witness is excused. Stephen Kent resumes the stand and is examined further. Exhibits 114, 405, 404, 406 and 119 are admitted. Witness is excused. 11:44 a.m. Recess.

1:03 p.m.  Reconvene.  Jury is present. Stefan Verdugo is sworn and examined. 2:31 p.m. Jury is excused from the courtroom, and court remains in session. Matters discussed.  2:34 p.m.  Recess.

2:46 p.m.  Reconvene. Jury is present.  Stefan Verdugo is examined further.  Witness is excused.  Amy Vaughan is sworn and examined.  Exhibits 162, 163, 279, 281 through 286, 300, 307 and 311 through 314 are admitted.

4:01 p.m.  Court stands at recess until 9:00 a.m., February 23, 2016.