**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL TRIAL MINUTES**

Phoenix Division

CR 15 / 00707/ 1 PHX SRB    DATE: 2-23-16
 Year   Case No.  Dft #

HON: SUSAN R. BOLTON

USA  v.   Kareem, Abdul Malik Abdul
          Last Name       First Name     Middle Initial

DEFENDANT: X Present  __ Not Present  __ Released  X Custody  __Writ

Deputy Clerk: Maureen Williams   Court Reporter:  Liz Lemke

U.S. Attorney: Kristen Brook and Joseph Koehler with case agent Stewart Whitson

Defense Attorney: Daniel Maynard and Mary Plomin
                  __ AFPD  X Appointed  __ Retained
Interpreter:   Language:

**PROCEEDINGS:/ X /JURY TRIAL  /__/COURT TRIAL  /__/VOIR DIRE  /__/JURY SWORN**

Trial Day #   5   Waiver of Jury trial filed    n/a

9:04 a.m. Reconvene. Jury is present. **Government's case [continued]:** Witness being called out of order, Amber Pluff is sworn and examined. Witness is excused. Amy Vaughan is examined further. Exhibits 315, 319 through 321, 326 through 334, 338, 340 through 342, 346, 347 and 242 are admitted. Admission of Exhibit 242 is withdrawn and Exhibit 243 is admitted. Exhibits 209, 216, 218, 219, 223, 225, 229 and 232 are admitted. 10:09 a.m. Jury is excused from the courtroom, and court remains in session. Discussion held regarding a juror. Defense counsel advises the Court two of Defendant's subpoenaed witnesses appeared this date who do not wish to be subject to said subpoena. Witnesses Anthony Sampson and Stuart Sampson are present in the courtroom. The Court addresses the witnesses to advise that they are subject to the subpoena until they are released from their subpoenas. 10:21 a.m. Recess.

10:31 a.m. Reconvene. Jury is present. Juror question submitted this date is discussed. Amy Vaughan is examined further. Exhibits 233 through 237, 239, 240, 250, 251, 254, 260, 262, 265, 271, 273, 127 through 130 and 133 through 136 are admitted. 11:11 a.m. Recess.

11:24 a.m. Reconvene. Jury is present. Witness being called out of order, Waseem Hyman is affirmed and examined. Exhibits 431 and 351 are admitted. Witness is excused. Amy Vaughan is examined further. Exhibits 185 through 187 and 450 through 455 are admitted. Government's offer of Exhibit 456 is taken under advisement. Exhibits 457 through 459 and 467 through 469 are admitted. 12:09 p.m. Recess.

1:31 p.m. Reconvene. Jury is present. Amy Vaughan is examined further. Witness is excused, subject to recall. Giovanni [last name omitted] is sworn and examined. 2:57 p.m. Recess.

3:16 p.m. Reconvene. Jury is present. Giovanni [last name omitted] is examined further. Witness is excused. Nicole Medellin is sworn and examined. Witness is excused. Sergio Martinez Chavez is sworn and examined. Exhibit 432 is admitted. 4:28 p.m. Jury is excused until 9:00 a.m., February 24, 2016, and court remains in session. Discussion held regarding a juror. Matter discussed. Government's counsel is directed to provide to Defense counsel an EC that Ms. Maxwell transmitted to the case agent. Witness photographs are discussed. Witnesses scheduled to testify on February 24, 2016, are discussed.

4:44 p.m. Court stands at recess until 9:00 a.m., February 24, 2016.