# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL TRIAL MINUTES

Phoenix Division

CR 15 / 00707/ 1 PHX SRB     DATE: 2-24-16
 Year   Case No.  Dft #

HON: SUSAN R. BOLTON

USA v.   Kareem, Abdul Malik Abdul
         Last Name    First Name    Middle Initial

DEFENDANT: X Present  __ Not Present  __ Released  X Custody  __ Writ

Deputy Clerk: Maureen Williams    Court Reporter:   Liz Lemke

U.S. Attorney: Kristen Brook and Joseph Koehler with case agent Stewart Whitson

Defense Attorney: Daniel Maynard and Mary Plomin
                  __ AFPD  X Appointed  __ Retained
Interpreter:   Language:

**PROCEEDINGS:/ X /JURY TRIAL  /__/COURT TRIAL  /__/VOIR DIRE  /__/JURY SWORN**

Trial Day #   6   Waiver of Jury trial filed    n/a

9:02 a.m. Reconvene. Jury is present. **Government's case [continued]:** Sergio Martinez Chavez is examined further. Witness is excused. Matthew Jenkins is sworn and examined. Exhibits 460 through 466, 470, 110 and 104 through 109 are admitted. Witness is excused. Rodney Jiggetts is sworn and examined. Witness is excused, subject to recall. 9:48 a.m. Jury is excused from the courtroom, and court remains in session. Matters discussed. 9:50 a.m. Recess.

10:08 a.m. Reconvene. Jury is present. Michael Lum is sworn and examined. Exhibits 433, 142, 434 through 442, 126, 132, 131, 125, 366 and 138 are admitted. Witness is excused. Clint Hemberg is sworn and examined. Exhibits 443, 122, 444, 115, 113 and 200 are admitted. Witness is excused. Jennifer Fisher is sworn and examined. Exhibits 120, 445 and 446 are admitted. Witness is excused. Kathy Appleton is sworn and examined. Exhibits 447 and 116 are admitted. Witness is excused. 11:30 a.m. Recess.

12:47 p.m. Reconvene. Jury is present. Carlos [last name omitted] is sworn and examined. Witness is excused. Juan [last name omitted] is sworn and examined. Exhibit 532 is admitted. 2:14 p.m. Recess.

2:31 p.m. Reconvene. Jury is present. Juan [last name omitted] is examined further. Witness is excused. 2:58 p.m. Recess.

3:18 p.m. Reconvene. Jury is present. Jarett MacMaster is sworn and examined. Witness is excused. 3:53 p.m. Jury is excused until 9:30 a.m., February 25, 2016, and court remains in session. Witness Billy Ferguson is discussed. Government's offer of Exhibits 157, 456, 289 through 293, 297, 304, 305 and 310 are discussed. The Court will review said exhibits. Scheduling of a *Daubert* Hearing as to Evan Kohlmann is discussed. Further discussion of a juror held.

4:12 p.m. Court stands at recess until 9:30 a.m., February 25, 2016.