**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL TRIAL MINUTES**

Phoenix Division

<u>CR 15 / 00707/ 1 PHX SRB</u>     DATE:<u> 2-25-16  </u>
 Year    Case No.   Dft #

HON:<u> SUSAN R. BOLTON         </u>

USA  v.  <u>   Kareem, Abdul Malik Abdul                </u>
           Last Name         First Name       Middle Initial

DEFENDANT:<u> X</u> Present   __ Not Present   __ Released  <u>X</u> Custody   __Writ

Deputy Clerk:<u> Maureen Williams  </u> Court Reporter:<u>   Liz Lemke        </u>

U.S. Attorney:<u> Kristen Brook and Joseph Koehler with case agent Stewart Whitson </u>

Defense Attorney:<u> Daniel Maynard and Mary Plomin    </u>
                  __ AFPD  <u>X</u> Appointed  __ Retained
Interpreter:<u> </u>  Language:<u> </u>

**PROCEEDINGS:**/<u>X</u>/JURY TRIAL  /__/COURT TRIAL  /__/VOIR DIRE  /__/JURY SWORN

Trial Day #<u>   7   </u>Waiver of Jury trial filed   <u> n/a </u>

9:35 a.m. Reconvene. Jury is present. **Government's case [continued]:** Kelli Edmiston is sworn and examined. Exhibits 357, 472 and 139 are admitted. Witness is excused. Sean Raper is sworn and examined. Witness is excused. 10:44 a.m. Jury is excused from the courtroom, and court remains in session. Trial witnesses and trial schedule are discussed. 10:56 a.m. Recess.

11:03 a.m. Reconvene. Jury is present. Karem Fabian is sworn and examined. Witness is excused. Jeffrey Evans is sworn and examined. Exhibits 352, 356, 358 and 473 are admitted. 12:01 p.m. Recess.

1:22 p.m. Reconvene. Jury is present. Jeffrey Evans is examined further. Exhibit 477 is admitted. Witness is excused, subject to recall. Amy Vaughan, previously sworn and examined, is examined further. Exhibits 266 and 274 through 277 are admitted. Witness is excused. Trial schedule is discussed. 1:40 p.m. Jury is excused until 9:00 a.m., February 26, 2016 and court remains in session. Government's offer of Exhibits 289 through 293, 310, 297, 304, 305, 310, 157 and 456 are argued to the Court. Without objection, Exhibit 290 is admitted. The Court having taking the offer of Exhibit 456 under advisement on February 23, 2016, Exhibit 456 is admitted. Exhibits 291, 293, 310, and parts of 157 are refused as presently marked. Defendant's Motion to Preclude or Limit Expert Testimony [Doc. 206] as to Evan Kohlmann is argued to the Court. Defendant's Motion will be discussed further on February 26, 2016. Trial witnesses for February 26 are discussed.

2:36 p.m. Court stands at recess until 9:00 a.m., February 26, 2016.