# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL TRIAL MINUTES

Phoenix Division

CR 15 / 00707/ 1 PHX SRB     DATE: 2-26-16
 Year    Case No.  Dft #

HON: SUSAN R. BOLTON

USA  v.   Kareem, Abdul Malik Abdul
         Last Name         First Name       Middle Initial

DEFENDANT: X Present  __ Not Present  __ Released  X Custody  __Writ

Deputy Clerk: Maureen Williams   Court Reporter:  Liz Lemke

U.S. Attorney: Kristen Brook and Joseph Koehler with case agent Stewart Whitson

Defense Attorney: Daniel Maynard and Mary Plomin
                __ AFPD  X Appointed  __ Retained
Interpreter: __ Language: __

**PROCEEDINGS:/ X /JURY TRIAL  /__/COURT TRIAL  /__/VOIR DIRE  /__/JURY SWORN**

Trial Day #  8  Waiver of Jury trial filed    n/a

9:07 a.m. Reconvene. Jury is present. **Government's case [continued]:** James Richard Henderson is sworn and examined. Witness is excused. Jeffrey Evans, previously sworn and examined, is examined further. Exhibit 354 is admitted. Witness is excused. Mustafa Hassan is sworn and examined. Exhibit 475 is admitted. Witness is excused. Gregory Neville is sworn and examined. Exhibits 478 and 479 are admitted. 10:16 a.m. Recess.

10:37 a.m. Reconvene. Jury is present. Gregory Neville is examined further. Exhibits 153 through 156 and 480 are admitted. 11:59 a.m. Recess.

1:19 p.m. Reconvene. Jury is present. Gregory Neville is examined further. Witness is excused. Robert Meshinsky, previously sworn and examined, is examined further. Exhibits 348 through 350 and 481 are admitted. Witness is excused, subject to recall. Stewart Whitson is sworn and examined. Exhibits 407 through 422, 424 through 428 and 430 are admitted. 2:27 p.m. Jury is excused from the courtroom, and court remains in session. Government's counsel are directed to provide a copy to the Court the transcript of Defendant's videotaped interview. Juror #3 is discussed. Government's counsel and Defense counsel are in agreement that said juror should be excused as discussed on the record. The Court will excuse said juror at the end of the trial day off the record. Trial witnesses are discussed. 2:32 p.m. Recess.

2:48 p.m. Reconvene. Jury is present. Stewart Whitson is examined further. Exhibits 190, 486, 487, 471, 140 and 141 are admitted.

3:46 p.m. Court stands at recess until 9:00 a.m., March 1, 2016.