# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL TRIAL MINUTES

Phoenix Division

CR 15 / 00707/ 1 PHX SRB     DATE: 3-1-16
 Year   Case No.  Dft #

HON: SUSAN R. BOLTON

USA  v.   Kareem, Abdul Malik Abdul
         Last Name      First Name     Middle Initial

DEFENDANT: X Present  __ Not Present  __ Released  X Custody  __Writ

Deputy Clerk: Maureen Williams   Court Reporter:  Liz Lemke

U.S. Attorney: Kristen Brook and Joseph Koehler with case agent Stewart Whitson

Defense Attorney: Daniel Maynard and Mary Plomin
             __ AFPD  X Appointed  __ Retained
Interpreter:__  Language:__

**PROCEEDINGS:/ X /JURY TRIAL  /__/COURT TRIAL  /__/VOIR DIRE  /__/JURY SWORN**

Trial Day #  9  Waiver of Jury trial filed   n/a

9:09 a.m. Reconvene. Jury is present. Juror question submitted on February 26, 2016, is addressed. **Government's case [continued]:** Witness being called out of order, Robert Meshinsky, previously sworn and examined, is examined further. Exhibits 488 through 492, 164 through 172, 40 through 47 and 494 are admitted. Witness is excused. Evan Kohlmann is sworn and examined [appearing by video teleconference]. 10:35 a.m. Recess.

10:53 a.m. Reconvene. Jury is present. Evan Kohlmann is sworn and examined further [appearing by video teleconference]. Demonstrative Exhibit 383 is shown to the jury but is not admitted at this time. Exhibit 391 is admitted. 12:01 p.m. Recess.

1:18 p.m. Reconvene. Jury is present.   Evan Kohlmann is sworn and examined further [appearing by video teleconference]. Exhibits 495 and 496 are admitted. 2:45 p.m. Recess.

3:01 p.m. Reconvene. Jury is present. Evan Kohlmann is sworn and examined further [appearing by video teleconference]. 4:30 p.m. Jury is excused until 9:00 a.m., March 2, 2016, and court remains in session. Government's request to admit redacted Exhibit 157 is argued to the Court. Exhibit 157 as redacted is admitted. Trial witnesses for March 2, 2016, are discussed.

4:43 p.m. Court stands at recess until 9:00 a.m., March 2, 2016.

**LATER:** IT IS ORDERED denying Defendant's Motion to Preclude or Limit Expert Testimony [Doc. 206].