# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL TRIAL MINUTES

Phoenix Division

<u>CR 15 / 00707/ 1 PHX SRB</u>     DATE:<u> 3-2-16  </u>
 Year    Case No.   Dft #

HON:<u> SUSAN R. BOLTON         </u>

USA  v.  <u>  Kareem, Abdul Malik Abdul                      </u>
          Last Name         First Name      Middle Initial

DEFENDANT:<u> X</u>  Present   <u> </u> Not Present   <u> </u> Released   <u>X</u> Custody   <u> </u>Writ

Deputy Clerk:<u> Maureen Williams  </u> Court Reporter:<u>   Liz Lemke           </u>

U.S. Attorney:<u> Kristen Brook and Joseph Koehler with case agent Stewart Whitson </u>

Defense Attorney:<u> Daniel Maynard and Mary Plomin     </u>
                 <u> </u> AFPD  <u> X</u> Appointed  <u> </u> Retained
Interpreter:<u> </u>  Language:<u> </u>

**PROCEEDINGS:/<u> X</u> /JURY TRIAL  /<u> </u>/COURT TRIAL  /<u> </u>/VOIR DIRE  /<u> </u>/JURY SWORN**

Trial Day #<u>   10   </u>Waiver of Jury trial filed   <u> n/a  </u>

9:05 a.m.  Reconvene.  Jury is present. **Government's case [continued]:** Evan Kohlmann is examined further [appearing by video teleconference].  Witness is excused.  Exhibits 383 and 497 are admitted.  Ali Soofi is sworn and examined.  10:21 a.m.  Recess.

10:41 a.m. Reconvene.  Jury is present.  Ali Soofi is examined further.  12:00 p.m.  Recess.

1:18 p.m.  Reconvene.  Jury is present.  Ali Soofi is examined further.  Witness is excused.  2:32 p.m.  Recess.

2:46 p.m.  Reconvene.  Jury is not present.  Matters discussed.  2:50 p.m.  Jury is present in the courtroom.  Stewart Whitson, previously sworn and examined, is examined further.  Exhibits 547 through 549, 553, 554 [subject to redaction] and 555 through 557 are admitted.

4:14 p.m.  Court stands at recess until 1:00 p.m., March 3, 2016.