# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL TRIAL MINUTES

Phoenix Division

CR 15 / 00707/ 1 PHX SRB     DATE: 3-3-16
 Year   Case No.  Dft #

HON: SUSAN R. BOLTON

USA  v.   Kareem, Abdul Malik Abdul
         Last Name     First Name    Middle Initial

DEFENDANT: X Present  __ Not Present  __ Released  X Custody  __Writ

Deputy Clerk: Maureen Williams   Court Reporter:   Liz Lemke

U.S. Attorney: Kristen Brook and Joseph Koehler with case agent Stewart Whitson

Defense Attorney: Daniel Maynard and Mary Plomin
                  __ AFPD  X Appointed  __ Retained
Interpreter:_  Language:_

**PROCEEDINGS:/ X /JURY TRIAL  /__/COURT TRIAL  /__/VOIR DIRE  /__/JURY SWORN**

Trial Day #  11  Waiver of Jury trial filed   n/a

1:02 p.m.  Reconvene.  Jury is present. **Government's case [continued]:** Stewart Whitson is examined further. Exhibits 196, 558, 565, 545 and 546 are admitted.  2:31 p.m.  Recess.

2:50 p.m.  Reconvene.  Jury is present.  Stewart Whitson is examined further.  Exhibit 498 is admitted. Government's counsel reads the parties' stipulation to the jury.  Government rests.  Sidebar held re: Defendant's oral Motion for Judgment of Acquittal.  IT IS ORDERED taking Defendant's oral motion under advisement pending argument [Doc. 240]. **Defendant's case:** Daniel Van Hook is sworn and examined.  Witness is excused. Dunston Simpson, II, is sworn and examined.  Witness is excused.  Dunston Simpson, Sr., is sworn and examined.  Witness is excused.  Stuart Sampson is sworn and examined.  Witness is excused.  Anthony Sampson is sworn and examined.  Witness is excused.

4:30 p.m.  Court stands at recess until 9:00 a.m., March 4, 2016.