# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL TRIAL MINUTES

Phoenix Division

CR 15 / 00707/ 1 PHX SRB     DATE: 3-4-16
 Year    Case No.  Dft #

HON: SUSAN R. BOLTON

USA  v.   Kareem, Abdul Malik Abdul
         Last Name        First Name      Middle Initial

DEFENDANT: X Present   __ Not Present   __ Released   X Custody   __Writ

Deputy Clerk: Maureen Williams    Court Reporter:   Liz Lemke

U.S. Attorney: Kristen Brook and Joseph Koehler with case agent Stewart Whitson

Defense Attorney: Daniel Maynard and Mary Plomin
                   __ AFPD   X Appointed   __ Retained
Interpreter:   Language:

**PROCEEDINGS:/ X /JURY TRIAL  /__/COURT TRIAL  /__/VOIR DIRE  /__/JURY SWORN**

Trial Day #  12   Waiver of Jury trial filed    n/a

9:05 a.m. Reconvene. Jury is present. Juror question submitted on March, 3, 2016 is addressed. **Defendant's case [continued]:** Alizabeth Tapia is sworn and examined. Exhibit 523 is admitted, subject to redaction. Exhibit 524 is admitted. Witness is excused. Sonia Quintana is sworn and examined. Witness is excused. Lonnie Dworkin is sworn and examined. Witness is excused until 1:15 p.m. for cross-examination. 10:00 a.m. Recess.

10:21 a.m. Reconvene. Jury is present. James Sampson, Jr., is sworn and examined. 11:14 a.m. Jury is excused from the courtroom, and court remains in session. Trial witnesses and trial schedule are discussed. Defense counsel requests to disclose the testimony of Evan Kohlmann to defense expert Mark Sageman. Government's counsel has no objection to said request. Juror questions submitted this date are discussed. 11:20 a.m. Recess.

12:33 p.m. Reconvene. Jury is present. Juror questions submitted this date are addressed. Lonnie Dworkin is examined further. Exhibits 499 and 600 are admitted. Witness is excused. N.S. is sworn and examined. Witness is excused. Robert Abke is sworn and examined. Witness is excused. 1:47 p.m. Jury is excused until 9:00 a.m., March 8, 2016, and court stands at recess.

2:06 p.m. Reconvene. Jury is not present. Argument held re: Defendant's oral Motion for Judgment of Acquittal [Doc. 240]. Government's counsel withdraws alleged false statement #3 in Count 3 of the Second Superseding Indictment. IT IS ORDERED denying Defendant's oral Motion as to Counts 1, 2, 3 and 5. Defense counsel concedes that there is sufficient evidence to submit Count 4 to the jury. Trial schedule and the length of counsels' closing arguments are discussed. 2:18 p.m. Court stands at recess until 9:00 a.m., March 8, 2016.