UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

**United States of America**,  )
                              )
          Plaintiff,          )
                              )  **CR15-00707-PHX-SRB**
     vs.                      )  Phoenix, Arizona
                              )  February 24, 2016
**Abdul Malik Abdul Kareem**,    )
                              )
          Defendant.          )
                              )
_____)

**BEFORE: THE HONORABLE SUSAN R. BOLTON, JUDGE
EXCERPT OF REPORTER'S TRANSCRIPT OF PROCEEDINGS
JURY TRIAL - DAY #6
TESTIMONY: SERGIO MARTINEZ-CHAVEZ PART #2**

**APPEARANCES:**
**For the Government:**
     U.S. ATTORNEY'S OFFICE
     By: **Kristen Brook, Esq.**
         **Joseph Edward Koehler, Esq**.
     40 North Central Avenue, Suite 1200
     Phoenix, AZ  85004

**For the Defendant Abdul Malik Abdul Kareem:**
     MAYNARD CRONIN ERICKSON CURRAN & REITER PLC
     By: **Daniel D. Maynard, Esq.**
         **Mary Kathleen Plomin, Esq.**
     3200 North Central Avenue, Suite 1800
     Phoenix, AZ  85012

Official Court Reporter:
Elizabeth A. Lemke, RDR, CRR, CPE
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC 34
Phoenix, Arizona  85003-2150
(602) 322-7247
Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

1      **E X C E R P T   O F   P R O C E E D I N G S**

2           Mr. Koehler, you may continue with your questioning

3      of Mr. Martinez.

4           MR. KOEHLER:  Thank you, Your Honor, and good

5      morning, everyone.

6           **SERGIO MARTINEZ-CHAVEZ, WITNESS, SWORN**

7                      **REDIRECT EXAMINATION**

8      BY MR. KOEHLER:

9      Q   Mr. Martinez, yesterday on the witness stand you testified

10     in this case.  One of the questions I had for you in followup:

11     How long have you and Nicole lived together?

12     A   Say about ten years.

13     Q   Okay.  During cross-examination Mr. Maynard asked you

14     about seeing a gun at D's house that you described as a 9

15     millimeter.  Do you recall that?

16     A   Yes.

17     Q   And you testified that he told you he had given it to

18     Ibrahim?

19     A   Yes.

20     Q   Do you remember when that was?

21     A   No.

22     Q   Was it before or after you took them shooting in the

23     desert area?

24     A   I think it was before.

25     Q   Then he asked you about Ibrahim's gun jamming.  Is that

1  when you were out shooting in the desert?
2  A   That was when we were at my mom's house.
3  Q   So is it the pistol that jammed?
4  A   Yes.
5  Q   And when you were first interviewed with the FBI, you
6  mentioned that you originally said, no, you hadn't gone
7  shooting in the desert; is that right?
8  A   That's right.
9  Q   And did you reverse yourself quickly once the FBI started
10 pushing you on the subject a little bit?
11 A   Yes.
12 Q   Did you, in fact, take the FBI to the shooting location in
13 the desert the next day?
14 A   Yes.
15 Q   Was that the right location where you had been before?
16 A   Yes.
17          MR. KOEHLER:  I have no further questions.
18          THE COURT:  May Mr. Martinez be excused as a witness?
19          MR. KOEHLER:  Yes.
20          THE COURT:  Any objection?
21          MR. MAYNARD:  No, Your Honor.
22          THE COURT:  Thank you very much, Mr. Martinez.  You
23 may step down and you are excused as a witness.
24          The government may call its next witness.
25          (End of Excerpt of Proceedings.)

```
                    C E R T I F I C A T E


        I, ELIZABETH A. LEMKE, do hereby certify that I am
duly appointed and qualified to act as Official Court Reporter
for the United States District Court for the District of
Arizona.
        I FURTHER CERTIFY that the foregoing pages constitute
a full, true, and accurate transcript of all of that portion
of the proceedings contained herein, had in the above-entitled
cause on the date specified therein, and that said transcript
was prepared under my direction and control.
        DATED at Phoenix, Arizona, this 1st day of March,
2016.



                           s/Elizabeth A. Lemke
                           ELIZABETH A. LEMKE
```