Phoenix Division

CR 15 / 00707/ 1 PHX SRB      DATE: 3-8-16
 Year    Case No.  Dft #

HON: SUSAN R. BOLTON

USA  v.    Kareem, Abdul Malik Abdul
         Last Name        First Name      Middle Initial

DEFENDANT: X Present   __ Not Present   __ Released   X Custody   __Writ

Deputy Clerk: Maureen Williams    Court Reporter:   Liz Lemke

U.S. Attorney: Kristen Brook and Joseph Koehler with case agent Stewart Whitson

Defense Attorney: Daniel Maynard and Mary Plomin
              __ AFPD   X Appointed   __ Retained
Interpreter:   Language:

**PROCEEDINGS:/ X /JURY TRIAL  /_/COURT TRIAL  /_/VOIR DIRE  /_/JURY SWORN**

Trial Day #  13   Waiver of Jury trial filed    n/a

9:03 a.m. Reconvene. Jury is present. **Defendant's case [continued]:** James Carriers is sworn and examined. Exhibit 566 is admitted. Witness is excused. Abdul Khabir Wahid is affirmed and examined. 10:16 a.m. Recess.

10:36 a.m. Reconvene. Jury is present. Abdul Khabir Wahid is examined further. Exhibit 603 is admitted. Witness is excused. Deedra Abboud is sworn and examined. Witness is excused. Abdul Malik Abdul Kareem is sworn and examined. 12:00 p.m. Recess.

1:18 p.m. Reconvene. Jury is present. Abdul Malik Abdul Kareem is examined further. Exhibit 559 is admitted. 2:44 p.m. Recess.

3:01 p.m. Reconvene. Jury is present. Abdul Malik Abdul Kareem is examined further. 4:29 p.m. Jury is excused until 9:00 a.m., March 9, 2016, and court stands at recess.

4:36 p.m. Reconvene. Jury is not present. Final jury instructions are discussed. Government's offer of revised Exhibits 291, 293 and 310 are discussed. Defense counsel having no objection, Exhibits 291 and 293 are admitted. The Court will review revised Exhibit 310. Matters discussed. Juror question submitted on March 4, 2016, is discussed.

4:51 p.m.  Court stands at recess until 9:00 a.m., March 9, 2016.