CR15-00707-PHX-SRB    AMY VAUGHAN-PART#3    2-25-16

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

---

| | |
|---|---|
| **United States of America**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CR15-00707-PHX-SRB** |
| vs. ) | Phoenix, Arizona |
| ) | February 25, 2016 |
| **Adbul Malik Abdul Kareem**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**BEFORE: THE HONORABLE SUSAN R. BOLTON, JUDGE**
**EXCERPT OF REPORTER'S TRANSCRIPT OF PROCEEDINGS**
**JURY TRIAL - DAY #7**
**(Pages 141-146, Inclusive.)**


**APPEARANCES:**
**For the Government:**
          U.S. ATTORNEY'S OFFICE
          By: **Kristen Brook, Esq.**
              **Joseph Edward Koehler, Esq**.
          40 North Central Avenue, Suite 1200
          Phoenix, AZ  85004

**For the Defendant Abdul Malik Abdul Kareem:**
          MAYNARD CRONIN ERICKSON CURRAN & REITER PLC
          By: **Daniel D. Maynard, Esq.**
              **Mary Kathleen Plomin, Esq.**
          3200 North Central Avenue, Suite 1800
          Phoenix, AZ  85012

Official Court Reporter:
Elizabeth A. Lemke, RDR, CRR, CPE
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC 34
Phoenix, Arizona  85003-2150
(602) 322-7247
Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

|  |  |
|---|---|
| 1 | **E X C E R P T   O F   P R O C E E D I N G S** |
| 2 | **AMY KATHLEEN VAUGHAN, WITNESS, SWORN** |
| 3 | **DIRECT EXAMINATION (cont'd)** |
| 4 | BY MR. KOEHLER: |
| 5 | Q   Good afternoon, Ms. Vaughan. |
| 6 | A   Good afternoon. |
| 7 | Q   When we spoke before, there were a few exhibits that there |
| 8 | was some glitches that you had some trouble listening to |
| 9 | audio; is that correct? |
| 10 | A   Yes. |
| 11 | Q   Have you since had an opportunity to compare Government's |
| 12 | Exhibits 266, 274, 275, 276, 277, and 278 against the original |
| 13 | audio that was found on the desktop computer? |
| 14 | A   Yes, I have. |
| 15 | Q   And starting first with Exhibit 266, Constants On The Path |
| 16 | of Jihad, is the audio that's in Government's Exhibit 266 a |
| 17 | match to the audio file that was on the desktop computer? |
| 18 | A   Yes. |
| 19 | MR. KOEHLER:  Move to admit 266. |
| 20 | MS. PLOMIN:  One moment, Your Honor.  No objection. |
| 21 | THE COURT:  266 is admitted. |
| 22 | (Exhibit No. 266 admitted in evidence.) |
| 23 | BY MR. KOEHLER: |
| 24 | Q   Now, moving on to 274, have you compared the audio of the |
| 25 | lecture of the classical book on Jihad Parts 1 to 12 with the |

1  exhibit audio with the audio that came off of the desktop
2  computer?
3  A   Yes.
4  Q   And is that a match?
5  A   Yes, it is.
6          MR. KOEHLER:  Move to admit 274.
7          MS. PLOMIN:  I would just like to clarify the desktop
8  computer that was found in Simpson and Soofi's apartment?
9          THE COURT:  Which computer is it that you made the
10 comparison with these exhibits?
11         THE WITNESS:  That would be the tower computer.
12         THE COURT:  That was found in the Simpson/Soofi
13 apartment?
14         THE WITNESS:  Yes, ma'am.
15         THE COURT:  Thank you.
16         Is there any objection?
17         MS. PLOMIN:  No, Your Honor.
18         THE COURT:  274 is admitted.
19     (Exhibit No. 274 admitted in evidence.)
20 BY MR. KOEHLER:
21 Q   Now, moving on to 275, the 2009 lecture advocating Muslims
22 to restore the honor of Islam, did you review that particular
23 audio?
24 A   Yes.
25 Q   And did you compare it to the audio from the tower desktop

1   computer?
2   A   Yes.
3   Q   And is it a match?
4   A   Yes.
5              MR. KOEHLER:  Move to admit 275.
6              MS. PLOMIN:  No objection.
7              THE COURT:  275 is admitted.
8         (Exhibit No. 275 admitted in evidence.)
9   BY MR. KOEHLER:
10  Q   And now moving on to 276.  Allah Is Preparing Us For
11  Victory, Part 1.  Did you review the audio exhibit for that
12  and compare it to the audio from the desktop tower computer?
13  A   Yes.
14  Q   And was that a match as well?
15  A   Yes.
16             MR. KOEHLER:  Move to admit 276.
17             MS. PLOMIN:  No objection.
18             THE COURT:  276 is admitted.
19        (Exhibit No. 276 admitted in evidence.)
20  BY MR. KOEHLER:
21  Q   Same question for Allah Is Preparing Us For Victory, Part
22  2.  Did you review that?
23  A   Yes.
24  Q   Also a match?
25  A   Yes.

```
 1          MR. KOEHLER:  Move to admit 277.
 2          MS. PLOMIN:  No objection.
 3          THE COURT:  277 is admitted.
 4     (Exhibit No. 277 admitted in evidence.)
 5          MR. KOEHLER:  That's all I have for now, Your Honor.
 6          THE COURT:  Ms. Plomin?
 7          MS. PLOMIN:  No questions, Your Honor.
 8          THE COURT:  May Ms. Vaughan be excused as a witness?
 9          MR. KOEHLER:  Yes.  She may.
10          THE COURT:  Any objection?
11          MS. PLOMIN:  Not at this time, Your Honor.
12          THE COURT:  You just said "not at this time," but I'm
13   going to excuse her, which means she won't be back.
14          MS. PLOMIN:  Okay.
15          THE COURT:  Okay?
16          All right.  Thank you, Ms. Vaughan.  You may step
17   down and you are excused as a witness.
18       (End of Excerpt of Proceedings.)
19                       * * *
```

C E R T I F I C A T E

I, ELIZABETH A. LEMKE, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 4th day of March, 2016.

s/Elizabeth A. Lemke
ELIZABETH A. LEMKE, RDR, CRR, CPE