UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

United States of America,  )
                           )
            Plaintiff,     )
                           )  **CR15-00707-PHX-SRB**
      vs.                  )  Phoenix, Arizona
                           )  March 3, 2016
**Abdul Malik Abdul Kareem**,  )
                           )
            Defendant.     )
                           )
_____)

**BEFORE:  THE HONORABLE SUSAN R. BOLTON, JUDGE**
**EXCERPT OF REPORTER'S TRANSCRIPT OF PROCEEDINGS**
**JURY TRIAL - DAY #11**
**TESTIMONY:  DANIEL VAN HOOK**

**APPEARANCES:**
**For the Government:**
    U.S. ATTORNEY'S OFFICE
    By: **Kristen Brook, Esq.**
        **Joseph Edward Koehler, Esq**.
    40 North Central Avenue, Suite 1200
    Phoenix, AZ  85004

**For the Defendant Abdul Malik Abdul Kareem:**
    MAYNARD CRONIN ERICKSON CURRAN & REITER PLC
    By: **Daniel D. Maynard, Esq.**
        **Mary Kathleen Plomin, Esq.**
    3200 North Central Avenue, Suite 1800
    Phoenix, AZ  85012

Official Court Reporter:
Elizabeth A. Lemke, RDR, CRR, CPE
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC 34
Phoenix, Arizona  85003-2150
(602) 322-7247
Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

1                **E X C E R P T   O F   P R O C E E D I N G S**

2              THE CLERK:  Please state your name for the record and

3     spell your last name.

4              THE WITNESS:  Daniel Van Hook.  V-A-N  H-O-O-K.

5              THE COURT:  Is that all one word or is it with a

6     capital H?

7              THE WITNESS:  Capital H.

8              THE COURT:  Okay.  Thank you.

9              You may proceed, Ms. Plomin.

10             MS. PLOMIN:  Thank you.

11                  **DANIEL VAN HOOK, WITNESS, SWORN**

12                        **DIRECT EXAMINATION**

13    BY MS. BROOK:

14    Q    Good afternoon, Mr. VanHook.

15    A    Hello.

16    Q    Hello.  Mr. VanHook, do you know the gentleman who is

17    sitting here at defense counsel table to my right?

18    A    Yes.

19    Q    All right.  And who is that?

20    A    Decarus Thomas.

21    Q    So you call him Decarus?

22    A    Yes.

23    Q    All right.  And just for the record, I'm referring to the

24    gentleman sitting in the blue; is that right?

25    A    Yes.

| | | |
|---|---|---|
| 1 | Q | Okay. And when did you meet Decarus? |
| 2 | A | I would say back in 1994, 1995. |
| 3 | Q | At that time how old were you? |
| 4 | A | '95 I graduated from high school, so I guess I was about |
| 5 | | 17. |
| 6 | Q | The year you graduated from high school? |
| 7 | A | Yeah. |
| 8 | Q | And how old was Decarus when you met him? |
| 9 | A | Let's see. I'm 38, so he's probably, what, about five |
| 10 | | years above me, so 18, 19, 21 -- about 22, 23. |
| 11 | Q | How did you meet him? |
| 12 | A | He is my best friend's sister's boyfriend. |
| 13 | Q | He was back then? |
| 14 | A | Yes. |
| 15 | Q | And who is your best friend? |
| 16 | A | James Newman. |
| 17 | Q | And so you met Decarus through Mr. Newman; is that right? |
| 18 | A | Yes. |
| 19 | Q | Okay. Now did you become friends with Decarus? |
| 20 | A | Yes. |
| 21 | Q | And how close of friends were you back then? |
| 22 | A | Well, back then we were pretty good friends. We hung out. |
| 23 | | Me, him, James, a few other of other buddies. Like our |
| 24 | | families are really good friends, yeah. |
| 25 | Q | So how often would you see him? |

