**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL TRIAL MINUTES**

Phoenix Division

CR 15 / 00707/ 1 PHX SRB     DATE: 3-9-16
 Year    Case No.  Dft #

HON: SUSAN R. BOLTON

USA  v.    Kareem, Abdul Malik Abdul
          Last Name        First Name      Middle Initial

DEFENDANT: X  Present  __ Not Present  __ Released  X Custody  __Writ

Deputy Clerk: Maureen Williams   Court Reporter:  Liz Lemke

U.S. Attorney: Kristen Brook and Joseph Koehler with case agent Stewart Whitson

Defense Attorney: Daniel Maynard and Mary Plomin
                __ AFPD   X Appointed  __ Retained
Interpreter:__ Language:__

**PROCEEDINGS:/ X /JURY TRIAL  /__/COURT TRIAL  /__/VOIR DIRE  /__/JURY SWORN**

Trial Day #  14   Waiver of Jury trial filed    n/a

9:07 a.m. Reconvene. Jury is present. **Defendant's case [continued]:** Abdul Malik Abdul Kareem is examined further. Exhibits 602 and 601 are admitted. 10:15 a.m. Recess.

10:34 a.m. Reconvene. Jury is present. Abdul Malik Abdul Kareem is examined further. Marc Sageman is sworn and examined. Exhibits 538 and 607 are admitted. 11:54 a.m. Recess.

1:20 p.m. Reconvene. Jury is present. Marc Sageman is examined further. Exhibits 608 through 611 are admitted. Witness is excused. Defense rests. 2:26 p.m. Recess.

2:41 p.m. Reconvene. Jury is not present. Trial schedule is discussed. Juror questions submitted on March 4, 2016, and March 9, 2016 are discussed. 2:48 p.m. Jury is present. Juror questions submitted on March 4 and March 9 are addressed. **Government's rebuttal case:** Lorenzo Vidino is sworn and examined. Exhibit 616 is admitted. Witness is excused. Jeffrey Nash, previously sworn and examined, is examined further. Exhibits 604 and 606 are admitted. Witness is excused. Gregory Neville, previously sworn and examined, is examined further. Exhibit 614 is admitted. Witness is excused. Amy Vaughan, previously sworn and examined, is examined further. Exhibit 612 is admitted. Witness is excused. Stewart Whitson, previously sworn and examined, is examined further. Exhibit 197 is admitted. Government rests.

4:30 p.m. Jury is excused until 9:00 a.m., March 11, 2016, and court stands at recess until 9:00 a.m., March 10, 2016, to finalize the jury instructions with counsel and Defendant present.