# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL TRIAL MINUTES

Phoenix Division

CR <u>15</u> / <u>00707</u>/ <u>1 PHX SRB</u>    DATE:<u> 3-10-16  </u>
 Year    Case No.   Dft #

HON:<u> SUSAN R. BOLTON          </u>

USA  v.  <u>   Kareem, Abdul Malik Abdul                     </u>
              Last Name         First Name       Middle Initial

DEFENDANT: <u>X</u> Present   <u> </u> Not Present   <u> </u> Released   <u>X</u> Custody   <u> </u>Writ

Deputy Clerk:<u> Maureen Williams  </u>Court Reporter:<u>   Liz Lemke         </u>

U.S. Attorney:<u> Kristen Brook and Joseph Koehler</u>

Defense Attorney:<u> Daniel Maynard and Mary Plomin   </u>
                        <u> </u> AFPD  <u>X</u> Appointed <u> </u> Retained
Interpreter:<u> </u>   Language:<u> </u>

**PROCEEDINGS:/ X /JURY TRIAL  /_/COURT TRIAL  /_/VOIR DIRE  /_/JURY SWORN**

Trial Day # <u> 15 </u> Waiver of Jury trial filed  <u> n/a </u>

9:03 a.m. Reconvene. Jury is not present. Final jury instructions are discussed. Exhibit 523, which was admitted on March 4, 2016 subject to redaction, is discussed. Over objection of Government's counsel, Exhibit 523 is admitted in its entirety. Government's offer of revised Exhibit 310 is argued to the Court. The Court sustains Defendant's objection and said exhibit is not admitted. Verdict forms are discussed. IT IS ORDERED directing counsel to provide to the Court no later than 1:30 p.m. this date their proposed verdict forms for the Court's review. 10:49 a.m. Recess.

2:07 p.m. Reconvene. Jury is not present. Final jury instructions are discussed further and are approved by counsel. The parties' proposed verdict forms are discussed. 2:36 p.m. Court stands at recess to allow counsel to confer regarding the verdict forms.

2:44 p.m. Reconvene. Jury is not present. The parties' agreed upon verdict forms are discussed. Counsel confirm with the Court that they have reviewed and approve the electronic exhibits to be provided to the jury for deliberations. Matters discussed. Trial schedule for March 11, 2016, is discussed.

2:55 p.m. Court stands at recess until 9:00 a.m., March 11, 2016.