**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL TRIAL MINUTES**

Phoenix Division

CR 15 / 00707/ 1 PHX SRB    DATE: 3-11-16
 Year   Case No.  Dft #

HON: SUSAN R. BOLTON

USA  v.    Kareem, Abdul Malik Abdul
      Last Name       First Name      Middle Initial

DEFENDANT: X Present   __ Not Present   __ Released   X Custody   __Writ

Deputy Clerk: Maureen Williams    Court Reporter:   Liz Lemke

U.S. Attorney: Kristen Brook and Joseph Koehler with case agent Stewart Whitson

Defense Attorney: Daniel Maynard and Mary Plomin
              __ AFPD   X Appointed   __ Retained
Interpreter:__ Language:__

**PROCEEDINGS:/ X /JURY TRIAL  /__/COURT TRIAL  /__/VOIR DIRE  /__/JURY SWORN**

Trial Day #  16   Waiver of Jury trial filed   n/a

9:04 a.m. Reconvene.  Jury is present.  The Court reads the final jury instructions.  Closing arguments.  10:34 a.m.  Recess.

10:52 a.m.  Reconvene.  Jury is present.  Closing arguments continue.  11:32 a.m.  Recess.

12:32 p.m.  Reconvene.  Jury is present.  Closing arguments continue.  1:45 p.m.  Recess.

2:02 p.m.  Reconvene. Jury is present.  Closing arguments continue.  Three alternate jurors are selected by lot (Jurors #2, #12 and #16).  Bailiff is sworn to take charge of the jury.  3:30 p.m.  Jury leaves the courtroom to commence deliberations, and court remains in session.  Matters discussed.  3:33 p.m.  Recess.

3:50 p.m.  The jury advises the Court they will return on Tuesday, March 15, 2016, at 9:00 a.m. to continue deliberations.

4:00 p.m.  Reconvene.  Jury and Defendant are not present.  Jury question is discussed and written answer provided.

4:01 p.m.  Court stands at recess until March 15, 2016.