# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL TRIAL MINUTES

Phoenix Division

<u>CR 15 / 00707/ 1 PHX SRB</u>     DATE:<u> 3-15-16  </u>
 Year    Case No.  Dft #

HON:<u> SUSAN R. BOLTON         </u>

USA  v. <u>   Kareem, Abdul Malik Abdul                     </u>
         Last Name        First Name      Middle Initial

DEFENDANT:<u>  </u>Present  <u>X</u>  Not Present  <u> </u> Released  <u>X</u> Custody  <u> </u>Writ

Deputy Clerk:<u> Maureen Williams </u>  Court Reporter:<u>   Liz Lemke         </u>

U.S. Attorney:<u> Kristen Brook and Joseph Koehler</u>

Defense Attorney:<u> Daniel Maynard    </u>
          <u> </u> AFPD  <u>X</u> Appointed <u>  </u> Retained
Interpreter:<u> </u>  Language:<u> </u>

**PROCEEDINGS:/<u> X </u>/JURY TRIAL  /<u>  </u>/COURT TRIAL  /<u> </u>/VOIR DIRE  /<u> </u>/JURY SWORN**

Trial Day #<u>   17  </u> Waiver of Jury trial filed  <u>  n/a  </u>

8:56 a.m.  Jury is all present in the jury room to continue deliberations.

9:29 a.m.  Reconvene.  Jury and Defendant are not present.  Government's counsel Joseph Koehler and Kristen Brook and Defense counsel Daniel Maynard are all appearing telephonically.  Jury question is discussed.  9:36 a.m.  Court stands at recess in order to re-join Defense counsel on the conference call.

9:41 a.m.  Reconvene. Jury and Defendant are not present.  Government's counsel Joseph Koehler and Kristen Brook and Defense counsel Daniel Maynard are all appearing telephonically.  Further discussion held regarding jury question and a written answer is provided.  9:44 a.m.  Recess.

10:04 a.m. Reconvene. Jury and Defendant are not present.  Government's counsel Joseph Koehler and Kristen Brook and Defense counsel Daniel Maynard are all appearing telephonically.  New verdict form as to Count 2 has been reviewed and approved by counsel.  Jury question is discussed and a written answer is provided.  10:08 a.m.  Recess.

10:15 a.m.  Jury taking a break.  10:29 a.m.  Jury is all present in the jury room to continue deliberations.

11:16 a.m.  Reconvene. Jury and Defendant are not present.  Government's counsel Joseph Koehler and Kristen Brook and Defense counsel Daniel Maynard are all appearing telephonically.  Jury question is discussed and a written answer is provided.  11:19 a.m.  Recess.

CR 15-00707-1-PHX-SRB
USA v. Kareem
Page 2

12:25 p.m.  Jury taking a break.  1:17 p.m.  Jury is all present in the jury room to continue deliberations.  2:47 p.m.  Jury taking a break.  2:55 p.m.  Jury is all present in the jury room to continue deliberations.

3:47 p.m.  Reconvene.  Jury is present.  Counsel and Defendant are not present.  The jury foreperson advises the Court the jury will return at 9:00 a.m., March 16, 2016, to continue deliberations.  The Court reminds the jury of the admonition.

3:50 p.m.  Court stands at recess.