**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL TRIAL MINUTES**

Phoenix Division

CR 15 / 00707/ 1 PHX SRB    DATE: 3-16-16
 Year   Case No.  Dft #

HON: SUSAN R. BOLTON

USA  v.   Kareem, Abdul Malik Abdul
           Last Name        First Name      Middle Initial

DEFENDANT:  Present  X  Not Present   _ Released  X Custody   _Writ

Deputy Clerk: Maureen Williams   Court Reporter:  Liz Lemke

U.S. Attorney: Kristen Brook and Joseph Koehler

Defense Attorney: Daniel Maynard
             _ AFPD  X Appointed  _ Retained
Interpreter:_  Language:_

**PROCEEDINGS:/ X /JURY TRIAL  /_/COURT TRIAL  /_/VOIR DIRE  /_/JURY SWORN**

Trial Day #  18   Waiver of Jury trial filed   n/a

8:55 a.m.  Jury is all present in the jury room to continue deliberations.

9:19 a.m.  Reconvene.  Jury and Defendant are not present.  Government's counsel Joseph Koehler and Kristen Brook and Defense counsel Daniel Maynard are all appearing telephonically.  Jury question is discussed and a written answer is provided.  9:23 a.m.  Recess.

10:11 a.m.  Reconvene. Jury and Defendant are not present.  Government's counsel Joseph Koehler and Kristen Brook and Defense counsel Daniel Maynard are all appearing telephonically. Jury question is discussed and a written answer is provided.  10:12 a.m.  Recess.

10:20 a.m.  Jury taking a break.  10:37 a.m.  Jury is all present in the jury room to continue deliberations. 11:55 a.m. Jury taking a break.

12:01 p.m.  Reconvene. Jury and Defendant are not present.  Government's counsel Joseph Koehler and Kristen Brook and Defense counsel Daniel Maynard are all appearing telephonically. Jury question is discussed and a written answer is provided.  12:02 p.m.  Recess.

12:32 p.m.  Jury is all present in the jury room to continue deliberations.  2:09 p.m.  Jury taking a break.  2:20 p.m.  Jury is all present in the jury room to continue deliberations.

3:28 p.m. Reconvene. Jury is present. Counsel and Defendant are not present. The jury foreperson advises the Court the jury will return at 9:00 a.m., March 17, 2016, to continue deliberations. The Court reminds the jury of the admonition. 3:29 p.m. Recess.

3:35 p.m. Reconvene. Jury, Defendant and Government's counsel Kristen Brook are not present. Government's counsel Joseph Koehler and Defense counsel Daniel Maynard are both appearing telephonically. Jury questions are discussed and written answers are provided.

3:42 p.m. Court stands at recess.