# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### CRIMINAL TRIAL MINUTES

Phoenix Division

CR 15 / 00707/ 1 PHX SRB      DATE:_3-17-16___
  Year    Case No.  Dft #

HON:_SUSAN R. BOLTON____

USA  v. ___Kareem, Abdul Malik Abdul_____
          Last Name         First Name         Middle Initial

DEFENDANT: X  Present  __ Not Present  __ Released  X Custody  __Writ

Deputy Clerk: Maureen Williams___Court Reporter:__Liz Lemke_____

U.S. Attorney: Joseph Koehler with case agent Stewart Whitson

Defense Attorney:_Daniel Maynard and Mary Plomin___
          __ AFPD  _X Appointed  __ Retained

Interpreter:_  Language:_

**PROCEEDINGS:/ X /JURY TRIAL  /_/COURT TRIAL  /_/VOIR DIRE  /_/JURY SWORN**

Trial Day #__19__Waiver of Jury trial filed  __n/a_

8:57 a.m.  Jury is all present in the jury room to continue deliberations.  10:10 a.m.  Jury taking a break.  10:22 a.m.  Jury is all present in the jury room to continue deliberations.

1:06 p.m.  Reconvene.  Jury is present.  Verdicts are read as follows: "We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, find the Defendant Abdul Malik Abdul Kareem: Guilty as charged in **Count 1** of the Indictment of Conspiracy to Transport Firearms and Ammunition in Interstate Commerce with the Intent to Commit a Felony." "We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, find the Defendant Abdul Malik Abdul Kareem: Guilty as charged in **Count 2** of the Indictment of Aiding and Abetting the Transportation of Firearms and Ammunition in Interstate Commerce with the Intent to Commit a Felony.  If you find the Defendant guilty of Aiding and Abetting the Transportation of Firearms and Ammunition in Interstate Commerce with the Intent to Commit a Felony, we, the Jury, unanimously find that Defendant aided and abetted the transportation of: firearms; ammunition." "We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, find the Defendant Abdul Malik Abdul Kareem: Guilty as charged in **Count 3** of the Indictment of Making False Statements to the Federal Bureau of Investigations.  If you find the Defendant guilty of making false statements to the Federal Bureau of Investigations, we, the Jury, unanimously find that the Defendant made the following false statements: that Defendant did not know in advance that Simpson and Soofi planned to conduct an attack in Garland, Texas; that Defendant did not know about an event, that is, the Muhammad Art Exhibit and Contest that was to take place in Garland, Texas, on or about May 3, 2015, until after Simpson and Soofi were killed while attempting to conduct an attack on the

contest." "We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, find the Defendant Abdul Malik Abdul Kareem: Guilty as charged in **Count 4** of the Indictment of Felon in Possession of a Firearm." "We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, find the Defendant Abdul Malik Abdul Kareem: Guilty as charged in **Count 5** of the Indictment of Conspiracy to Provide Material Support or Resources to a Designated Foreign Terrorist Organization."

At the request of Defense counsel, the jury is polled. IT IS ORDERED setting Sentencing on **June 27, 2016, at 9:30 a.m.** IT IS FURTHER ORDERED directing the Probation Department to prepare a presentence investigation report for the above-stated Hearing.

The Court advises the jury that the admonition has been lifted and that they are discharged from their jury service.

1:14 p.m. Court is adjourned.