```
                  FILED ___ LODGED
             ___ RECEIVED ___ COPY

                  MAR 17 2016

              CLERK U S DISTRICT COURT
                DISTRICT OF ARIZONA
              BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 15-00707-1-PHX-SRB |
| Plaintiff, | |
| vs. | Verdicts |
| | [Redacted] |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR-15-00707-1-PHX-SRB |
| Plaintiff, | ) | **VERDICT** |
| vs. | ) | |
| Abdul Malik Abdul Kareem, | ) | |
| Defendant. | ) | |

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, find the Defendant Abdul Malik Abdul Kareem:

__Guilty__ as charged in Count 1 of the Indictment of Conspiracy to
(GUILTY / NOT GUILTY) Transport Firearms and Ammunition in Interstate Commerce with the Intent to Commit a Felony.

__Juror #15__  __3/17/16__
(Presiding Juror)  (Date)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-00707-1-PHX-SRB |
| Plaintiff, | **VERDICT** |
| vs. | |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, find the Defendant Abdul Malik Abdul Kareem:

__Guilty_____ as charged in Count 2 of the Indictment of Aiding and
(GUILTY / NOT GUILTY)   Abetting the Transportation of Firearms and Ammunition in Interstate Commerce with the Intent to Commit a Felony

If you find the Defendant guilty of Aiding and Abetting the Transportation of Firearms and Ammunition in Interstate Commerce with the Intent to Commit a Felony, we, the Jury, unanimously find that Defendant aided and abetted the transportation of (check all that apply):

✓ Firearms

✓ Ammunition

_Juror #15_____          _3/17/16_____
(Presiding Juror)                                   (Date)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Abdul Malik Abdul Kareem,<br><br>　　　　Defendant. | No. CR-15-00707-1-PHX-SRB<br><br>**VERDICT** |

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, find the Defendant Abdul Malik Abdul Kareem:

_Guilty_ as charged in Count 3 of the Indictment of Making False Statements to the Federal Bureau of Investigations
(GUILTY / NOT GUILTY)

If you find the Defendant guilty of making false statements to the Federal Bureau of Investigations, we, the Jury, unanimously find that the Defendant made the following false statement(s) (check all that apply):

___ That Defendant did not go shooting in the desert with Simpson and Soofi before May 3, 2015

___ That before May 3, 2015, neither Simpson nor Soofi fired the weapons they used in connection with the attack in Garland, Texas

✓ That Defendant did not know in advance that Simpson and Soofi planned to conduct an attack in Garland, Texas

✓ That Defendant did not know about an event, that is, the Muhammad Art Exhibit and Contest that was to take place in Garland, Texas, on or about May 3, 2015, until after Simpson and Soofi were killed while attempting to conduct an attack on the contest

_Juror #15_　　　　　　　　　　　　_3/15/16_
(Presiding Juror)　　　　　　　　　　(Date)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Abdul Malik Abdul Kareem,<br><br>    Defendant. | No. CR-15-00707-1-PHX-SRB<br><br>**VERDICT** |

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, find the Defendant Abdul Malik Abdul Kareem:

__Guilty_____ as charged in Count 4 of the Indictment of Felon in
(GUILTY / NOT GUILTY)           Possession of a Firearm

__Juror #15_____           __3/15/16_____
(Presiding Juror)                               (Date)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Abdul Malik Abdul Kareem,<br><br>    Defendant. | No. CR-15-00707-1-PHX-SRB<br><br>**VERDICT** |

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, find the Defendant Abdul Malik Abdul Kareem:

__Guilty__  as charged in Count 5 of the Indictment of Conspiracy to Provide Material Support or Resources to a Designated Foreign Terrorist Organization
(GUILTY / NOT GUILTY)

__Juror #15__                          __3/16/16__
(Presiding Juror)                       (Date)