```
                          X  FILED      ___ LODGED
                          ___ RECEIVED  ___ COPY

                              MAR 17 2016

                          CLERK U S DISTRICT COURT
                             DISTRICT OF ARIZONA
                          BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 15-00707-1-PHX-SRB |
| Plaintiff, | |
| vs. | Juror Questions During Trial |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

CR 15-707 PHX SRB
USA v. Kareem

**Question:**

Can you please put a compass sign on the maps

2-19-16

CR 15-707 PHX SRB
USA v. Kareem

**Question:** Were the CD/DVD dusted for latent prints

CR 15-707 PHX SRB
USA v. Kareem

**Question:**
Can we get a translation of the words in the evidence -
   Dabig (magazine title)
   tauheed

Since we are not to do research outside the court, it would help us to have such words translated when used in court.

CR 15-707 PHX SRB
USA v. Kareem

**Question:** Why is it that Special Agent Whitson was able to sit and hear the testimony of all the other witnesses, considering he is a ~~with~~ witness for government?

~~Does the~~

Is it routine for the FBI to record interviews for ppl who are not considered suspects?

In the 5/5/15 interview conducted was he (defendant) informed that the interview would be recorded?

CR 15-707 PHX SRB
USA v. Kareem

**Question:** Why was it relevant that defense council asked Agent Whitson about being "happy" regarding the additional indictment? Was this in an effort to point to any unethical activity on the FBI's part? Was the email to point in this direction?

#2 Sometimes there is an objection "hearsay" that appears to be related to something the witness may have stated, so why would it be hearsay.



3/4/16

CR 15-707 PHX SRB
USA v. Kareem

## Question:

WHAT CONSTITUTES A JURY TO BE SEQUESTERED?

IS THE DEFENDANT IN CUSTODY?

CR15-707 PHX SRB
USA v. Icarian

QUESTION: IF A witness makes a previous statement either written or verbal and counsel (either defense or prosecution) brings out that the previous testimony or statement is refuted or inconsistent, is this considered PERJURY? When is PERJURY committed, is there a fine line in the definition?

Thank you.

3/9/16

CR-15-0707-PHX-SRB
United States v. Kareem

## Question:

What is a rebutal case?