# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

_____

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **CR15-00707-PHX-SRB** |
| vs. | ) Phoenix, Arizona |
| | ) March 9, 2016 |
| Abdul Malik Abdul Kareem, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

BEFORE:  THE HONORABLE SUSAN R. BOLTON, JUDGE
EXCERPT OF REPORTER'S TRANSCRIPT OF PROCEEDINGS
JURY TRIAL - DAY #14
TESTIMONY:  ABDUL MALIK ABDUL KAREEM - PART#2
(Pages 135 through 180, Inclusive.)


APPEARANCES:
For the Government:
            U.S. ATTORNEY'S OFFICE
            By:  **Kristen Brook, Esq.**
                **Joseph Edward Koehler, Esq.**
            40 North Central Avenue, Suite 1200
            Phoenix, AZ  85004

For the Defendant Abdul Malik Abdul Kareem:
            MAYNARD CRONIN ERICKSON CURRAN & REITER PLC
            By: **Daniel D. Maynard, Esq.**
                **Mary Kathleen Plomin, Esq.**
            3200 North Central Avenue, Suite 1800
            Phoenix, AZ  85012

Official Court Reporter:
Elizabeth A. Lemke, RDR, CRR, CPE
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC 34
Phoenix, Arizona  85003-2150
(602) 322-7247
Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

1          **E X C E R P T   O F   P R O C E E D I N G S**

2          THE COURT:  Good morning, ladies and gentlemen.

3    Please sit down.  The record will show the presence of the

4    jury, counsel, and the defendant.

5          You may proceed with your cross-examination, Mr.

6    Koehler.

7          MR. KOEHLER:  Thank you, Your Honor.

8          I want to just let the Court know there's an exhibit

9    that I want to play that apparently is going to take a few

10   minutes to play because there is an IT-enforced reboot of the

11   litigation laptop happening at this moment.

12              **ABDUL MALIK ABDUL KAREEM, WITNESS, SWORN**

13                   **CROSS EXAMINATION (cont'd)**

14   BY MR. KOEHLER:

15   Q   All right.  Mr. Abdul Kareem, when we left off yesterday,

16   I was talking to you about your records from your visit to

17   John C. Lincoln Hospital.

18          Do you recall that?

19   A   Yes.

20   Q   And so in the course of your examination there at the

21   hospital you asked for x-rays to be performed; is that right?

22   A   Yes.

23   Q   Okay.  Let's look here at the x-ray report.  Right here it

24   says:

25          "Findings.  There is no evidence of acute fracture or

1    dislocation of the hip.  Femoral head, neck intertrochanteric

2    regions and proximal femoral shaft appear intact.  The

3    visualized portions of the superior and inferior pubic rami

4    and iliac wing appear supp intact."

5              Down at the bottom.

6              "No acute process identified."

7              Is that correct?

8    A    Right.

9    Q    In other words, somebody at the hospital didn't find any

10   evidence of an injury at that point, correct?

11             MR. MAYNARD:  Objection.  Objection to the form of

12   the question.

13             THE COURT:  Sustained.

14             A JUROR:  Our screen isn't working.

15             THE COURT:  Oh.  Maureen will fix it.

16             A JUROR:  Okay.  She turned it on.  Thank you.

17             Maureen is becoming superfluous.  She usually jiggles

18   the wires and it's fixed.

19             MR. KOEHLER:  High tech at its finest.

20   BY MR. KOEHLER:

21   Q    We also talked about your Roku device at your house,

22   correct?

23   A    Yes.

24   Q    I want to show you on your monitor what's been marked for

25   identification as Exhibit 602.  Do you recognize that?

 1   A    Yes.

 2   Q    What is that?

 3   A    Looks like a remote.

 4   Q    That's the same model remote as the one for your Roku,

 5   correct?

 6   A    Yes.

 7          MR. KOEHLER:  Move to admit 602.

 8          MR. MAYNARD:  No objection.

 9          THE COURT:  602 is admitted.

10      (Exhibit No. 602 admitted in evidence.)

11          THE WITNESS:  But the Roku that I have didn't come

12   with that.

13          MR. KOEHLER:  There's not a question in front of you,

14   sir.

15   BY MR. KOEHLER:

16   Q    Do you remember your interview on May 5th of 2015?

17   A    Somewhat.

18   Q    Some of it?

19   A    Yes.

20   Q    Do you recall Agent Whitson advised you during the course

21   of your interview that lying to the FBI is a crime, correct?

22   A    Yes.

23   Q    And during that interview you told agents that you did not

24   go shooting in the desert with Elton Simpson and Nadir Soofi

25   prior to May 3rd of 2015, didn't you?

CR15-707-SRB    ABDUL MALIK ABDUL KAREEM-PT#2   3-9-16

```
 1    A   No, I didn't.

 2    Q   So it's your testimony here today that you did not make

 3    that statement?

 4    A   I didn't make that statement.

 5    Q   Okay.  Before May 3rd, 2015 --

 6             Or excuse me --

 7             You told the agents that before May 3, 2015, neither

 8    Simpson nor Soofi fired the weapons they used in connection

 9    with the Garland attack that occurred on May 3, 2015?

10    A   I don't remember saying that.

11    Q   So you don't remember saying that to the agents?

12    A   No.

13    Q   You also told the agents you did not know in advance that

14    Simpson and Soofi planned to conduct an attack in Garland,

15    Texas, correct?

16    A   Yes.

17    Q   And you also told them that you did not know about the

18    Muhammad Art Exhibit and Contest that was to take place on

19    May 3, 2015, until after that attack occurred, correct?

20    A   Yes.

21    Q   And you told us earlier -- actually, I want to come back

22    to that.

23             Let's talk about your BMO Harris deposit.  You said

24    that deposit came from an insurance settlement, right?

25    A   Yes.
```

CR15-707-SRB    ABDUL MALIK ABDUL KAREEM-PT#2   3-9-16

1    Q    And what was the name of the insurance company?

2    A    I don't remember the name of the insurance company.

3    Q    What type of vehicle were you in when you were in the

4    collision that led to the settlement?

5    A    I was in a -- a rental car.

6    Q    And you deposited that check into a new account with BMO

7    Harris because you had trouble with your business account,

8    right?

