CR15-00707-SRB    MOTION HEARING      9-21-15

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

_____

| | |
|---|---|
| **United States of America**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CR15-00707-PHX-SRB(MHB)** |
| vs. ) | Phoenix, Arizona |
| ) | September 21, 2015 |
| **Abdul Malik Abdul Kareem**, ) | 3:29 p.m. |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

**BEFORE:  THE HONORABLE SUSAN R. BOLTON, JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**MOTION HEARING**


**APPEARANCES:**
**For the Government:**
        U.S. ATTORNEY'S OFFICE
        By: **Kristen Brook, Esq.**
            **Joseph Edward Koehler, Esq.**
        40 North Central Avenue, Suite 1200
        Phoenix, AZ  85004

**For the Defendant Abdul Malik Abdul Kareem:**
        MAYNARD CRONIN BRICKSON CURRAN & REITER PLC
        By: **Daniel D. Maynard, Esq.**
            **Mary Kathleen Plomin, Esq**.
        3200 North Central Avenue, Suite 1800
        Phoenix, AZ  85012

Official Court Reporter:
Elizabeth A. Lemke, RDR, CRR, CPE
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC 34
Phoenix, Arizona  85003-2150
(602) 322-7247

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

1                    **P R O C E E D I N G S**

2          (Called to the order of court at 3:29 p.m.)

3          THE COURT:  Thank you.  Please sit down.

4          THE CLERK:  Criminal case 15-707.  *United States of*

5    *America v. Abdul Malik Abdul Kareem*.  Time set for hearing

6    regarding defendant's pro se motion to assign new counsel.

7          MS. BROOK:  Good afternoon, Your Honor.  Kristen

8    Brook and Joe Koehler on behalf of the United States.

9          MR. MAYNARD:  Good afternoon, Your Honor.  Daniel

10   Maynard on behalf of Abdul Malik Abdul Kareem and I have got

11   Mary Plonin with me from my office.  And my client is present

12   and in custody.

13         THE COURT:  Thank you.

14         I'm going to ask a few questions and I may inquire

15   specifically of Mr. Kareem.

16         I want to specifically tell Mr. Kareem that he is not

17   to disclose any of his conversations with his lawyer or with

18   Ms. Plonin who is Mr. Maynard's legal assistant.

19         But the first thing that I want to do is to ask --

20   you have seen the letter, correct?

21         MS. BROOK:  Yes.

22         THE COURT:  And so, you know that one of the concerns

23   that Mr. Kareem raised that he somehow seems to believe is a

24   fault of his lawyer is that there was an FBI visit to the jail

25   to take his DNA.

UNITED STATES DISTRICT COURT

CR15-00707-SRB       MOTION HEARING       9-21-15

1        Do you know about that and do you know why that

2    happened and how it ended up being arranged?

3        MS. BROOK:  Yes, Your Honor.  It happened during the

4    summer.  We reached out to defense counsel to find their

5    position in regards to the government collecting an additional

6    DNA sample, as well as fingerprints and a hair sample, to find

7    out whether or not they would consent to it or we should file

8    a motion and order with the Court.

9        Defense counsel stated that they would consent to it.

10   And then it was arranged a short time.  Thereafter, that an

11   FBI agent went out to the facility in which Mr. Kareem is

12   being held to gather that with Mr. Maynard.

13       But it may have been Mary, actually, that was

14   present.  I'm not sure.  I believe Mr. Maynard was there as

15   well.  Counsel for the government was not present.  It was the

16   FBI agents.

17       THE COURT:  And you were present, correct?

18       MR. MAYNARD:  Yes, I was there.  There were actually

19   two technicians from the FBI and one FBI agent along with

20   Mr. Kareem.

21       THE COURT:  And I take it that you were -- you made

22   sure that you were present so that the only thing that

23   happened was that the DNA sample, the hair sample, and the

24   fingerprints were taken, and that there was no conversation

25   between any of the representatives of the FBI and your client?

UNITED STATES DISTRICT COURT

CR15-00707-SRB      MOTION HEARING        9-21-15

1        MR. MAYNARD:  That's exactly right.  And, in fact, at

2  one point the FBI sort of was making casual conversation and I

3  had it stopped.

4        THE COURT:  They like to do that, don't they.  Just

5  kind of get a little conversation going and see what might be

6  said.

7        MR. MAYNARD:  Sometimes.

8        THE COURT:  That has been my experience in other

9  cases.  I don't know about these agents.

10        And there's a concern here that on that occasion you

11  were not communicating much information to your client.  Would

12  that also be because of the presence of the representatives of

13  the Federal Bureau of Investigation?

14        MR. MAYNARD:  Well, you probably have to ask my

15  client, but I actually got there probably 15 or 20 minutes

16  before this and explained to him, I thought, exactly why we

17  were doing it and what was going to happen.

