**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **CR15-00707-PHX-SRB** |
| vs. | ) Phoenix, Arizona |
| | ) March 9, 2016 |
| Abdul Malik Abdul Kareem, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

**BEFORE:  THE HONORABLE SUSAN R. BOLTON, JUDGE**
**EXCERPT OF REPORTER'S TRANSCRIPT OF PROCEEDINGS**
**JURY TRIAL - DAY #14**
**TESTIMONY:  GREGORY NEVILLE - PART 2**
**(Pages 85 through 93, Inclusive.)**

**APPEARANCES:**
**For the Government:**
          U.S. ATTORNEY'S OFFICE
          By:  **Kristen Brook, Esq.**
               **Joseph Edward Koehler, Esq.**
          40 North Central Avenue, Suite 1200
          Phoenix, AZ  85004

**For the Defendant Abdul Malik Abdul Kareem:**
          MAYNARD CRONIN ERICKSON CURRAN & REITER PLC
          By:  **Daniel D. Maynard, Esq.**
               **Mary Kathleen Plomin, Esq.**
          3200 North Central Avenue, Suite 1800
          Phoenix, AZ  85012

Official Court Reporter:
Elizabeth A. Lemke, RDR, CRR, CPE
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC 34
Phoenix, Arizona  85003-2150
(602) 322-7247
Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

1          **E X C E R P T   O F   P R O C E E D I N G S**

2

3          MR. KOEHLER:  The United States recalls Greg Neville.

4          THE COURT:  You may take the stand, sir.  You are

5     still under oath.

6          You may proceed, Mr. Koehler.

7          **GREGORY NEVILLE, WITNESS, SWORN**

8          **DIRECT EXAMINATION**

9     BY MR. KOEHLER:

10    Q    Good afternoon, Mr. Neville.

11    A    Good afternoon.

12    Q    Would you please reintroduce yourself briefly to the jury.

13    A    My name is Greg Neville.  I'm an Intelligence Analyst with

14    the FBI.

15    Q    And you previously testified about text messaging between

16    Elton Simpson and the defendant, among other things; is that

17    correct?

18    A    Yes, it is.

19    Q    And yesterday did you export a series of text messages and

20    call detail records from the defendant's Maxwest Gravity 5.5

21    cell phone?

22    A    Yes, I did.

23    Q    And did that come from the extraction of his phone through

24    Cellebrite?

25    A    Yes, it did.

```
1    Q   I have on the witness stand in front of you what's been

2    marked for identification as Exhibit 614.  It's on the monitor

3    there.

4             Do you recognize that?

5    A   Yes, I do.

6    Q   Is that a true and accurate copy -- and I'm going to flip

7    through the pages real quick -- the export that you did

8    showing phone calls and text messages between Abdul Malik

9    Abdul Kareem and Elton Simpson on April 16, 2015, April 17,

10   2015, and April 22nd of 2015?

11   A   Yes, it is.

12             MR. KOEHLER:  Move to admit 614.

13             MR. MAYNARD:  No objection.

14             THE COURT:  614 is admitted.

15        (Exhibit No. 614 admitted in evidence.)

16             THE COURT:  I notice it's color-coded.  Do you want

17   to tell us what the code is?

18             THE WITNESS:  The messages that are in red are sent

19   by Elton Simpson and the messages in black are sent by Abdul

20   Kareem.

21             THE COURT:  Thank you.

22   BY MR. KOEHLER:

23   Q   And have the times in this all been converted to Arizona

24   time?

25   A   Yes.  They have.
```

1  Q   All right.  Starting with the first call -- or the first

2  text at 5:27 p.m.

3           Could you walk us through for April 16, 2015.

4  A   Yes.  So 5:27 Simpson sends:

5           "Brother call AK he's wondering about you."

6           At 5:36 p.m. Kareem sends:

7           "Where are you?"

8           At 5:36 p.m. Kareem sends:

9           "I text him so he should read the text and see."

10          5:37 p.m. Simpson sends:

11          "Should probably call."

12          5:37 Simpson sends:

13          "Might be a text or."

14          5:39 p.m. Simpson says:

15          "I'm at the crib but a little busy at the moment what

16  are you doing?"

17          5:49 p.m. Kareem sends:

18          "I'm at the doctors office."

19          5:55 p.m. Simpson says:

20          "Okay."

