**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

---

| | |
|---|---|
| **United States of America**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CR15-00707-PHX-SRB** |
| vs. ) | Phoenix, Arizona |
| ) | March 3, 2016 |
| **Abdul Malik Abdul Kareem**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**BEFORE: THE HONORABLE SUSAN R. BOLTON, JUDGE
EXCERPT OF REPORTER'S TRANSCRIPT OF PROCEEDINGS
TESTIMONY: DUNSTON F. SIMPSON, SR.
JURY TRIAL - DAY #11**

**APPEARANCES:**
**For the Government:**
U.S. ATTORNEY'S OFFICE
By: **Kristen Brook, Esq.**
    **Joseph Edward Koehler, Esq**.
40 North Central Avenue, Suite 1200
Phoenix, AZ  85004

**For the Defendant Abdul Malik Abdul Kareem:**
MAYNARD CRONIN ERICKSON CURRAN & REITER PLC
By: **Daniel D. Maynard, Esq.**
    **Mary Kathleen Plomin, Esq.**
3200 North Central Avenue, Suite 1800
Phoenix, AZ  85012

Official Court Reporter:
Elizabeth A. Lemke, RDR, CRR, CPE
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC 34
Phoenix, Arizona  85003-2150
(602) 322-7247
Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

1    <u>**E X C E R P T   O F   P R O C E E D I N G S**</u>

2         THE CLERK:  Please state your name for the record.

3         THE WITNESS:  Dunston Francis Simpson.

4         THE COURT:  You may proceed, Mr. Maynard.

5         MR. MAYNARD:  Thank you, Your Honor.

6    **DUNSTON FRANCIS SIMPSON, SR., WITNESS, SWORN**

7    **DIRECT EXAMINATION**

8    BY MR. MAYNARD:

9    Q    Good afternoon, Mr. Simpson.

10        Could you introduce yourself to the jury, please.

11   A    Again, I am Dunston Simpson, Elton Simpson's dad.

12   Q    And do you live in the Phoenix metropolitan area?

13   A    I do.

14   Q    Okay.  And without telling me who your employer is, how

15   are you employed?

16   A    I do accounting work.

17   Q    Okay.  Now, you are aware that at some point your son

18   Elton converted to Islam; is that correct?

19   A    I am.

20   Q    Did you ever convert to Islam?

21   A    I did not.

22   Q    Now, had you ever met Decarus Thomas, also known as Abdul

23   Malik Abdul Kareem?

24   A    I did.

25   Q    Do you recognize him in this courtroom today?

1  A   I do.
2  Q   Okay.  On how many occasions did you meet Mr. Abdul
3  Kareem?
4  A   Once.
5  Q   When was that?
6  A   At my home to clean the carpets.  He had a carpet cleaning
7  service.
8  Q   Okay.  And I want to direct your attention to May 3rd of
9  2015.  Did you know that Elton was going out of town that
10 weekend?
11 A   I did not.
12 Q   And how is it that you learned that Elton had gone out of
13 town?
14 A   I was visited earlier that morning, May 3rd, by the
15 defendant; came to my house.
16 Q   Okay.  When you say early the morning of May 3rd, was it
17 either late at night on May 3rd or early the morning of May
18 4th?
19 A   I'm not really sure.  I'm thinking it was 1:00 or
20 2:00 a.m.
21 Q   Okay.  If I were to tell you that the incident in Garland,
22 Texas, occurred about seven or eight o'clock Texas time -- or
23 six o'clock Texas time on May 3rd, does that help you refresh
24 your recollection as to when?
25 A   No, it does not, because my wife and I were asleep.

1  Q   Okay.
2  A   We got a knock at the door and I went to the door and --
3  Q   Tell us what happened that evening.
4  A   Well, again, we were asleep. There was a knock at the
5  door. I came to the door and it was the defendant. And he
6  indicated that he had heard something disturbing and that
7  maybe we should turn the television on and take a look at what
8  might be broadcast as the news, to take a look because it's
9  possible that my son had gone to Garland, Texas, and something
10 terrible happened.
11 Q   Was there anybody that was with Mr. Abdul Kareem?
12 A   There were two other gentlemen. I'm not real familiar
13 with them, so I can't give you their names, but there were two
14 other gentlemen. I just don't have their names.
15 Q   All right. Did the three of them walk into your house?
16 Did you invite them in that evening?
17 A   Absolutely.
18 Q   Okay. And it was very late at night, whatever time it
19 was?
20 A   Absolutely.
21 Q   And did you turn on the television?
22 A   Yes, I did.
23 Q   How is it that you were able to get news that late at
24 night? Did you have a DVR?
25 A   It was broadcasting. I surfed the channels. I found some