1  A    Back then?
2  Q    Yes.
3  A    Well, I would say maybe once a week, maybe twice a week.
4  We didn't go to their house a lot because he used to stay
5  across the street from James and his family.
6          And Michelle, she was his girlfriend at the time,
7  they stayed directly across.  I was over at James house a lot,
8  so, yeah.
9  Q    And are you still good friends with Decarus today?
10 A    Yes.
11 Q    And as of June of last year, had your relationship with
12 Decarus changed from the time you met him to June of 2015?
13 A    No.  I wouldn't say.
14 Q    And have you ever been to the house on Cochise where
15 Decarus lived?
16 A    Yes.
17 Q    How frequently did you go to that house?
18 A    About once a week, sometimes twice a week, once a week.
19 Q    What did you do when you went over to Decarus's house?
20 A    He cooked, so we ate, drank, had beers, talk.
21 Q    And who else was Decarus -- or did you spend time with at
22 Decarus's house?  Who else did you spend him with at Decarus's
23 house?
24 A    The other people that lived there, the other roommates;
25 Stefan, Billy.  Oh, who is the other guy?  Ricky.  And

1  Stefan's girlfriend.  Those are the other people that lived in
2  the house.
3  Q    And by "Stefan," do you know Stefan's last name?
4  A    I think it's Verdugo or Verzugo, something like that.
5  Q    And do you know his girlfriend's name?
6  A    I know her first name, Janine.
7  Q    And you said "Ricky."  Do you know Ricky's last name?
8  A    No.
9  Q    And do you know Billy's last name?
10 A    No.
11 Q    And did you ever meet a man by the name -- that went by
12 "Ibrahim"?
13 A    Yes.
14 Q    Where did you meet him?
15 A    At Decarus's house.
16 Q    And how frequently would you see Ibrahim at Decarus's
17 house?
18 A    He wasn't there often.  I would see him like, maybe, I
19 spent like maybe once a week over there, so maybe two to three
20 times of the month maybe.
21 Q    So two to three times a month?
22 A    Yeah.
23 Q    And when you would hang out and drink beers at Decarus's
24 house, would Ibrahim be there?
25 A    When we're drinking beer?  No.  Not at the time, no.

| | |
|---|---|
| 1 | Q   Did Decarus drink in front of Ibrahim as far as you knew? |
| 2 | A   No. |
| 3 | Q   So I want to focus on the period of November 2014 through |
| 4 | March of 2015 when Decarus -- |
| 5 |         Are you aware that Decarus ultimately moved out of |
| 6 | the house on Cochise? |
| 7 | A   Yes. |
| 8 | Q   Do you know when that was? |
| 9 | A   I don't know the exact date, no, but I would say maybe it |
| 10 | was the summer of 2015 or somewhere around there.  I don't |
| 11 | know the exact date though. |
| 12 | Q   Well, let's talk about from November of 2014 to when |
| 13 | Decarus moved out of the house on Cochise. |
| 14 | A   Uh-huh. |
| 15 | Q   Were you still going there -- how often were you going |
| 16 | over to the Cochise house during that time period? |
| 17 | A   When Decarus had moved out? |
| 18 | Q   No.  Before he moved out? |
| 19 | A   Oh, before he moved out?  About once, twice a week. |
| 20 | Q   Okay.  And you were doing the same thing that you said you |
| 21 | were doing, drinking beers over there? |
| 22 | A   Yeah.  He would cook, so we would eat.  He would also cut |
| 23 | my hair.  He's a barber, so he would cut my hair.  Like Friday |
| 24 | I would get off after work, go eat, get my hair cut, maybe |
| 25 | have a beer, talk. |

1  Q    And during that time period did you notice any changes in
2  Decarus from how you had known him before?
3  A    No.
4  Q    And are you Muslim?
5  A    No.
6  Q    What religion are you?
7  A    I'm Christian.
8  Q    And how did Decarus treat you as a Christian person?
9  A    Good.  The same.  Like he treated me when I first met him.
10 I don't think it really mattered my religion.  He didn't treat
11 me bad or anything.  He knows that I'm Christian and my family
12 is Christian.
13 Q    And you say "your family."  Is your mom here watching
14 today?
15 A    Yes.
16 Q    All right.  And how long has Decarus known her?
17 A    Same amount of time, so 1994/'95.  Our families know each
18 other just like James family.  All of our moms know each
19 other.  We know his siblings.  He knows my siblings.  Kind of
20 like that.  We moved out here from California.  They are from
21 Philadelphia.  So our families kind of became family, you
22 know, because we're all out of state.
23 Q    And how did Decarus treat your mom as a Christian?
24 A    Very respectful.  Good.
25 Q    You're smiling.  Why?