9    A    Right.  It wasn't a check that I deposited.  It was cash.

10   Q    You testified yesterday it was a check, didn't you?

11   A    No.  I cashed the check.

12   Q    Where did you cash it?

13   A    I cashed it on 19th Avenue and Bell at a check cashing

14   store.  I deposited the cash into the BMO Harris.

15   Q    So you took a $10,000 check to a check cashing store?

16   A    Yes.

17   Q    And you cashed it?

18   A    Yes.

19   Q    And then you went to BMO Harris and deposited the $10,000

20   in cash?

21   A    Yes.

22   Q    So the check cashing store didn't take any fee for cashing

23   the check?

24   A    Yeah.  The check was actually for $13,800.

25   Q    It was for $13,800?

1    A    Yes.

2    Q    And you only had 10,000 left?

3    A    And I had 10,000.  I paid off all my bills.  My landlord,

4    all my bills and everything, and got caught up on all my

5    bills.  Then I deposited the rest of the money inside of the

6    BMO Harris account and went and bought the truck in San Diego

7    and then came back up --

8    Q    Okay.

9    A    -- and then purchased --

10   Q    Let's stop for a minute.

11        How much did you pay for that truck?

12   A    I paid $4,000 for it.

13   Q    And you said you spent the rest of the money, the rest of

14   the 5,000?

15   A    In order to get the truck overhauled, tires and everything

16   else on it, that came to over 1500.

17   Q    You testified yesterday that you had let Elton Simpson use

18   your computer to set appointments for your business, right?

19   A    Yes.

20   Q    That's not what you told Detective Nash back in January

21   2014 though, was it?

22   A    I don't remember.

23   Q    Isn't it true you told Detective Nash that you had told

24   Simpson and Abu Bakr Ahmed not to use your Lenovo laptop?

25   A    Yes.  I did tell them that.

 1   Q    You also admitted to Agent Nash that you looked at Inspire

 2   Magazine on your own, correct?

 3   A    Yes.

 4   Q    And you wanted to see what it was all about?

 5   A    Uh-huh.

 6   Q    You knew that Anwar al-Awlaki was a major contributor to

 7   Inspire, didn't you?

 8   A    No.

 9   Q    You told Agent Nash you didn't care about that Inspire

10   stuff, right?

11   A    Yes, I did.

12   Q    You said:  You're asking for trouble.  I don't follow that

13   kind of thing.

14   A    Yes, I did.

15   Q    Did you know that Anwar al-Awlaki had been killed in a

16   U.S. drone strike?

17   A    Not at that -- at that time, no, I didn't.

18   Q    You testified on direct that you moved out of the Vista

19   house and got away from Abu Bakr Ahmed because he was into

20   fraud stuff, right?

21   A    Yes.

22   Q    Yet you continued to have Mr. Simpson live with you?

23   A    Simpson -- I didn't know that he was into anything.

24   Q    But you knew that he had been convicted of lying to the

25   FBI, didn't you?

```
1    A    No, I didn't.

2    Q    You tried to wipe that Lenovo laptop before giving it to

3    Sergio Martinez; isn't that right?

4    A    Yeah.  We both did.  Me and Sergio.

5    Q    Okay.  And that was because there was bad stuff on it you

6    didn't want kids to see?

7    A    Well, I didn't know exactly what was on it, so.

8    Q    You testified yesterday that there was bad stuff on it.

9    A    Bad stuff on it, but I didn't know exactly what was on it,

10   so I tried to wipe it because Detective Nash had spoke to me

11   about the Inspire Magazine and I didn't know what exactly what

12   was all on that computer.

13   Q    So you didn't know that the bad stuff on there also

14   included Anwar al-Awlaki lectures about Violence Against

15   Western Targets?

16   A    I didn't know about that Anwar al-Awlaki lectures was

17   violent.

18   Q    While we're talking about electronic devices, you used

19   your Maxwest Gravity 5.5 cell phone as a WiFi hotspot for your

20   Acer computer, didn't you?

21   A    I had hooked it up once for it but never used it.  It

22   wouldn't work for me.

23   Q    But you were, in fact, accessing the Internet using the

24   Acer Aspire, correct?

25   A    The Acer was hooked up to the Internet which was Cox at
```

1    the --

2    Q    Okay.

3    A    -- and that was at the Cochise house.

4    Q    What about at your apartment that you moved into?

5    A    I didn't have Internet there.

6    Q    So how were you using the Nextbook to access the Internet?

7    A    It was hooked up to my -- to my phone.

8    Q    Okay.

9    A    It always stayed hooked up to the phone.

10   Q    Okay.  So you set up a WiFi hotspot on your phone,

11   correct?

12   A    Right.

13   Q    And you used that to tether your computer and your tablet?

14   A    Right.  That's only the tablet.  I didn't use the

15   computer.

16   Q    So you stopped using the computer --

17   A    Yes.

18   Q    -- in May of 2015?

19   A    No.  I stopped using the computer back in around November.

20   I didn't really use the computer.

21   Q    So the Acer --

22   A    There was something wrong with it.  We tried to get it to

23   get the computer fixed but it wouldn't work.  It wasn't

24   working right for me.

25   Q    So the Acer computer that you had in your apartment on

1    June 10 of 2015 --

2    A    Uh-huh.

3    Q    -- you did not use that computer?

4    A    I tried to use it but it wouldn't work.  It wouldn't work

5    for me.

6    Q    Okay.  While we're getting those two laptops out, did you

7    use the Cox service to provide Internet access to the Roku

8    device.

9    A    Yes.

10    Q    And the Roku device is a media streaming player, right?

11            MR. MAYNARD:  Excuse me.  I can't hear while he's

12    doing this.

13            MR. KOEHLER:  Okay.  I'll pause for a minute.

14            THE WITNESS:  A media streaming device?

15            MR. MAYNARD:  Sorry.

16            THE COURT:  Okay.  The question was:

17            And the Roku device is a media streaming player,

18    right?

19            THE WITNESS:  I wouldn't say "media." I know it

20    played movies.