18        And then in the presence of the FBI -- and it took

19  close to an hour.

20        THE COURT:  To take the DNA, the hair sample, and the

21  fingerprints?

22        MR. MAYNARD:  Yes.  We really did not talk during

23  that hour.  We basically sat there quietly.

24        THE COURT:  And, Mr. Kareem -- and I want you to just

25  answer this "yes" or "no."

CR15-00707-SRB       MOTION HEARING        9-21-15

```
 1              Did your lawyer, in fact, come about 15 minutes

 2   before the FBI representatives arrived that day?

 3              ABDUL MALIK ABDUL KAREEM:  Yes.  Yes.

 4              THE COURT:  And you had an opportunity to talk for 15

 5   minutes before they came?

 6              ABDUL MALIK ABDUL KAREEM:  Yes, we did.

 7              THE COURT:  And Mr. Maynard explained, I assume, that

 8   it was pretty standard that --

 9              ABDUL MALIK ABDUL KAREEM:  Yes.

10              THE COURT:  -- that these things were allowed to be

11   done?

12              ABDUL MALIK ABDUL KAREEM:  Yes, he did.

13              THE COURT:  Then what is your complaint about that?

14              ABDUL MALIK ABDUL KAREEM:  Well, it's when I was --

15   when it was taken, when they were taking it, I was asking why

16   were they taking it.  And my main question was where did they

17   find the DNA at and --

18              THE COURT:  Okay.  Do you understand that your

19   client -- that your lawyer is justifiably reluctant to have

20   conversation with you in the presence of the FBI?

21              ABDUL MALIK ABDUL KAREEM:  Yeah.

22              THE COURT:  And do you understand that the FBI is not

23   there to provide any information to you?

24              ABDUL MALIK ABDUL KAREEM:  Yes.

25              THE COURT:  And do you understand that it is in your
```

UNITED STATES DISTRICT COURT

CR15-00707-SRB       MOTION HEARING       9-21-15

1    best interests for your lawyer to stop you from talking in the

2    presence of the FBI?

3              ABDUL MALIK ABDUL KAREEM:  Yes.

4              THE COURT:  So do you realize since you wrote this

5    letter that those complaints that you were making about that

6    specific occasion are really things that your lawyer was doing

7    in your best interests rather than things that you should be

8    concerned or suspicious about?

9              ABDUL MALIK ABDUL KAREEM:  Yes.

10             THE COURT:  Do you still have some problems with

11   Mr. Maynard?

12             ABDUL MALIK ABDUL KAREEM:  No.

13             THE COURT:  Do you want to withdraw your request for

14   new counsel?

15             ABDUL MALIK ABDUL KAREEM:  Yes.

16             THE COURT:  I think that's a very wise decision, sir.

17             And now you do know who the woman sitting next to you

18   is?

19             ABDUL MALIK ABDUL KAREEM:  Yes.

20             THE COURT:  She is Mr. Maynard's parallel.  She has

21   been officially appointed by me to assist him in helping you

22   in this case.

23             ABDUL MALIK ABDUL KAREEM:  Yes.

24             THE COURT:  Are there any other matters now that this

25   request is withdrawn that we need to discuss today concerning

UNITED STATES DISTRICT COURT

CR15-00707-SRB     MOTION HEARING       9-21-15

1   this case?

2           ABDUL MALIK ABDUL KAREEM:  No.

3           THE COURT:  No.  And I'm not aware of any either.

4           MS. BROOK:  That's correct.  Nothing from the

5   government.

6           THE COURT:  Mr. Maynard?

7           MR. MAYNARD:  No, Your Honor.

8           THE COURT:  Okay.  Well, this was a satisfactory

9   resolution of what could have been a problem.

10          Thank you very much.

11          Court is in recess until four o'clock or until we

12  have -- do we have a pair?  Well, let me just recess so we can

13  clear the courtroom and then Maureen can take roll call and

14  see who is here and we can get started early, if possible.

15          (Proceedings adjourned at 3:36 p.m.)

16                           * * *

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

CR15-00707-SRB       MOTION HEARING       9-21-15

 1

 2                        C E R T I F I C A T E

 3

 4          I, ELIZABETH A. LEMKE, do hereby certify that I am

 5   duly appointed and qualified to act as Official Court Reporter

 6   for the United States District Court for the District of

 7   Arizona.

 8          I FURTHER CERTIFY that the foregoing pages constitute

 9   a full, true, and accurate transcript of all of that portion

10   of the proceedings contained herein, had in the above-entitled

11   cause on the date specified therein, and that said transcript

12   was prepared under my direction and control.

13          DATED at Phoenix, Arizona, this 17th day of April,

14   2016.

15

16

17

18

19                              s/Elizabeth A. Lemke
                                ELIZABETH A. LEMKE, RDR, CRR, CPE
20

21

22

23

24

25

UNITED STATES DISTRICT COURT