21          5:58 p.m. Kareem says:

22          "Leaving doctors office now."

23          6:19 p.m. Simpson says:

24          "All right."

25          6:20 Kareem:

1    "I'm home right now."

2    6:20 Simpson:

3    "Okay."

4    6:21 Kareem sends:

5    "Want to run the downtown bis want to go?"

6    6:22 p.m. Simpson says:

7    "Not now I can't."

8    6:23 p.m. Kareem says:

9    "You still busy?"

10    6:24 Simpson says:

11    "Yep."

12    6:25 p.m. Kareem says:

13    "Okay."

14    7:40 p.m. Simpson calls Kareem.

15    7:56 p.m. Simpson says --

16  Q  How long was that call?

17  A  15 minutes, 26 seconds.

18  Q  Okay.  Go ahead.

19  A  7:56 p.m. Simpson sends:

20    "Castor soft."

21    7:57 p.m. Simpson sends:

22    Screen shot.

23    8:38 p.m. Kareem calls Simpson.  31 seconds.

24    8:50 p.m. Kareem calls -- or texts Simpson:

25    "Salaam walaikum brother why didn't you respond to

1  that text."

2        8:58 p.m. Kareem:

3        "Brother do you see my text?"

4        8:56 p.m. Simpson:

5        "Walaikum salaam wrwbed."

6        8:58 Kareem says:

7        "But I ask you did you see my text?"

8        8:59 p.m. Simpson sends:

9        "The salaam one?"

10        10:09 p.m. Simpson calls Kareem.  16 minutes, 41

11  seconds.

12  Q   Now, moving on to April 17 of 2015.

13  A   At 5:40 p.m. Kareem calls Simpson.  One minute, 45

14  seconds.

15        At 8:17 p.m. Kareem calls Simpson.  Five seconds.

16        At 8:18 p.m. Kareem sends:

17        "Salaam walaikum hey I didn't see you calling me I

18  have my GPS on."

19        9:02 p.m. Kareem:

20        "Salaam walaikum."

21        918 p.m. Simpson sends:

22        "Walaikum Salaam wrwbb."

23        9:18 p.m. Simpson:

24        "Its all good."

25        9:18 Simpson:

1    "Just at the crib playing Battlefield."

2    9:30 p.m. Kareem:

3    "I'm just finishing up this job."

4    9:34 p.m. Kareem:

5    "Are you getting killed?"

6    9:41 p.m. Simpson:

7    "Yep."

8    Q   And April 22nd?

9    A   At 10:09 a.m. Kareem calls Simpson.  Two seconds.

10   At 12:10 p.m. Kareem calls Simpson.  Three minutes,

11   24 seconds.

12   At 2:57 p.m. Kareem calls Simpson.  Fourteen seconds.

13   3:01 p.m. Kareem:

14   "Salaam walaikum my blood sugar was over a thousand

15   so I have to get admitted into the hospital that I was going

16   to let me leave said I'm about to go into a diabetic coma."

17   3:13 p.m. Simpson:

18   "Wa alaikum salaam wrwb subin allah.  May Allah make

19   it easy."

20   8:19 p.m. Kareem calls Simpson.  Five seconds.

21   10:34 p.m. Simpson calls Kareem:  Seven minutes, 24

22   seconds.

23   MR. KOEHLER:  No further questions.

24   THE COURT:  Any questions, Mr. Maynard?

25   MR. MAYNARD:  No questions.

1        THE COURT:  Thank you, Mr. Neville.  You may step

2   down.

3        (End of excerpt of proceedings.)

4                            *  *  *

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                          C E R T I F I C A T E

3

4          I, ELIZABETH A. LEMKE, do hereby certify that I am

5   duly appointed and qualified to act as Official Court Reporter

6   for the United States District Court for the District of

7   Arizona.

8          I FURTHER CERTIFY that the foregoing pages constitute

9   a full, true, and accurate transcript of all of that portion

10  of the proceedings contained herein, had in the above-entitled

11  cause on the date specified therein, and that said transcript

12  was prepared under my direction and control.

13         DATED at Phoenix, Arizona, this 2nd day of May, 2016.

14

15

16

17

18                         s/Elizabeth A. Lemke
                           ELIZABETH A. LEMKE, RDR, CRR, CPE
19

20

21

22

23

24

25