1  news and watched it and because it was a fantastic story that
2  was there.
3  Q   Did you realize from watching that news that your son was
4  involved in this?
5  A   I did not.
6  Q   Did anyone of the three indicate that they recognized
7  anything from the newscast?
8  A   Not actually.  There was a conversation that the
9  automobile --
10            MR. KOEHLER:  Your Honor, I'm going to object on
11  hearsay grounds at this point.
12            THE COURT:  Overruled.  You may complete your answer.
13            THE WITNESS:  There was some talk that the automobile
14  looked like the automobile that belonged to one of the guys.
15  BY MR. MAYNARD:
16  Q   Okay.  Did you know Nadir Soofi?
17  A   I had never met him.
18  Q   Had you ever been to your son's apartment?
19  A   No.
20  Q   Okay.  Now, when did you finally learn that your son had
21  died in Texas?
22  A   I was in disbelief, so I still went to work.  I had to be
23  at work at 4:00 a.m.  And I get a call -- I can't even
24  remember who called me at work and told me that, yes, it was
25  him.

```
 1   Q   Okay.  Now, before your son passed away, did your son own
 2   a car?
 3   A   He did own a car.
 4   Q   And what kind of car did your son own?
 5   A   It was an Infinity 300 or something like that.
 6   Q   At some point in time did somebody give you the car
 7   registration to that car?
 8   A   Yes, they did.
 9   Q   Who was that individual?
10   A   The gentleman's name was Saabir.  I don't know his last
11   name but he gave me the title.
12   Q   Did he tell you how he came to have the title?
13   A   He did not.  He just says I think you should have it and
14   he gave it to me.
15           MR. MAYNARD:  I have no further questions, Your
16   Honor.
17           THE COURT:  You may proceed, Mr. Koehler.
18                       CROSS EXAMINATION
19   BY MR. KOEHLER:
20   Q   Thank you, Your Honor.
21           And good afternoon, Mr. Simpson.
22   A   Hello, sir.
23   Q   You've not met me or the two people at the counsel table
24   with me before today; is that correct?
25   A   No.  I'm a little older.  I don't remember quite well,
```

1  but, no, I haven't met you.
2  Q   A couple quick questions for you.
3          First of all, this person Saabir that came to your
4  house?
5  A   Yeah.
6  Q   Did you know him?
7  A   Yeah, I did.
8  Q   Okay.  And when he brought you the car -- title to the
9  car, did he bring you a letter or anything?
10 A   He did not.
11 Q   Just the title itself?
12 A   Just the title itself.
13 Q   Now, I think you were already asked, but I want to make
14 clear.  You're not Muslim; is that right?
15 A   No.  I am not.
16 Q   And your wife is not Muslim?
17 A   No.  She is not.
18 Q   At the time that your son Elton converted to Islam, did he
19 attempt to share Islam with you and your wife?
20 A   He did.
21 Q   And what was your response to that?
22 A   I have a little difficulty with religion, so my response
23 was that's really good, son, I'm glad you found something that
24 you could believe in.
25 Q   Okay.  But you, yourself, were not interested; is that

```
 1   correct?
 2   A    No.  I wasn't.
 3   Q    You didn't convert?
 4   A    I did not.
 5   Q    Your wife didn't convert either?
 6   A    She did not.
 7   Q    Yet your son still came over to visit you; is that
 8   correct?
 9   A    Not as often as we would like, but once in a while, he did
10   come over.
11   Q    Was he still loving toward you?
12   A    Yes.
13   Q    Was he still loving toward your wife?
14   A    Yes, he was.
15   Q    Would you see him hug his mother?
16   A    Yes, I did.
17   Q    Did he tell her that he loved her?
18   A    Well, I don't know.
19   Q    Okay.  But you already said that he was loving toward her.
20   A    Yes.
21   Q    You already stated on direct that you were in disbelief
22   about the attack happening in Garland?
23   A    Correct.
24   Q    Why were you in disbelief about it?
25   A    That wasn't my son's nature.  He was caring, loving,
```

1  gentle.

2  Q   Did you ever see him with a firearm?

3  A   Never.

4  Q   Had you ever heard of him ever having a firearm or using

5  one?

6  A   Never.  He told me that they weren't allowed.

7  Q   Were you ever aware of your son having any large sums of

8  money?

9  A   No.  Please.

10 Q   Okay.  We got a little bit of what sounded like a chuckle

11 out of you in response to that?

12 A   Yeah.

13 Q   Explain that, please.

14 A   Well, he just never had large sums of money.  When I think

15 of large sums of money, I think of you guys.

16 Q   Fair enough.

17         So my question here is:  Did he seem to you like

18 somebody who had the kind of money that could spend, say, 500

19 or $700 on a firearm?

20 A   No.

21         MR. KOEHLER:  I have know further questions.  Thank

22 you.

23         THE COURT:  Mr. Maynard, do you have any questions on

24 redirect?

25         MR. MAYNARD:  I do not.

1              THE COURT:  May this witness be excused and released
2    from his subpoena?
3              MR. MAYNARD:  Yes.
4              THE COURT:  Is there any objection?
5              MR. KOEHLER:  No objection.
6              THE COURT:  Thank you very much, Mr. Simpson.  You
7    may step down and you are excused as a witness.
8         (End of excerpt of proceedings.)
9                             * * *

CR15-00707-SRB   DUNSTON SIMPSON, SR.   3-3-16

1
2                    C E R T I F I C A T E
3
4           I, ELIZABETH A. LEMKE, do hereby certify that I am
5   duly appointed and qualified to act as Official Court Reporter
6   for the United States District Court for the District of
7   Arizona.
8           I FURTHER CERTIFY that the foregoing pages constitute
9   a full, true, and accurate transcript of all of that portion
10  of the proceedings contained herein, had in the above-entitled
11  cause on the date specified therein, and that said transcript
12  was prepared under my direction and control.
13          DATED at Phoenix, Arizona, this 23rd day of mAY,
14  2016.
15
16
17
18
19                              s/Elizabeth A. Lemke
                                ELIZABETH A. LEMKE, RDR, CRR, CPE
20
21
22
23
24
25