1  A   Because he treats my mother with the utmost respect, you
2  know, kind of calls her Miss Rhonda.  And her first name is
3  Rhonda, so he treated her very respectful.
4  Q   Up until when he was arrested, did he still treat her
5  respectfully up to June of 2015?
6  A   Yes.
7  Q   Did you ever hear Decarus use the term "kafir"?
8  A   Yes.
9  Q   And in what context did you hear him use that term?
10 A   To me, like in a joking context.
11 Q   All right.  In a joking context.
12     Can you explain that a little more?
13 A   Yeah.  Like if we're talking about something, he would
14 say, oh, you don't understand, you kafir, oh, ha, ha, ha, and
15 start laughing.  Like, man, be quiet, you know, you don't even
16 know what "kafir" means.
17 Q   Did you ever feel threatened when Decarus called you a
18 kafir?
19 A   No.
20 Q   Now, I want to talk about your relationship with Stefan
21 Verdugo.  How do you know Stefan Verdugo?
22 A   Through Decarus.  He was one of Decarus's movers.
23 Q   Do you know when you met him?
24 A   We've known Stefan for a long time, so I would say -- I
25 don't know when he met him, but I know that he has known him

1   for a very long time.
2   Q   When did you meet him?
3   A   Oh, I met Stefan about ten years ago, maybe.
4   Q   And did you become friends with Stefan Verdugo?
5   A   Yes.
6   Q   And you said that you and Stefan Verdugo would be at the
7   Cochise house together?
8   A   Yes.
9   Q   And during that time -- and I want to focus on from
10  November 2014 to when Decarus moved out of the Cochise house.
11          During that time were you ever with Stefan when
12  Decarus told you he was a part of ISIS?
13  A   No.
14  Q   Did Decarus ever tell you he was a part of ISIS?
15  A   No.
16  Q   Were you ever with Stefan when any kind of videos were
17  played depicting ISIS or execution-style videos?
18  A   No.
19  Q   Did you ever see any of those types of videos being played
20  at Decarus's house?
21  A   No.
22  Q   Did Decarus ever show you any of those types of videos?
23  A   No.
24  Q   Did you ever see Decarus pull a gun on Mr. Verdugo?
25  A   No.

1   Q   Did you ever see a gun at Decarus's house at all?
2   A   No.
3   Q   Now, you said you have been in the Cochise house at the
4   same time as a man named Ibrahim?
5   A   Yes.
6   Q   And during that time, did you have conversations with
7   Ibrahim and Decarus?
8   A   Yes.
9   Q   Did you ever hear anything during a conversation about --
10  with Ibrahim and Decarus about ISIS?
11  A   No.
12  Q   Did you ever hear anything about -- within those
13  conversations about a contest in Texas of drawing the Prophet
14  Muhammad?
15  A   No.
16  Q   And did you ever hear anything about any mention of an
17  attack in Paris, a Charlie Hebdo attack, between Ibrahim and
18  Decarus Thomas?
19  A   No.
20  Q   Do you own a gun?
21  A   No.
22  Q   Have you ever shot a gun?
23  A   Have I ever shot a gun?  Yes.
24  Q   And how many times have you shot a gun?  How many
25  occasions have you shot a gun?