21    BY MR. KOEHLER:

22    Q    So you could use it to access Netflix, right?

23    A    Yeah.  Movies.

24    Q    You could use it to access Hulu?

25    A    Yes.

1    Q    You could use it to access YouTube?

2    A    Not that one I had.

3    Q    Okay.  It got its movies and stuff off the Internet; is

4    that right?

5    A    Yes.

6    Q    Okay.  Have you had a chance to look at these computers

7    before taking the stand?

8    A    Say that again?

9    Q    Have you had a chance to look at these laptop computers

10   before taking the stand?

11   A    No.

12           MR. KOEHLER:  May I approach the witness?

13           THE COURT:  You may.

14           THE WITNESS:  Okay.  It's been a long time since I

15   seen this computer, so, okay.

16           MR. MAYNARD:  Can you tell us the numbers on those?

17           MR. KOEHLER:  112 is the Acer and 161 is the Lenovo.

18   BY MR. KOEHLER:

19   Q    Those were your computers, right?

20   A    Well, the Acer was.  The Lenovo was mines back in 2012 and

21   then I gave it to Sergio, so it belonged to Sergio.

22   Q    So it's your testimony that you had no Internet access

23   other than through your Gravity 5.5 Maxwest phone?

24   A    Yes.

25   Q    At the apartment?

1    A    Yes.

2    Q    At Cochise you had Cox Internet?

3    A    I had Cox up until I would say -- I don't remember.

4    November.

5    Q    You had CenturyLink at one point as well, didn't you?

6    A    Right.

7    Q    You testified on direct that Mr. Simpson was pushy with

8    you about wanting to go shooting, right?

9    A    Yes.

10   Q    In fact, you testified he was upset because Sergio

11   Martinez pushed back the shooting to the following weekend,

12   right?

13   A    Yes.

14   Q    Again, in May of 2015, May 5th, you told the FBI you did

15   not go shooting in the desert with Simpson and Soofi, isn't

16   that right?

17           MR. MAYNARD:  Objection.  It's been asked and

18   answered.

19           THE COURT:  Overruled.  You may answer.

20           THE WITNESS:  No.  I didn't say that.

21   BY MR. KOEHLER:

22   Q    You also testified that you kicked Elton Simpson out of

23   your home in the summer of 2013, right?

24   A    Yes.

25   Q    And your reasons were because he was watching military

1    videos and because you thought he had placed a tracking device

2    in your car?

3    A    Yes.

4    Q    Let's talk about the videos.

5            Were they videos of soldiers involved in battles in

6    the Middle East?

7    A    Yes.

8    Q    Did they have voiceovers?

9    A    No.  I just remember it was music playing.

10   Q    Were they nasheeds?

11   A    I don't know what -- well, it sounded like music.

12   Q    Okay.  Was it someone singing or was it actual, like,

13   music playing?

14   A    Yeah.  Somebody singing.

15   Q    Was Elton Simpson watching beheading videos back in 2013?

16   A    No.  I never seen any.

17   Q    And you never told the FBI any of this when you talked to

18   Detective Nash in 2014, correct?

19           MR. MAYNARD:  Objection to the form of the question.

20           THE COURT:  Sustained.

21   BY MR. KOEHLER:

22   Q    You never told Agent Nash about Elton Simpson watching

23   military-type videos when you talked to him in January of

24   2014, did you?

25   A    When are you talking about?  When I went to pick the

1    computer up?

2    Q    You talked to him twice.

3         The day before you picked up the computer?

4    A    On the phone?

5    Q    Yes.

6    A    That question was never asked.

7    Q    And then you talked to him about -- you talked to him the

8    following day when you picked up the computer as well?

9    A    I only talked to him twice but the question was never

10   asked.

11   Q    Your May 5th, 2015, interview, you did not tell the agents

12   about Simpson watching those military-style videos, did you?

13   A    I can't recall if I did or not.

14   Q    And you didn't tell them about those videos in your

15   June 10, 2015, interview either?

16   A    I can't remember if I did or not.

17   Q    When you spoke to Detective Nash on January 24 of 2014,

18   that's when you got the Lenovo computer back, right?

19   A    I don't remember the date that I got it back.

20        THE COURT:  Well, does that sound about the time that

21   you got it back?

22        THE WITNESS:  Yeah.  It was like late January.

23        THE COURT:  2014?

24        THE WITNESS:  Yes.

25   BY MR. KOEHLER:

CR15-707-SRB    ABDUL MALIK ABDUL KAREEM-PT#2   3-9-16

1   Q   First off, you did not tell him that Elton Simpson had

2   authority to use your Lenovo laptop computer on behalf of your

3   business, did you?

4   A   It was in 2014.

5           MR. MAYNARD:  Objection, Your Honor.

6           THE COURT:  Excuse me.  Your lawyer wants to say

7   something first.

8           MR. MAYNARD:  Objection to the form of the question

9   and it's been asked and answered; and three, we don't know

10  whether the question was ever asked.

11          THE COURT:  Well, that may be a possible answer, but

12  it doesn't make the question objectionable.

13          Overruled.  Please ask the question again, Mr.

14  Koehler.

15  BY MR. KOEHLER:

16  Q   When you spoke to Detective Nash on January 24, 2014, you

17  got your Lenovo computer back from him, you did not tell

18  Detective Nash that you had authorized Elton Simpson to use

19  your Lenovo laptop computer on behalf of your business,

20  correct?

21  A   It was in 2014 when he called me to come and get my

22  computer.

23  Q   And then --

24  A   The question was never asked did I let Elton see it --

25  Elton come use my computer.

1   Q   Well, the next day when you talked to him when you got the

2   computer, you told him about the fact that you made Simpson

3   leave your house, right?

4   A   Right.

5   Q   And you told him the reason you made Simpson leave the

6   house was because Simpson had been using your Lexus and --

7   A   Right.

8   Q   -- and not paying you for the use of the Lexus?

9   A   Right.  He was supposed to buy it.

10  Q   And then you claim that he put a tracking device on your

11  car or you found something that you thought was a tracking

12  device?

13  A   I found it, yes.

14  Q   Right?

15  A   Yes.

16  Q   And then you took the car away from him, right?

17  A   Right.

18  Q   You told Agent Nash that the next day Simpson went and

19  bought himself a used car?