1  A   Maybe twice.
2  Q   Okay.  And on either of those occasions did you go shoot
3  the gun or a gun with Decarus?
4  A   Yes.
5  Q   And who were you with when you went to go do that?
6  A   It was me, Decarus, a friend of ours Sergio, Sergio's
7  brothers.  We went to Sergio's parents' house.  They have a
8  ranch.  And his father and his mother was also there.  They
9  cook dinner or made us lunch and they kind of have like a
10 shooting range and we went shooting, yes.
11 Q   And when you went to Sergio's parents' house, did you --
12 were you planning on going shooting or did it just happen?
13 A   It just happened.
14 Q   And how long ago was that?
15 A   It was so long ago, I would say six years ago, seven years
16 ago.
17 Q   Now, moving to May of 2015, did there come a time when you
18 learned that Ibrahim -- Ibrahim had gone to attack a contest
19 in Texas?
20 A   I found out about that after it happened.
21 Q   And when you found out about that --
22         I want to talk about the period after you found out
23 about that.  How did you find out about it?
24 A   Through Decarus.
25 Q   Okay.  And after that -- well, let me back up.

1    Do you know when Stefan Verdugo moved out of the
2    Cochise house for the last time?
3    A   I don't recall the exact date, but I would say it was
4    summer of 2015, somewhere around that time.
5    Q   Okay.  And do you know where he moved after he moved out?
6    A   I don't think he really had a steady place to go, so I
7    don't know exactly where he moved.  I know that he was staying
8    like with friends, another good friends of his.  I forgot the
9    guy's name.  And I know he was staying like at a Budget
10   Suites, so kind of place to place.
11   Q   So after he moved out of Decarus's house, did Verdugo --
12   was Verdugo essentially homeless?
13   A   Yes.
14   Q   And did you talk to Verdugo in the time after he moved out
15   of Decarus's house?
16   A   Yes.
17   Q   And during that time how was Verdugo doing financially?
18   A   He was struggling.  Wasn't doing so well.  He was having a
19   hard time.  He was from home to home, so I would say he was
20   struggling, low on money.
21   Q   All right.  And at some point did you have a conversation
22   with Verdugo about moving into Decarus's -- back in with
23   Decarus?
24   A   Yes.
25   Q   And did Verdugo express to you that he wanted to move back

1   in with Decarus?
2              MR. KOEHLER: Objection. Hearsay.
3              THE COURT: Sustained.
4              MS. PLOMIN: It's offered for impeachment, Your
5   Honor.
6              THE COURT: Sustained.
7   BY MS. PLOMIN:
8   Q   And did you -- after you spoke to Verdugo, did you make a
9   phone call to Decarus asking if Verdugo could move back in
10  with him?
11             MR. KOEHLER: Objection. Leading.
12             THE COURT: Overruled. You may answer "yes" or "no."
13             THE WITNESS: Yes.
14  BY MS. PLOMIN:
15  Q   And did Decarus, after that, allow Verdugo to move back in
16  with him?
17  A   No.
18  Q   Did you testify that Verdugo moved out of the Cochise
19  house in December 2015?
20             MR. KOEHLER: Objection.
21             THE COURT: I don't think he said at all when he
22  moved out, only that he remembered that he did.
23  BY MS. PLOMIN:
24  Q   Okay. Do you have a clear memory of when Verdugo moved
25  out of the house on Cochise?

1    A    No.
2         MS. PLOMIN:  I don't have any more questions.
3         Thank you.
4         THE COURT:  Mr. Koehler.
5                    **CROSS EXAMINATION**
6    BY MR. KOEHLER:
7    Q    Good afternoon, sir.
8    A    Good afternoon.
9    Q    You haven't met me before; is that correct?
10   A    That's correct.
11   Q    Nor have you met Agent Whitson?
12   A    I have not met him before, no.
13   Q    Nor Ms. Brook; is that correct?
14   A    That's correct.
15   Q    Now, you did submit to an interview with a couple of FBI
16   agents on two different occasions in connection with this
17   case; is that right?
18   A    Yes.
19   Q    One in May of 2015 and another in January of 2016; is that
20   right?
21   A    That sounds about right, yes.
22   Q    And am I right from your interviews that you didn't think
23   that Elton Simpson was capable of the kind of violence that we
24   saw in the attack in May of 2015?
25        MS. PLOMIN:  Objection.  Hearsay.