20  A   Yes.

21  Q   And that upset you?

22  A   Right.  And I put him out because of it.

23  Q   And then you kicked him out because of that?

24  A   No.  I put him out that same day I found it.  I didn't put

25  him out the next day.  I put him out the same day.

1   Q   That you found the device?

2   A   Yes.

3   Q   But you didn't mention anything about those military

4   videos being a basis for putting him out?

5   A   They wasn't asked.  He didn't ask me those questions.  I

6   volunteered that information.

7   Q   Okay.  But you didn't volunteer all the information, did

8   you?

9   A   No, because he wouldn't ask that.

10       He asked me a question how is your friends and how

11  are they doing and I just volunteered that information.

12       MR. KOEHLER:  I finally have things up and running.

13  I want to play a portion of a phone call between you and the

14  Gainsco Insurance Company.

15  BY MR. KOEHLER:

16  Q   Do you remember getting a call from the insurance person

17  to ask you about your claim?

18  A   Yes.

19  Q   I want to play the beginning of this call and you tell me

20  if you recognize it.

21       THE COURT:  First, you're going to tell us if it's

22  your voice that you hear in the conversation so we know

23  whether or not it's a conversation between you and someone

24  else.

25       THE WITNESS:  All right.

1              MR. KOEHLER:  If I can switch to the laptop on the

2    lectern, please.

3              It should be playing.  Should I not see it on the

4    screens here?

5              (Playing Exhibit 601 audio to the jury.)

6              MALE SPEAKER #1:  "This is (inaudible) calling from

7    the Gainsco Insurance. I'm calling about No. AZ415257.

8    April 8, 2015, approximately 4:09 p.m. Central Time. I do want

9    you to know this call will be recorded for training and

10   investigative purposes.

11             Do I have your permission to proceed?

12             MALE SPEAKER #2:  Yes, you do.  And I just have to

13   ask you about that last part (inaudible).

14             MALE SPEAKER #1:  And can you confirm your first and

15   last name, please.

16             MALE SPEAKER #2:  First name is Abdul Malik Abdul

17   Kareem.

18             MALE SPEAKER #1:  Is "Abdul Malik" one word.

19             MALE SPEAKER #2:  No.

20             MALE SPEAKER #1:  And is "Abdul Kareem" also two

21   words as well?

22             MALE SPEAKER #2:  Yes.

23             MALE SPEAKER #1:  And, sir, what is your date of

24   birth."

25   BY MR. KOEHLER:

CR15-707-SRB    ABDUL MALIK ABDUL KAREEM-PT#2   3-9-16

1    Q   Do you recognize your voice on that call?

2    A   Yes.

3    Q   And that's the call that you had with the insurance

4    company on April 8, 2015, correct?

5    A   I don't remember the date.

6           THE COURT:  But it was just a little bit after the

7    accident at the T-Mobile parking lot?

8           THE WITNESS:  Yes.

9           MR. KOEHLER:  Move to admit 601.

10           MR. MAYNARD:  Assuming that the rest of the tape,

11    that's all it is, that's fine.  I mean, I haven't heard the

12    tape.

13           THE COURT:  Then 601 is admitted.

14        (Exhibit No. 601 admitted in evidence.)

15           THE COURT:  Excuse me.  Could you stop it for just a

16    moment?  Since it's now admitted, the court reporter does not

17    have to attempt to take down the audio.  You may continue.

18        (Playing Exhibit 601 audio to the jury.)

19    BY MR. KOEHLER:

20    Q   That was a true recording of that entire conversation,

21    correct?

22    A   I believe so.

23    Q   All right.  Now that my computer is done with the reboot

24    and playing that, let's circle back.

25           You said on direct examination that Simpson would

UNITED STATES DISTRICT COURT

1   never let anybody see him tweet on a cell phone; is that

2   right?

3   A    Yeah -- or text.

4   Q    I've placed on your screen -- can you see that there,

5   Exhibit 133, which is in evidence?

6   A    Yeah.

7   Q    Do you recognize that?

8   A    That's him on the phone.

9   Q    And you took that picture of him, right?

10  A    Yeah.  I was sitting down.

11  Q    And so he's sitting there.  You can see his phone.  And

12  you take a picture of him of it?

13  A    Taken when -- that's an L-shaped couch.  I'm sitting --

14  the couch go like this (indicating).  He's sitting on this end

15  and I'm sitting directly over here.

16  Q    Well, let's go to 134, also in evidence.

17         You took that photo of him as well?

18  A    Yeah.  I don't see him tweeting or texting.

19  Q    No.  I didn't ask that question.

20  A    You asked me that question -- you said --

21  Q    I did not ask you that question just then.

22         No, I just asked you --

23  A    I asked me the question that --

24  Q    Sir, there's no question before you.

25         Do you see him in the photo there, right?

1   A   Yes.

2   Q   You took that photo also, correct?

3        The date on that one February 18, 2015, correct?

4   A   I can't see it.

5   Q   Does that help you?

6   A   Yes.

7   Q   Now, let's go back to that 133 real quick.  I'll go to the

8   second page of that.  What's the date of that?

9   A   The 23rd.

10  Q   February 23rd, right?

11  A   Yes.

12  Q   You took both of those photos, correct?

13  A   I believe so.

14  Q   In your interview you mentioned having seen a video

15  depicting a person being burned alive in a cage, right?

16       MR. MAYNARD:  Objection to the form of the question.

17  I don't know what interview he's talking about.

18       THE COURT:  Yeah.  Let's be more specific.

19  BY MR. KOEHLER:

20  Q   In your June 10, 2015, interview you told the agents that

21  Elton Simpson showed you a video of somebody being burned

22  alive in a cage; is that right?

23  A   I believe so.

24  Q   I'm going to show you page 27 of Exhibit 157 which is in

25  evidence on the document camera.

1          Those are screenshots from that video; is that right?

2   A   I believe so.  That's all I seen of the video.  I didn't

3   see him get burned alive.