1   THE WITNESS:  That's not correct.
2   THE COURT:  He was asked whether he thought Elton
3   Simpson was capable and he said "that's not correct," so the
4   objection is overruled.  The answer will stand.
5   MR. KOEHLER:  If I can have one moment.
6   BY MR. KOEHLER:
7   Q   Did you say to agents on May 17 of 2015 that you were
8   surprised that Simpson had engaged in such an attack because
9   you had always seen Simpson as a quiet and sensible
10  individual?
11  A   I said I was surprised, yes, but I did not say that it was
12  unbelievable or what you stated earlier.  I said that it was
13  surprising, yes.
14  Q   Did you also say that you never overheard Simpson talking
15  about guns?
16  A   Yes.
17  Q   Did you also say that you never heard any indications from
18  Mr. Thomas, as you knew him, that Simpson was planning or
19  capable of this type of attack?
20  A   Yes.
21  Q   You also stated that Thomas did not own any guns; is that
22  right?
23  A   From what I'm aware --
24          MS. PLOMIN:  Objection.  Hearsay.
25          THE COURT:  Sustained.  Form of the question, Mr.

1   Koehler.
2   BY MR. KOEHLER:
3   Q    To your knowledge, at that time Decarus Thomas as you knew
4   him did not own any guns; is that correct?
5   A    That's correct.
6   Q    You went over to that house every other weekend roughly;
7   is that correct?
8   A    Yes.
9   Q    And at the time that you went over there, you had beers
10  with him?
11  A    Yes.
12  Q    Did Mr. Simpson or Mr. Soofi ever stay at the house during
13  the time that you were having beers with him?
14  A    I don't know Mr. Soofi, but I know a Mr. Simpson, and, no,
15  he did not.
16  Q    So you don't know Mr. Soofi.  You never ever saw him at
17  the house?
18  A    I saw him coming and going once.  But other than that, I
19  did not know at the time that that was Mr. Soofi.  I only
20  found out the guy's name "Mr. Soofi" on the news.  So at that
21  time, no, I did not know that that was Mr. Soofi.
22  Q    You mentioned on direct somebody named "Billy"; is that
23  right?
24  A    Yes.
25  Q    Was there more than one Billy at the house?

1  A   Yes.
2  Q   How did the people at that house differentiate between the
3  two Billies?
4  A   One Billy is black and the other Billy is white.
5  Q   Okay.  So did they have nicknames?
6  A   Yes.
7  Q   Who gave them those nicknames, if you know?
8  A   I'm not sure who gave them the nicknames, but they did
9  have nicknames.
10 Q   And did Decarus Thomas use those nicknames with them?
11 A   Yes.
12 Q   What were their nicknames?
13 A   White Billy and Black Billy.
14 Q   Did you spend any time at the 21st Drive apartment after
15 Decarus Thomas moved out of the house on Cochise?
16 A   Yes.
17 Q   How often would you visit there?
18 A   Oh, not as often, but I would say maybe once every two
19 weeks maybe.
20 Q   And when you went there was Elton Simpson there?
21 A   No.
22          MR. KOEHLER:  If I can have a moment?
23          No further questions.
24          THE COURT:  Any questions on redirect, Ms. Plomin?
25          MS. PLOMIN:  Just one moment, Your Honor.

1           No, Your Honor.  Thank you.
2           THE COURT:  May this witness be excused and released
3  from his subpoena?
4           MS. PLOMIN:  Yes.
5           THE COURT:  Thank you.  You may be excused.
6           THE WITNESS:  I have a question.
7           After you are a witness, because I've never been
8  through anything like this before, are you allowed to stay and
9  hear the rest of the trial?
10          THE COURT:  Yes.
11          THE WITNESS:  Okay.
12          All right.  That's it.  Thank you.
13      (End of Excerpt of Proceedings.)
14                            * * *

C E R T I F I C A T E

I, ELIZABETH A. LEMKE, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 8th day of March, 2016.

s/Elizabeth A. Lemke
ELIZABETH A. LEMKE, RDR, CRR, CPE