4   Q   During your June 10 interview --

5   A   I only seen the beginning of the video.  I didn't see the

6   whole video.  Nothing getting burned alive.  As soon as

7   Simpson was about -- when he was showing it to me, after he

8   was showing this to me, I told him --

9   Q   Sir, there's no question before you.

10  A   Okay.

11  Q   Thank you.  It's your testimony you never went to the

12  apartment of Elton Simpson and Nadir Soofi prior to --

13  Nadir Soofi prior to February 2015, correct?

14  A   Right.

15  Q   And you only slept in that apartment one time, right?

16  A   Right.

17  Q   That was in February 2015 when your water went out?

18  A   Yes.

19  Q   And then I want to make sure I understand you correctly.

20          You testified on direct examination that you only

21  went into that apartment four or five times total?

22  A   Yes.

23  Q   And Ali Soofi was present each time you went there?

24  A   Yes.

25  Q   And, again, you only spent the night once?

1    A    Yes.

2    Q    You testified on direct examination that someone called

3    you in October or November and told you that Elton Simpson and

4    Nadir Soofi bought AK rifles, correct?

5    A    Yes.

6              MR. MAYNARD:  Objection to the --

7              THE COURT:  Yeah, let's -- we have been talking about

8    various years.  And you said October or November but you

9    didn't say whether --

10             MR. KOEHLER:  I'm sorry.  2014.

11             THE COURT:  Okay.  Was that the objection?

12             MR. MAYNARD:  Well, that was part of the objection.

13   The other one, I don't believe he testified as to the years

14   when that -- or the time period when the phone call was made.

15   He said he got called at some point.

16             THE COURT:  Okay.  Well, why don't you ask your

17   question again.   I can't remember that.

18   BY MR. KOEHLER:

19   Q    You testified on direct examination that you got a call

20   from someone in October or November, 2014, and that person

21   told you that Elton Simpson and Nadir Soofi had purchased

22   AK -- or AK-style rifles; is that right?

23             MR. MAYNARD:  Objection to the form of the question.

24             THE COURT:  Overruled.  You may answer.

25             THE WITNESS:  Yes.

CR15-707-SRB    ABDUL MALIK ABDUL KAREEM-PT#2   3-9-16

```
 1    BY MR. KOEHLER:

 2    Q    Who was it who called you and told you that?

 3    A    I don't remember.

 4    Q    When you talked to the FBI in May 2015, you didn't tell

 5    them that information about that phone call, did you?

 6              MR. MAYNARD:  Objection to the form of the question.

 7              THE COURT:  Overruled.  You may answer.

 8              THE WITNESS:  I don't remember.

 9    BY MR. KOEHLER:

10    Q    And during your interview on June 10, 2015, you didn't

11    tell the FBI about that phone call, did you?

12    A    I don't remember.

13    Q    When you testified on direct, you testified about the

14    shooting being close to the evening time; is that right?

15              MR. MAYNARD:  Objection to the form of the question.

16    I'm not sure what he means by "the shooting."

17              THE COURT:  Are you talking about the time when

18    everyone went with Sergio and Sergio's kids and he and Simpson

19    and Soofi?

20    BY MR. KOEHLER:

21    Q    Correct.  So when you went shooting with Sergio Martinez

22    and his boys and Elton Simpson and Nadir Soofi in the desert

23    near Wittmann, do you recall that?

24    A    Yes.

25    Q    And you testified that that event wrapped up close to
```

1    evening time, right?

2    A    Yeah.  It was getting dark.

3    Q    Because you could see the muzzle flashes?

4    A    Yes.

5    Q    Okay.  And during your testimony you mentioned that you

6    saw that Simpson had been moving -- maybe he wasn't still

7    running but he was moving while shooting, correct?

8    A    Well, yeah, he was still moving while shooting.

9    Q    And you testified that you tried to take a photo of

10    Simpson and he got mad and made you delete the photo, right?

11    A    Right.

12    Q    And yet, again, during your May 5, 2015, interview, you

13    did not tell the FBI that, did you?

14    A    I don't believe the question was asked and I don't

15    remember.

16    Q    Well, in fact, you denied going shooting in the desert at

17    all on May 5, 2015, correct?

18    A    Like I told you, I don't believe the question was asked.

19    I don't remember the question.

20    Q    Okay.  And in your June 10, 2015, interview, you told the

21    FBI that he was not moving while shooting, correct?

22    A    I don't remember.

23    Q    And you did not tell the FBI about taking a photo and

24    Simpson getting upset, did you?

25    A    Well, no, I don't remember in that interview.  I was

1    scared to death on June 10th.

2    Q    That's not the question I have for you, sir.

3         I asked you a very simple question.

4    A    I don't remember.

5    Q    Did you tell the FBI?  Yes or no?

6    A    I don't remember.

7    Q    When you interviewed with the FBI on June 10, 2015, you

8    talked about going and purchasing the 38 Special ammunition,

9    correct?

10   A    Yes.

11   Q    You told them you bought a pack of it?

12   A    Yes.

13   Q    In fact, the tan bag that we showed here in court earlier,

14   that's the bag that that ammunition came in, isn't it?

15   A    Not that I -- I don't remember.

16        MR. KOEHLER:  May I approach the witness?

17        THE COURT:  You may.

18        THE WITNESS:  I wouldn't say that bag.

19        MR. MAYNARD:  Oh, whoa.  Whoa.

20        THE COURT:  Wait.  Wait.  Wait until Mr. Koehler --

21   just look at it and then he is going to ask you a question for

22   you to answer.  Don't start talking until he asks a question.

23        MR. KOEHLER:  May I speak from here?

24        THE COURT:  Yes.

25   BY MR. KOEHLER:

1   Q   I want you to read what that says right there on the bag.

2   A   Okay.  I see it.

3         MR. MAYNARD:  Do you want to show it to me?

4   BY MR. KOEHLER:

5   Q   It says it's 38 Special ammunition, PMC, correct?

6   A   Yes.

7   Q   During that June 10th interview, you did not tell the FBI

8   that Elton Simpson was with you when you went and bought that

9   ammunition, did you?

10  A   I don't remember.

11  Q   Specifically, you told the FBI that that ammunition was

12  all for yourself, correct?

13  A   I don't remember.

14        MR. KOEHLER:  May I replay this section of your

15  interview?  This is 428 which is in evidence.

16     (Playing Exhibit 428 for the jury.)

17  BY MR. KOEHLER:

18  Q   This bag I showed you in Exhibit No. 23, that's plastic,

19  right?

20  A   Yes.

21  Q   And it has two little holes at the top of the bag, little

22  handle holes?

23  A   Yes.

24  Q   In your June 10th interview with the FBI, you told Agent

25  Whitson and Detective Nash you only saw Elton Simpson probably

1   once or twice a month in the months preceding the attack in

2   Garland, correct?

3   A   Right.

4   Q   That wasn't -- that wasn't true though, was it?

5   A   I probably seen Elton probably about -- I would say about

6   around two -- about two times.

7   Q   Okay.  And during your June 10 interview, you told the

8   agents that you went to that apartment twice, probably three

9   times, correct?

10  A   I'm not sure if I said that or not but I know I been there

11  probably about a handful.

12  Q   And the last time you were at that apartment was about a

13  month-and-a-half before the Garland attack?

14  A   Yes, when I went and picked them up.

15  Q   Now, you saw Elton Simpson and Nadir Soofi get on the

16  Internet at times, didn't you?

17  A   Where?

18  Q   And you knew that --

19  A   No.  I said "where."

20          THE COURT:  He said "where" not "yeah."

21  BY MR. KOEHLER:

22  Q   I'm just talking in general.

23          You saw them get on the Internet and watch videos in

24  the past.

25  A   Not Nadir.

CR15-707-SRB    ABDUL MALIK ABDUL KAREEM-PT#2   3-9-16

1    Q    Just Elton Simpson?

2    A    Just Elton Simpson when he was living at my house.

3    Q    And you knew that these were things that had gotten him in

4    trouble before, correct?

5    A    After I found out, yeah, he got in trouble for those.

6    Q    Let's talk about that for a minute.

7            You knew he was on probation, right?

8    A    I found out he was on probation.

9            MR. MAYNARD:  Objection to the form of the question.

10           THE COURT:  Overruled.  He said yes he knew he was on

11   probation.

12   BY MR. KOEHLER:

13   Q    And --

14   A    I found out he was on probation in 2014.

15   Q    Well, when he was living with you, he had a probation

16   officer coming to do home visits, didn't he?

17   A    No.  He was on summary probation.  Once I found out.  He

18   reported to them.  They didn't come to the house.

19   Q    And, in fact, you had some of his probation-related

20   documents in your apartment on June 10, 2015, when the FBI

21   searched your apartment, didn't you?

22   A    No.

23   Q    You had a whole boxful of his stuff in your apartment?

24   A    No.  It probably wasn't in my apartment.  I believe it was

25   in my storage area but I didn't know it was his.  And the

1    storage area was in the backyard.  It probably was out in the

2    backyard, not in my apartment.

3    Q    He also sent you an e-mail in November of 2014 that

4    included a forwarded communication from his probation officer,

5    correct?

6    A    He was at my house and he couldn't read the document that

7    was on his phone and he asked me can he forward it to my

8    e-mail address so he can print it out.

9    Q    That wasn't my question.

10           I'm just asking you a yes-or-no question.

11   A    Yes.

12   Q    You previously had a 380 caliber pistol in your home at

13   some point, didn't you?

14   A    No.

15   Q    Which device did Elton Simpson use to show you the video

16   of the Jordanian pilot?

17   A    He used his phone.

18   Q    Now, I think you've already acknowledged that ISIS is the

19   group that claims to have a Khilafah; is that right?

20   A    Yes.

21   Q    And you went and saw Abdullah Mubarak yourself to talk to

22   him about the existence of a Khalifah, correct?

23   A    We was in the car.

24   Q    You were what?

25   A    We were in the car.

1    Q    You were in the car?

2    A    Yes.  In my car.  I wasn't at his house.

3    Q    Did you previously have a shotgun in your home?

4    A    No.  I didn't have a shotgun in my home.  Those shotgun

5    shells I have a long time.

6    Q    I'm sorry?

7    A    I said those shotgun shells I had for a long time.

8    Q    And you just had them for the heck of it?

9    A    No.  They was supposed to go to Sergio.

10   Q    All right.  And you testified that you listened to Anwar

11   al-Awlaki CDs from 2010 to 2015, correct?

12   A    Yes.

13   Q    How many of his CDs did you own?

14   A    I think 16.  Only it was a case that came with The Lives

15   of the Prophet and I think 16 CDs come in that case.

16   Q    Did you have any other series of his?

17   A    No.

18   Q    So you listened to that one series over and over again for

19   five years?

20   A    Yes.

21   Q    Where did you get that?

22   A    I believe I bought it at a book store.  I'm trying to -- I

23   think it was off of like 52nd Street and McDowell.

24   Q    You had other CDs of his that had handwritten labels on

25   them, didn't you?

1    A    They weren't mines probably.  I don't -- I only had Lives

2    of the Prophet.

3    Q    But you listened --

4    A    I don't know if those CDs that you had belonged to my

5    nephew.

6    Q    But you were listening to them, right?

7    A    No.

8    Q    So you didn't have them in your car?

9    A    I had them in my car but my CD player didn't work.

10            MR. KOEHLER:  If I can have a moment?

11            That's all I have, Your Honor.

12            THE COURT:  Ladies and gentlemen, we will take our

13   morning break and we will reconvene at 10:30.

14            You are reminded of the use admonitions.

15            Court is in recess until 10:30.

16       (Recess taken at 10:15 a.m.;resumed at 10:32 a.m.)

17            THE COURT:  Thank you, ladies and gentlemen.  Please

18   sit down.  The record will show the presence of the jury,

19   counsel, and the defendant.

20            Mr. Maynard, questions on redirect.

21            MR. MAYNARD:  Thank you, Your Honor, please.

22                      **REDIRECT EXAMINATION**

23   BY MR. MAYNARD:

24   Q    I'm going to put on the overhead the Exhibit 602 that was

25   admitted.

1              That is a remote for a Roku; is that correct?

2   A   Yes.

3   Q   Okay.  Was that device programmed to your television in

4   your living room at your house on Cochise?

5   A   Yes.

6   Q   Could you watch YouTubes on the television in your house

7   on Cochise using this Roku device?

8   A   Not this one.

9   Q   Okay.  Were there other Roku devices in your house?

10  A   Yes.

11  Q   Who owned those Roku devices?

12  A   Stefan had one and Billy Eldridge had the other one.

13  Q   On the TV that was in your living room could you watch any

14  YouTubes?

15  A   No.

16  Q   Okay.  Would it have been possible to have programmed this

17  device on one of the other Rokus so that one could watch

18  YouTubes?

19  A   Yes.  The device that I had, this one, was a Roku 1, like

20  the very first Roku and I programmed that remote to that Roku.

21  Q   The one that was in the living room?

22  A   Right.

23  Q   Okay.  You were asked some questions about Elton Simpson

24  and knowing when -- learning when he first had a felony

25  conviction.

1          Tell the jury, when did you first learn that Elton

2    Simpson had a felony conviction?

3    A    In 2014.

4    Q    And how is it that you learned that he had a felony

5    conviction?

6    A    He had got -- he had sent -- he asked me could I -- can he

7    send me an e-mail from his probation officer so he -- because

8    he couldn't see it on his phone.

9          And I had a printer and he wanted to print that

10   document out.  So I let him send it to my e-mail and then I

11   printed the document out and then I seen that he was on

12   probation.

13   Q    At the time that he lived with you at Vista, did a

14   probation officer ever come to the Vista house while you were

15   there?

16   A    No.

17   Q    At the time that he lived with you on Cochise, did a

18   probation officer ever come to the house while you were there?

19   A    No.

20   Q    Okay.  You indicated a few minutes ago that it was your

21   understanding that he was on a different type of probation

22   where he actually went to see the probation officer; is that

23   correct?

24   A    Right.

25   Q    When did you learn that?

1    A    Well, I don't think he went to go see them.  He didn't

2    have to go see them.

3    Q    You think he was on probation and they just didn't check

4    on him?

5    A    Yeah.  He told me it was summary probation and summary is

6    like you don't go.

7    Q    Okay.  Now, you were asked some questions you got a

8    $13,200 settlement on a case and you cashed it at a check

9    cashing place rather than putting it in the bank.

10   A    Yes.

11   Q    Okay.  Explain to the jury why you did that that way?

12   A    All right.  I got the check for the $13,800 and I -- I got

13   the check.  I cashed it at the check cashing place because if

14   I was to deposit it into the checking account, they will hold

15   it for at least seven days.

16        I had already talked to the guy in San Diego on me

17   purchasing the truck and he had another buyer to buy the

18   truck.  So I cashed the check and then took the $10,000 and

19   deposited it into the BMO Harris account and withdrawed $5,000

20   out a couple days later.

21   Q    Now, you were asked some questions about whether -- while

22   we have been here in court you have had a chance to look at

23   these laptops, the Acer and the Lenovo.

24        Do you recall that question?

25   A    Yes.

1    Q    Okay.  That is your Acer -- or it was your Acer and it was

2    your Lenovo at one time?

3    A    Yes.

4    Q    You've not had a chance to look at any of this stuff after

5    court any day, have you?

6    A    No.

7    Q    Why not?

8    A    Because I'm incarcerated and been incarcerated for over

9    ten months.  And nobody has brought any of these devices up to

10   the jail for me to look at.

11   Q    In fact, are you in solitary confinement?

12   A    Yes.

13   Q    Okay.  Do you have a television?

14   A    No.

15   Q    Do you have access to radio?

16   A    No.

17         MR. KOEHLER:  Objection.  Beyond the scope.

18         THE COURT:  Sustained.

19   BY MR. MAYNARD:

20   Q    You were asked about a number of different -- I guess it

21   was said -- interviews that you gave.

22         In 2014 you went and met with Agent Nash and got back

23   your computer; is that correct?

24   A    Yes.

25   Q    Okay.  You talked to him over the phone before you went

CR15-707-SRB    ABDUL MALIK ABDUL KAREEM-PT#2   3-9-16

 1   and got the computer?

 2   A   Yes.

 3   Q   Okay.  Did you think that that was an interview that you

 4   were doing with him?

 5   A   No.

 6   Q   Okay.  Did he ask you some questions?

 7   A   Yes.

 8   Q   Okay.  Did you answer those questions when he asked you?

 9   A   Yes.

10   Q   Okay.  When you went and you picked up the computer, did

11   you sit down and have a formal interview with him?

12   A   No.

13   Q   Did he ask you some questions?

14   A   Yes.

15   Q   Did you answer those questions at that time?

16   A   Yes.

17   Q   At any time in 2014 when you met with Detective Nash to

18   get back your computer, did you think you were actually being

19   interviewed by the FBI?

20   A   No.

21   Q   What did you think was going on at that time?

22   A   I was just coming there to pick the device up.

23   Q   So when you said you didn't volunteer any information, if

24   he asked you questions, you answered it?

25   A   Right.

```
 1   Q    Okay.  Now, in May of 2015, that was a formal interview at

 2   the FBI office, correct?

 3   A    Yes.

 4   Q    Okay.  Did you answer the questions there to the best of

 5   your knowledge?

 6   A    Yes.

 7   Q    Okay.  Did you answer the questions that they asked you?

 8   A    Yes.

 9   Q    Okay.  Were you -- were you nervous at the time?

10   A    Yes.  I was.

11   Q    Were you having some trouble with your diabetes?

12   A    Yes.

13   Q    Okay.  Did you do the best you could to answer the

14   questions that were asked at the time?

15   A    Yes.

16   Q    Did they also caution you that if you lied to them, that

17   could be a federal offense?

18   A    Yes.

19   Q    Okay.  Now, you then had a -- you then actually went back

20   voluntarily to the FBI office several weeks later, correct?

21   A    Yes.

22   Q    Okay.  Were you willing to answer questions at that time?

23   A    Yes.

24   Q    And what was the purpose of going back several weeks

25   later?
```

CR15-707-SRB    ABDUL MALIK ABDUL KAREEM-PT#2   3-9-16

```
 1    A   Well, I was being followed and it was really -- I was

 2    really, really -- it was over --

 3            MR. KOEHLER:  This is beyond the scope of cross, Your

 4    Honor.

 5            THE COURT:  Overruled.

 6            THE WITNESS:  I was being followed and I didn't know

 7    exactly why I was being followed.

 8            And it was -- they almost caused me to get into an

 9    accident a couple times.  And I went back so I could speak to

10    somebody and talk to somebody because I didn't know exactly

11    what was -- why I was being followed at the time.

12    BY MR. MAYNARD:

13    Q   All right.  Now, you were arrested on June 10th of 2015?

14    A   Yes.

15    Q   You're taken into custody and you're taken into the FBI

16    office again?

17    A   Yes.

18    Q   Are you nervous?

19    A   Very nervous.

20    Q   Are you scared?

21    A   Yes.

22    Q   Are you asked a number of questions again by Agent Whitson

23    and Detective Nash?

24    A   Yes.

25    Q   Did you do the best you could to answer those questions at
```

1   that time?

2   A   Yes.

3   Q   Did Agent Whitson ask you whether or not you had been

4   shooting with Soofi and Simpson at some point?

5   A   Yes.

6   Q   Did you tell -- what did you tell him?

7   A   I told him that I was -- I was -- I was shooting with

8   them.

9   Q   Did he ever say to you, "You didn't say that to me in the

10  last interview"?

11  A   I don't believe so, no.

12  Q   You were asked questions about the May 5th interview.

13          Did they ever show you any pictures of the weapons

14  that we've seen here for the last four weeks?

15  A   No.

16  Q   Okay.  Do you have any idea what weapons Simpson and Soofi

17  would have been using in Garland, Texas?

18  A   No.  The only weapons -- I don't know what weapons they

19  would have been using.  Only weapons I know is that these

20  weapons that they brought in here.

21  Q   You had seen the weapons that they had when you had been

22  out in the desert shooting in January?

23  A   Yes.

24  Q   Did you know whether or not they still had those weapons

25  or not?

1    A   No.

2    Q   Do you know whether they had acquired any new weapons or

3    not?

4    A   No.

5    Q   You were asked a question on cross-examination about

6    receiving a phone call from somebody telling you that some

7    individuals had purchased a -- or had gotten an AK.

8        Do you recall that question on cross-examination?

9    A   Yes.

10   Q   Okay.  I believe on cross-examination you said that the

11   caller told you that it was Simpson and Soofi who had bought

12   AKs in October or November?

13   A   No.  It was Simpson.  Somebody calling me and said Simpson

14   had purchased AKs.

15   Q   Did somebody ever call you and tell you that Soofi had

16   purchased an AK?

17   A   Later.  Later somebody had called and said Soofi had

18   purchased.

19   Q   You were asked whether or not you had ever had a 380

20   pistol in your home.

21       Did you ever have a 380?

22   A   No.

23   Q   Did you ever have any 380 ammunition in your house?

24   A   I believe it was only one bullet that was there.

25   Q   Do you have any understanding of how that one bullet got

1    there?

2    A    I was sweeping the truck.  And when I was cleaning the

3    truck out, the back end of the truck and I found the clip and

4    the one bullet in the back.  And I didn't want to dispose of

5    it, so I just put it in a drawer.

6    Q    We listened to the tape recording of your talking to an

7    insurance agent or somebody, an insurance adjuster --

8    A    Yes.

9    Q    -- for the woman that ran into you.

10           Had you ever heard this tape before?

11   A    No.

12   Q    Do you recall that the conversation did occur sometime

13   within a week after that accident?

14   A    Yes.

15   Q    Okay.  Did you have an attorney at the time?

16   A    No.

17   Q    Had you ever had an attorney prior to that?

18   A    No.

19   Q    Had you had one for your lawsuit?

20   A    Yes.

21   Q    Did you call that attorney?

22   A    No.

23   Q    When was it that you first went to an attorney for the

24   lawsuit involving getting hit in the packing lot?

25   A    I believe it was like a week -- a week later.  I don't

1    really remember the dates.

2    Q   Was it after you had gone to the chiropractor?

3    A   Yes.

4    Q   You were shown some pictures of Simpson holding his cell

5    phone that apparently you took at different times in February?

6    A   Right.

7    Q   Did Simpson -- was Simpson on his cell phone often?

8    A   All the time.

9    Q   Did he show you what he was doing when he was on his cell

10   phone?

11   A   No.

12   Q   Did you know whether he was tweeting versus texting versus

13   e-mailing?

14   A   No.

15   Q   Did he ever show you any of those?

16   A   No.

17   Q   There was questions asked of you and we heard a videotape

18   of your interview.

19          In the videotape you said that you bought those 38s

20   just for you.  You heard that?

21   A   Yes.

22   Q   Okay.  Did you buy those 38s just for you?

23   A   No.  Me and Simpson, we split them.  We -- he gave me $75

24   and I put my $75 up and we bought them.

25   Q   Okay.  You were asked about why you hadn't volunteered

1   certain information to Detective Nash in November such as you

2   didn't volunteer to him that you had seen any military videos.

3        Do you recall that?

4   A   Yes.

5   Q   You did volunteer at some point in that conversation --

6   you must have told them that you had thrown Simpson out at one

7   point?

8   A   Yes.

9   Q   Did you volunteer to him that you got help from

10  Mr. Mubarak and two other individuals to throw Simpson out?

11  A   No.

12  Q   Why not?

13  A   I didn't think it was relevant.

14       MR. MAYNARD:  I don't have any further questions,

15  Your Honor.

16       THE COURT:  Thank you, Mr. Kareem.  You may step

17  down.

18       MR. MAYNARD:  Can he be released?

19       THE COURT:  No.

20       You may call your next witness.

21    (End of Excerpt of Proceedings.)

22                          * * *

23

24

25

1

2                        C E R T I F I C A T E

3

4          I, ELIZABETH A. LEMKE, do hereby certify that I am

5    duly appointed and qualified to act as Official Court Reporter

6    for the United States District Court for the District of

7    Arizona.

8              I FURTHER CERTIFY that the foregoing pages constitute

9    a full, true, and accurate transcript of all of that portion

10   of the proceedings contained herein, had in the above-entitled

11   cause on the date specified therein, and that said transcript

12   was prepared under my direction and control.

13             DATED at Phoenix, Arizona, this 9th day of March,

14   2016.

15

16

17

18

19                         s/Elizabeth A. Lemke
                           ELIZABETH A. LEMKE, RDR, CRR, CPE
20

21

22

23

24

25