# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

_____

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **CR15-00707-PHX-SRB** |
| vs. | ) Phoenix, Arizona |
| | ) March 1, 2016 |
| **Abdul Malik Abdul Kareem,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

**BEFORE:  THE HONORABLE SUSAN R. BOLTON, JUDGE**
**EXCERPT OF REPORTER'S TRANSCRIPT OF PROCEEDINGS**
**TESTIMONY:  IVAN KOHLMANN - PART 1**
**JURY TRIAL - DAY #9**
**(Pages 1 through 171, Inclusive.)**


**APPEARANCES:**
**For the Government:**
          U.S. ATTORNEY'S OFFICE
          By:  **Kristen Brook, Esq.**
               **Joseph Edward Koehler, Esq.**
          40 North Central Avenue, Suite 1200
          Phoenix, AZ  85004

**For the Defendant Abdul Malik Abdul Kareem:**
          MAYNARD CRONIN ERICKSON CURRAN & REITER PLC
          By:  **Daniel D. Maynard, Esq.**
               **Mary Kathleen Plomin, Esq.**
          3200 North Central Avenue, Suite 1800
          Phoenix, AZ  85012

Official Court Reporter:
Elizabeth A. Lemke, RDR, CRR, CPE
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC 34
Phoenix, Arizona  85003-2150
(602) 322-7247
Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

1                   <u>**INDEX OF WITNESSES**</u>

2

    **IVAN KOHLMANN:**

3

4   Direct examination by Ms. Brook          Page   3
    Cross examination by Mr. Maynard          Page  158

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          **E X C E R P T   O F   P R O C E E D I N G S**

2          THE CLERK:  Please state your name for the record and

3     spell your first and last name.

4          THE WITNESS:  My name is Evan F. Kohlmann.  E-V-A-N.

5     Middle initial F.  Last name K-O-H-L-M-A-N-N.

6          THE COURT:  You may proceed, Ms. Brook.

7          And, as the ladies and gentlemen can see, there's a

8     little bit of a delay.  But as we go through it, I think we'll

9     adjust to it.

10         MS. BROOK:  Thank you.

11              **EVAN F. KOHLMANN, WITNESS, SWORN**

12                   **DIRECT EXAMINATION**

13    BY MS. BROOK:

14    Q    Good morning.

15         Can you hear me?

16    A    Yes, I can.  Sorry.

17    Q    Would you please introduce yourself to the Ladies and

18    Gentlemen of the Jury.

19    A    Yes.  My name is Evan F. Kohlmann.  I'm an international

20    terrorism consultant and I'm Chief of Research and Development

21    as Flashpoint Global Partners in New York City.

22    Q    And, sir, we can see that here you are appearing on a

23    video feed.

24         Did you have a flight booked to come out here to

25    testify live in person?

1    A    I did, yes.

2    Q    Can you explain to us what happened.

3    A    Unfortunately, in the last few days, I broke my shoulder

4    and arm rather badly and I was advised by doctors not to

5    travel unless I wanted to go in for several rounds of surgery.

6    Q    So as we're here this morning, I note that you're speaking

7    into a microphone.  We were doing some sound tests earlier.

8         If you put the microphone down just for a moment, I

9    want to see if the sound is still not enough.

10   A    Sure.  Is that better?

11   Q    Yeah.  Let's keep it up.  I know it's inconvenient, so

12   we'll carry on that way.

13   A    Yep.  No problem.

14   Q    Sir, can you tell us about your educational background.

15   A    Yes.  I have a BSFS, a Bachelor in the Science of Foreign

16   Service from the Edmund A. Walsh School of Foreign Service at

17   Georgetown University in Washington, DC.

18        I also have a certificate in Islam and

19   Muslim-Christian Understanding from the Prince Alwaleed bin

20   Talal  Center for Muslim-Christian Understanding also at

21   Georgetown University.

22        And I have a graduate law degree, a JD, from the

23   University of Pennsylvania Law School in Philadelphia,

24   Pennsylvania.

25   Q    Let's talk for a moment first about your time at

1    Georgetown University.

2            What was your focus during your undergraduate

3    studies?

4    A    My focus was on international security studies with,

5    again, a particular focus on the Muslim world.

6    Q    Did you work as a research assistant during your time

7    there?

8    A    I did, yes.

9    Q    And what did you work on?

10   A    I worked with Dr. Mamoun Fandy in the Center for

11   Contemporary Arab Studies, which is another subset of the

12   School of Foreign Service at Georgetown.

13           I worked with him conducting research on dissident

14   groups in North Africa, the Arabian Peninsula, and elsewhere

15   in the Middle East.

16   Q    Did you write an honors thesis when you were there?

17   A    I did, yes.

18   Q    And what was that on?

19   A    The title of my honors thesis was The Legacy of The Arab

20   Afghans, A Case Study.

21           It examined the roots of the conflict that took place

22   in Afghanistan during the 1980s, why foreign fighters had

23   traveled to join that conflict and take part in that conflict,

24   and what happened to those individuals after Afghanistan ended

25   in 1989, where they went, what they did, and how they tried to

1   carry on the legacy that they had established at Afghanistan

2   in other countries.

3   Q    Based upon your studies at Georgetown, were you nominated

4   to apply for a Rhodes Scholarship?

5   A    I was, yes.

6   Q    And let's turn next, you spoke about going to law school.

7            Where did you go to law school?

8   A    I went to the University of Pennsylvania Law School in

9   Philadelphia, Pennsylvania.

10  Q    And what year did you graduate?

11  A    I graduated from law school in May of 2004.

12  Q    So let's take a step away from your educational background

13  and talk for a moment about your employment history.

14           In 1998 before you started law school, did you work

15  as a -- well, did you work for a private counterterrorism

16  organization in Washington, DC?

17  A    I did, yes.

18  Q    And can you tell us about that?

19  A    Yes.  Starting in 1998, I began working at a think-tank

20  and a watch dog group in Washington known as the Investigative

21  Project, both while I was in college and then later while I

22  was in law school.

23           I began conducting research on various different

24  terrorist organizations, looking specifically at financing,

25  recruitment, and communications.  And the groups, again,

 1   specifically that I was looking at were primarily al-Qa'ida,

 2   al-Qa'ida affiliates, Hamas and Hezbollah.

 3   Q   So carrying on with your employment history, in 2003

 4   during the time that you were at Penn for law school, did you

 5   begin a company by the name of Global Terror Alert?

 6   A   Yes.  In 2003 I left the investigative project and I

 7   established my own consulting firm and my own information

 8   outlet known as Global Terror Alert and I began doing

 9   consulting work on the same subject matter that I had been

10   working on previously.

11   Q   So what was the purpose of the consulting work that you

12   did there with Global Terror Alert?

13   A   The consulting work that I did there was working both with

14   private clients as well as public clients -- when I say

15   "public clients," I mean various different governments --

16   working on producing information, raw information taken from

17   the communications, financing, and propaganda of various

18   terrorist organizations.

19          And then for some clients then, further distilling

20   that raw information into everything from unclassified reports

21   and memorandum, court testimony, video productions,

22   statistical research, whatever a particular client was looking

23   for.

24          But the core base was an interest in the raw research

25   that I had gathered and how that would shed light on questions

1    about the financing, the recruitment, and the propaganda and

2    communications of terrorist groups; and primarily here,

3    al-Qa'ida and al-Qa'ida affiliates.

4    Q   You spoke about working for some nonprofit organizations.

5    Can you explain to us what The Nine/Eleven Foundation is?

6    A   Sure.  I believe you're referring to the Nine/Eleven

7    Finding Answers Foundation, otherwise known as NEFA.

8           NEFA was established, I believe, in 2006 in order to

9    fund research into the financing and communications of

10   al-Qa'ida and other terrorist groups in order to provide that

11   information to everyone from policymakers, academics, folks in

12   law enforcement, anyone who could take this information and

13   make use of it in order to curb the problems stemmed from the

14   issues of terrorism.

15   Q   And did you provide information, consulting, and services

16   for that foundation as well?

17   A   Yes.  For several years the foundation -- rather, excuse

18   me -- paid me in order to provide raw data, as well as refined

19   data, reports, and other materials.  I also attended

20   conferences that they had put on with other academics and

21   policymakers, et cetera.

22   Q   And, again, some of the information that you were

23   providing in that capacity, was it for al-Qa'ida and al-Qa'ida

24   affiliate terrorist organizations?

25   A   Yeah.  There was a little bit of Hamas and Hezbollah, but

1    most of it was focused on al-Qa'ida and al-Qa'ida affiliates.

2    Q   Have you worked abroad in areas affected by terrorism?

3    A   Yes.

4    Q   Where?

5    A   I have worked with the Office of the High Representative

6    in Sarajevo, in Bosnia-Herzegovina in order to track foreign

7    fighters, foreign jihadists from various countries in the

8    Middle East who fought during the Bosnian War there and were

9    using the country in order to seek basically a hideout or

10   asylum.

11        I have also worked with other local authorities also

12   in Bosnia and in Sarajevo, including the USNIC, the national

13   intelligence cell, in order to collect similar information.  I

14   have also attended conferences and spoken and met with

15   government officials in countries including the Kingdom of

16   Saudi Arabia, the United Arab Emirates, Qatar, Jordan,

17   Azerbaijan, Turkey, various other states.

18   Q   As part of your work abroad, have you worked for any

19   international criminal tribunals?

20   A   Yes.

21   Q   Where?

22   A   I have done -- I have been hired to do work on behalf of

23   the International Criminal Tribunal for the former Yugoslavia.

24   I was specifically hired to review original documents and

25   records concerning foreign fighters, again, foreign jihadists,

1   who had traveled to the Vulcans, reviewing their conduct,

2   their connections to overseas terrorist organizations, and

3   their involvement in human rights atrocities.

4   Q   Have you done consulting work for the United States

5   Government?

6   A   I have, yes.

7   Q   And have you also done consulting work for other foreign

8   governments, allies of the United States?

9   A   That's correct, yes, otherwise known, typically, as the

10  Five-Is, but we have also done work for a few other U.S.

11  allies.

12  Q   What are the Five-Is?

13  A   They are several nations around the world that share

14  information and intelligence with the U.S. Government fairly

15  fluidly.  They include the United Kingdom, Canada, Australia,

16  New Zealand.  These are typically the countries we work with.

17          However, I have also worked with law enforcement and

18  intelligence agencies and militaries in countries such as

19  Switzerland, Denmark, Bosnia-Herzegovina, and beyond.

20  Q   So I want to turn our attention now to your company

21  Flashpoint Partners.  Can you describe Flashpoint Global

22  Partners, what its purpose is?

23  A   Yes.  Flashpoint began as an outgrowth of my initial

24  consulting business.  Flashpoint -- the mission behind

25  Flashpoint is to collect information from the Deep and Dark

1  Web.

2          And what do I mean by "the Deep and Dark Web," I mean

3  the places online that are not necessarily familiar to the

4  average web user or web browser.  They may require credentials

5  to access.  But these are where illicit transactions are

6  taking place.

7          And my particular expertise at Flashpoint is

8  analyzing and collecting signal intelligence, signal

9  information regarding terrorist organizations, terrorist

10 supporters, financiers, others online.  So my focus is on the

11 terrorist use of the Deep and Dark Web.

12 Q    Explain for us a little bit what you mean by the Deep and

13 Dark Web.  What is that?

14 A    Sure.  So, if you go on Google and you run searches on

15 Google for the word "jihad" or "al-Qa'ida" or "ISIS," you'll

16 get plenty of results, but most of those results are on news

17 sites or they are on chat sites, but they're on sites where

18 they're ordinary people who are talking about this or

19 providing information.

20          However, there are also locations on the Internet

21 that are not as easy to find and some of them are well off the

22 beaten path.  But these are places where members, recruiters

23 of, and even leaders of terrorist organizations go to share

24 information, to chat with each other, to discuss events, and

25 to recruit new members.

1              And these locations can be anything from a website, a

2    web forum -- this is the most common form of a terrorist's,

3    basically, foothold on the Internet, which is an Internet

4    discussion forum.

5              There's also other technologies like Twitter,

6    Facebook, and others which are not the Deep and Dark Web, but

7    nonetheless, terrorist organizations have established a

8    foothold on.

9    Q   We're going to circle back around in a few minutes and

10   talk a little bit more about these forums and these chat rooms

11   and other mechanisms of social connection on the Internet, but

12   before we get into that, what year was Flashpoint Global

13   Partners created by you?

14   A   Sure.  Flashpoint, I believe, initially, was established,

15   I believe, in 2010/2011.

16   Q   And generally speaking, what services does the company

17   provide its clients?

18   A   Flashpoint provides a range of services or primary

19   services.  It's to provide data.  We provide raw data from the

20   Deep and Dark Web to a variety of different clients, including

21   government clients, as well as nongovernment clients, large

22   banks, other major financial institutions, retailers, you name

23   it, pretty much across the board.

24             We are also asked to provide more refined analysis.

25   So in addition to providing the ability for our clients to

1    have, you know, a deep vision into the Deep and Dark Web, they

2    also ask us to take bits and pieces of information and to

3    provide human analysis on it:

4          What does this mean for us?  What does this mean in

5    general?  How does this impact in a greater sense?

6          And so we're asked to take various different pieces

7    of this raw information that we are collecting and we're asked

8    to then distill it into a report or a memorandum or even a

9    video, something that will allow others to read this and

10   comprehend it without necessarily having the experience and

11   the years of looking at this that we necessarily do.

12   Q   You mentioned when we first started talking that you serve

13   as the Chief of Product Development and Research.

14   A   I am actually the Chief Research and Development Officer.

15   I believe, initially, I was Chief Innovation Officer and then

16   we were given a shift in titles.

17   Q   How many employees do you have at Flashpoint Global

18   Partners?

19   A   Currently, we are, I believe, at 40; and by the end of

20   this year, we should probably be about 70.

21   Q   And has your company received any grants or investments?

22   A   We have received both grants and investments.  About a

23   year-and-a-half ago, along with a team of other academics and

24   researchers, we were the recipients of what is known as the

25   Kanishka Grant, which is a grant from the Canadian government,

1    that supports research into communications and propaganda and

2    recruitment by terrorist organizations obviously with a

3    particular focus looking at how that impacts the recruitment

4    of Canadians.

5            We have also received an investment sum, what's known

6    as a Series A investment, from actually a mixed group of

7    different investors, including TechOperators, which is a

8    venture capital firm based in Atlanta, Bloomberg Beta, Sysco

9    and, again, a variety of other investment partners.

10   Q    So speaking about your --

11   A    And that was for -- go ahead.  Sorry.

12   Q    No.  That's okay.  You can finish.

13   A    And that was for a Series A investment round.  It was a

14   $5 million investment round.  The idea was is that we were

15   supposed to double in size.

16   Q    We started speaking a couple moments ago about your

17   company and some of the places on the Internet where your

18   company does research.  Let's take a step back and just talk

19   about the research in general.

20           So generally speaking, what type of research does

21   your company provide?

22           MR. MAYNARD:  Objection, Your Honor.  This is beyond

23   the scope of --

24           THE WITNESS:  So we gather information --

25           MR. MAYNARD:  -- the report that was provided.

 1                    THE COURT:  Excuse me.  There is an objection and I

 2      know you can't see the lawyer that's standing to make the

 3      objection.

 4                    The objection is overruled.  The witness may answer.

 5                    THE WITNESS:  So we collect information from a

 6      variety of different locations on the Internet.  The primary

 7      location we look to, again, are places in the Deep and Dark

 8      Web.

 9                    So this would include explicit forums, discussion

10      forums that are password-protected, that are set up to

11      disseminate information on behalf of al-Qa'ida and ISIS.

12                    Similar forums also exist for groups like Hamas and

13      Hezbollah.  We collect those too.  We basically suck down all

14      of the information that's being posted on these sites, both

15      the messages that are being sent as well as the media.

16                    And what do I mean by "media"?

17                    These groups, they traffic very heavily in images and

18      in video.  And that's typically, you know, propaganda,

19      sometimes other documents, but oftentimes it's propaganda of

20      these groups.

21                    We save both the messaging content, in other words

22      what these people are saying to each other, as well as we also

23      save the media that they are releasing on behalf of these

24      groups online.

25                    We also monitor other locations that are not in the

1   Deep and Dark Web.  So, for instance, Twitter, the social

2   networking platform Twitter.  Twitter is open to almost

3   anyone.  And, in fact, Twitter is used by millions of ordinary

4   people as well as Twitter is also used by credit card thieves,

5   by Russian hackers, and by terrorist organizations and by

6   members of terrorist organizations.

7        So while we don't monitor Twitter as a whole looking

8   for words like "bomb" or "gun" or "kill," we look for specific

9   accounts on Twitter that our analysts have identified as

10   belonging or being associated with particular terrorist

11   organizations, representatives of terrorist organizations, or

12   members of terrorist organizations.

13   BY MS. BROOK:

14   Q   So you mentioned that your company sucks in or takes in

15   this type of information that you just outlined.  When your

16   company brings it in, where do you keep it?

17   A   Sure.  The data is -- depending on what its type, if it's

18   a messaging content, it's stored in a giant search engine that

19   we have built that is kind of like -- we call it "Google For

20   The Deep and Dark Web."  Right?

21        If it's video or propaganda, it's saved in kind of a

22   business-records type archive where each video or each image

23   or each website that's encountered, it's labeled with a

24   particular time and date that it first emerged, it was first

25   posted online.  The original source is saved so we know

 1    exactly where we got it from.  And then everything is

 2    organized by group, by media wing.

 3            So it's very easy for us to go back and say, okay,

 4    between this period of time and this period of time, this

 5    group and this media wing issued these videos and they came

 6    from here and we know that because we have got the original

 7    source right here.

 8            So everything is being stored in the -- you know,

 9    like business records, basically.

10    Q   So you spoke specifically about videos which you store.

11            Do you also store and keep original communications

12    released by terrorist organizations?

13    A   Yes.  I should explain.  We save video recordings.  We

14    save communiques.  We save magazines.  We save original

15    images.

16            In the last few years, particularly, ISIS has begun

17    issuing photographic montages as part of their propaganda.  We

18    save these as well.  And, obviously, this information as a

19    whole offers a unique window into the activities of these

20    groups.

21    Q   I want to take a step away from your research and

22    collection of information on the Internet itself and talk a

23    little bit about interviews that you have conducted.

24            Have you personally interviewed representatives,

25    members, and leaders of terrorist organizations?

1    A    Yes, I have.

2    Q    And can you explain that?

3    A    Yes.  I have conducted interviews with these individuals

4    both in person as well as online and over the telephone.  The

5    reason why some of these interviews had to be conducted online

6    or over the telephone was simply that the people that I was

7    interviewing were in conflict zones where I would be -- I

8    would be in significant risk for traveling there and

9    attempting to meet with them.

10          The individuals that I am describing here include

11   everyone from individuals that have been convicted in U.S.

12   courts of terrorism offenses and British courts of terrorism

13   offenses; individuals such as Abu Hamza al-Masri, otherwise

14   known as Mustafa Kamel who was a recruiter for al-Qa'ida and

15   other groups.

16          I have also met most recently with Zacarias

17   Moussaoui, the alleged twentieth hijacker who is currently

18   imprisoned at Supermax Prison in Florence, Colorado.

19          I have interviewed leaders of a variety of

20   different -- Sunni Iraqi insurgent groups, including Hamas

21   al-Iraq, the al-Rashideen Army, and the Islamic Army of Iraq.

22   These interviews were conducted, obviously, over the telephone

23   and over the Internet because meeting with Sunni insurgents in

24   Iraq is not a very safe thing to do.

25          I have also interviewed others from other groups that

1    are not necessarily al-Qa'ida but are also Sunni jihadist

2    groups such as Lashkar-e-Taiba.  In addition to that, I have

3    conducted interviews with members of these groups.

4         So, back about a year ago, over the social networking

5    platform Kik, I was able to interview and speak with a young

6    Canadian individual in his late teens who had joined ISIS and

7    was working for ISIS in the city of Mosul in Iraq.  And I was

8    able to interview him and chat with him via Kik and ask him a

9    variety of questions.

10        Most recently, I was speaking at length with an

11   individual known as Eunice Suli who is -- was the original

12   person behind the website that first launched al-Qa'ida in

13   Iraq, later ISIS, onto the Internet.

14        So I interview people at a variety of different

15   levels within the organizations, both leaders, recruiters,

16   members, people involved in logistics, i.e., getting folks on

17   the Internet to try to get a holistic view of what's going on

18   in these groups.

19   Q   And you spoke a moment ago about interviewing certain

20   people who were obviously not located here in the United

21   States over the Internet or using some sort of a digital means

22   to connect with them.

23        Have you traveled to Iraq, Syria, Afghanistan, or

24   Pakistan?

25   A   No, I have not.

1    Q    And is there a reason why you have chosen to not travel to

2    those locations?

3    A    Yes.  I obviously -- obviously, I had significant concerns

4    for my own safety.  The work that I do is not a secret.  The

5    fact that I work with the U.S. Government and other

6    governments in law enforcement cases is not a secret.  It's a

7    well-known fact.  I appear on television.

8            If we need to send someone to conduct an interview

9    with someone face-to-face, I'm not the person that is most

10   appropriate in a conflict zone such as Syria, Iraq,

11   Afghanistan.  The risks are simply too high.

12   Q    Let's talk about your language skills and the different

13   languages that you speak.

14           What languages do you speak?

15   A    I speak -- fluently, I speak English and French.

16   Q    And do you speak Arabic?

17   A    I don't speak Arabic fluently, but I do have something of

18   a working knowledge from having studied Islam.

19           Much of Islam, the terminology of Islam, is Arabic

20   terminology.  So I can't read Arabic characters, but I

21   understand quite a bit of transliterated Arabic.

22   Q    So for your work within your company, how do you

23   compensate for not being fluent in Arabic?

24   A    We -- in my company we deal with many, many different

25   languages.  We deal with -- even just on the jihadi side we

 1   deal with Arabic, Urdu, Pashto, Farsi, French, English,

 2   German.  It's not possible for really any of us to speak all

 3   of these languages.

 4           So what we have done is we have hired a team of

 5   subject matter experts who are either native speakers of these

 6   languages or have had extremely extensive experience dealing

 7   with these languages, including former polyglots working for

 8   national security agencies here in the United States, folks

 9   that speak many, many, many different languages far better

10   than I could ever.

11           And obviously, that allows us to quickly be able to

12   triage through information without having one person trying to

13   be a translator, an analyst, a researcher all in one.

14   Q   So you have spoken about how you and your company gather

15   information off the Internet off the Deep and Dark Web and

16   other locations.

17           As part of how you function within your company and

18   what your company does, is there a categorization or a

19   classification of the information that you use and obtain in

20   order to generate memorandum and the research that you do?

21   A   Yes.  When we're looking at information, we break down

22   information into roughly three categories.  Those three

23   categories are primary, secondary, and tertiary information or

24   tertiary research.

25           Now, what do these different categories mean?

1          "Primary research" in the context of a terrorist

2    group or research on terrorism would be directly witnessing a

3    terrorist act or physically going and face-to-face speaking

4    with the leader of or representative of a terrorist group.

5          Now, quite obviously, there are some opportunities

6    for this and I have taken them.  But there aren't a lot of

7    opportunities to meet face-to-face with the leaders of ISIS.

8    There aren't a lot of opportunities to witness a live

9    terrorist attack in progress.  Those are fairly rare.

10         What's more common in terrorism research are

11   secondary sources.  And "secondary sources" would be an

12   authentic, credible video recording put out by a terrorist

13   group, a website, an official website, authenticated, put out

14   by a terrorist group, or an official magazine, or an official

15   statement.

16         While these, obviously, are not quite as good as

17   being face-to-face with someone and being able to ask them

18   hard questions, these are authentic, credible, and reliable

19   pieces of information that are coming, in the vernacular,

20   directly from the horse's mouth.  And these sources of

21   information are much more common in the study of terrorism;

22   and they are, frankly, the most reliable or the most reliable

23   common form of information that can be found in this field.

24         The final category is tertiary information, tertiary

25   data.  "Tertiary data" would be -- an example would be a

1    newspaper report of that terrorist group.

2         Now, there may be certain facts in that newspaper

3    report that are verifiable and are reliable and can be

4    rereported.  However, it should be understood that journalism

5    and that media is the product of the viewpoint of the person

6    who is reporting.

7         And thus, with tertiary sources, researchers have to

8    be very careful to make sure that whatever angle they're

9    learning from this, it's not been tainted by the person that

10   created it.

11        And as such, tertiary sources, generally speaking,

12   are not used -- or they are only used in a limited context, I

13   should say.  If the purpose is to establish that an event

14   occurred on a particular date and there is no doubt or no

15   question that that event occurred, then a tertiary source, a

16   New York Times source, a BBC article may be okay.

17        But for anything where there is any doubt or any

18   question or a lack of information, tertiary sources are most

19   of the time not reliable and that's why we try to avoid them

20   as much as possible.

21   Q   So going back just briefly, you started speaking about the

22   primary sources of information and you highlighted interviews.

23        Earlier when we were talking, you spoke about a

24   couple of interviews that you have done in your professional

25   capacity, one in particular, you talked about interviewing the

1    twentieth highjacker in the Supermax Prison in Colorado.

2           Have you also had the opportunity to interview

3    Abdullah Azzam's son?

4           MR. MAYNARD:  Objection to the form of the question,

5    Your Honor.

6           THE COURT:  Sustained.

7    BY MS. BROOK:

8    Q    Who else have you interviewed?

9    A    I have also interviewed the son-in-law of Abdullah Azzam.

10          I have interviewed at least two individuals in London

11   who are close associates or were among the founders of the

12   Saudi Islamist movement that led to al-Qa'ida.

13          I have interviewed Omar Bakri Mohammed, the founder

14   of the Al-Muhajiroun movement, which is currently sending

15   recruits to join ISIS and who has been expelled from the

16   United Kingdom for inciting his followers to murder people.

17          I have interviewed a variety of different people.

18   Q    Have you attended extremist rallies or conferences, other

19   events where people who are part of these terrorist networks

20   gather?

21   A    That's correct.  I have, yes.

22          THE COURT:  Excuse me, Ms. Brook, we're going to take

23   our morning break.

24          Ladies and gentlemen, we'll reconvene in 15 minutes

25   at ten minutes to 11:00.

 1          You are reminded of the admonition not to discuss the

 2   case or form any conclusions about it until you've heard all

 3   the evidence and begun your deliberations.

 4          Court is in recess for fifteen minutes.

 5       (Recess taken at 10:34 a.m.; resumed at 10:53 a.m.)

 6          THE COURT:  Thank you, ladies and gentlemen.  Please

 7   sit down.  The record will show the presence of the jury,

 8   counsel, and the defendant.

 9          Ms. Brook, you may continue with your questions.

10          MS. BROOK:  Thank you, Your Honor.

11          And before I do, I just wanted to check.  I moved an

12   easel over there.  And in a few moments we're going to move to

13   admit a demonstrative exhibit.

14          Is that okay for Your Honor in its placement?

15          THE COURT:  It's fine.

16          MS. BROOK:  In the break we had an opportunity to fix

17   the audio a little bit and so I don't think you need to hold

18   the microphone anymore.

19   BY MS. BROOK:

20   Q   When we left off, we were talking about primary,

21   secondary, and tertiary sources of information upon which you

22   rely within your business.

23          And in speaking about the secondary sources, you

24   talked about some magazines and publications that are put out

25   by terrorist organizations.  You also mentioned the fact that

```
 1    they're authentic.

 2            How do you know that these magazines and publications

 3    are, in fact, authentic?

 4    A    Sure.  There is a multistep process to authenticating a

 5    video, a magazine, a communique issued by a terrorist group.

 6            The first thing you look to is where was it issued

 7    from.  And there are particular places on the Internet that

 8    are password-protected and that are specifically and directly

 9    endorsed by the leaders of al-Qa'ida, ISIS, and other groups

10    that are the official, unambiguous locations where this

11    material is released.

12            And in these locations there are rooms where only

13    official couriers from these groups can post new materials.

14    Thus, it's resolved not just for us, but for anyone else who's

15    interested in jihad propaganda.  So that's the first thing is

16    where was it released from.

17            The next thing you look to is who released it.  And

18    what do I mean by this?

19            Most videos that are produced by groups like

20    al-Qa'ida or ISIS, they don't say "al-Qa'ida Productions."

21    They don't say "ISIS Productions."

22            The watermark that they have on their material

23    represents a media wing which is the official media wing of

24    al-Qa'ida or ISIS or another group, but it has a specific

25    name.
```

1          So, for instance, the main media wing for al-Qa'ida,

2     al-Qa'ida Central is known as As-Sahab; and this means "the

3     clouds."  And they have their own insignia.  And any time that

4     insignia, that watermark appears on a video, you know that

5     that should be -- it appears to be anyway -- the production of

6     al-Qa'ida's main media wing.

7          With regards to ISIS, there are a variety of

8     different official media wings, some that focus on Arabic and

9     some that focus on English and on other languages.

10          And then finally, there's the third piece, which is

11     what is shown in the video itself.  Often these videos depict

12     things that could not possibly be faked.  They are what we

13     call "self-authenticating."  If you see someone being beheaded

14     on camera and at high resolution, it's very doubtful that was

15     created using special effects.  It's very doubtful that was

16     created using sleight of hand.

17          And so those kind of things, an official appearance

18     by the leader of a terrorist organization on video, again,

19     those kind of things become self-authenticating in that they

20     are unique, they have never been seen before, and they clearly

21     contain content which represents reality.

22     Q   If somebody posts a fake video, based upon what you have

23     seen in your line of work, what is the response from the

24     Islamic State?

25     A   It's interesting, because regardless of whether it is

 1    al-Qa'ida or ISIS or any other terrorist group, fake videos

 2    that are issued in the name of these groups get debunked very,

 3    very quickly.

 4            There have been occasionally attempts by people to

 5    pass off data from one group as another.  But within usually

 6    minutes, because there is an active social networking

 7    community online full of people who are jihadist who are very

 8    familiar with these videos -- some of whom made these

 9    videos -- they immediately call out people who are

10    disseminating fake material.

11    Q   I want to circle back around for a moment to those

12    access-controlled forums that you were speaking about.

13            The forums that are access-controlled that you have

14    access to and that you are able to see, are the individuals

15    within those forums vetted by members of these terrorist

16    organizations?

17    A   Yeah.  The membership on password-protected web forums,

18    the main web discussion forums or groups like ISIS, those are

19    usually policed pretty heavily.  It's very difficult to get

20    access and it's very difficult once you are on the forum to

21    post messages.

22            If you start posting content that isn't in line with

23    what these folks want to see, they will revoke your membership

24    almost instantaneously.  And just trying to get onto these

25    forums is extremely difficult.

1           They very rarely open up for new registration.  And

2      when they do, almost invariably, in order to register, you

3      have to have another member of the forum sponsor you.  In

4      other words, you have to be a known quantity.  Somebody on the

5      forum has to be able to speak on your behalf and say this

6      person is legitimate.

7      Q   I want to speak for a moment about your work in some other

8      areas.

9           Do you work with media, television media?

10     A   Yes, I do.

11     Q   And, specifically, who do you work with?

12     A   Since October 2004 I have been on an exclusive contract

13     with NBC News, MSNBC.  As part of that contract, I am required

14     to provide NBC and MSNBC with breaking terrorist media, in

15     other words, the latest ISIS videos, the latest ISIS

16     communiques.

17          I'm asked to vet other material that they collect

18     independently and determine whether or not it appears to be

19     real or it appears to be authentic; again, mostly relating to

20     al-Qa'ida and ISIS.

21          I also appear on television in order to provide

22     on-air analysis about events taking place involving ISIS and

23     al-Qa'ida.

24          So, for instance, during events such as the Charlie

25     Hebdo attack in Paris, or the most recent terrorist attacks in

1    Paris, NBC will have me come on their programs to explain the

2    context and developments and relevance to ISIS.

3    Q    You talked a little bit ago about your consultation work

4    with the United States Government.  Which agencies have you

5    worked with?

6    A    I have worked with a variety of different U.S. Government

7    agencies including the Department of Justice, the FBI, the

8    Department of Homeland Security, various branches of the

9    United States Military.

10          I have worked with the United States Treasury

11   Department and the Secret Service and we have even done stuff

12   with intelligence agencies like the CIA.

13   Q    I want to turn for a moment to your publications.  What

14   books have you published on the subject of terrorism?

15   A    What books have I published?  I published one book, the

16   title of that book is *Al-Qa'ida's Jihad in Europe, the*

17   *Afghan-Bosnian Network*.  It was published in 2004, first in

18   the United Kingdom and later that year it was published here

19   in the United States by Paul Gray Macmillan.

20   Q    Does that book in particular touch upon any of the Jihadi

21   clerics or leaders that you came across in connection with

22   your work in this case?

23   A    Yes.  Yes, that's correct.

24   Q    And speaking specifically about that book, is that book

25   used as course material in any university classroom settings?

1    A    Yes.  Since its publication, it has been used as a course

2    text in classes that have been taught at the Johns Hopkins

3    School of Advanced International Studies, Harvard's Kennedy

4    School of Government.  It's been used as a course text in the

5    universities in the United Kingdom and Australia.  Yeah.

6    Q    I want to talk for a moment about some of your other

7    publications and your articles.

8         Before I do though, I want to help us a little bit

9    with nomenclature to understand the concepts we're talking

10   about.

11        So the "Islamic State" is referred to as "ISIS," is

12   that true?

13   A    Correct.

14   Q    What else historically has that organization, the Islamic

15   State, been known as?

16   A    Sure.  Prior to January of 2006 the Islamic State, a/k/a

17   ISIS, was known as al-Qa'ida in Iraq.

18        In 2006 at two different points in time, al-Qa'ida in

19   Iraq decided to rename itself.  First, it renamed itself the

20   Mujahideen Shura Council; and then a few months later,

21   following the death of its founder, it renamed itself, again,

22   the Islamic State of Iraq.

23        Once the Islamic State of Iraq in 2013 expanded into

24   Syria, it became the Islamic State of Iraq and the Levant.

25   "The Levant" is a term that refers to what we describe as

1    Greater Syria.  So this would include present day Syria,

2    Jordan, Palestine, Lebanon.

3              And then in 2014, excuse me, at a certain point in

4    time, the Islamic State then said:  We're changing our name

5    again, and now we just want to be known as the "Islamic

6    State."  So drop the "Iraq" and "Levant."  Just call us "the

7    Islamic State."

8    Q    So when we speak about "ISIL," is that referring to the

9    Islamic State and the Levant?

10   A    Yes.  Al-Qa'ida in Iraq, the Islamic State of Iraq, the

11   Islamic State of Iraq and the Levant, the Islamic State, the

12   Islamic State of Iraq and al-Sham, these are all the same

13   organizations.  These are just different names at different

14   time periods for basically the same organization.

15   Q    All right.  So in focusing in on those organizations, the

16   Islamic State and its predecessor organizations that are all

17   fundamentally based upon the same root base, in the past

18   decade how often have you written about the subject of those

19   organizations?

20   A    It's a very common topic.  It's one of the primary topics

21   that I have written about, particularly al-Qa'ida in Iraq, the

22   evolution to the Islamic State of Iraq, the propaganda and

23   communication networks developed and employed by al-Qa'ida in

24   Iraq and the Islamic State of Iraq.

25   Q    And have you presented at conferences on the subject of

1   the Islamic State and its predecessor organizations?

2   A   Yes.  I've presented frequently, and again, particularly

3   on the propaganda, recruitment strategies, and online

4   communications of these particular groups.

5   Q   So just a couple more quick questions about you before we

6   get into the context of your analysis and your work in this

7   case.

8          When did you first testify in a legal case as an

9   expert?

10  A   I believe I first testified in 2004 in the Eastern

11  District of Virginia.

12  Q   And in the United States since that point in 2004,

13  approximately how many cases have you been involved in

14  providing expert analysis?

15  A   Involved in, it's been several dozen.

16         Actually, testifying, this, I believe, is the 32nd

17  time I have testified in U.S. Federal Court and it's the 34th

18  time I have testified in U.S. courts in general, if you

19  include military courts as well.

20  Q   And just generally speaking, what are the concepts that

21  you've testified before as an expert in that capacity?

22  A   The vast majority of my testimony has been focused on

23  al-Qa'ida, al-Qa'ida in Iraq, other al-Qa'ida affiliates,

24  their hierarchy, their leadership, their financing, and their

25  communications.

1    Q    You spoke about the 32 or so times here in the United

2    States that you've testified in federal court.

3         Have any of those occasions been on behalf of a

4    defendant?

5    A    No.

6    Q    And can you explain that?

7    A    Yes.  I have only been given one opportunity to testify on

8    behalf of a defendant.  It was not in a criminal case.  It was

9    in a human rights trial.  And I believe that my research was

10   apparently going to be twisted to justify the genocide of

11   Muslims, something that I neither agreed with nor wanted to be

12   a part of.

13   Q    During those occasions in which you have testified that

14   you have spoken about, have you been provided evidence which

15   you have reviewed and analyzed to determine what significance

16   or value it may have?

17   A    Yes.

18   Q    And we have talked about domestic cases.

19        Let's turn briefly to international cases.  About how

20   many times in international courts have you testified?

21   A    I believe I've testified a total of eleven times.

22   Q    Have you testified in U.S. Military Commissions?

23   A    Yes.

24   Q    Where?

25   A    I have testified twice in the U.S. Military Commissions in

1    Guantanimo Bay, Cuba, and I was qualified a third time to

2    testify, though the trial has not been -- or it never was

3    completed.

4    Q    So taken together since 2003, the work that you have done

5    consulting with the United States Government, and in addition

6    to which all these occasions that we've talked about where you

7    have testified as an expert, approximately how much have you

8    been paid by the United States Government?

9    A    Sure.  Personally, I have been paid approximately $1.3

10   million over the last 12 or 13 years.  This doesn't include

11   moneys that are now paid via contract to Flashpoint.  However,

12   I don't receive a cut of those contracts.  I receive a salary

13   from Flashpoint.

14   Q    When you have worked for foreign governments, have you

15   been compensated as well?

16   A    That's correct, yes.

17   Q    And what is your current hourly rate?

18   A    My consulting rate currently is $400 an hour.

19   Q    Are you paid any bonuses based upon the outcome of any

20   trial or hearing which you have testified in?

21   A    No.

22   Q    And have you been paid or do you expect to be paid in

23   conjunction with your work in this case?

24   A    I have not yet been paid.  I do expect to be paid.  I have

25   not yet submitted an invoice.  I believe there is a contract

 1   for up to $20,000 of work in this case, but I'm not anywhere

 2   close to that figure right now.

 3   Q    Still under that figure?

 4   A    Well under that figure by my estimates, yes.

 5   Q    All right.  Let's turn our attention to your substantive

 6   work in this case

 7        Before we do, Your Honor, the Government has produced

 8   a demonstrative aid which is aimed to assist the jury in

 9   understanding individuals heard and providing a picture of

10   those individuals during the testimony.  It's Exhibit No. 386.

11        And so I would move to admit it so we can publish it

12   to aid the jury as we talk about certain individuals.

13        MR. MAYNARD:  Defense objects, Your Honor.  I saw the

14   demonstrative aid this morning.  It has eight photographs on

15   it, only seven of them have been dealt with by Mr. Kohlmann.

16        THE COURT:  So these -- I haven't seen it either but

17   I can see a little bit of the side of it.

18        So the only thing on here are photographs of

19   individuals with their name underneath?

20        MS. BROOK:  Correct.  And it's 383.  I misspoke.

21        THE COURT:  And there are eight different people

22   depicted?

23        MS. BROOK:  That's correct.

24        THE COURT:  Are all eight of these individuals

25   pictured in exhibits that have already been admitted?

1          Mr. Maynard suggests that only seven of them have

2    been.

3          MS. BROOK:  Yes, they are, or discussed.  So their

4    pictures themselves are not necessarily embedded in the

5    exhibits, but their name and they have authored work that will

6    be discussed and talked about.

7          THE COURT:  That's in admitted exhibits?

8          MS. BROOK:  Correct.

9          MR. MAYNARD:  I'm not sure that that's accurate.  I

10   believe that there's one that may not have been.

11         THE COURT:  Which one?

12         MR. MAYNARD:  I can't remember.  There are seven that

13   were on that list that the young boy had who testified and

14   then there's another one that I'm not sure where it came from.

15         THE COURT:  Well, let's -- by any chance, do you have

16   one that's 8-and-a-half-by-11?

17         MS. BROOK:  That would have been ideal, but I don't.

18         THE COURT:  Let's see if we can figure out who it is.

19         MR. MAYNARD:  I'm sure the Government knows which one

20   it is.

21         THE COURT:  But when you look at it, do you know

22   which one it is?

23         MR. MAYNARD:  I would not.

24         THE COURT:  How do you know there's one missing --

25   oh.  Are you just saying it's because there were seven on the

1    list that was admitted?

2            MR. MAYNARD:  Yes.

3            THE COURT:  Oh.  So --

4            MR. MAYNARD:  There's one of them that I don't think

5    was ever discussed.

6            THE COURT:  So which is the one that's not on the

7    list?

8            MS. BROOK:  We disagree.

9            So, on the list; on the list; on the list; on the

10   list; publications admitted; we have talked about this

11   extensively related to Twitter and other areas; the same; and

12   publications admitted.

13           THE COURT:  At the present time I'm going to -- while

14   Mr. Kohlmann testifies, I'm going to permit just so the jury,

15   when he speaks of the names, has the name there because

16   they're not names that any of us are familiar with on a

17   day-to-day basis and the photos.

18           I'm not admitting it at this time until I determine

19   that, in fact, all eight of them are part of the evidence in

20   this case.

21           MR. MAYNARD:  Okay.  And additionally, Your Honor, I

22   don't believe that Mr. Kohlmann in his report that I have

23   received dealt with all of these individuals.

24           THE COURT:  We'll see.

25           MR. MAYNARD:  Okay.

1          THE COURT:  But right now, I think it's a useful aid

2    for the jury as these individuals' names are mentioned to have

3    the actual spelling of the name there and the photograph

4    associated with it.

5          MR. MAYNARD:  Okay.

6          MS. BROOK:  Thank you, Your Honor.

7    BY MS. BROOK:

8    Q    Who hired you in this case?

9    A    I was hired by the U.S. Attorney's Office in Phoenix.

10   Excuse me.

11   Q    And when did you begin your work?

12   A    I began work on this case approximately -- well, today is

13   March 1st, so about three-and-a-half months ago.

14   Q    What were you asked to do?

15   A    I was asked to, first of all, review information provided

16   to me from the FBI; information, both analysis, as well as raw

17   information gathered by the FBI, and I was also asked to

18   produce an explanation of the history and development of the

19   Islamic State of Iraq and Levant otherwise known as "ISIL" or

20   "ISIS."

21   Q    We've talked a little bit about an outline of the Islamic

22   State and you have spoken about historically who their

23   predecessor organizations were.

24          Are you aware that whether or not the Islamic State

25   is a designated terrorist organization here in the United

1   States?

2   A   It is.

3   Q   And that designation, where does it come from?

4   A   The designation is published in the Federal Register and

5   it's issued by the State Department --

6   Q   Does the designation --

7   A   -- as well as the Treasury Department.

8   Q   Does the designation itself trace any of the historical

9   roots to which you were speaking about a few moments ago?

10  A   Yes.  The official designation of ISIS as a terrorist

11  group by the U.S. Government clearly enunciates the fact that

12  it is, in fact, the same thing -- that ISIS is the same thing

13  as al-Qa'ida in Iraq.  It's just a new name for the same

14  organization.

15  Q   How often would you say you look at, you review, you study

16  Islamic State materials?

17  A   I would say it's something I do on an hour-by-hour basis

18  when I'm not in this room.

19  Q   So let's turn first to the concept of "homegrown

20  extremist."  What does that mean?

21  A   "Homegrown extremists" refers to individuals who have been

22  radicalized, most of the time without ever leaving their

23  countries of origin.

24      It used to be that individuals who sought to join

25  terrorist groups, the only way they could actually join the

1    group and be part of the group was physically going abroad and

2    attending a training camp and swearing an oath of allegiance

3    to the leader of a group.

4          But that has changed.  And now there is something

5    called "homegrown terrorists" or "homegrown violent

6    extremists."

7          These are individuals who acquire the belief system

8    and ideas of terrorist groups and extremist groups, primarily

9    through online means, and then decide to carry out acts of

10   violence or decide to self-recruit into terrorist groups,

11   whether or not there is anyone to bring them into the

12   organization officially.

13   Q   Does the Islamic State recruit homegrown violent

14   extremists?

15   A   Yes.  The Islamic State recruits people both directly and

16   indirectly and has aggressively encouraged people to carry out

17   acts of violence on its behalf and to join the organization,

18   whether or not they had any prior connection to the group, and

19   whether or not they have a high level of pedigree in terms of

20   their entering into the group.

21   Q   How do you mean "pedigree"?

22   A   It used to be that terrorist groups were very selective

23   about the people that that they chose to --

24          MR. MAYNARD:  Objection.

25          THE COURT:  Excuse me, Mr. Kohlmann.  There's an

 1    objection.

 2           MR. MAYNARD:  Your Honor, I'm going to object to this

 3    whole line of testimony about --

 4           THE COURT:  No.  No objecting to whole lines.  We're

 5    going to go question-by-question.

 6           MR. MAYNARD:  I'm objecting to this testimony.  It's

 7    beyond the scope of the report.  There's nothing in here about

 8    homegrown terrorist groups.

 9           THE COURT:  Sustained.

10           MS. BROOK:  And, Your Honor, if I may, this was

11    encompassed within our Notice of Intent to use Mr. Kohlmann as

12    an expert in this particular case.  And it also ties in

13    directly to the pieces of evidence that he's going to talk

14    about that were found on the defendant's devices as well as

15    Simpson and Soofi's.

16           THE COURT:  Hold on a minute.

17           Are you referring to the Government's Supplemental

18    Notice of Intent dated November 12, 2015?

19           MS. BROOK:  Correct.

20           THE COURT:  I'm withdrawing my "sustained" and

21    overruling the objection because this type of information was

22    disclosed as being the subject of expert testimony.  And it

23    was --

24           The rules do not require in this case that it be --

25    or the rules don't require a report at all, but it does not

1    require that it be encompassed within the report.

2          And this type of general information was provided in

3    the November 12th disclosure.

4          MR. MAYNARD:  May I be heard?

5          THE COURT:  No.

6          MR. MAYNARD:  Okay.

7    BY MS. BROOK:

8    Q    Going back to our question:  How does the Islamic State

9    recruit homegrown violent extremists?

10   A    Starting about 2012, groups like ISIS and others began

11   aggressively seeking out individuals that would carry out acts

12   of violence or would self-recruit into their ranks without

13   necessarily being directly told to do so.

14         In order to achieve that, there was a major obstacle

15   or major hurdle which is access or viewing audience.

16         ISIS does not own a conventional television station.

17   They have radio transmitters but only capable of broadcasting

18   inside of Syria and Iraq.

19         So how does a group like this manage to reach a

20   larger, wider, and more diverse audience?  And how does it

21   reach people that, you know, are -- it's really a needle in a

22   haystack, because not too many people are really interested in

23   self-recruiting the terrorist groups.

24         And the way that these groups have done that is

25   primarily through the Internet.  The Internet allows these

1    groups to, number one, disseminate propaganda, their

2    propaganda, to a very wide and a very diverse audience.

3    Meaning that if there are needles in a haystack out there who

4    are interested in joining, they're more likely to see this

5    stuff online and it's unedited online.

6         If you go on television and you watch documentaries

7    about terrorist groups, everything has been carefully edited.

8    Everything has been carefully sanitized.

9         The Internet is raw.  It's directly and raw.  It's

10   the entire contents.  So rather than watching two minutes of a

11   terrorist video or 30 seconds of a terrorist video on a news

12   broadcast, you are getting the entire unadulterated propaganda

13   message directly to your own home computer.

14        The other thing about the Internet which is very

15   useful for ISIS is that it provides not just for a means to

16   disseminate media, but it's bidirectional communication.  The

17   Internet allows individuals who live in very isolated corners

18   of the world to make direct contact with representatives,

19   members, and leaders -- even leaders of these groups online.

20        Previously, those connections would have never, ever

21   been made; and now it's as simple as someone joining a chat

22   forum or even sending a direct message to someone over

23   Twitter.

24   Q   I want to talk first about the videos and messages that

25   the ISIS propaganda machine puts forward.  Are those releases

1   unique in their production or their quality or any features of

2   them?

3   A   The video recordings that are produced by ISIS are

4   generally regarded as the most sophisticated videos produced

5   by any jihadi organization, including al-Qa'ida.

6          ISIS has pioneered a number of techniques that -- and

7   indeed, al-Qa'ida has now mimicked -- that have been

8   incredibly effective using multiple cameras, using

9   drone-mounted cameras, filming scenes over and over again in a

10  very staged way, very slick graphics and video cuts.

11         This is the kind of thing that previously you would

12  have had to have multiple teams of cameramen with big heavy

13  cameras.  You would have to have a huge studio to develop

14  this.

15         But the way the technology has developed, it's well

16  within the capabilities of a handful of guys armed with

17  over-the-counter video cameras and with computers that you can

18  buy almost anywhere -- laptop computers to buy almost

19  anywhere -- the software packages to produce this stuff are

20  openly available.

21         ISIS has simply done an incredible job of taking that

22  technology and using it to produce Hollywood-quality videos

23  and Hollywood-quality magazines.

24  Q   And the effect of these particular publications, releases,

25  videos, from your experience, what's the purpose of it?

1    A   There are a number of different purposes in releasing this

2    media, for terrorist groups to release this media.

3            Obviously, one of the immediate reasons to release

4    this media is to terrify or to intimidate the enemies of the

5    group.

6            So in the case of ISIS, they hope to intimidate the

7    United States.  They hope to intimidate Arab governments.

8    They hope to intimidate the governments of Syria and Iraq and

9    others, including France, the United Kingdom, European states,

10   almost everyone.

11           But that's not the only purpose.  There is also

12   another audience that they are hoping to reach aside from

13   merely people that are opposed to them, their adversaries.

14   They're also looking to reach their sympathizers, their

15   supporters, potential recruits.  And so they are looking to

16   solicit support in a variety of different means.

17           The two most important means that they hope to

18   receive support from this stuff is, number one, by releasing

19   these videos, they hope to induce people to donate money to

20   financially support them.

21           And it is true that groups that produce very slick

22   videos, very -- you know, quite astonishing video content,

23   that is where the interest level goes.  And, of course, the

24   interest level is not just money.  They're also looking to

25   pull in recruits.

1          They're looking to bring in people who can serve both

2     in the front line as well as people who have specialized

3     skills and abilities or who have lived in Western countries.

4     Because people that live in Western countries have Western

5     passports and are familiar with how to get in and outside of

6     those countries.

7          So these videos also serve a key function in terms of

8     recruiting people to come in.  And the reason that so many of

9     these videos by ISIS are now being produced in English or at

10    least subtitled in English, if not entirely produced in

11    English, is because that's exactly the audience that they want

12    to try to recruit.

13    Q   We're going to come back to the concept of recruitment in

14    a minute, but before we move on, what I want to discuss are

15    some of the unique aspects or attributes of these videos or

16    images that you have seen being released from the Islamic

17    State.

18         I'm going to turn your attention -- and you have on

19    the computer there the exhibits numbered the same as we do

20    here.  If I could turn your attention to Exhibit No. 459 which

21    is already admitted and the Government is going to publish and

22    this was already an admitted exhibit --

23    A   Yes.

24    Q   -- from the defendant's Nextbook tablet.

25         In looking at this particular image, do you recognize

1    some of the aspects of the Islamic State imagery in it?

2    A   Yes, I do.

3    Q   What do you see?

4    A   First of all, you can see fairly clearly on the right side

5    of the screen there appears to be a flag to the -- directly to

6    the right of the third individual dressed in black.  That flag

7    is the official flag of ISIS.

8            Up until about 2013, it is true that al-Qa'ida, some

9    al-Qa'ida factions, also used this flag.  However, in 2013,

10   once al-Qa'ida and ISIS began fighting with each other,

11   al-Qa'ida immediately stopped using this flag and this flag is

12   synonymous with the Islamic State.

13           There are other aspects as well of this video.  First

14   of all, the mosque that appears to be behind these individuals

15   appears to be a mosque in Mosul, Iraq.  There are very, very,

16   very few individuals in Mosul who would be in front of a major

17   mosque carrying an ISIS flag who are not, in fact, ISIS.

18   Q   Let me take a quick look.

19   A   There is also the circumstances --

20   Q   Just as it relates to Mosul, why would it be that it is

21   primarily populated with people who are members of the Islamic

22   State?

23   A   Because of the fact that in June of 2014, the Islamic

24   State of Iraq launched an assault on the city of Mosul, Iraq,

25   seized control of the entire city of Mosul, put the entire

1    city under their direct control, and they are directly

2    responsible for policing and enforcing the law in Mosul and

3    they still do it till today.

4          And it's extremely unlikely that they would let an

5    event like this occur that they were not involved and really

6    directly responsible for.

7    Q   And I interrupted you.  You were about to talk about a

8    third aspect.

9    A   Yes.  The third aspect is the circumstances involved.

10          Every since 2004, first the al-Qa'ida in Iraq, now

11   the Islamic State, have had a fascination with executing

12   prisoners, executing individuals seized as prisoners.  While

13   they are not the only group that does this, they are the group

14   that is most prevalent in terms of executing individuals in

15   this fashion and the execution process is almost always the

16   same.

17          You have several men, masked men, dressed in black in

18   front of a captive who is wearing an orange jumpsuit.  The

19   orange jumpsuit is meant to signify the same jumpsuits being

20   worn by detainees in Guantanimo Bay, Cuba.

21          The individual behind him reads a speech and then

22   eventually decapitates the prisoner.  Again, while al-Qa'ida

23   in Iraq/the Islamic State is not the only group that has done

24   this, al-Qa'ida has deliberately avoided doing things like

25   this.  And, in fact, for a long time, specifically told the

1  Islamic State to stop doing this and not to do this because it

2  is bad for publicity.

3          Nonetheless, the Islamic State continued with this,

4  and thus, it makes it extremely unlikely that this is the

5  product of al-Qa'ida or an al-Qa'ida affiliate, and almost

6  certainly, the product of ISIS.

7          And finally, of course, I actually recognize this

8  screenshot.  This screenshot is from an official video

9  produced by an official media wing -- produced and released by

10  an official media wing of ISIS known as Al-Hayat Kisan Media.

11  And this video depicted the interrogation and execution of

12  Kurds -- of Kurdish Peshmerga fighters, anti-ISIS fighters,

13  who were captured by ISIS near Mosul.  The title of this video

14  was:  A Message to the Kurds, Barzani, and the Americans.

15  Q   And you mentioned you recognized this video.  You have

16  seen this video?

17  A   Yes.

18  Q   In the end in this video, what happened to this Kurdish

19  soldier?

20          MR. MAYNARD:  Objection.  Relevancy.

21          THE COURT:  Sustained.

22          THE WITNESS:  He was beheaded with --

23          THE COURT:  Excuse me.

24          I know this is difficult.  The objection is

25  sustained.  The jurors shall disregard the witness's last

 1   answer.

 2            MS. BROOK:  Maybe, Your Honor, it will help if when

 3   that happens I put my hand up since his image is on me.  If I

 4   put my hand up maybe that will assist because I know there is

 5   the audio delay.

 6   BY MS. BROOK:

 7   Q   You had spoken a moment ago about the Islamic State flag.

 8   And I want to turn our attention to Exhibit No. 65.  And this

 9   is unique -- I'm going to place it on the overhead --

10   admitted and seized at the Garland scene in Texas.

11            I'm going to put it on the overhead, Your Honor.

12            I don't know.  Do you have a copy of 65 since it's a

13   physical exhibit?

14   A   No.  I do not appear to have 65.

15   Q   This is a unique circumstance.

16            Can I just approach the video to show him the flag

17   briefly and he can tell us what he sees?

18            THE COURT:  Yes.

19            THE WITNESS:  Yeah.  I believe I can see it.

20   BY MS. BROOK:

21   Q   Do you recognize what you see?

22   A   Yes.

23   Q   What is it?

24   A   This is the flag that is used as the official flag and

25   insignia of the Islamic State of Iraq and the Levant,

1   otherwise known as "ISIS" or "ISIL."

2   Q   I want to turn back to some mechanisms of communication.

3   And a few moments ago you were talking about bidirectional

4   communication that's utilized by the Islamic State.

5           Is Twitter an example of that?

6   A   Twitter, indeed, is an example bidirectional

7   communication.

8   Q   And does the Islamic State utilize Twitter as a means of

9   communicating with recruits or other individuals?

10  A   Yes, it does.

11  Q   What role does it play for the Islamic State?

12  A   One the problems the Islamic State or the terrorist groups

13  in general have with the idea of elite password-protected

14  discussion forums is that it's very difficult to recruit new

15  people if you have locked everyone else out.

16          And so ISIS and other groups as well, they needed a

17  new type of social-networking tool which would allow them to

18  get their media out to a very, very wide and a very diverse

19  audience, including people who don't have access to

20  password-protected Arabic-language only discussion forums with

21  very esoteric names.

22          And it happens that one of the things that has proved

23  very useful for these groups in using Twitter is the sense

24  that they can use Twitter not only to post download links to

25  new videos, but that if someone watches one of these videos

1    and decides they want more information or that they want to

2    join the group, they can send -- then send a direct message to

3    the person who posted the video.

4              And they can say privately:

5              I would like to help out.  I'd like to join.  Can you

6    give me more information?

7              And this exists both in the context of official

8    representatives of the group, as well as unofficial

9    representatives of the group, people that would like to form

10   networks of people in support of ISIS and are looking for

11   other people to sign on.

12             So this allows these folks to come together, to

13   clump, and to find the leaders that they can get advice on

14   how do I get there?  What do I do?  How do I build this?  What

15   do you need?

16   Q   Why, in particular, are these particular recruiters for

17   ISIS and other terrorist organizations drawn towards the

18   Internet and these means of communication?

19   A   It used to be the way that these folks recruited was is

20   that they would go into a mosque or a community center in a

21   Western country and they try to recruit other people through

22   those means.  But after 9/11 with the law enforcement

23   intelligence clamp-down, it became impossible to have a known

24   terrorist recruiter living in a Western country.

25             And anyone who is going to be on the phone talking

1    with a terrorist recruiter in another country was going to

2    immediately come to the attention of U.S. intelligence and

3    national security agencies.

4         The Internet allows these groups a safe medium, a

5    purgatory area where they can evaluate someone and determine

6    whether or not they really are serious, whether they are a

7    spy, whether they have capabilities that would be of use, and

8    be able to do that in such a way where they don't put

9    themselves at any degree or any significant degree -- or they

10   think any significant degree -- of risk.

11   Q   Based upon your experience, are there individuals who

12   speak to those that are ISIS supporters or followers here in

13   the United States that have risen to your attention in your

14   line of work?

15   A   Yes.

16   Q   And can you describe -- tell us who they are.

17   A   Sure.  Arguably, the most famous such individual on behalf

18   of ISIS was a British national who is named Junaid Hussain.

19        Junaid Hussain initially became famous not as an ISIS

20   member but as a hacker.  He was convicted and sent to jail for

21   six months in the United Kingdom for hacking into a former

22   British Prime Minister Tony Blair's address book.

23        He was a very famous hacker but he had nothing to do

24   with jihad back then.  After emerging from prison in the

25   United Kingdom, Mr. Hussain suddenly fled the UK and ended up

1   in Syria where he took a new name.  He came known as Abu

2   Hussain al-Britani, which means Abu Hussain, the Britain.

3           And at that point he began using the same skills that

4   he had developed as a hacker in order to help disseminate and

5   redisseminate ISIS propaganda in order to provide advice and

6   assistance to other Westerners seeking to join ISIS and also

7   to urgently encourage individuals to carry out acts of

8   violence in the Western countries with or without the direct

9   knowledge or assistance of ISIS, in other words, homegrown

10  terrorist attacks.

11  Q   Why did Junaid Hussain's message, in particular, resonate

12  with supporters of the Islamic State?

13  A   Junaid Hussain was important and his message resonated

14  because he represented something that these groups have

15  aspired to for a very long time.

16          These groups want to have the picture -- want to have

17  the self-image of being very sophisticated, of being very

18  technical, of being very tech savvy, of having professionals,

19  you know, normal professionals coming and joining them and

20  giving them the leg up.  They want to seem elite.  They want

21  to have the elite folks coming and joining.

22          Junaid Hussain was a minor celebrity before he ever

23  got to Syria.  There are very few people out there with the

24  technical skills of Junaid Hussain who are available to be

25  recruited into ISIS.

1          This was a huge coup for ISIS and it also allowed

2    ISIS to market their message directly to people who come from

3    the same constituency as Mr. Hussain, i.e., Muslims or Muslim

4    converts living in Western countries who had little or no

5    prior contact with any jihadi group, including ISIS.

6    Q    Who is Miski?

7    A    Sure.  So there was another individual who left his home

8    in Minneapolis back in 2008.  His real name is Mohamed

9    Abdullahi Hassan.  He is a Somali American.  He was born, I

10   believe, in the United States, but his descent comes back from

11   Somalia in the East Coast of Africa.

12          In 2008 he left Minneapolis, Minnesota, his home, and

13   he went to join a group in Somalia known as al-Shabaab.

14   Al-Shabaab is al-Qa'ida's official local franchise in East

15   Africa and in Somalia.

16          Since arriving in Somalia, Mr. Abdullahi Hassan who

17   goes online by the name Mujahid Miski using a Twitter account

18   for himself.  And using this Twitter account, Mr. Miski began

19   issuing calls for violence, began encouraging Westerners to

20   carry out acts of violence, and to self-recruit not just into

21   al-Qa'ida, but even into the Islamic State.

22          Mr. Miski is one of a group of individuals in Somalia

23   who, despite the conflict between al-Qa'ida and ISIS, has

24   decided that he likes both groups and has endorsed both groups

25   and has supported both groups.

CR15-00707-SRB      IVAN KOHLMANN-Part 1      3-1-16

1   Q   As we speak a little bit more here in a moment about the

2   importance or role of Miski, I just want to take a second and

3   chronologically understand.

4          What happened to Junaid Hussain?

5   A   Junaid Hussain was killed in a U.S. drone strike --

6   Q   And do you know --

7   A   -- in Syria -- excuse me -- sometime last year.  I forgot

8   exactly when.

9   Q   So in discussing Miski, you talked about his presence and

10  use of Twitter.

11         I want to turn your attention to Exhibit No. 480

12  which you have before you.  These are already admitted.

13         May I post?

14         THE COURT:  Yes.

15  BY MS. BROOK:

16  Q   We're looking here in the court at the image with the

17  handle Muhajir_Miski1_Miski.

18  A   Yeah.  It's Mujahir -- Mujahir_1436-Miski?

19         This exhibit 480?

20  Q   I'm looking at page -- January 9.

21  A   Oh, sorry.  Sorry.  January 29.  Okay.  Sorry.

22         January 9th or 29th?

23  Q   Right.  So if you can turn to January 29th, that would be

24  great.

25  A   29th.  Okay.  One second.

1              I don't have January 29th.  I have January 9th.

2    Q    I misspoke.  It is January 9th.

3              So two concepts --

4    A    I have -- okay.  Yeah.

5    Q    Two concepts.  First of all, the handle --

6    A    Go ahead.  Sorry.

7    Q    The handle there for Miski has changed.

8              Can you explain that?

9    A    Yes, I can.  The activities of Mr. Abdullahi Hassan online

10   were coming to the attention of not only ISIS or al-Qa'ida

11   supporters, but they were also coming to the attention of

12   others, including law enforcement, and including the people

13   that run Twitter.

14             Twitter over the last two years has become

15   increasingly aggressive about removing accounts that violate

16   Twitter's Terms of Service Agreement.

17             One of the key prongs in that Service Agreement is

18   that individuals are not allowed to use Twitter to promote or

19   encourage acts of violence.

20             As a result, Mr. Miski began losing his accounts one

21   after the next.  Within seconds or minutes of him posting

22   something that was encouraging a violent act, his entire

23   account would be removed.

24             However, there is a problem with this strategy in the

25   sense that, yes, you do remove someone's account, but that

1    doesn't stop them from just going online and creating a new

2    one.

3              And, in fact, that's exactly what Mr. Miski did.  He

4    just kept creating new accounts with very, very similar names

5    and would alert the people that were his most important

6    contacts:  Hey, I'm back on.  This is my new -- this is my new

7    account.

8              And Junaid Hussain, in fact, did the exact same

9    thing.

10   Q    Do you recognize the image there that's above Miski's

11   handle?

12   A    Yes.

13   Q    Who is that?

14   A    I believe that's -- I believe that's him.

15   Q    Miski?

16   A    Yeah.  I believe so.  Mohamed Abdullahi Hassan.

17   Q    I want to talk a moment and discuss the Charlie Hebdo

18   attack.

19             Can you explain to us what happened at the Charlie

20   Hebdo Magazine in January of last year?

21   A    Yes.

22             MR. MAYNARD:  Judge, objection.  It's been --

23             THE WITNESS:  Over the past --

24             THE COURT:  Hold on a second.

25             MR. MAYNARD:  It's beyond the scope of his report.

1    It's not relevant.

2           THE COURT:  The objection is overruled on the grounds

3    of relevance but I don't want too much detail, just some

4    general background as to the -- why the magazine was targeted.

5    BY MS. BROOK:

6    Q   So specifically focusing in on the attack itself, are you

7    aware why the Charlie Hebdo Magazine was attacked in Paris?

8    A   Yes.

9    Q   Can you explain that?

10   A   Yes.  Charlie Hebdo and several other European

11   publications had engaged in competitions to lampoon the

12   Prophet Muhammad.

13          Charlie Hebdo is a satirical magazine and it often

14   includes animations or cartoons.  And so in order to defy the

15   rules of Islamic fundamentalists, Charlie Hebdo published

16   cartoons of the Prophet Muhammad.  And in Islam, any kind of

17   drawing or picture of the Prophet Muhammad, technically, is

18   blasphemy.

19          And so these individuals at Charlie Hebdo were

20   deliberately committing, quote/unquote, blasphemy in order to

21   make a point about the freedom of speech.

22   Q   As a reaction to that, was there a violent extremist

23   reaction to the magazine publication?

24   A   Yes.  Both al-Qa'ida and ISIS have offered monetary

25   rewards and had repeatedly encouraged individuals living in

1   Western countries to assassinate and to murder anyone involved

2   in blaspheming the Prophet Muhammad, including the individuals

3   involved with Charlie Hebdo.

4   Q   What day did the Charlie Hebdo attack occur?

5   A   Charlie Hebdo attack occurred in the first few days of

6   January 2015.

7   Q   Could it have been January 7th?

8   A   That's correct, yes.

9   Q   In speaking about Miski, did Miski have a reaction on

10  Twitter to the Charlie Hebdo attack?

11  A   Yes.

12  Q   What was it?

13  A   He was ecstatic.  He was thrilled.  He lauded and heaped

14  praise upon the individuals responsible for the Charlie Hebdo

15  attacks and suggested that this was a model for other

16  individuals living in Western countries to follow.

17  Q   Shortly after the Charlie Hebdo attack occurred in

18  January, are you aware of when the Draw the Prophet Muhammad

19  Contest in Garland, Texas, was announced?

20  A   I believe it was announced approximately a

21  month-and-a-half afterwards in early March.

22  Q   Was it March or was it February?

23  A   I believe it was early March.  It could have been

24  February.

25  Q   When it was announced, do you recall the modes of

1    communication of how it was announced?

2    A    Yes.  It was widely announced on the Internet.  It was

3    announced on Twitter.  It was announced via e-mail.  It was a

4    major event and it got a lot of attention, including through

5    even through television and news broadcasts.

6    Q    So you mentioned that it was announced via Twitter and

7    some other modes of communication.  And based upon your

8    experience and your work with your company, are you aware that

9    certain people tweeted out in response to the announcement of

10   the contest?

11   A    Yeah.  I'm familiar with a number of different

12   English-speaking jihadists, particularly on Twitter, who were

13   very upset and were very motivated by this and were sending

14   out a lot of message content about it.

15   Q    So that we understand clearly, what was the nature of the

16   concern as it relates to this particular contest?

17   A    The nature of the concern among jihadists you mean?

18   Q    Yes.

19   A    These individuals felt that this contest was an excuse for

20   people to blaspheme and insult the Prophet Muhammad and to

21   insult Islam; and that to defend the dignity of the Prophet

22   and defend the dignity of Islam, it was necessary to stop this

23   event from taking place.

24   Q    I want to take a step back as we talk more globally about

25   online social communication.  Do all homegrown extremists

 1    directly communicate with ISIS members or supporters?

 2    A    No.

 3    Q    In your experience do homegrown extremists operate in

 4    cells or groups?

 5    A    Sometimes, yes.  You can have a lone wolf.  It can be a

 6    single individual.  But frequently, what you have are groups

 7    of guys that come together, each one of them having a

 8    particular skill or ability or insight to contribute to the

 9    group.

10    Q    Specifically, as it relates to the Islamic State, have you

11    seen instances where single members, one individual member of

12    a cell, would communicate on behalf of the group itself with

13    supporters or recruiters of ISIS?

14    A    This occurs both with ISIS as well as al-Qa'ida.  It's

15    quite frequent -- it's quite common to have one person who is

16    the -- who is the hub for communications, for collecting

17    media, and then disseminating all this to the other members of

18    the group.  It's also more secure this way as well.

19    Q    How do you mean it's more secure?

20    A    There is a basic sense of awareness among some of the

21    people involved with this that the U.S. Government is watching

22    people that are downloading jihadist propaganda, they are

23    watching people that are accessing Jihadi Twitter accounts,

24    they're watching people that say crazy things online.

25            So the fewer members of a jihadist unit or group or

 1    network that are actually physically on there and physically

 2    downloading things, each one of them, the less likely it is

 3    that all members of that network will come to the attention of

 4    law enforcement.

 5    Q   You spoke earlier in your testimony about some of the

 6    different mechanisms for support to be provided to the Islamic

 7    State.  I think you had spoken a little bit about some

 8    financial assistance.

 9              MR. MAYNARD:  Your Honor, objection to the form of

10    the question.

11              THE COURT:  Sustained.

12    BY MS. BROOK:

13    Q   What kind of support is the Islamic State looking for?

14              MR. MAYNARD:  Objection --

15              THE WITNESS:  The Islamic State is looking for --

16              MR. MAYNARD:  Objection.  Foundation.

17              THE COURT:  The objection is overruled.  He may

18    answer.

19              THE WITNESS:  The Islamic State is looking for a

20    variety of means of support.  It certainly can use financial

21    support.  It has its own financial means, but it can always

22    use more money and more financial support.

23              But more specifically, in terms of actually, you

24    know, physical items, what it can really use is individuals

25    bringing drones or other kind of technology which may not be

1    that difficult to order -- or may not be that easy to order

2    via Amazon inside of Syria.

3           And then most importantly ISIS is looking for

4    recruits.  They're looking for people that are going to be

5    able to provide them with a variety of different services.

6    They're looking for recruits who can go on the front line and

7    fight.  They're looking for recruits who have specialized

8    computer skills who can help conduct their media operations

9    and can help disseminate their media.  They're looking for

10   doctors.  They're looking for people with experience in

11   infrastructure.  They're looking for people that they can put

12   to work.

13   BY MS. BROOK:

14   Q   What is "hijra."

15   A   Hijrah is an Islam term that simply means "a journey" or

16   usually the connotation is a journey to an Islamic State or an

17   Islamic society.

18   Q   Now, does the Islamic State mandate that its followers,

19   supporters, make a hijra to the Islamic State to provide

20   support?

21   A   The Islamic State has said the following regarding hijra:

22          If you believe in our ideas and you are true Muslim,

23   you have two options.  The first option is to make hijra and

24   come here to the Islamic State and become part of the state

25   and help build the state.

1          And the second option is if you can't get here

2    through one way or another -- you don't have the money, you

3    can't get an airline ticket, you're under surveillance,

4    whatever it is -- then it's your obligation to support the

5    Islamic State in your own backyard.

6          And by that they mean carrying out acts of violence

7    directly inside of Western countries.

8    Q    I want to speak specifically about exhibit, already

9    admitted, Exhibit No. 350 which you have on your computer.

10   A    350?

11   Q    Yes.  Correct.  If you can look at the top left photo, I'm

12   not sure if it's a four-frame for you.

13   A    No.  It's one after the other, but the top left is No. 1,

14   right?

15   Q    Yes.  Do you see --

16   A    Got it.

17   Q    Do you see a message about a flight?

18   A    Yes.

19   Q    And are you able to read that?

20   A    Yes.

21   Q    What does it say?

22   A    "When you get a flight from Bulgaria, you get a flight to

23   Sabiha Gokcen Airport not the Ataturk."

24   Q    Did this -- or does this particular message have

25   significance to you based upon your experience?

1    A   Yes.

2    Q   I want to speak specifically, what is Sabiha Gokcen?

3    A   Sabiha Gokcen Airport is one of two major airports in

4    Istanbul, Turkey.  The other major airport is Ataturk

5    International.

6    Q   So what is the significance of those two particular

7    airports as it relates to the Islamic State recruitment?

8    A   The primary point of entry for foreign fighters, including

9    Western fighters seeking to joint ISIS, is by crossing the

10   border into Syria from Turkey.

11        The primary two entry points for Westerners seeking

12   to cross into Turkey are the two international airports

13   Ataturk International and Sabiha Gokcen.

14        Sabiha Gokcen is often preferred by ISIS members and

15   recruits because it is the smaller airport.  It is less

16   well-known than Ataturk.  And there is a sense among some of

17   these individuals that it is easier to slip through security

18   at that airport because it is not the main international

19   airport in Istanbul.

20   Q   Turning our attention next to already admitted Exhibit No.

21   391, and if you can look to page 4, placing back on the

22   overhead a notebook found at the scene in Garland.

23        THE COURT:  This is not admitted.

24        MS. BROOK:  So I believe the conditional admission

25   was provided for this notebook.  It was still in transit back

 1    from -- it was still in transit, so the physical notebook was

 2    not admitted but foundation was laid during the witness that

 3    testified about it being found there.

 4            THE COURT:  I thought we had a witness then come -- I

 5    thought it arrived later that day and the witness came back on

 6    the stand and testified about it.

 7            MS. BROOK:  I think you wanted the original notebook.

 8    If our memory serves correctly, it was in transit and we did

 9    lay foundation for this paper exhibit, which was a copy of the

10    notebook which is here.

11            So we would just move to admit and to publish so we

12    can talk about page No. 4.

13            THE COURT:  So page No. 4 is a photograph of a page

14    from the notebook?

15            MS. BROOK:  That's correct.

16            THE COURT:  Did we admit the notebook?

17            MS. BROOK:  We laid the foundation.  But, again, it

18    hadn't physically arrived so we tabled the actual admission of

19    it.  It's here.

20            THE COURT:  What's the number on the notebook?

21            MS. BROOK:  The notebook itself is not marked.  This

22    was -- so this was 391.  391 was actually photographed at the

23    scene.

24            THE COURT:  If you could put it on the camera so I

25    can see what we're talking about.  Maybe it's-- that will --

 1          MS. BROOK:  Sorry.  391 was photographed at the

 2     scene.  The notebook itself is not as great a resolution

 3     because of the processing that happened to it at the lab,

 4     although we would just ask to admit them together for

 5     legibility purposes.

 6          MR. MAYNARD:  No objection.

 7          THE COURT:  391 is admitted.

 8       (Exhibit No. 391 admitted in evidence.)

 9     BY MS. BROOK:

10     Q   In looking at Exhibit 391, page 4, do you see one of the

11     two airports that you were just talking about a moment ago?

12     A   Yes.

13     Q   And which one was it?

14     A   At the very top of the page it says "Sabiha Gokcen AP"

15     And I believe that's Sabiha Gokcen Airport.

16     Q   I want to move on and take a step away from hijra as a

17     means of supporting the Islamic State and talk about --

18          THE COURT:  It's noon though.

19          We'll take our lunch break, ladies and gentlemen, and

20     we'll reconvene at 1:15.  You are reminded of the usual

21     admonitions.

22          Court is in recess until 1:15.

23       (Recess taken at 12:01 p.m.; resumed at 1:16 p.m.)

24          THE COURT:  Good afternoon, ladies and gentlemen.

25     Please sit down.  The record will show the presence of the

1    jury, counsel, and the defendant.

2          Ms. Brook, you may continue your questions of Mr.

3    Kohlmann.

4          MS. BROOK:  Thank you, Your Honor.

5    BY MS. BROOK:

6    Q    Good afternoon.  Is the audio working okay?

7    A    Yes.

8    Q    Perfect.  All right.

9          Well, let's start back off where we left off.  And I

10   want to speak for a second about the Draw the Prophet Muhammad

11   Contest.  Over the break were you able to familiarize yourself

12   with more specificity about the date and the time when that

13   contest was announced?

14   A    Sorry.  Yes.  It was February.  Once again, I had

15   forgotten the date but it was definitely February.

16   Q    And I want to place on the overhead what has already been

17   admitted and published.

18          And for Mr. Kohlmann's sake, it's Exhibit No. 157.

19          Your Honor, this one was actually conditionally

20   admitted.  The page we're going to look at, however, I don't

21   believe there's any objection to, which is just the first

22   page.

23          THE COURT:  Agreed?

24          This is 157.  It's the multi-page exhibit that we've

25   spoken about and I have reserved ruling on some portions of

 1    it.

 2    BY MS. BROOK:

 3    Q    So placing on the overhead.  And if we may -- if we have

 4    published for the jury Exhibit No. 157, does this refresh your

 5    memory with a little more specificity about when in February

 6    the contest was announced?

 7    A    I believe it's February 13th.

 8    Q    And that tweet that we're looking at, is that an initial

 9    tweet by Jack Fink in regard to the event itself and the fact

10    that there was an award, a prize award, offered for the

11    winning contestant of the individual who was going to draw the

12    Prophet Muhammad?

13    A    That's correct.  This appears to be a -- actually from a

14    journalist or a news report on behalf of CBS in the Dallas/Ft.

15    Worth area.

16    Q    Moving along, right before the break we talked about hijra

17    and the concept of traveling to the Islamic State.

18          I had asked you about when it's not possible, was

19    there anything that the Islamic State had directed.

20          And if -- you may just refresh the jury's memory

21    about what the other options were if hijrah isn't possible.

22          MR. MAYNARD:  Objection.  Asked and answered.

23          THE COURT:  Sustained.

24    BY MS. BROOK:

25    Q    Are you familiar with an individual by the name of Adnani?

1   A    Abu Mohammed al-Adnani.

2   Q    Who is he?

3   A    Abu Mohammed al-Adnani Ashami is the official spokesman

4   for ISIS.

5   Q    And do you know when abouts he became the official

6   spokesperson for ISIS?

7   A    I believe we first saw him in 2012.

8   Q    As the official spokesperson, has he made any statements

9   regarding directives for followers of the Islamic State?

10             MR. MAYNARD:  Objection.

11             THE WITNESS:  Yes, he has.

12             MR. MAYNARD:  Hearsay.

13             THE COURT:  Is the next question to ask what he's

14   said?

15             MS. BROOK:  Well, to understand what the directive

16   is, yes.

17             THE COURT:  The objection is overruled.  It's not

18   offered for the truth but what other people might hear.

19   BY MS. BROOK:

20   Q    So what was it that Adnani has said to followers of the

21   Islamic State?

22   A    Abu Mohammed al-Adnani Ashami has told followers of the

23   Islamic State that they have two options; either they travel

24   to Iraq and Syria to join the organization, or else they

25   should kill people in their own backyards using whatever means

1   they have targeting the unbelievers of Islam.

2   Q   When was it that Adnani declared that proclamation?

3   A   Well, he said it a couple different times, but he said it

4   again in September of 2014.

5   Q   And in September of 2014 when he made that proclamation,

6   how was it disseminated?

7   A   It was disseminated via an official audio recording of Abu

8   Mohammed al-Adnani Ashami that was released by the official

9   media wings of the Islamic State of Iraq and the Levant.

10         And that audio recording was subsequently reported on

11   by dozens and dozens of international newspapers, television

12   programs, magazines.  It was a fairly big event because it was

13   rare for the official spokesman of a major terrorist

14   organization to advise people to kill their neighbors with

15   knives and with running them over, any means at their

16   disposal.  That doesn't usually come up in the context of

17   terrorist groups.  This was a little unusual.

18   Q   If I can turn your attention to Exhibit No. 495 and place

19   on the overhead what's been marked Exhibit No. 495, do you

20   recognize this?

21   A   Yes, I do.

22   Q   And what do you recognize it as?

23   A   I believe this was a list of 100 U.S. military personnel

24   along with photographs and other information that was issued

25   in the spring of 2015 -- I believe March of 2015 -- by a group

1    calling itself the Islamic State Hacking Division.

2           It purported to be personal identifying information

3    or what's known as PII about U.S. military servicemen that it

4    was disseminating to other jihadists, presumably, in order to

5    target these individuals.

6           MS. BROOK:  The government moves to admit and publish

7    495.

8           MR. MAYNARD:  No objection.

9           THE COURT:  495 is admitted.

10     (Exhibit No. 495 admitted in evidence.)

11   BY MS. BROOK:

12   Q   In looking at this exhibit, we see underneath it written

13   the Islamic State Hacking Division.

14          Who are they, specifically?

15   A   The Islamic State Hacking Division, as far as we

16   understand it, is not necessarily an official part of the

17   Islamic State.  An individual has been indicted in Malaysia

18   for his role in the Islamic State Hacking Division.

19          However, it is understood that Junaid Hussain played

20   a role in the dissemination and release of this data as well.

21   Q   This data, was it released on the Internet?

22   A   It was, yes.

23   Q   You spoke about March of 2015 and we're going to flip to

24   it the next page.

25          Specifically, what was contained within this release?

1    A    It contained the personal addresses, photographs, full

2    name and military posting of 100 U.S. military servicemen,

3    again, presumably with a goal of targeting these individuals

4    by -- targeting these individuals for either electronic or for

5    physical attack.

6    Q    What was the directive set out by the Islamic State as it

7    relates to these hundred people?

8    A    They should be targeted because they are soldiers of the

9    enemy.

10   Q    I'm turning to page No. 2 which we have redacted in part,

11   but in looking at it, what information was contained in the

12   original release that was disseminated on the Internet by the

13   Islamic State as it relates to these hundred Americans?

14   A    Well, again, it contained photographs.  It contained their

15   full address.  It contained their posting, their full name,

16   and other bits of information.

17   Q    Turning our attention to the middle of this particular

18   page, was one of those 100 a Major Gina M. Fedoruk -- Fedoruk?

19   A    Yes.  Major Gina M. Fedoruk, yes.

20   Q    And Major Fedoruk, was her address also listed?

21   A    Yes.

22   Q    And for the purpose of the record, Your Honor, I'm just

23   going to read.  Was it 15206 South 31st Street, Phoenix,

24   Arizona, 85048?

25   A    Correct.

```
 1    Q    In conjunction with this case have you seen a handwritten

 2    list that contains any names also listed on that particular

 3    list of 100 military members?

 4    A    I don't recall.

 5    Q    Placing on the overhead --

 6    A    You mean the 100 U.S. servicemen?  I don't recall.

 7    Q    Placing on the overhead what's been marked as Exhibit No.

 8    496, and turning to page 2, do you have 496 before you?

 9    A    Unfortunately, no, I do not.

10         MS. BROOK:  Your Honor, we can see if I can approach

11    the screen --

12         MR. MAYNARD:  Your Honor, I'll stipulate that the

13    name that's on the notebook is the name that was --

14         THE COURT:  Well, this 496 has not been admitted.

15    Are you offering it?

16         MS. BROOK:  Yes.  We are offering it.

17         THE COURT:  Is there any objection?

18         MR. MAYNARD:  No.

19         THE COURT:  496 is admitted.

20      (Exhibit No. 496 admitted in evidence.)

21    BY MS. BROOK:

22    Q    And just reading there for the purposes of the record

23    Major Gina M. Fedoruk, 15206 South 31st Street, Phoenix,

24    Arizona, 85048.

25         How did this --
```

 1          THE COURT:  And also for the record, since we didn't

 2   have the person to lay the foundation, this exhibit, ladies

 3   and gentlemen, is described as a page from a blue notebook

 4   found at Soofi and Simpson' apartment.

 5          MS. BROOK:  And, Your Honor, also it came -- it's a

 6   page that's been copied.  The blue notebook is also listed in

 7   its entirety which is 352.

 8   BY MS. BROOK:

 9   Q   Can you explain for us --

10          THE COURT:  Well, hold on.  If we have 352 in

11   evidence, then I don't see why we need 496.

12          MS. BROOK:  So similar to the -- or similar to the

13   pages we were talking about before with the Sabiha Goken AP at

14   the top, when processing by the lab, the pages become a little

15   distorted.  And so the photographs were taken before any

16   processing was done.  So for ease of readability, we just

17   submit that to the jury for them to be able to see clearly.

18          THE COURT:  Okay.  Thank you.

19   BY MS. BROOK:

20   Q   Going back for a moment.

21          So what was the message as it relates to these

22   hundred servicemen and women?

23          MR. MAYNARD:  Objection.  It's been asked and

24   answered.

25          THE COURT:  Sustained.  Sustained.

1   BY MS. BROOK:

2   Q   As we're grabbing the physical exhibit, I want to turn our

3   attention to a book entitled Defense Of The Muslim Lands.

4        That particular publication, was it relevant or

5   significant in your analysis in this case?

6   A   Yes.

7   Q   And how so?

8   A   It was significant in the sense that the author of the

9   book is arguably known as the godfather of modern jihad, of

10  contemporary jihad, and was responsible for the fact that

11  foreign fighters first went to Afghanistan in the 80s to begin

12  with.  He was the father of this entire movement.

13  Q   So placing on the overhead what's already been admitted as

14  Government's Exhibit No. 67 found at the scene in Garland, of

15  course, difficult with the resolution, so you were speaking

16  about the author of Defense Of The Muslim Lands.  And tell us

17  more about Shaykh Abdullah Azzam.

18  A   Sure.  Shaykh Abdullah Yusuf Azzam was a Palestinian

19  cleric with a very strong belief in violent jihad.

20       During the 1980s he embarked upon a worldwide

21  campaign to raise money and recruit followers to travel to

22  Pakistan and to join the mujahideen in Afghanistan and fight

23  against Communist-backed forces in Afghanistan.

24       However, for Azzam, the idea was not merely to,

25  quote/unquote, liberate Afghanistan.  The idea was to use this

1  opportunity to build an Islamic State that would end up with

2  the liberation of Islamic lands across the Middle East, most

3  importantly, Palestine, the homeland of Mr. Azzam.

4        In order to carry out this, Azzam recruited several

5  individuals to serve as his righthand men.  One of his top --

6  one of his top lieutenants, one of his top affiliates, was

7  Osama bin Laden.

8        Osama bin Laden credited Azzam with having imbued him

9  with the ideas of jihad and the desire to participate.  Azzam

10 assisted in the formation of al-Qa'ida.  However, in 1989,

11 less than a year after al-Qa'ida was formed, Azzam was killed

12 in a car bomb -- most likely a car bomb that was set by

13 dissident al-Qa'ida members who disagreed with his philosophy.

14 Q   Is this book Defense Of The Muslim Land significant to

15 homegrown violent extremists?

16 A   Defense Of The Muslim Lands is arguably one of, if not the

17 most famous, book ever written by Azzam.  The book itself

18 explains the logic behind why individuals should join the

19 mujahideen in Afghanistan and elsewhere, the necessity to

20 liberate Muslim lands by force, by violent jihad.

21       There are a lot of key concepts that are laid down

22 here that continue to be echoed by a variety of different

23 groups.  And, in fact, Azzam himself, even long after his

24 death, continues to be featured in both al-Qa'ida and ISIS

25 propaganda videos.

1    Q    So specifically, how does ISIS view Abdullah Azzam?

2    A    They view him more or less the same way everyone else

3    treats him, which is that despite any ideological

4    disagreements that might exist, they treat him as the

5    godfather of modern jihad.

6           They treat him as someone who pioneered the concept

7    of fighting against the West.  They treat him as someone who

8    pioneered the concept of the modern mujahideen movement.  And

9    without him there would be no al-Qa'ida.  There would be no

10   ISIS.

11   Q    Before we move along, I want to place on the overhead

12   Exhibit No. 351, already admitted, as the handwritten list

13   that Elton Simpson handed to Waseem -- or wrote for Waseem

14   Hakeem (sic) -- on May 1st.  In looking at this list, do you

15   see Azzam?

16   A    I'm sorry.  What exhibit number is that?

17   Q    351.

18   A    I have a different Exhibit 351.

19           MS. BROOK:  May I once again just approach?

20           THE COURT:  Yes.

21           THE WITNESS:  Um, honestly, I can't read that

22   document.

23           Oh, now I can.  Now I can.  Just hold it up.  Hold it

24   steady.  Sorry.  Keep going.  I'm sorry.  I can't really.  I

25   can only read it for seconds.

 1          I have seen that document before and I recognize it

 2     that Azzam's name is on there, but I can't read it right now.

 3          MS. BROOK:  Your Honor, perhaps for ease as we're

 4     going to talk about this document over the next course of the

 5     witness's testimony, we could perhaps, electronically, if I

 6     could just inquire of somebody from our office who might be

 7     able to electronically transmit it to Mr. Kohlmann so it's

 8     available for him.

 9          THE COURT:  That would be fine.

10     BY MS. BROOK:

11     Q    You mentioned that in seeing that document before you did

12     see his name on it?

13     A    I did at the time when I saw it previously, I did, yeah.

14     I couldn't read it that well just now though.

15     Q    I want to move along and talk about Anwar al-Awlaki.

16          And as we do, I'm going to turn your attention to

17     some text strings, first starting with 488 and 489.  If you

18     could just look at those text strings for a moment.

19          Placing on the overhead the text strings from the

20     Acer first, 488.  And, Mr. Kohlmann, do you see them on your

21     computer?

22     A    Yes, I do.

23     Q    Perfect.  And next I'm going to put on it 489 and then

24     we're going to talk about them together.

25     A    Okay.

1  Q   Were these text strings of significance in your evaluation

2  in this case?

3  A   Yes.

4  Q   How so?

5  A   These text strings, number one, appear to reflect someone

6  either browsing or downloading audio recordings of Shaykh

7  Anwar al-Awlaki, including but not necessarily limited to, The

8  Life of Muhammad, the Makkan Period.

9       As well as that the lectures themselves appear to be

10  downloaded from two locations, one of which is known as the

11  website -- the website is known as Hoor-al-ayn.com.

12       "Hoor-al-ayn" is an Arabic expression or Islamic

13  expression referring to the Virgins of Paradise.

14  Q   And Hoor-al-ayn.com, is that a website that you have

15  become familiar with in your line of work?

16  A   Yes, it is.

17  Q   What type of information is published on that particular

18  website?

19  A   Hoor-al-ayn.com is a website that was set up to

20  disseminate audio recordings by particular very, very

21  conservative salafi Muslim clerics, principally among them,

22  Anwar al-Awlaki.

23  Q   So break that down.  Conservative salafi cleric.  What

24  does that mean?

25  A   Sure.  Within Islam there are a variety of different

1    sects, just like within Christianity you have Protestants and

2    you have Catholics and whatnot.

3            Within Islam you have shiites and you have sunnis.

4    And then even within that split you have people that follow

5    different schools of belief.

6            One of the schools of belief in sunni Islam is known

7    as "salafism."  Salafism preaches a return to the essential

8    parts of the faith.

9            When we talk about fundamentalism, salafism is

10   fundamentalism.  It talks about throwing off all of the

11   materials that have been accumulated over years and going back

12   and practicing Islam exactly as it was practiced or as close

13   as possible to as it was practiced at the time of the Prophet

14   Muhammad.

15           Now, salafis tend to be very conservative and very

16   strict in their religious beliefs.  Not all salafis are

17   violent.  However, most jihadists, most sunni jihadists are

18   either salafis or a derivation of the salafi school.

19   Q   Before we move along and talk more specifically about

20   Anwar al-Awlaki, I want to turn your attention to Exhibit No.

21   491.  And I'm placing on the overhead 491 which has already

22   been admitted and published.

23           Do you have it there?

24   A   Yes.

25   Q   Turning our attention to the bottom part of that

1   particular page where it says:  "User: git."  And then it

2   refers to certain line bits.

3              Do you see Anwar al-Awlaki's name listed there?

4   A   Yes.

5   Q   You mentioned before the Makkan Period and that being of

6   significance.

7              What is that?

8   A   The Makkan Period is a -- basically, Anwar al-Awlaki is

9   known for particular audio sermons that he has recorded.  One

10  of those sermons, it's a multi-part sermon, very in depth on

11  the life of the Prophet Muhammad.

12             The sermon is divided between two periods of the

13  Prophet's existence; the Makkan Period and the Medinan Period.

14             This is the Makkan Period -- or this is an audio

15  recording containing the Makkan Period.

16  Q   So Anwar al-Awlaki, is he admired by violent jihadists?

17  A   Well, he's deceased; but, yeah, he's extremely popular

18  amongst jihadists because he, at the time of his death and

19  prior to that, he was arguably one of the, if not the most

20  prominent salafi jihadi cleric on Planet Earth.

21  Q   And as such, is al-Awlaki significant to those people who

22  support and follow the Islamic State?

23  A   Yes.  Even though Mr. Al-Awlaki was associated with

24  al-Qa'ida and not the Islamic State, because of the fact that

25  he died -- or he was killed before ISIS and al-Qa'ida began

1    openly feuding -- al-Awlaki continues to be respected and

2    treated with respect by individuals associated with the

3    Islamic State.

4         And while he was alive, he had nothing but good

5    things to say about what was going on in Iraq.

6    Q   We're going to talk more specifically about Anwar

7    al-Awlaki as we progress.  I want to hone in on one lecture in

8    particular, and that's Constants on the Path of Jihad.

9         Was that one of his lectures?

10   A   Yes.

11   Q   What was that about?

12   A   It's -- Constants on the Path of Jihad in Arabic it's

13   known as "Thawaabit ala darb al Jihad."  It originally was

14   adapted from -- it was adapted by al-Awlaki from an original

15   Arabic language recording that was created by the founder of

16   al-Qa'ida in Saudi Arabia.  Al-Awlaki took that recording and

17   took that book and made his own English language version out

18   of it.

19        Constants on the Path of Jihad has a very, very

20   simple message.  The message is is that you do not wait to

21   have a good leader to wage jihad.  You do not wait until you

22   get to Iraq or Syria to wage jihad.  You do not wait until you

23   have other people who are willing to join alongside you to

24   wage jihad.

25        If you believe in these ideas, wherever you are, it's

1    your obligation to wage violent jihad.  There are no borders.

2    There are no limits.  It's your obligation, regardless of

3    where you are or who you are.

4          And that is, again, it's -- that was a major -- it

5    was a major move forward in this ideology, a major push

6    forward.  And it had a tremendous impact, particularly on

7    people who were outside of these groups, in other words,

8    homegrown violent extremities.

9    Q   Are you familiar with that particular lecture Constants on

10   the Path of Jihad being recovered in this particular case?

11   A   Yes.

12   Q   That sermon, was it in English?

13   A   Well, again, the original version in Arabic was given by

14   the leader of al-Qa'ida in Saudi Arabia.  The more famous

15   version of it is the English translation by Anwar al-Awlaki

16   which, again, is entirely in English.

17   Q   Do you know whenabouts it was released?

18   A   Yes.  It was released in 2005.

19   Q   And I'm placing on the overhead Exhibit No. 279 already

20   admitted.

21         Mr. Kohlmann, in looking at the exhibit you have

22   before you, if you can scroll to 279, is that the Constants on

23   the Path of Jihad that we have been referring to?

24   A   Yes.  And you can see here, it specifically says Constants

25   on the Path of Jihad by Shaykh Yusuf al 'Uyayree.

1       Yusuf 'Uyayre was the founder of al-Qa'ida in Saudia

2   Arabia.  And below that it says:  Lecture series delivered by

3   Imam Anwar al-Awlaki.

4   Q   Is this lecture one that is significant to the followers

5   of the Islamic State?

6   A   It's -- it's significant -- it's extremely significant to

7   followers of violent jihad across the spectrum.  Anyone who is

8   a salafi jihadist, this has a tremendous amount of impact

9   for -- especially if they speak English.

10  Q   How was it that Anwar al-Awlaki died?

11  A   Anwar al-Awlaki died on September 30, 2011, in a U.S.

12  drone strike in Yemen.

13  Q   And in his death, how do violent extremists see Anwar

14  al-Awlaki?

15  A   Violent extremists treat Anwar al-Awlaki as what they call

16  a shahid.  "Shahid" in Arabic means "martyr."

17       They believe that he was martyred fighting on the

18  battlefield with the United States.  They treat him as an

19  honored individual and is someone, again, who put his money

20  where his mouth was.

21  Q   I want to show you Exhibit No. 490 already admitted from

22  the Acer computer.  As you look at Exhibit No. 490, does it

23  show another website that you're familiar with?

24  A   Yes.

25  Q   And what website is that?

1     A    This is a website known as Kalamullah.

2     K-A-L-A-M-U-L-L-A-H.   Kalamullah.com.

3     Q    And is Kalamullah.com a website that is significant to

4     violent extremists?

5     A    Yes.

6     Q    How so?

7     A    Kalamullah is very, very similar, if not directly

8     analogous, to the other website I discussed previously

9     Hoor-al-ayn.com.

10          This is a website set up to disseminate primarily

11    audio recordings and other sermons issued by very

12    conservative, some would say, extreme salafi clerics including

13    most prominently Anwar al-Awlaki.

14    Q    I want to ask you about the Al Mojahden Electronic

15    Network.   Are you familiar with that?

16    A    Yes.

17    Q    And what is it?

18    A    Yes.

19    Q    What is it?

20    A    The Al Mojahden -- the Al Mojahden Electronic Network is a

21    now-defunct Arabic and English-language jihadi discussion

22    forum that was existing primarily, I believe, between about

23    2009 and 2012.

24          It was one of the forums online that allowed

25    jihadists to come along, to disseminate official media from

 1   groups like the Islamic State and from al-Qa'ida, and allowed

 2   individuals to chat.

 3          It was unusual in the sense that it was one of the

 4   very few discussion forums of that type that had an active

 5   English-language component to it.  They also published their

 6   own media or republished their own media as well as having a

 7   forum.

 8   Q   And based upon your review of the Acer computer, the

 9   string sites that we've been talking about, was that network

10   one that was reviewed on the Archive.org page that you have

11   seen?

12          MR. MAYNARD:  Objection to the form of the question.

13          I don't think he has ever testified he reviewed the

14   Acer computer.  I think he said he's reviewed documents that

15   have been provided to him.

16          THE COURT:  Restate your question, please, Ms. Brook.

17   BY MS. BROOK:

18   Q   In reviewing documents related to the Acer computer and

19   its analysis and also the string site exhibits that you have

20   spoken about, was that particular network one that was

21   accessed?

22   A   Yes.  It did appear that there was evidence that someone

23   had downloaded Anwar al-Awlaki recordings that were

24   specifically uploaded and published on the Internet archive by

25   the Al Mojahden Electronic Network.

1  Q   I want to talk a little bit about big-picture significance

2  with Anwar al-Awlaki.

3           And can you explain the significance that he played

4  in the Nidal Hasan mass shooting at Ft. Hood?

5           MR. MAYNARD:  Objection.  Relevancy.

6           THE WITNESS:  Yes.

7           THE COURT:  Hold on.

8           MR. MAYNARD:  Relevancy.

9           MS. BROOK:  And, Your Honor, it pertains directly to

10  the January 3rd tweet where Simpson was discussing with Miski

11  that individual.

12           THE COURT:  Sustained.

13           I'm sorry.  I meant the other way.  Overruled.

14  BY MS. BROOK:

15  Q   Please.

16  A   Yes.  Major Nadal Malik Hasan carried out a massacre of

17  U.S. military personnel at Ft. Hood, Texas.

18           Prior to carrying out that massacre, Mr. Hasan

19  contacted Anwar al-Awlaki via e-mail, expressed his support

20  and admiration for al-Awlaki, and asked for his advice in what

21  to do next.

22           After the Ft. Hood massacre, Mr. Al-Awlaki issued

23  multiple statements through the official media wing of

24  al-Qa'ida in Yemen in which he directly took credit for the

25  Ft. Hood massacre.

1              He called Major Hasan his student and he indicated

2    that others should follow in the footsteps of Major Hasan and

3    that he was very proud of what Major Hasan had done.

4    Q    Was Major Hasan another homegrown, violent extremist?

5    A    Yes.  Major Hasan did what he did without receiving any

6    direct orders from any terrorist organization.

7    Q    I want to turn our attention to Exhibit No. 164.

8              Are you familiar with a lecture known as The Battle

9    of Hearts and Minds?

10   A    Yes, I am.

11   Q    Placing on the overhead what has already been admitted as

12   Exhibit No. 164, the search history from the Lenovo laptop.

13             In looking at Exhibit No. 164, what do you see?

14   A    This appears to be text string information relating to

15   searches on the YouTube video streaming service.  Someone

16   looking for the search terms battle+of+hearts+and+minds+anwar.

17             And then someone going ahead and viewing multiple

18   pieces or multiple sections of the Anwar al-Awlaki recording

19   Battle of Hearts and Minds on YouTube.

20             MS. BROOK:  And, Your Honor, placing on the overhead

21   what has already been admitted as Government's Exhibit No. 390

22   which is the full lecture of the Battle of Hearts and Minds

23   found in Elton Simpson's Infinity.

24   BY MS. BROOK:

25   Q    Who gave this lecture?

1    A    It's a lecture by Anwar al-Awlaki.

2    Q    And when was it released?

3    A    This was released in 2008.

4    Q    What was this particular lecture a response to?

5    A    This lecture was a response to a number of attempts by the

6    U.S. Government and by others to promote a view of moderate

7    Islam and to promote a view of Islam that did not necessarily

8    feature violent jihad.

9          Anwar al-Awlaki issued this audio recording in which

10   he described that there was a battle taking place for the

11   hearts and minds of young Muslims and that America and its

12   allies were attempting to delude Muslims into thinking that

13   violent jihad was not an essential part of their faith.

14         Anwar al-Awlaki went on in his audio recording to

15   heap praise upon the youth in the West, young people living in

16   the United States, who had stood fast against the drive

17   towards moderate Islam and who had held fast to particular

18   controversial tenants of Islam that were being sidelined by

19   moderates, particularly violent jihad.

20   Q    What was the effect of this lecture?

21   A    The effect of this lecture was to undermine efforts by

22   NGOs, the U.S. Government, by moderate Muslims, and by others

23   to try to convince young Muslims that there is no place,

24   essential place for violence in religion.

25         MS. BROOK:  Your Honor, the Government has admitted

1    in full Exhibit No. 390 which is the CD.  However, we have

2    excerpted a small portion for the jury to listen to so they

3    don't have to hear the whole lecture and that's at 493.

4            So at this point we would just move to play that.

5            THE COURT:  Go right ahead.

6            MS. BROOK:  We're having some technical difficulties.

7    So as we work to fix it, and I misspoke, I think the excerpt

8    as well as 390, so it appears on the screen.

9            I'm going to move on.  And then if we get that part

10   figured out, we will come back to it.

11   BY MS. BROOK:

12   Q   Are you familiar with another lecture by the title of The

13   Dust Will Never Settle Down which was found on --

14   A   Yes.

15   Q   Yes?

16   A   Sorry.  I didn't mean to interrupt.

17   Q   No.  That's okay.

18           -- found on Nadir Soofi's desktop computer and

19   already admitted into evidence as 271.

20   A   Yes.  I'm familiar with that audio recording.

21   Q   Who released that particular audio recording?

22   A   Sure.  The Dust Will Never Settle Down was issued by Anwar

23   al-Awlaki in 2008 when he had already left the United States

24   and was living in Yemen.

25   Q   And I want to speak specifically about the content of this

 1   particular al-Awlaki lecture.

 2        What was this particular lecture a response to?

 3   A   This lecture specifically was a response to a variety of

 4   different incidents that Muslims, including Anwar al-Awlaki,

 5   regarded as blaspheming or blasphemy against the Prophet

 6   Muhammad; attacks, criticism, et cetera, for nonMuslims

 7   against the Prophet Muhammad.

 8        According to Anwar al-Awlaki, there is clear

 9   precedent in the jurisprudence of Islam that those who insult

10   the Prophet Muhammad should be executed.

11        And there is no need for any specific additional

12   ruling beyond that.  Anyone who sees this, according to

13   al-Awlaki, should understand that these people are immediately

14   in line to be executed.

15        And so Anwar al-Awlaki said to those insulting the

16   Prophet:  You keep creating these big clouds of dust by doing

17   this, and the dust will never settle down and that we'll come

18   after you.

19        And sure enough, this audio recording had a

20   tremendous impact, had a tremendous impact, particularly among

21   Muslims living in Western countries.  One individual by the

22   name of Zachary Chesser took this audio recording and issued a

23   threat to the creators of South Park.

24        The creators of South Park had issued an episode in

25   which they showed someone wearing a bear suit that they

1    referred to as the Prophet Muhammad.

2              So Zachary Chesser, a convert to Islam, issued a

3    death treat to the creators of South Park.  And in the end his

4    final line was:  Just remember the dust will never settle

5    down.

6    Q    Just for clarification, the blasphemy that you were

7    talking about that al-Awlaki spoke of in terms of statements

8    or things related to the Prophet Muhammad, did it include

9    offensive political cartoons or other drawings of the Prophet

10   Muhammad?

11   A    The primary significance was the cartoons that had been

12   drawn in Denmark, in Sweden, and in France, lampooning the

13   Prophet Muhammad.

14   Q    And in this particular lecture did he mock how certain

15   individuals have responded to that type of conduct?

16   A    Yes.  He specifically said:  Those that give protests or

17   those that peacefully protest or those that complain without

18   taking violent action, those people are following the

19   philosophy of Gandhi and in the words of Anwar al-Awlaki, "We

20   are not followers of Gandhi."

21   Q    Did al-Awlaki encourage his supporters to take matters

22   into their own hands as a form of response or action to this

23   type of conduct?

24   A    Yes.  He specifically urged them to execute anyone

25   insulting the Prophet, and specifically said you don't need

 1   any other opinion other than this.

 2   Q    This particular lecture, was it in English?

 3   A    Yes.

 4            MS. BROOK:  May I have a moment?

 5            Your Honor, we have the entirety of 271 in evidence.

 6   I'm going to move to play an excerpted component of 271.

 7            THE COURT:  This is an excerpt from The Dust Will

 8   Never Settle Down?

 9            MS. BROOK:  Correct.

10            THE COURT:  You may.

11       (Excerpt of Exhibit No. 271 played for the jury.)

12   BY MS. BROOK:

13   Q    Mr. Kohlmann, the last recording was speaking about

14   walking into a hornets' nest and the dust will never settle

15   down.

16            Can you put that in context for us?  What did that

17   mean?

18   A    The context is that anyone who thinks that they can insult

19   Islam or the Prophet Muhammad and get away with it scot-free

20   is only deluding themselves.

21            And anyone who does that is going to make themselves

22   an immediate target for all true believers in the faith, at

23   least as far as Anwar al-Awlaki is concerned.  When he says "a

24   hornets' nest," he's referring to the idea that there are lots

25   of people out there who may not necessarily be named

1  al-Awlaki, who are still willing to follow these proscriptions

2  because they believe in this so strongly.

3        MS. BROOK:  Let me check to see if we can play 390

4  yet.  We will come back to it if we can get it up and working.

5  BY MS. BROOK:

6  Q   I'm going to move along to already-admitted Exhibit No.

7  177.  Are you familiar with another lecture by the name of To

8  Make It Known and Clear to Mankind and Not To Hide It?

9  A   Yes.

10 Q   Placing on the overhead what has already been admitted,

11 that lecture which was found on the 2 gigabyte drive inside

12 the Lenovo laptop in 2012.  Well, let's start at the top.

13        The Global Islamic Media Front, who are they?

14 A   The Global Islamic Media Front is an online jihadi media

15 logistics outfit.  They both produce their own media as well

16 as they also courier media on behalf of a variety of different

17 organizations onto the Internet.

18        What do I mean by "courier"?  They are solely

19 responsible for posting every single official communique and

20 video from particular terrorist groups that they are

21 affiliated with, most notably, al-Shabab in Somalia.

22        So if you look at every single communique or video

23 being released, they are the ones that are physically

24 uploading it, posting it, formatting it, and they have their

25 little logo on it.

1    Q    So to place us historically in context, back in 2012 did

2    the Islamic State, as it's currently defined, exist as the

3    Islamic State?

4    A    In 2012?  No.

5    Q    Okay.  And so we have talked about predecessor

6    organizations.  Were any of those predecessor organizations

7    associated with the Global Islamic Media Front?

8    A    I'm sorry.  I didn't catch the question.

9    Q    Sorry.  Were any of the Islamic State's predecessor

10   organizations associated with the Global Islamic Media Front?

11   A    Actually, yes.  At least one faction that eventually

12   became part of the Islamic State actually was releasing

13   material directly through Global Islamic Media Front and the

14   GIMF even offered fans of that group a contest in which, if

15   they won the contest, they could remotely fire rockets at a

16   U.S. military position in Iraq.

17   Q    So this essay, who wrote it?

18   A    It actually was a video.  It was originally a video.  This

19   is a transcription, I believe, but it was originally a video.

20   It's a video of Shaykh Anwar al-Awlaki and it was a video

21   released in November of 2010.

22   Q    And this video, was it a response to anything?

23   A    Yes.  It was a response to -- again, it was a response to

24   clerics saying that, you know, talking about moderate Islam

25   and talking about the idea that you can't kill -- you can't

1    kill people willy-nilly.  You have to have a real

2    justification for it and, you know, violent jihad has limits.

3    Q    So more -- the more conservative base was preaching the

4    idea of killing only if there's a justified basis?

5    A    Or avoiding killing at all.  But, yes, there are plenty of

6    clerics that don't believe what Anwar al-Awlaki believed and

7    Anwar al-Awlaki's response in this video was:  Do not consult

8    anyone in terms of killing the Americans.  Fighting Satan does

9    not require any specific theological ruling.

10   Q    And I have placed on the overhead the last page of the

11   already-admitted exhibit.  And you were referring to a

12   specific subsection of that video which has been transcribed

13   here as the exhibit for the jury.

14        Specifically, as it relates to killing Americans,

15   what did Anwar al-Awlaki state in this particular video?

16   A    Yes, sure, verbatim:

17        Do not consult with anyone in killing Americans.

18   Fighting Satan does not need any religious verdict,

19   consultation, or prayer for guidance in decision making.  They

20   are the party of Satan.  Fighting them is the obligation of

21   the time.  We have reached the stage where it's, quote, either

22   us or them.  We are two opposites which can never co-exist.

23   They seek something which can never come to be unless we are

24   annihilated.  It's a decisive battle.  It's the battle of

25   Moses and Pharaoh.  It's the battle of truth and falsehood.

1    Q    Lastly, on the subject of Anwar al-Awlaki, I want to turn

2    to already-admitted Exhibit 182, The Slicing Of The Sword,

3    that was found on the 2 gigabyte flash drive.

4            Are you familiar with this, The Slicing Of The Sword?

5    A    The Slicing Sword, yes.

6    Q    And -- I'm sorry.  The Slicing Sword.  I put an extra

7    "the" in it.  The Slicing Sword.

8            Who wrote it?

9    A    You mean what is this?

10   Q    Yes.

11   A    Sorry.  The Slicing Sword is an English translation of a

12   historical document from Islam or a historical retelling from

13   Islam about individuals in the southern Arabian Peninsula

14   fighting against the early colonial vestiges of the West.

15           And the idea here in this book is -- or the concepts

16   of this pamphlet, this book, is the concept known as al-wala

17   al-bara.  "Al-wala al-bara" means "loyalty in Muslims above

18   all else."

19           In other words, if you have a choice between allying

20   yourselves with the West or you have a choice between allying

21   yourselves with a Muslim, you are obliged to ally yourselves

22   to the Muslim first, loyalty to Muslims, friendship to

23   Muslims, everyone else comes second.

24   Q    When was this released --

25   A    Just as a note -- I'm sorry.  I have been handed a copy of

1  the list of individuals that we were talking about previously.

2  Q   Excellent.  So that's exhibit sheet 351?

3  A   Correct.  Yes.  Sorry.

4  Q   No.  That's okay.  Just for your reference if we talk

5  about it again.

6       We left off with this particular item and when was it

7  released.

8  A   Well, originally -- the original text was written in

9  Arabic, I believe, several hundred years ago.  But this

10  English translation with a Forward from Anwar al-Awlaki, I

11  believe, was released in 2008.

12  Q   I want to turn specifically to that Forward written by

13  Anwar al-Awlaki.  Is that Forward significant in your findings

14  in this case?

15  A   Yes.

16  Q   I'm going to place on the overhead the Forward and I'm

17  going to ask you to read it to us.

18  A   Sure.  Let me know when you're ready.

19  Q   We're ready.

20  A   Okay.  This is Shaykh Anwar al-Awlaki's Forward.  Quote:

21       This book, "The Slicing Sword" represents the answers

22  given by Shaykh Abd Allah Abd al Bari al Ahdal to questions on

23  the topic of Hijra, i.e., migration for the sake of Allah, and

24  al-wala and al-bara -- in parenthesis -- loyalty to Allah and

25  disavowal of the enemies of Allah.  The importance of this

1    book lies in the fact that the situation that the Shaykh was

2    faced with is similar to our circumstances today which gives

3    relevance to his answers.  Aden was occupied by the British in

4    1837 and the author died around 1854.  So his time was one in

5    which the power of the Ottoman Khilafah was warned while the

6    Western powers were on the rise.  Therefore, this was a time

7    when there were some Muslims who were replacing their pride in

8    being Muslim and being subjects of Muslim rule with being

9    subjects of Western occupiers and sailing under Western flags.

10          Should I continue?

11   Q   Well, as it relates to the Islamic State, is this

12   particular Forward and the message contained in it

13   significant?

14   A   It's significant, honestly, to anyone who is a violent

15   jihadist, yes.  This book appears very frequently in the juris

16   prudence of English-speaking jihadists.  Even though it's an

17   historical document and even though it's referring to events

18   that took place in the 19th Century, the central lesson here

19   is not about the history.

20          The central lesson is rejection of Western values,

21   fighting against the West, joining with other Muslims to fight

22   against the West.  Those are the central values that are being

23   promoted here in this book and by Anwar al-Awlaki.  And

24   that's, again, the reason for that title "The Slicing Sword."

25   Q   And you have now before you 351 which I'm going to put

1    back on the overhead already admitted.

2            I had asked you earlier if you saw Azzam's name on

3    that list.  And now that you have it before you, do you?

4    A    Yes, I do.

5    Q    And Anwar al-Awlaki who we have been talking about, do you

6    see him?

7    A    Yeah. he's on there as well, directly above Shaykh

8    Abdullah Azzam.

9    Q    I want to turn our attention back to Exhibit No. 491 which

10   has already been admitted and I want to pull it up to now talk

11   about the top part of it.

12           As you look at that exhibit, was it relevant in the

13   analysis you did in this case?

14   A    Yes.

15   Q    Why so?

16   A    These text strings appear to show someone visiting,

17   browsing, and downloading lectures given by Shaykh Anwar

18   al-Awlaki and by Shaykh Abdullah al-Faisal al-Jamaiki.

19   Q    Let's speak specifically for a moment about Shaykh

20   Abdullah al-Faisal.

21           Placing on the overhead what has already been

22   admitted Government's Exhibit No. 98, 99, 100, and 101, CDs

23   found at Simpson and Soofi's residence, did Faisal have

24   anything to do with the Devil's Deception?

25   A    That actually is one of his audio recordings, yes.  The

1  Devil's Deception of the Saudi Salafis and the Devil's

2  Deception of the Shias.

3  Q   So let's rewind back to the beginning.

4       Who is Shaykh Faisal?

5  A   Shaykh Abdullah al-Faisal is a Jamaican national who

6  trained in Islam in Saudia Arabia.  Upon leaving Saudi Arabia,

7  Shaykh Faisal, instead of going to Jamaica, went to the United

8  Kingdom where he began preaching to groups of followers in the

9  UK, predominantly Muslim converts and other English-speaking

10 Muslims, because, again, Shaykh Faisal speaks English.

11      In 2005, Shaykh Faisal got in a lot of trouble in the

12 United Kingdom and was convicted in a court of inciting his

13 followers to kill Hindus and Jews.

14      And at that point Shaykh Abdullah al-Faisal was

15 expelled from the United Kingdom and he apparently returned to

16 Jamaica.

17      Shortly thereafter, Shaykh Faisal was once again

18 arrested, this time in Kenya, allegedly for attempting to join

19 the al-Shabaab Terrorist Organization in Somalia.  He was once

20 again expelled and apparently returned to Jamaica.

21      He continues to reach out and speak to his followers

22 via primarily the Internet, via technologies that include the

23 Worldwide Web as well as proprietary software packages like

24 Pal Talk.

25      Shaykh Faisal is generally regarded as one of the

1    most extreme salafi jihadi clerics of the last 30 years.

2    Q    So along those lines, is he important to homegrown violent

3    extremists?

4    A    He is exceptionally important because he's one of only a

5    handful of such clerics that speak English natively and

6    fluently.  All of his audio sermons are in English.

7            He specifically lectured and taught people

8    face-to-face in the United Kingdom.  And he's been a very

9    prominent figure amongst homegrown violent extremists in both

10   the UK and the United States, going all the way back to 1997.

11   Q    How does he feel about the Islamic State?

12   A    He's a big fan of it.  He's a big supporter of it.  He

13   thinks they're great.

14   Q    Is he an effective recruiter for violent extremists?

15   A    He's effective in the sense that he has a very good basis

16   in the fundamentals of Islam.  He learned Islam in Saudi

17   Arabia from true scholars.  He speaks English perfectly

18   fluently.  And he is a very charismatic individual.  And he is

19   very extreme.  He is very, very on the far end of extremism.

20           He is so extreme that some other salafi jihadi

21   clerics don't even like him.  Some of them think he's a

22   fanatic.

23   Q    Can you explain that?

24   A    Yeah.  In his audio recordings he says things that even

25   other salafi jihadi clerics blanch at.  He issued one audio

1    recording in which he ordered his followers to, quote, "make

2    the earth warm with blood," which is not something that most

3    clerics, even jihadi clerics, are big fans of.

4    Q    Does he hold great appeal for people who are well schooled

5    in Islam?

6    A    No.   I would say most people who have a good background

7    and good credentials in Islam would never follow someone like

8    Shaykh Abdullah al-Faisal because, explicitly, he is known as

9    a fanatic.

10   Q    So who is his main following?

11   A    His main following are English-speaking Muslims living in

12   Western countries, most of whom are converts and most of whom

13   have had no real contact with any kind of formal Islamic

14   education or formal Islamic study outside what they have been

15   exposed to by Shaykh Faisal and his cronies.

16   Q    What is the Declaration of War?

17   A    The Declaration of War was an audio sermon issued by

18   Shaykh Abdullah al-Faisal in which Shaykh Faisal takes the

19   original Declaration of War against the United States by Osama

20   bin Laden, the founder of al-Qa'ida, and goes through that

21   Declaration of War line by line endorsing the declaration line

22   by line and justifying the Declaration of War line by line.

23   Q    And whose Declaration of War was it?

24   A    It was the Declaration of War by Osama bin Laden against

25   the United States and its allies.

1    Q   And did you find string sites to that in this case?

2              MR. MAYNARD:  Objection to the form.

3              THE WITNESS:  Yes.

4              MR. MAYNARD:  Again, he hasn't testified that he has

5    searched any of these exhibits.  He was given documents by the

6    FBI.

7              THE COURT:  It's the form of the question, Ms. Brook.

8    BY MS. BROOK:

9    Q   Based upon what you have seen, have you seen any reports

10   about Declaration of War in this case?

11   A   Yes.  I saw reports, including text strings, which

12   included both -- included multiple parts of the Declaration of

13   War audio lecture in MP3 audio format.

14   Q   I want to turn our attention next to Shaykh Nasir Bin

15   Hasmad al-Fahad.  And I'm going to place on the overhead

16   Exhibit No. 176 which is already admitted.  This exhibit

17   admitted off of the 2 gigabyte flash drive.

18              Have you seen this before?

19   A   Yes.

20   Q   And can you describe it for us.  What's it about?

21   A   Sure.  Shaykh Nasir Bin Hamad al-Fahad is a Saudi cleric.

22   This particular fatwah -- this is a fatwah -- religious edict

23   that he issued -- this religious edict justifies the use of

24   weapons of mass destruciton against the United States.

25              In this particular fatwah Shaykh al-Fahd specifically

1    states that if al-Qa'ida or another group detonated a bomb

2    inside the United States that killed 10 million people, that

3    would still be more than justified and no further rulings

4    would be necessary.

5    Q    Justified because of what?

6    A    Justified because according, in the view of Shaykh Nasir

7    al-Fahad, the West has done far more damage to the Muslim

8    world and this would be not even close to partial retribution.

9    Q    Did this essay endorse any other concepts that were

10   significant to you?

11   A    Well, again, it endorsed the use of not just a bomb, but

12   particularly weapons of mass destruciton; chemical,

13   biological, and radiological weapons.

14           And, in fact, this fatwah was one of a line, a series

15   of fatwahs, similar fatwahs issued by Shaykh al-Fahad.  He

16   also justified the 9/11 attacks against the United States.

17   And he was eventually caught by the Saudi Arabian government

18   conspiring with al-Qa'ida in Saudi Arabia to assassinate then

19   President George W. Bush.

20   Q    And he justified that as well?

21   A    He said to an American al-Qa'ida operative recruited for

22   the mission that he wanted that above all else, to kill Bush.

23   Q    When was this particular treatise released?

24   A    This treatise was released within a few months after 9/11,

25   I believe, in late 2001 or early 2002.

1   Q   And is this treatise something that's significant to

2   followers of the Islamic State?

3   A   Once again, I think this treatise is significant to

4   followers, all violent jihadist followers.  I mean, Shaykh

5   Nasir al-Fahad was a very senior cleric, a very well-respected

6   cleric in Saudi Arabia, was someone who both the government

7   and al-Qa'ida respected.  This is a guy with tremendous

8   religious credentials who is known as a paragon of jihadi

9   thought and ideas.

10       Anyone who is a violent jihadist would likely find

11  these ideas and this fatwah to have a tremendous amount of

12  importance.

13  Q   I want to move forward and talk about the Labayk Media

14  Foundation.  And before I do, I want to grab a couple of

15  exhibits.

16       I'm placing on the overhead -- we're first going to

17  talk about 167 and then progressively we're going to talk in

18  short order about 168, 169, and 170.

19       So placing on the overhead already-admitted Exhibit

20  No. 167 which was the browser history from the Lenovo laptop

21  back in 2012 discussed this morning, I'm going to -- if you

22  can go ahead and look at 167 -- I'm sorry -- yeah -- 167

23  through 170.

24       And I'm going to put them up one at a time.  So

25  that's 167, already admitted; 168, already admitted, 169, and

1    170.   What do these four search histories reveal a search for?

2    A    These appear to show that on May 3rd, 2012, at

3    approximately 7:09 a.m. possibly, an individual using YouTube

4    ran a search for the terms Mujahideen+Bagram+escape.

5         And after running a search for those terms, then

6    selected one of those results to watch and viewed that video.

7    And that video was titled Escape From Bagram Prison, Part One,

8    as well as Part Two.

9    Q    So what is the Escape From Bagram?  Are you familiar with

10   it?

11   A    Yes.

12   Q    And is it -- well, describe it for us.  What is it?

13   A    Sure.  This video was originally released by an al-Qa'ida

14   propaganda outfit known as Labayk Media.  It was released in

15   2005.

16        It was an extremely important video because of the

17   fact that it showed and told the story of how a number of

18   extremely high-ranking al-Qa'ida leaders, some of al-Qa'ida's

19   most important leaders in Afghanistan, had managed to escape

20   from the highly secured U.S. military prison at Bagram Air

21   Base in Kabul, Afghanistan.  Some of these individuals ended

22   up becoming at the very, very, very top tier of al-Qa'ida and

23   most of them ended up being killed in drone strikes.

24        The video itself, again, was extremely important

25   because of the fact that people could hardly believe that such

1   high-ranking al-Qa'ida members could simply walk out of Bagram

2   Air Base and rejoin their cadres in the field.  It was a

3   tremendous victory for al-Qa'ida and it was something that

4   jihadists were immensely proud about.

5   Q   Did the video, as released, contain multiple parts?

6   A   Initially, no.  Initially, it was a one-part video.  But

7   as with many videos, when you put it on YouTube, YouTube has

8   certain uploading limits so they cut it into pieces.

9        This was divided into five pieces for uploading to

10  YouTube.

11  Q   And the video, was it for a time at a time available on

12  YouTube?

13  A   Yeah.  Yeah.  It was uploaded to a couple of different

14  file sharing services, and certainly, YouTube is and was one

15  of them.

16  Q   What significance does the video Escape From Bagram have

17  to followers of the Islamic State?

18  A   Well, I think it's-- again, this is something that I think

19  has a broader appeal to violent jihadists, generally.  You

20  know, these folks are looking for any victories that they can

21  find where, you know, an underdog, a jihadi underdog managed

22  to beat the United States.

23        And those kind of videos, they have a tremendous

24  morale-boosting effect for those folks.  And as a result, this

25  video had a tremendous morale boosting effect.  The idea that

 1    despite the U.S. military campaign in Afghanistan, despite

 2    having the latest in technology and weapons, again, the cream

 3    of the crop just walks straight out of their cells and no one

 4    was able to stop them.

 5          It was like a miracle.  It was like a prophesy.  And

 6    it was exactly the kind of miracle or prophesy that generates

 7    new recruits and new supporters and engenders confidence in

 8    these organizations.

 9    Q   I want to turn next to Sheik Abdullah Muhammad Arrashud.

10          Placing on the overhead what has already been

11    admitted is Exhibit No. 166, which was a search history from

12    the Lenovo laptop in 2012, as searched, as with all of these

13    in 2015 off the laptop Sergio provided, you had spoke about

14    Sheik Arrashud.

15          And before we turn specifically to Incite The

16    Believers, who is he?

17    A   Sheik Abdullah Arrashud was one of the senior leaders of

18    al-Qa'ida in Saudi Arabia.  And approximately in 2004, he went

19    underground in order to avoid arrest by Saudi authorities.

20          Approximately a year later in 2005, Sheik Arrashud

21    joined al-Qa'ida in Iraq, traveled to Iraq, and was killed in

22    a shootout with U.S. military forces in the city of Alkim in

23    far western Iraq next to the Syrian border.

24    Q   The video Incite The Believers, what is it specifically

25    about?

 1   A    The message -- the message the video Incite The Believers

 2   is specifically about the concept of violent jihad.

 3           During the video Sheik Arrashud explains that foolish

 4   people try to convince others that jihad, as he puts it, has a

 5   wide meaning.  But according to Shaykh Arrashud, that's not

 6   true.  The only meaning of "jihad," according to Sheik

 7   Arrashud, is, in his words, in the context of 9/11,

 8   pulverizing buildings, destroying infrastructure, wiping out

 9   the adversaries and he says that's the only form of valid

10   jihad.

11   Q    Does this particular video have importance for followers

12   of the Islamic State?

13   A    Yeah.  It has importance for followers of the Islamic

14   State.  This individual was one of the earliest members or

15   leaders of al-Qa'ida in Iraq.  He was killed on the

16   battlefield on the border between Syria and Iraq fighting U.S.

17   forces.

18           The video itself, obviously, is a tremendously

19   impactful video.  And then on top of it, this particular video

20   is very rare amongst the videos that were originally issued in

21   this time period in the sense that this video was subtitled in

22   English by a Westerner.

23           So people in the West then took this video subtitled

24   in English and it was one of the very few videos from this

25   individual and from al-Qa'ida in Saudi Arabia more broadly

1    where it was English subtitles.  So it was available for an

2    English-speaking audience.  It's very rare for materials

3    produced by al-Qa'ida in Saudi Arabia.

4    Q    If I can turn your attention to Exhibit 235 and will you

5    pull that up?  I'm going to place on the overhead

6    already-admitted Exhibit No. 235 from Nadir Soofi's Dell

7    Inspiron laptop.  As you look at that, what do you see?

8    A    This -- these are screenshots taken from the English

9    translation or the English subtitled version of Incite The

10   Believers.

11          You can see the individual in white in the middle.

12   That's Sheik Abdullah Arrashud.  And if you look carefully,

13   you can see that on the desk in front of him there's a rocket

14   launcher and behind him against the wall there is a rifle with

15   a bayonet affixed to it.  Against the wall against the back,

16   there is a superimposed map of the Arabian Peninsula and the

17   greater Middle East.

18   Q    Does this video have significance to violent Western

19   jihadists?

20   A    Yes.  Again, it's one of very -- at the time that this was

21   released with English subtitles, it was one of the only small

22   number of such videos with English subtitles from al-Qa'ida in

23   Saudi Arabia, really from al-Qa'ida generally.  Al-Qa'ida

24   didn't really start releasing subtitled stuff until much

25   later.  So this was rare at the time.

1              And, again, the fact that this was an individual who

2    was actually killed in the battlefield who talked specifically

3    about how "jihad" only means violence, this video has appeared

4    on numerous hard drives that I had analyzed in the context of

5    my work with law enforcement and others.

6    Q    Turning our attention next to Exhibit No. 179, also found

7    on the 2 gigabyte flash drive, I'm going to place on the

8    overhead page 1 -- it's already admitted.

9              Do you recognize this publication?

10   A    Yes.

11   Q    And what is it?

12   A    This publication is known as Inspire Magazine.  It is an

13   English language magazine and instructional manual produced by

14   al-Qa'ida in the Arabian Peninsula, otherwise known as

15   al-Qa'ida in Yemen, otherwise known as AQAP.

16   Q    What was the first official English language magazine that

17   was produced by a contemporary jihadist organization?

18   A    It was this magazine.  It was Inspire Magazine.  It was

19   this Inspire Magazine when it was first released by al-Qa'ida

20   in the Arabian Peninsula.

21             It was a landmark event.  There had been nothing like

22   it previously and it had a major, major impact, particularly

23   on English-speaking jihadists living in Western countries.

24   Q    I want to take us back in time to 2012.

25             So back in 2012, did the Islamic State as it is

 1    defined now, did it exist?

 2    A    There was an Islamic State, but at the time it wasn't

 3    openly fighting with al-Qa'ida.  It did not have a significant

 4    presence in Syria.  And it only controlled part of what it

 5    controls now or a small part of Iraq.

 6    Q    So did the Islamic State's predecessor organization, that

 7    obviously as we have discussed did exist back in 2012, did

 8    they have any of their own publications that were of the

 9    magnitude or quality of this particular publication?

10    A    No.  Until about 2014 the Islamic State didn't have enough

11    people who spoke English or enough desire to recruit English

12    speakers to put out this kind of material.

13          Also, it's important to understand that it would have

14    been hard to forecast the significance and the popularity of

15    this magazine.  Once it was produced, once Inspire Magazine

16    came out, within about two or three years there were a couple

17    different clones of this magazine issued by other groups

18    because they recognized afterwards that it had been a

19    tremendous success.

20    Q    So --

21    A    But it did not -- there were no clones until years

22    afterwards.

23    Q    We'll talk about ISIS's publication that initially was

24    released in 2012 in a little bit.

25          Focusing on this particular publication, you made

1    note of the fact that at the time in 2012 ISIS and al-Qa'ida

2    were not violently in conflict.

3    A    No.  There was conflicts but they weren't public.  The

4    conflicts were behind the scenes and they wouldn't have been

5    necessarily familiar to anyone except someone with a very

6    detailed understanding of these groups.

7          Anyone who is simply a follower or supporter would

8    not have had any concept of the lingering animus and dispute

9    and anger between al-Qa'ida and the Islamic State not at this

10    time.

11    Q    So pulling this exhibit down just so we can see the

12    header, you've talked about the name being Inspire.  What

13    edition was this publication?

14    A    This was issue No. 8.  It does say Fall of 2011.  However,

15    it was actually not released until, I believe, 2012.

16    Q    When it was released, how popular was the Inspire

17    Magazine, including the 8th Edition, among homegrown violent

18    jihadists?

19    A    Inspire Magazine has been an exceptionally important and

20    influential magazine.  Individuals here inside the United

21    States have used Inspire Magazine in order to build explosive

22    devices and carry out terrorist attacks without any other

23    known assistance provided to them by a terrorist group or by

24    anyone else.

25          It is a completely self-contained training manual,

1    both ideological and practical, everything from learning the

2    ideas of violent jihad and Anwar al-Awlaki to how to build

3    remote detonators, how to build explosive devices.

4    Q    I want us to talk about a couple components of this

5    particular magazine.  In your review of this case, was the

6    feature article significant?

7    A    Yes, it was.

8    Q    Turning our attention to page 47 of Inspire Magazine's 8th

9    Edition, placing on the overhead page 46 and 47, can you

10   explain to us how this feature article was significant?

11   A    Sure.  This particular article -- again, it's Shaykh Anwar

12   al-Awlaki giving specific advice on what part it's to hit in

13   what he calls the Dar al-Harb population.

14         "Dar al-Harb" is a term in Arabic that means the

15   "house of war."  And by the "house of war," he means nonMuslim

16   populations, i.e., people in the West.

17         So basically, this is a manual or a guidebook for who

18   to target, for what to target in Western countries that are

19   nonMuslim and that are opposed to al-Qa'ida.

20   Q    Can you read for us any --

21         THE COURT:  Excuse me, Ms. Brook.  Before we go on

22   we're going to take our afternoon break.

23         Ladies and gentlemen, we will reconvene at three

24   o'clock.  You are reminded of the admonition not to discuss

25   the case or form any conclusions about it until you have heard

1    all the evidence and begun your deliberations.

2              Court is in recess until three o'clock.

3         (Recess taken at 2:45 p.m.; resumed at 3:01 p.m.)

4              THE COURT:  Thank you, ladies and gentlemen.  Please

5    sit down.  The record will show the present of the jury,

6    counsel, and the defendant.

7              And, Ms. Brook, you may continue with your

8    examination of Mr. Kohlmann.

9              MS. BROOK:  Thank you.

10   BY MS. BROOK:

11   Q   We left off talking about the feature article and I

12   believe you had stated -- who was it written by?

13   A   It was written by Anwar al-Awlaki.

14   Q   In this feature article -- is it on 46, page 46 and 47?

15   A   Yeah.

16   Q   Who specifically did Anwar al-Awlaki in this article

17   endorse the killing of?

18   A   He endorsed the killing of everyone, civilian and military

19   alike.  I mean, he actually discusses particularly what he

20   terms "modes of operation" that would be allowed to target

21   these individuals, including the use of explosives in

22   populated areas, the use of firearms in operations like the

23   2008 terrorist attacks in Mumbai, India, in which he

24   specifically --

25   Q   Let me stop you for a second so we can zoom in on it.

1      You were speaking about how this particular feature

2  article talked about the use of firearms in a particular

3  setting.  Can you describe it?

4  A   Yes.  Yeah.  I mean, he says the use of firearms --

5      He's talking about modes of operation that would be

6  allowed according to religious rules.  And he says what would

7  be allowed would be the use of firearms in operations such as

8  that of Mumbai which is targeted at the general population.

9  This is allowed and is similar to the bayat method of war

10  discussed above.  The shooter can fire randomly at crowds but

11  should avoid the execution of women and children when the

12  target is clear.

13  Q   And what is "bayat"?

14  A   "Bayat" is, in this case, the allegiance method or the

15  acceptable method.

16  Q   Did it go on to discuss the use of poisons or chemical and

17  biological weapons?

18  A   Yes.  He also endorses the use of poisons or chemical and

19  biological weapons against what he terms population centers.

20  In fact he says that these kind of attacks are strongly

21  recommended due to its great effects on the enemy and then

22  cites a bunch of evidence from various different classical

23  scholars about why this is so important.

24      And his conclusion is these statements of the

25  scholars show that it is allowed to use poison or other

1   methods of mass killing against the disbelievers who are at

2   war with us.

3   Q   And I want to speak specifically about the last column of

4   the article.  Did it refer to -- to whom these types of

5   weapons or methods would be permitted to be used against?

6   A   Yes.  According to this article, explicitly, these methods

7   should be used against, quote:

8          The populations of the nations that are at war with

9   the Muslims and especially those who are at the lead such as

10  the United States, Britain, and France.

11  Q   In this issue of Inspire was there a section which also,

12  additionally, directed attacking Americans?

13  A   I believe, yes.

14  Q   And I'm going to turn to page 19.  Was that in the article

15  by al-Suri?

16  A   Yes, of course, yes.

17  Q   Can you read for us what No. 7 of this particular article

18  states?

19  A   Yes.  These various different bullet points are

20  quote/unquote the list of arenas arranged according to their

21  importance; and No. 7 the arena is listed, quote:

22          "In the heart of America herself, by targeting her

23  with effective strategic operations, as will be explained in

24  the following paragraphs, Allah willing:  She, America, is the

25  snake's head, as Shaykh Usama rightfully named her.  And she

1    is the origin and scourge and the head of the alliance.  When

2    defeated, this alliance will break up, and we will move to a

3    new historical era, Allah willing."

4    Q   Does Inspire Magazine include a section in each edition

5    entitled "Open Source Jihad"?

6    A   Yes, otherwise known as the OSJ Section, yes.

7    Q   What is that?

8    A   "Open Source Jihad" is meant to be a training manual or a

9    serialized training manual for English-speaking jihadists who

10   do not necessarily have access to elaborate chemicals or

11   elaborate weapons with the idea:  How can you take basic

12   household chemicals, how can you take basic household

13   electronics and cooking wear, how can you take basic firearms

14   and how can you use these in order to carry out mass mayhem?

15        So Open Source Jihad covers everything from:  How to

16   modify weapons in order to make them more lethal, how to build

17   explosives, as they put it, in the kitchen of your mom, how to

18   burn down forests, how to wipe out people that are gathered at

19   cafes.

20        Basically, it's a listing of various different

21   potential terrorist plots and methods of violence for

22   homegrown extremists with no prior expertise and no prior

23   training in these kind of activities.

24   Q   I want to ask you additionally about page 41 of this

25   edition of Inspire.

1           Was there another article by Anwar al-Awlaki on page

2    41?

3    A    There is an article, yes.

4    Q    And in that article does it too discuss attacking mixed

5    crowds of people?

6    A    I believe it does.  Let me just get to that section.

7           Yeah.  I believe it does, yes.  It talks about --

8    yeah, again, against general population, yes.

9    Q    So starting the first column all the way on the bottom,

10   can you read that last paragraph for us?

11   A    I'm sorry.  The first column on what page?

12   Q    On 41, bottom of the first column where it starts "but

13   they all agree that if women, the elderly, farmers, merchants,

14   or slaves participate..."

15   A    Oh, sorry, yes, of course.

16          "but they all agree that if women, the elderly,

17   farmers, merchants or slaves participate in the war effort

18   against Muslims either by actual participation in fighting,

19   financial contribution or opinion, they become legitimate

20   targets."

21          "If combatants and non-combatants are mixed together

22   and integrated, it is allowed for the Muslims to attack them

23   even if women, children, the elderly, farmers, merchants, and

24   slaves get killed but this should only be done" -- it says --

25   "done with the intention of fighting the combatants."

1   Q    According to Anwar al-Awlaki, who are the "combatants"?

2   A    The "combatants," technically, are anyone that lives in

3   the United States and pays taxes.

4   Q    I want to move on to Exhibit 180, also already admitted,

5   the 9th issue of Inspire that was found on the 2 gigabyte

6   thumb drive.

7        So moving ahead to Exhibit 180, placing on the

8   overhead what has already been admitted, do you recognize the

9   front cover of this magazine?

10  A    Inspire Issue 9, yes, I do.

11  Q    And, again, it's Exhibit No. 180.

12  A    Uh-huh.

13  Q    Is this edition as well significant in your opinion as

14  something that followers of the Islamic State would be

15  interested in?

16  A    Again, I mean, almost every single one of these issues

17  would be interesting to, I think, almost any violent jihadist.

18  But I think this particular issue would be interesting to

19  violent jihadists who are from Western countries, regardless

20  of what organizations they sponsor or support.

21  Q    And the time period when this one was released, when was

22  it released?

23  A    This was -- again, it says Winter 2012, but, in fact, it

24  was released in May of 2012.

25  Q    Did this particular magazine pay tribute to anybody?

1    A    It did.

2    Q    And who did it pay tribute to?

3    A    This particular issue of Inspire paid tribute, number one,

4    to Shaykh Anwar al-Awlaki, and number two, to another American

5    national who was killed alongside Al-Awlaki in the same drone

6    strike, Samir Khan.

7    Q    And Samir Khan, how was he received by violent jihadis in

8    his death?

9    A    Samir Khan was received as a martyr and a hero.  Samir

10   Khan was the individual alongside al-Awlaki who was

11   responsible for creating Inspire Magazine.

12        He was one of al-Qa'ida's most important

13   English-speaking propagandists.  He was someone who had gained

14   notoriety long before he ever left the United States.  He had

15   news broadcasts hunting him down to his house because of his

16   violent jihadi activity.

17        This was someone who -- he was very important for

18   these folks because he was a computer nerd.  He was a nobody.

19   He had no training whatsoever.  And yet just through the

20   contacts that he made online, he was able to, number one,

21   evade U.S. law enforcement; number two, he was able to get all

22   the way to Yemen; and then, number three, he became a

23   critically important player in AQAP's propaganda and media,

24   even though, again, he was a computer nerd.

25        He was someone with no prior experience or expertise

1  in weapons or explosives or anything like that.  But he was

2  very intent upon encouraging other Western jihadists to carry

3  out acts of violence inside the United States.

4  Q   What articles or content in this particular episode --

5  episode -- this particular issue were of significance to you?

6  A   Well, among other things, there are lengthy -- there is

7  lengthy tributes or articles to both Anwar al-Awlaki and Samir

8  Khan emphasizing the importance of Western jihadists,

9  emphasizing the importance of carrying out attacks in Western

10  countries, and recruiting English speakers and lionizing these

11  two individuals who are, again, taking the risk of waging war

12  against the United States, their own homeland, in the name of

13  violent jihad.

14  Q   I'm placing on the overhead what is page 24 of this

15  particular issue, the Jihadi Experience.

16  A   Aha, yes.

17  Q   What does this article say about targeting Americans and

18  American targets?

19  A   Sure.  This is actually another -- this is another segment

20  from Abu Musab al-Suri on jihadi experiences.  And during this

21  segment, he specifically lists out, quote, the most important

22  targets in America and in Western countries.

23        And according to the magazine, according to Abu

24  Musab, the most important targets in America and Western

25  countries include main political figures who lead the campaign

1    against the Muslims such as the heads of state, ministers,

2    military, and security leaders; large strategic economic

3    targets such as the Stock Exchange, power and oil

4    installations, airports, harbors, railroad systems, bridges,

5    highway intersections, tunnels, metro systems, tourist

6    targets, and so on; military bases and barracks; and media

7    personalities and media centers that are leading the war

8    against the Muslims and justifying the attacks on them coming

9    from the Zionists and Zionist-friendly Crusader media

10   institutions.

11        Also included are computer centers and centralized

12   information centers, quote, places where Jews are gathered,

13   official offices of government institutions of those countries

14   that are waging war, both on the state level and on the level

15   of unions and political and military alliances, security

16   service buildings and CIA  buildings.

17        And then finally, number nine is simply, quote,

18   striking civilians in general to deter them or for

19   retaliation, avoiding women and children when separated from

20   men in places especially designed for them, like schools and

21   the similar.

22   Q    Moving along to Exhibit No. 181, do you have that before

23   you?

24   A    Yes, I do.

25   Q    And what do you recognize it as?

1    A    This is an article that was written by Shaykh Anwar

2    al-Awlaki.  It was originally published in Inspire Magazine.

3    I believe Inspire Magazine issue No. 4 or 5.

4    Q    Placing on the overhead what has already been admitted as

5    Exhibit No. 181.

6         The ruling on Dispossessing the Disbelievers Wealth

7    in Dar al-Harb found on the 2 gigabyte drive and turning our

8    attention just to the page entitled "Conclusion".

9         What is the significance of this particular article?

10   A    The significance of this article is that Anwar al-Awlaki

11   is arguing that not only do jihadists have the right to

12   execute or murder those who violate the tenants of the faith,

13   but they also have the right to steal their wealth.

14        In other words, if you're going to fund jihad, if you

15   are in the process of trying to fund -- or of funding violent

16   jihad, you are more than allowed to engage in deceit, theft,

17   whatever else against the disbelievers.  In other words, to

18   steal their wealth is a form of war booty so long as those

19   funds are not being used for personal means, they're being

20   used to wage jihad.

21   Q    When was this particular article published?

22   A    This was published in January of 2011.

23   Q    And does it have significance for followers of the Islamic

24   State?

25   A    Once again, I mean, it has significance for followers, I

1  think, of violent jihadists, followers in general.  This was

2  before the Islamic State of Iraq was even the Islamic State of

3  Iraq and the Levant.  This was early on.  And almost any

4  Western jihadists living in Western countries would have taken

5  strong meaning from this because this was a message directed

6  directly at them.

7          It doesn't say "followers of al-Qa'ida."  It doesn't

8  say "followers of AQAP."  It says "people who believe in

9  violent jihad."  And that's what this message is aimed at and

10 that's who digested it.

11 Q   I want to break down for a moment something you said.  You

12 said that the article is about directing individuals to steal

13 or take war booty and to use those funds or those proceeds for

14 jihad.

15         Can you explain that concept a little bit more?  What

16 in that context is "war booty"?

17 A   Sure.  It's in -- in Islam it's called "ghanimah."  It's

18 war booty.  The idea here is is that it's very difficult to

19 finance terrorist operations.  And al-Qa'ida is always looking

20 for money.  It's always short on cash.

21         So the idea here is is that if al-Qa'ida is always

22 short on cash and you have the ability because of -- you know,

23 where you live or who you work for -- to engage in theft and

24 use those funds to support these organizations, that is

25 critically important.  That is an important role.  That is --

1          In the view of some of these people, it's as

2    important as fighting because they have far more people

3    willing to fight and not enough people willing to provide them

4    cash.

5    Q   And the concept of needing to supply cash and provide

6    cash, is that also a real concept for the Islamic State and

7    something that they seek from individuals who support them?

8    A   Yes.  The Islamic State is a little bit better funded than

9    al-Qa'ida, at least more recently because of the fact that

10   they now have control of oil fields and banks.

11          But that's a recent advent.  And to be honest with

12   you, the Islamic State has had to cut salaries in any event

13   because of military operations that have been targeting its

14   sources of funds.

15          So there is no doubt the Islamic State is seeking

16   donations, is seeking contributions, and up until very

17   recently, that was the primary life blood through which it

18   operated; donations from wealthy individuals, theft,

19   smuggling.  That's how it made its money.  Car theft, car

20   smuggling has been a long standing and major source of income

21   for previously al-Qa'ida in Iraq and later the Islamic State

22   of Iraq.

23   Q   I want to place on the overhead next already-admitted

24   Exhibit No. 183, "Responses To The Ruling on Leaving For

25   Battle and the Precondition of the Takfir."

1              Is that significant?

2    A    Yes.

3    Q    And can you explain the significance that this particular

4    article had as it relates to violent jihad.

5    A    Sure.  This is an English translation produced by a

6    now-defunct but former most important English language jihadi

7    forum on the Internet.

8              It was an English translation of an Arabic document

9    originally written by a very, very senior al-Qa'ida leader by

10   the name of Atttiya Abdulrahman, sometimes also known as

11   Sheikh Attiya Allah al-Libi.

12             This particular treatise is important in the sense

13   that the original Arabic and obviously also in the English

14   translation, it appeals to those who support violent jihad and

15   it encourages them.  And basically, it says:  We need people

16   here on the front line.  We need recruits.  Don't complain

17   about there not being a front line.  If you come here and

18   enough of you show up here, there will be a front line.

19             So the idea here is is that, you know, encouraging

20   people to leave for battle, to take part in the battle, to

21   ignore anyone who tells them that it's not the right time to

22   take part in jihad, or the conditions are not right for jihad.

23             Sheikh Attiya Allah is saying the only reason the

24   conditions are not right is because you are not listening to

25   the orders.  You aren't listening to the call.  If you listen

1      to the call for jihad, everything would be hunky dory.

2           And he specifically talks about the need for

3      financing, the need for cash, the shortage of money, and how

4      important it is for individuals to raise money to support

5      these activities.

6      Q   Taking off the overhead Exhibit 183 -- and I didn't

7      mention when I put it on -- but which was already testified to

8      about being found on the 2 gigabyte thumb drive -- placing on

9      the overhead Exhibit 351, already admitted, and Mr. Kohlmann,

10     I believe before you you have the paper version of 351 which

11     was the list of scholars.

12          If we can turn our attention to No. 6.

13     A   Yes.

14     Q   Who is that?

15     A   Yes.  No. 6 on this list is listed as Abu Musab

16     al-Zarqawi, which means Abu Musab from Zarqaw.  The real name

17     of this individual was Ahmad al-Khalayleh.  He was a Jordanian

18     national who had been loosely affiliated with al-Qa'ida during

19     the mid 1990s.

20          However, because of the personal dispute between

21     himself and his associates with al-Qa'ida's leadership, they

22     formed their own separate unit in Afghanistan.  When the

23     United States invaded Iraq in 2003, Abu Musab al-Zarqawi who

24     was from neighboring Jordan, which is directly adjacent to

25     Iraq, immediately traveled to Iraq to establish an armed

1    jihadi faction to fight against the United States, its allies,

2    and against the shiite-dominated government in Baghdad.  The

3    initial faction that Zarqawi created was named the Tawhig and

4    Jihad Movement.

5              However, in October of 2004, Zarqawi pledged

6    allegiance and swore allegiance to Osama bin laden and the

7    organization was renamed al-Qa'ida in Iraq.  This is the same

8    organization that later became the Islamic State of Iraq and

9    is now known as ISIL or ISIS.

10   Q   What happened to Zarqawi?

11   A   Zarqawi was responsible for creating and sustaining the

12   modern era of online beheadings and suicide bombings.  Most of

13   the trend of online beheadings and suicide bombings was

14   spurred by Zarqawi between 2004 and 2006.  Early in the summer

15   of 2006, Zarqawi was killed in a U.S. air strike in Iraq.

16   Q   Is he still significant to present-day followers of the

17   Islamic State?

18   A   Though Zarqawi was around before the Islamic State was

19   formally declared, he is lionized by ISIS and ISIL today.  He

20   continues to be routinely quoted, cited, and featured in their

21   propaganda.  He is considered one of their founders.  He is

22   venerated above all.  And his lectures and video excerpts

23   continue to proliferate amongst ISIS media.  He is a very

24   common sight in ISIS media.

25   Q   I want to move up the list from six to five.

1              Who is No. 5?

2    A    No. 5, the listing here is -- No. 5 says Amirul Mumineen,

3    Abu Bakr al-Baghdadi, Calipha.

4              This is a reference to abu Bakr al-Baghdadi, the

5    leader of ISIS.  The reason why these other titles are here is

6    because of the fact that in 2014, ISIS declared that it was an

7    empire, an Islamic empire, a khalif -- or khalifate, excuse

8    me.

9              And that the head of the khalifate is known as the

10   Khalif or Khalifa.

11             And so you see underneath Abu Bakr al-Baghdadi's name

12   it says Calipha, the khalif.  Above it you see it says Amirul

13   Mumineen.  That means Commander of the Faithful.

14             This is an honorary term that is bestowed, generally

15   speaking, upon the khalif being the person who is in charge,

16   the Commander of the Faithful, sort of like the Pope in

17   Catholicism.  You will also see next to Amirul Mumineen

18   there's a dash and it says, "Friday Khutbah."

19             This appears to be a reference to a video recorded

20   khutbah which was released by ISIS  -- "khutbah," by the way,

21   is a Friday sermon.  And this sermon featured Abu Bakr

22   al-Baghdadi speaking at the Grand Mosque in Mosul, Iraq, and

23   celebrating the fact that ISIS was now an official khalifate

24   and he was the khalif.

25   Q    I want to break down the concepts for a moment and I'm

1    going to place on the overhead Exhibit 157.  It's page 25

2    which is not a contested issue within 157.

3            And, Mr. Kohlmann, if you can pull up 157 where you

4    are and what we're looking at is a tweet on January 27th of

5    2015, with a picture of an individual and the re-tweet states:

6            May Allah protect our Caliph, Sheikh Abu Bakr

7    al-Baghdadi and then an http.

8    A   Sorry.  Do you know what page this is?

9    Q   It should be 25.

10   A   Okay.  I was looking at page 5.  It doesn't appear to be

11   25.

12   Q   Try 26.

13   A   26.  Okay.  Yes.  Okay.  Yes.  January 27, 2015.  Yes.

14   Q   And just so we're all on the same page, the individual

15   that's pictured in that photo, who is it?

16   A   This is the leader of ISIS Sheikh Abu Bakr al-Baghdadi.

17   And, in fact, this is a screenshot from the Friday sermon

18   video that I was just describing.

19   Q   You mentioned on that day in the summer of 2014, in July,

20   that Abu Bakr al-Baghdadi was announced as the khalif of the

21   Islamic State.

22           Is the Islamic State alone in recognizing that

23   presently today they believe that there is a khalif amongst

24   us?

25   A   Basically, yeah.  They are -- the Islamic State did a very

1    controversial thing in declaring a khalifate.

2            Al-Qa'ida has bestowed the title of Amirul Mumineen a

3    leader of the Taliban, but it isn't really clear that they

4    recognize that there is an official emirate.  The declaration

5    of a khalifate, it's a major step.  And I don't even think

6    al-Qa'ida is ready for that yet.

7            However, at the point that ISIS made this

8    declaration, they held significant territory, they held major

9    cities, they had an Army, and they thought it was time.

10   Q   So what does the "khalif" stand for?  What is it

11   synonymous for?

12   A   Sure.  It's the emperor.  Khalif is the emperor of the

13   empire.  He's the person in charge of the empire.

14   Q   And when the khalif was announced in the summer of 2014,

15   did it have or cause any reaction amongst the followers of the

16   Islamic State?

17   A   Yes, it did.  Those who were sympathetic to the Islamic

18   State were ecstatic.  They were thrilled.  This was the

19   culmination of, you know, years of promises by these

20   organizations about creating an Islamic State and ruling by

21   sharia law.

22           And despite all the efforts by al-Qa'ida, it was the

23   Islamic State that first had its only real territory, its own

24   real sharia-enforced society, and this was huge.  I mean,

25   again, it seemed like revelation.  It seemed like prophesy

1    coming to pass.

2            And so for those who supported the Islamic State, it

3    became a certain sense that now is the time.  They're

4    achieving what they said.  It's not just a wish.  It's not

5    just a hope and a dream anymore.  It's really happening.

6    Q   So for followers of the Islamic State, what do they

7    believe or who to them are kafirs?

8    A   I'm sorry.  I didn't hear the last word.

9    Q   Yeah.  Kafirs.

10   A   Oh, okay.  Yes.  Okay.  So the word "kafir" in Islam, it's

11   an infidels and the plural of that is "kuffar," the infidels

12   or the disbelievers.

13           According to ISIS, the ranks of the kuffar include a

14   lot of people, some of whom even describe themselves as

15   Muslim.  Essentially, according to ISIS, pretty much anyone

16   who doesn't agree with them specifically is either a kafir or

17   at minimum is a mortad, an apostate, a hypocrite; but

18   basically, it's either you're with us or you're against us.

19   Q   And what do violent jihadists believe should happen to

20   kafirs?

21   A   Violent jihadists believe that disbelievers, that the

22   kuffar, are the enemy.  They are the enemy of Islam and that

23   they need to be wiped out.

24   Q   And specifically, followers of the Islamic State, what do

25   they believe?

1   A   The followers of the Islamic State believe that anyone

2   who's a disbeliever should be wiped out and that anyone who is

3   a disbeliever and stands in the way of the Islamic State

4   should be run over.

5   Q   So by "wiped out" and "run over," do you mean killed?

6   A   Yeah.  I mean annihilated.  Not just killed, because it's

7   important to understand that their philosophy is not just

8   killing someone.  It's killing them and then wiping out any

9   trace that they ever existed, which explains why it is that

10  they go after the tombs and locations of other faiths, why

11  they are destroying pre-Islamic symbols in the areas that they

12  control.

13          They're trying to wipe out any sign that these people

14  even existed.

15  Q   Do all violent jihadists follow all of the rules all of

16  the time?

17  A   Definitely, not.

18  Q   Can you explain that?

19  A   Yes.  Contrary to popular opinion, most of the people that

20  get recruited into jihadi organizations are, in fact, human

21  beings.  They're not supermen.

22          And as human beings, they're susceptible to the same

23  weaknesses and the same traps that every other human being

24  falls into.

25          And while there are plenty of people that resolve and

1    have strong feelings about quitting cigarettes and not

2    drinking alcohol and all these other things, the reality is

3    that human beings are frail and they have frailties.  It's

4    called human frailties.

5              And this would hardly be the first instance that I've

6    seen where an individual who aspires to be a violent jihadist

7    or is a violent jihadist also smokes cigarettes, also drinks

8    alcohol.  There's a good -- and, again, there's good evidence

9    to this effect.

10             If you look at ISIS media, you will see that on a

11   routine basis, ISIS releases media showing them destroying

12   vast quantities of cigarettes and alcohol and pornography that

13   is being brought/smuggled into ISIS-controlled territory.

14             Now obviously, if this stuff is being smuggled into

15   ISIS-controlled territory, then it's people inside of ISIS who

16   are consuming it.  So while it's against the rules, that

17   doesn't necessarily prevent someone who's addicted to nicotin

18   from sneaking a cigarette.  That tends to happen; and, again,

19   that's simply the realities of being a human being.  Nobody is

20   a superman.

21   Q   Why would somebody who is a supporter of the Islamic State

22   potentially live with nonMuslims?

23             MR. MAYNARD:  Your Honor, objection.

24             THE WITNESS:  There's a variety of reasons.

25             THE COURT:  Excuse me.  There's an objection.

 1              MR. MAYNARD:  Objection.  Foundation.

 2              THE COURT:  Sustained.

 3    BY MS. BROOK:

 4    Q   Based upon the literature you have read, the forums that

 5    you have been exposed to, based upon the interviews that you

 6    have conducted with members of the Islamic State as well as

 7    all of the publications that you've read and written, do you

 8    have an understanding of why a follower of the Islamic State

 9    might live with a non-follower of the Islamic State?

10              MR. MAYNARD:  Same objection.  Objection.

11    Foundation.

12              THE WITNESS:  Yes.

13              THE COURT:  Well, sustained, unless you can point out

14    something to me in the Notice or in the Report that addresses

15    this issue, I don't recall reading anything anywhere about

16    this issue.

17              MS. BROOK:  Okay.

18    BY MS. BROOK:

19    Q   Does the literature that you have read in regards to the

20    Islamic State speak to the issue of followers of the Islamic

21    State living with or co-mingling with nonfollowers or

22    nonMuslims?

23              MR. MAYNARD:  Objection.  Foundation and disclosure.

24    Lack of disclosure.

25              THE COURT:  And point out to me some place in either

1    the Notice or in the Report that would suggest that this was

2    going to be the subject of any testimony.

3            MS. BROOK:  We can come back to it, Your Honor.

4            THE COURT:  Okay.

5    BY MS. BROOK:

6    Q   Moving along, I want to talk about the Flames of War which

7    is Exhibit No. 187 found on the defendant's Acer computer.

8            Have you had the opportunity to review and to listen

9    to all of that particular video?

10   A   Yes.

11   Q   And can you describe it for us?

12   A   Yes.  The Flames of War was initially issued in September

13   of 2014 or late August of 2014.  The video itself, it includes

14   a number of critical sections.

15           First of all, it's one of ISIS's first completely

16   English-language videos.  It was produced and released by

17   their English-language media outfit known as the Al-Hayat

18   Media Center.

19           Among the key components of this video is, first of

20   all, the video itself gives a detailed English-language,

21   English-narrated primer to the history of ISIS.  How did ISIS

22   get here?  And what is ISIS trying to do?  And what makes ISIS

23   special?

24           So they cover the conquest of the city of Mosul in

25   Iraq.  They talk about how the Iraqi and Syrian Armies are

1    melting away as they seize territory, almost like revelation;

2    again, like revelation coming to pass.

3         And then later they go into specific episodes related

4    to this, including the capture of an air base not too far from

5    Aleppo or at least in Aleppo province in northern Syria.

6    Q   What is the message, if any, in that video to homegrown

7    extremists who are supporters of the Islamic State?

8    A   Yeah.  I mean it's important to understand, this video is

9    entirely in English.  It's -- the audience here is exclusively

10   English speakers.

11        And the message is for those who are sympathetic to

12   the ISIS agenda is that we've got something serious going on,

13   this is theological revelation, this is -- these are major

14   events coming to pass you can read about in religious liturgy.

15   This is the revolution.  Now is the time.  If you want to join

16   us, come here right now.

17        MS. BROOK:  Your Honor, 187 in its entirety is

18   already in evidence.  The Government has queued up just a

19   portion of it for the jury to hear; and with that, we would

20   move to play it.

21        THE COURT:  Go right ahead.

22        MS. BROOK:  And actually, the sub-part is marked as

23   471.

24        (Excerpt of Exhibit No. 187 played for the jury.)

25   BY MS. BROOK:

1    Q    I'm placing on the overhead, one page, page No. 7, 8 in

2    the book, from 157.  Not contested.

3          Flames of War, the video, when was it released by the

4    Islamic State?

5    A    It was, I believe, September of 2014.

6    Q    157, page No. 8 in your stack is on the overhead here.

7          If you can look at that already-admitted tweet

8    starting on the top November 21st of 2014.  Do you see that?

9    A    Are you talking about the Twitter message that was sent on

10   November 21st, 2014?

11   Q    Correct.

12   A    I believe so, yeah, sure.  7:01:52 a.m.

13   Q    Correct.  And is that too an --

14   A    Yeah.  I'm looking at it.

15   Q    Is that too an advertisement of the same Flames of War

16   video that you have watched in its entirety that we have just

17   watched the beginning excerpts of?

18   A    Yeah.  ISIS does this.  They use Twitter to advertise the

19   videos both in advance and when they release it and they

20   create advertisements like this.

21         This I recognized as the official advertisement for

22   this particular video.  And you can see on the left side of

23   the image there's an insignia.  There's a watermark.  And it

24   says "Al-Hayat."  That's the Al-Hayat Media Center, the

25   official English-language media outlet of ISIS.

1  Q   We watched here the first few minutes of the Flames of War

2  but the video in its entirety, who is the message directed

3  towards?

4  A   Well, there's two messages, really.  There's a message

5  being directed towards the allies of ISIS and there's a

6  message being directed to the enemies of ISIS.

7           The message to the enemies of ISIS is that:

8           You think you defeated us.  You declared victory.

9  You declared victory way too soon.  And that things are just

10  getting started right now.  The battle is just beginning.

11           And frankly, the message is not all that different to

12  people that are supportive of ISIS.  Again, the message is:

13           The battle is just beginning right now.  Look at

14  this.  It's prophecy coming to pass.  And if you want to be

15  part of this, now is the time to join us.  If you want to

16  defeat the United States, if you want to confront the

17  crusaders, if you want to confront the disbelievers and the

18  infidels, here is your opportunity.  We have all the weapons.

19  We're going to win.  We're winning.  Nobody can stop us.

20  Q   Does the video end with another message to America?

21  A   It actually ends with -- basically, by repeating a

22  previous message issued by Abu Bakr al-Baghdadi, the leader of

23  ISIS, directed at the United States.

24  Q   And what is that message?

25  A   It's a threatening message.

1    Q    What is it?

2    A    It's a threatening message.  It's a message in which Abu

3    Bakr al-Baghdadi calls for violent attacks against the United

4    States and in the United States.

5    Q    And in the video, in Flames of War, does ISIS kill any

6    civilians or any people?

7    A    I don't know about civilians, but they certainly do murder

8    people on camera.

9    Q    I want to move next to another video.

10         Are you aware of a video released by the Islamic

11   State called Healing The Hearts?

12   A    Yes.

13   Q    And I'm going to place on the overhead another page from

14   Exhibit 157, not contested.

15         Can you explain to us what the video Healing The

16   Hearts was about?

17   A    Yes.  ISIS was coming under a tremendous amount of

18   pressure, including public pressure, due to air strikes being

19   carried out by the United States and its allies targeting ISIS

20   inside of Syria and inside Iraq.

21         ISIS was relatively desperate for some kind of

22   propaganda victory that could show how this strategy was not

23   effective.  In early January of 2015, a Jordanian pilot was

24   forced to crash his F16 inside ISIS territory and was taken

25   prisoner by ISIS.

1           At some point between the time of his capture and the

2    time of the release of this video, the pilot was executed by

3    ISIS on camera and the video Healing The Hearts is exactly

4    that execution.

5           And the title Healing The Hearts is the idea that by

6    executing this pilot, we are soothing the hearts of the

7    believers who are so upset by the atrocities carried out by

8    the crusaders and their allies inside of Syria and Iraq by air

9    strikes.

10   Q   How was the Jordanian pilot killed in the video?

11   A   He was burned alive.

12   Q   And the location of where he was burned, what was he in

13   when he was burned alive?

14   A   He was inside a large metal cage.

15   Q   Was there any significance to his location from what you

16   have learned of ISIS in the video itself?

17   A   In his location -- as being a Jordanian?

18   Q   No.  His location in the cage.

19   A   Well, I mean, again, it does -- it's reminiscent of

20   punishments that have been attributed to Guantanimo Bay and

21   elsewhere, particularly I think Abu Ghraib.  But aside from

22   that, that's about as much as I take from it.

23   Q   And by "those punishments," do you just mean individuals

24   inside of cages, obviously not being burned alive?

25   A   Yes.  Exactly.  This is meant to echo the images from Abu

1    Ghraib where you had, again, individuals wearing -- or at

2    Guantanimo -- individuals wearing yellow or orange jumpsuits

3    sitting inside cages.  Obviously, none of those people were

4    burned alive, but that's the connotation that ISIS is trying

5    to push forward.

6    Q    Once this video was released, was it released on the

7    Internet or somewhere else?

8    A    It was released on the Internet.

9    Q    And here in the United States, did any television network

10   pick up the airing of it or the video of it and rebroadcast

11   it?

12   A    Yes.  Although most television networks here in the U.S.

13   declined to show almost any of the video due to the extremely

14   graphic content, Fox News channel did air significant portions

15   of the video and released the entire unedited video at -- in

16   whole via their website.

17   Q    In part were other components of the video also released

18   on their television network?

19   A    Yeah.  They also -- again, I couldn't say exactly how much

20   they showed on air, but they showed quite a bit of the video

21   on air as well.

22   Q    And are you aware of whether or not Fox actually received

23   any backlash for releasing on television images and video of

24   this execution?

25   A    Yes.  Although Fox defended their decision by saying that

1    they didn't want to hide this from the viewer and they thought

2    it had important news value, there were a lot of critics who

3    felt that, number one, Fox was redisseminating a propaganda

4    message unadulterated from ISIS; and number two, that this was

5    such graphic footage that it should not be shared, especially

6    considering the fact that it showed the murder of an innocent

7    person.

8    Q    In February of 2015 when it was released, on the spectrum

9    of executions that the Islamic State has released, how

10   gruesome was this particular execution?

11           MR. MAYNARD:  Objection, Your Honor.  Foundation.

12           THE WITNESS:  At the time --

13           THE COURT:  Hold on.  There's an objection.

14           MR. MAYNARD:  Foundation.  I don't know that you can

15   quantify "gruesomeness" in executions.

16           THE COURT:  Sustained.

17   BY MS. BROOK:

18   Q    I want to turn our attention next to already admitted

19   Exhibit No. 45.  In looking at 45 before you, can you explain

20   to us what this magazine is?

21   A    Yes.  This is known as Dabiq Magazine.  It is the official

22   English language magazine of ISIS and it is produced by

23   Al-Hayat Media Center, the official English-language media

24   outfit for ISIS.

25   Q    What edition is this?

1   A    This is issue No. 5 which was released, I believe, in

2   November of 2014.

3   Q    Are you still scrolling to get to it?

4   A    No.  I'm here.  I'm here.

5   Q    Okay.  Is it issue 8?

6   A    You're talking about Exhibit No. 45 is issue No. 5.

7   Q    You know what.  You're right.  Let me go to 46.

8   A    That's issue 8.

9   Q    So already admitted, let's start at the top.

10         So Dabiq, Issue 5, when did Dabiq first release its,

11   you know, original first edition publication?

12   A    I believe the first issue of Dabiq was issued in July of

13   2014.

14   Q    And who publishes Dabiq?

15   A    Dabiq is the publication of the Al-Hayat Media Center

16   which is the official English-language media unit for ISIS.

17   Q    What is the significance of this particular magazine?  And

18   let's start, first, with the title.

19         What is the significance of the title "Dabiq"?

20   A    Sure.  Dabiq is important to ISIS because it plays a

21   critical role in the raison d'etre of ISIS, the reason why

22   ISIS exists or the reason why it thinks it has a place.

23         Dabiq is a location.  It's actually a physical

24   location, a town inside of Syria, in rural Aleppo Province.

25   And in Islam there are legends in the form of hadith that tell

1   of how there will be an apocalyptic battle that will take

2   place in Dabiq that will pit the forces of Islam and the

3   Muslims against the forces of what are known as the Romans

4   which are often -- it's oftentimes just a euphemism for

5   Westerners.

6          And that there will be this huge apocalyptic battle

7   in Dabiq between the West and between Islam; and that battle

8   will be the determination of judgment day.

9   Q   Will that -- does that apocalyptic battle have any bearing

10  upon the end of the world and when that will happen?

11  A   Yeah.  The idea is is that this is the final battle.  This

12  is your opportunity to make yourself right with the law.  This

13  is your opportunity to pick sides.  This is the real deal.

14         And so that's the idea, yeah.  And you can actually

15  see if you go onto the Table of Contents, you can see the

16  Table of Contents on the next page includes a quote from Abu

17  Musab al-Zarqawi, the founder of al-Qa'ida in Iraq, later the

18  Islamic State.

19         And he says:

20         The spark has been lit here in Iraq and its heat will

21  continue to intensify by Allah's permission until it burns the

22  crusader armies in Dabiq.

23         So by this you get the idea that ISIS is expecting

24  that there is going to be some kind of final battle with the

25  West surrounding the town of Dabiq and that will determine the

 1    course of judgment day and the apocalypse.

 2    Q   Does Dabiq, the publication of the Islamic State, have any

 3    significance on followers of the Islamic State.

 4    A   Yes.

 5    Q   I'm going to place on the overhead an article inside

 6    Dabiq, Issue No. 5, entitled, "If I were the U.S. President

 7    today."

 8          Does this article have significance for violent

 9    Western jihadists?

10    A   Yes, it does.

11    Q   Can you explain that?

12    A   Well, there's a number of things that are worth noting.

13          Sorry, I'm moving forward to the article.  Sorry.  Do

14    you have a page number?  I'm sorry.  I'm just cycling through

15    here.

16    Q   My edition --

17    A   No.  I got it.  I got it.  It's okay.  It's okay.  It's

18    all good.

19          So the significance of this article is that, number

20    one, it's written by a guy named John Cantlie.  For those

21    unfamiliar with John Cantlie, John Cantlie is the very, very

22    last Western hostage that is known to be currently held by

23    ISIS.  He was amongst the group of other Western hostages who

24    have now all been executed on camera and are deceased.

25          Mr. Cantlie has managed to survive largely by

 1    agreeing by serve as an author and as a narrator for ISIS

 2    propaganda.  And you can see here, this is an article that he

 3    purportedly wrote.

 4         Among other things, this article specifically

 5    addresses homegrown terrorist attacks that have been committed

 6    in the name of ISIS; not necessarily with the knowledge of

 7    ISIS, but in the name of ISIS, in the spirit of ISIS, echoing

 8    what ISIS has achieved.

 9    Q   What attacks does it talk about?

10    A   On page 2 of the article there's an inset in which Cantlie

11    writes:

12         "In Australia, Numan Haider stabbed two

13    counterterrorism police officers.  In Canada, a soldier was

14    shot and killed in front of the war memorial in Ottawa by

15    32-year-old Michael Zehaf-Bibeau on October 22nd, who then

16    entered Canada's parliamentary building looking for other

17    targets before himself being shot and killed by police.  In

18    the same week another two soldiers were run over in a

19    hit-and-run in Quebec by Martin Couture-Rouleau and in New

20    York, Zale Thompson attacked four policemen in Queens with a

21    hatchet, the moment of his savage attack caught on CCTV

22    cameras and beamed into people's homes all across America."

23         According to Cantlie, quote:

24         "All these attacks were the direct result of the

25    Shaykh's call to action, and they highlight what a deadly

1    tinderbox is fizzing just beneath the surface of every Western

2    country, waiting to explode into violent action at any moment

3    given the right conditions.  Suddenly the mujahidin of the

4    Islamic State weren't some esoteric concept fighting in a land

5    nobody knew or cared about, they were on the doorstep of

6    millions of people living in some of the biggest, most modern

7    cities in the Western world.

8    Q    Moving back to the issue we were speaking about when we

9    first turned to Dabiq, which is Exhibit No. 46, Issue 8, do

10   you recognize this?

11   A    Yes.

12   Q    And this publication too, it's the same ISIS publication

13   that we've been speaking about?

14   A    Yes.  This is another issue of Dabiq.

15   Q    I want to talk specifically, was there an article in this

16   particular publication of Dabiq related to Lars Vilks?

17   A    Yeah, there was.

18   Q    And who is he?

19   A    Lars Vilks is a Swedish cartoonist/artist who was one of

20   the participants in various different efforts to establish the

21   principle of the freedom of speech by drawing cartoons that

22   are deemed blasphemous to the Prophet Muhammad.

23          As a result of the cartoons that he drew, Lars Vilks

24   has been, by name, targeted by both al-Qa'ida and ISIS.

25   Q    Does this issue also talk about an attack in a Copenhagen

UNITED STATES DISTRICT COURT

 1  cafe in February of 2015?

 2  A    Yes.  It actually talks about the attack on the cafe, as

 3  well as Lars Vilks, basically in the same paragraph.

 4  Q    What was the root cause of the attack in the cafe in

 5  Copenhagen?

 6  A    Well, according to -- according to Dabiq, Issue No. 8, it

 7  was the rejection of nationalism and the desire of the

 8  attacker, quote, to target Danish Jews and Danish mockers of

 9  the Messenger, sallallahu alayhi wa sallam, until he achieved

10  martyrdom in Denmark after pledging bay'ah, which is an oath

11  of allegiance to the Khilafah from Denmark.

12        The "Khilafah" is the Islamic Empire, i.e., ISIS.

13  Q    And is this in line with ISIS ideology?

14  A    Yeah.  I mean they wouldn't have endorsed him in Dabiq if

15  it wasn't in line with their ideology.  They not only -- not

16  only did they endorse him, after his name they write

17  rahimahullah.

18        "Rahimahullah" means "may God have mercy on him" and

19  that's something you write about people who are dead or who

20  you are very sympathetic towards.

21  Q    Did this issue speak about the Jordanian pilot who had

22  been killed?

23  A    I believe there was some reference, although I'm not sure

24  exactly where it is.

25  Q    And based upon your memory of the reference, do you recall

1  in what vein the Jordanian pilot and the execution was spoken
2  of?
3  A   It was certainly supportive of it.  This is Dabiq
4  Magazine.  This is basically the same media that created the
5  video Healing The Hearts.
6  Q   Inside Dabiq Magazine have you seen -- inside Issue 5 and
7  Issue 8 have you seen articles related to the recruitment and
8  action of children within the Islamic State?
9  A   Yes.
10  Q   And what have these two issues said about the recruitment
11  of children?
12  A   Well, very specifically, there's a section in here talking
13  about the lion cubs of the Khilafah, the lion cubs of ISIS.
14       This particular magazine, not only does it lionize
15  the idea of bringing kids to the conflict and training them
16  for battle, but it even shows the kids engaged in executing
17  prisoners.
18       These children have not only been featured in Dabiq
19  doing this, they have also been -- the same kids that are
20  featured in this magazine have also been shown on video
21  torturing and murdering other captives as well.
22  Q   I have placed on the overhead a page from Issue 8 of Dabiq
23  which shows a child with the caption, "The Lion Cubs of the
24  Khilafah" and it has an excerpted paragraph.
25       In the page before this particular page, can you

1    describe for us what this issue of Dabiq shows in relation to

2    another child?

3    A   It appears to show a child holding a revolver apparently

4    after executing an individual who is lying on the ground and

5    bleeding.

6    Q   I want to go back for a moment.

7           When we started talking a while ago we spoke about

8    Miski.  And I know you looked at a thumbnail picture, albeit

9    small, from Twitter feed 480.

10          The Government has an enlarged version of that

11   particular photo which is 497 which defense doesn't object to

12   us showing Mr. Kohlmann.  I'm going to place 497 on the

13   overhead.  Do you have it there?

14   A   I don't, but I have opened up 480, which has this -- I

15   believe the same image in it.

16   Q   Okay.  And I'm placing 497 which is the enlarged version

17   on the overhead.  And who has this person in this image

18   purported to be?

19   A   I believe this is the picture of Mohamed Abdullahi Hassan,

20   otherwise known as Mujahir Miski.

21   Q   Is this the image or the likeness of Miski --

22          THE COURT:  Hold on.  You have no objection to the

23   jury seeing this enlarged version, correct?

24          MR. MAYNARD:  I do not.

25          THE COURT:  Thank you.

```
 1   BY MS. BROOK:

 2   Q   Is this the image of Miski that is associated with his

 3   handle on Twitter and other digital media on the Internet?

 4   A   Yes.  That's exactly how I'm familiar with this image.

 5            MS. BROOK:  May I have a moment?

 6            THE COURT:  Yes.

 7   BY MS. BROOK:

 8   Q   It appears that 390 now works.

 9            390 was the Battle of Hearts and Minds from al-Awlaki

10   that we referenced earlier but had technical problems with.

11            So if we can just play that excerpt?

12      (Excerpt of Exhibit No. 390 played for the jury.)

13            MS. BROOK:  Can you put that in context for us?

14            MR. MAYNARD:  Objection to the form of the question

15   and relevance.

16            THE COURT:  Sustained.

17            THE WITNESS:  I'm sorry.  Was there an objection?

18            THE COURT:  Yes.  And it was sustained, so Ms. Brook

19   is going to ask another question.

20   BY MS. BROOK:

21   Q   After the attack on the Draw the Prophet Muhammad Contest

22   on May 3rd of 2015, did ISIS claim responsibility for that

23   attack?

24   A   Yes.  They didn't say "we engineered it" but they said "it

25   was us."
```

1        MS. BROOK:  I don't have any other questions.

2        THE COURT:  Mr. Maynard.

3                    **CROSS EXAMINATION**

4   BY MR. MAYNARD:

5   Q   Good afternoon, Mr. Kohlmann, or I guess probably --

6   A   Good afternoon.

7   Q   I guess probably good evening in New York.

8        I have got a few questions.  If I understood your

9   testimony correctly, Inspire Magazine provides us -- or

10  provides one who looks at it with information on how to build

11  explosive devices and things of that nature; is that correct?

12  A   That's part of what it offers, yeah.  It offers -- there

13  are different sections like every magazine.  There are

14  different sections but that is one consistent section, yes.

15  Q   And I think you specifically said that you focused in on

16  the part called Open Source Jihad, correct?

17  A   Correct.

18  Q   And that's -- that section would, at times, would tell you

19  how to make explosive devices?

20  A   Correct.

21  Q   So if one were a follower of Inspire Magazine, they

22  wouldn't have to go across the street and ask their neighbor

23  how to make an explosive device using fireworks, for instance?

24       MS. BROOK:  Objection.  Speculation.

25       THE COURT:  Sustained.

1    BY MR. MAYNARD:

2    Q   One could learn how to make an explosive device from

3    following certain portions of Inspire Magazine.

4    A   Theoretically, yeah.  Some people have been successful,

5    but theoretically.

6    Q   Now, let me -- let me -- I'm going to have to jump around

7    a little bit because you have talked a lot today.

8         Imam al-Awlaki, let's talk about him for a second.

9    He was born in the United States?

10   A   Correct.  He was born in New Mexico.

11   Q   Right.  And his father was over here in school and

12   al-Awlaki was eventually educated here in the United States,

13   correct?

14   A   Correct.

15   Q   And he was an Iman at a mosque in California for some

16   period of time?

17   A   That's correct.

18   Q   And then he was an Iman at a mosque in Falls Church,

19   Virginia, for a period of time?

20   A   Also correct, yes.

21   Q   And while he was here in the United States, he put out

22   several different CDs, one was called The Life Of The Prophet?

23   A   I don't know if that was issued when he was inside the

24   United States, but he did issue them in approximately 2004/05.

25   I don't know if he was still in the U.S. when he did issue

1    them.

2    Q   Do you recall that the publisher of those CDs was a

3    publishing company based in Colorado?

4    A   That's correct, yes.

5    Q   And those CDs -- and also he put out a CD called The Life

6    of Muhammad?

7    A   That's correct, yes.

8    Q   And those CDs were rather popular here in the United

9    States with the English-speaking Muslim population?

10   A   It depends what you mean by "English-speaking Muslim

11   population."

12           They were popular among English-speaking Salafi

13   Muslims.  They were not popular among Shiites.  They were not

14   popular amongst any other sect.  They were only popular

15   amongst Salafi Muslims, people that follow the Salafi Creed or

16   they follow similar schools within Sunni Islam but they were

17   popular among that subsection.

18   Q   It is your belief then that individuals in the United

19   States who were Sunnies -- not Salafis but Sunnies -- didn't

20   listen to al-Awlaki's Life Of The Prophets and Life Of

21   Muhammad?

22   A   Imam Anwar al-Awlaki was from the Salafi Creed, the

23   Salafi --

24   Q   Can you answer my question, sir?

25   A   Yeah.  I'm getting there.

1   Q   Well, I know, but I'd like you --

2   A   The Salafi school is within --

3   Q   Can you answer my question?

4   A   I have to explain.

5   Q   No.  You don't have to explain.

6       Can you answer my question?

7   A   I am.  I am.

8       THE COURT:  Mr. Kohlmann, if --

9       THE WITNESS:  This is the only way I can answer your

10  question.

11      THE COURT:  Mr. Kohlmann, if further explanation is

12  required, Ms. Brook can ask you about it, so I'm going to ask

13  Mr. Maynard to restate his question.

14  BY MR. MAYNARD:

15  Q   Isn't it true that in the United States, Muslims who are

16  not Salafi, did not -- were not Salafis but were Sunnis --

17  listened to The Life Of The Prophet and The Life Of Muhammad

18  by al-Awlaki?

19  A   Did anyone who is a non-Salafi listen to it?

20      It's possible.  But the people -- the population that

21  I'm familiar with that found this lecture to be popular and

22  that trafficked in it heavily were Sunni Salafi Muslims.

23      There are other schools within Sunni Islam where

24  people were not as sympathetic to these ideas and were not as

25  interested.  People that were following Hamza Yusuf were not

```
 1    necessarily big fans of Anwar al-Awlaki.
 2            So, again, it depends on what school and it depends
 3    on who you are talking about.
 4    Q   Is it your testimony that The Lives Of The Prophet by
 5    al-Awlaki is a radical CD?
 6    A   I don't think that The Lives Of The Prophet in itself is
 7    radical.  However, anyone that was listening to Anwar
 8    al-Awlaki lectures after 2011 would have a lot of difficulty
 9    explaining why they found Anwar al-Awlaki to be particularly
10    insightful, especially after he was very publicly killed in a
11    U.S. drone strike.
12    Q   No.  It's --
13    A   It's also to be said that while --
14    Q   Excuse me.  Excuse me.  Excuse me.
15    A   I'm --
16    Q   Excuse me.
17            THE COURT:  Mr. Kohlmann, it's really important that
18    you just answer Mr. Maynard's question as succinctly as you
19    can.
20            And if you can't answer the question that way, then
21    tell him that.  And if he wants more explanation, he'll ask
22    you.
23            This is cross-examination and it's much more
24    restrictive and he has the right to ask you certain questions.
25    And if you can answer it, "yes" or "no," answer it that way.
```

1              If you can't, tell him that.

2              THE WITNESS:  Okay, Your Honor.

3              THE COURT:  So restate your question.

4              MR. MAYNARD:  I'll try.

5    BY MR. MAYNARD:

6    Q   Anwar al-Awlaki was killed in a drone strike in 2011,

7    correct?

8    A   Correct.

9    Q   In Yemen, correct?

10   A   I'm sorry.  I didn't hear the second thing you said.

11   Q   Where was he?

12   A   Oh.  He was killed in Yemen.

13   Q   He was the first American who was actually killed by a

14   drone strike, correct?

15   A   I believe so, yes.

16   Q   And after he was killed, the publishing company that

17   published his CDs, The Life Of The Prophet and The Life Of

18   Muhammad stopped publishing them at that point, correct?

19   A   I'm not familiar with -- there were a couple of different

20   publishing companies issuing that and I don't know which one

21   you're talking about.

22   Q   Okay.  I'll get to it through another witness then.

23              Let me just talk to you a little bit about your

24   background.  You told us about your educational background.

25              You have one degree, a degree from Georgetown

1  University, correct?

2  A   You say I have one degree?  That's correct.  I have a

3  degree in --

4  Q   I'll ask you --

5  A   -- in international politics with a focus --

6  Q   Just answer my question.

7       You have a degree from Georgetown University -- an

8  undergraduate degree from Georgetown University, correct?

9  A   That's correct.

10  Q   Okay.

11  A   Correct.

12  Q   And you majored in foreign affairs, correct?

13  A   I majored in international politics, but close enough.

14  Q   And you minored in Islamic Studies?

15  A   No.  I have a certificate in Islam and Muslim-Christian

16  understanding.  It's different than a minor.

17  Q   Your certificate from Georgetown is different than a

18  minor; is that your testimony?

19  A   Correct.  It's not the -- yes.  It is not the same thing

20  as a minor.  I have testified about this previously at great

21  length.  It's not the same thing as a minor.  It's in

22  Georgetown University's Handbook.

23  Q   And you then have a law degree from the University of

24  Pennsylvania; is that correct?

25  A   Correct.  Correct.

1   Q   And you called it a "graduate law degree."  It is just a

2   law degree like everybody else gets when they graduate from

3   law school, correct?

4   A   Yeah.  That's just a term or phrase, that's correct.

5   Q   Just a term you used.  "Graduate law degree."

6           It's just a law degree; isn't that right?

7   A   Well, yeah.

8           THE COURT:  Well, I don't know.  Speaking to lawyers

9   here, "just a law degree" doesn't seem to be --

10          MR. MAYNARD:  Well, there are masters, there's LLMs.

11  He called it a graduate --

12          THE COURT:  You're asking if he has a juris doctor?

13          MR. MAYNARD:  Do you have a -- yes.  The same one

14  that you and I have.

15  BY MR. MAYNARD:

16  Q   You have a law degree, correct?

17  A   That's correct, yeah.

18  Q   Have you ever passed a bar exam?

19  A   No.  I have not.

20  Q   So you're not licensed to practice law anywhere?

21  A   I'm not a lawyer, that's correct.

22  Q   Have you ever taught at a university?

23  A   No.  I'm not an academic.

24  Q   You don't have a masters degree?

25  A   No.  I have my --

1   Q    You don't have a juris -- excuse me.

2   A    I have a --

3   Q    Excuse me.

4           You don't have a Ph.D.?

5   A    Correct.

6   Q    Okay.  Now, in preparing for this testimony today, you

7   indicated earlier that the Government -- that you signed a

8   contract with the Government; is that correct?

9   A    Yes.  I believe it's called an ODB 47 Form.

10  Q    Was it a document that you actually signed that told you

11  what you were going to do and how much you would be paid?

12  A    It lays out how much money is budgeted.  I don't know if

13  it explicitly states -- there may be a separate letter where

14  I'm engaged that asks me general things about what I'm

15  retained for.

16  Q    So there is a separate letter that was given to you that

17  told you what you were supposed to be doing in this case?

18  A    I don't think so.  I think in this case my instructions

19  were given to me verbally.

20  Q    Okay.  And who gave you your instructions?

21  A    By the U.S. Attorney's Office.

22  Q    Who at the U.S. Attorney's Office?

23  A    In this case Assistant U.S. Attorney Kristen Brook.

24  Q    And do you recall when she spoke to you, was it in person

25  or on the phone?

```
 1    A    We have actually never met in person, so it would be on
 2    the phone.
 3    Q    Okay.  And do you recall when that was?
 4    A    It was sometime late fall; I want to say October or
 5    November.
 6    Q    And do you have notes of that conversation that tells you
 7    what you were supposed to be doing?
 8    A    I did write down some things, but those notes don't exist
 9    anymore, unfortunately.  I wrote it down and I expanded it in
10    my report.
11    Q    And having testified for the Government on over 30
12    occasions, you got rid of your notes this time when you were
13    asked when you had a telephone conversation telling you what
14    you were supposed to do?
15    A    I have never been asked to retain those notes.
16    Q    Okay.  And how many hours have you now worked on this
17    engagement?
18    A    I'm actually not sure.  I would have to check.  I'm not
19    sure.  I don't have an estimate, unfortunately, but I can tell
20    you that currently, my total hours, it's far below what's been
21    budgeted.
22    Q    If you don't know, you don't know.
23    A    Okay.  No problem.
24    Q    Okay.  Now, did the Government ever send you any of the
25    devices or the information downloaded on a hard drive for you
```

1    to review?

2    A    They sent it to me, yes.

3    Q    What did they send to you?

4    A    I don't actually know because I never actually opened it.

5    Q    Okay.  They sent it to you, but you didn't use what they

6    sent you in preparing your report for today?

7    A    I was sent a digital device, but then I was asked not to

8    review that device.

9    Q    Okay.  Did you have an understanding of what was on the

10   device?  What kind of information was sent to you?

11   A    I believe it was preserved digital information, but again,

12   I don't have that information anymore because I was asked to

13   destroy it upon receipt.  And I -- so I believe it was digital

14   information but I didn't review it and I don't have copies of

15   it anymore.

16   Q    Who asked you to destroy the information?

17   A    I was -- the U.S. Attorney's Office.

18   Q    And do you have an understanding of why they asked you to

19   destroy what they sent you?

20   A    I have no idea.

21   Q    Okay.  So you've testified at length today about the

22   history --

23        THE COURT:  Okay.  If you're going to change

24   subjects, we're going to wait till tomorrow morning --

25        MR. MAYNARD:  Okay.

1          THE COURT:  -- to continue on.

2          Ladies and gentlemen, we will recess until nine

3    o'clock tomorrow morning.  You are reminded of the admonition

4    not to discuss the case among yourselves or with anyone else.

5          Please remember not to do any independent research

6    about the case on your own; no Google searches, no Internet

7    searches of any kind, no -- don't try to find things on

8    Twitter that might be related to the case or any other social

9    media.

10         Also, ladies and gentlemen, please do not form any

11   conclusions about the case until you have heard all the

12   evidence and begun your deliberations.

13         We will reconvene at nine o'clock tomorrow morning.

14         Court is in recess.

15         Oh.  We need to talk?

16         MR. MAYNARD:  Real briefly.  Well, this can be in

17   front of the jury.  Is it Thursday we're off in the afternoon?

18         THE COURT:  Just the opposite.  We are off --

19         MR. MAYNARD:  Thursday we're off in the morning?

20         THE COURT:  We're off in the morning.  You better be

21   here in the afternoon, Mr. Maynard, because all of us will be

22   here.  But if you come in the morning, we won't be here.  It's

23   Thursday morning we have off.  Thursday afternoon we will be

24   in session.

25         Court is in recess.

1          MR. KOEHLER:  Can we visit for a moment, Your Honor?

2          THE COURT:  Pardon?

3          MR. KOEHLER:  Can we visit for a moment after the

4    jury leaves?

5          THE COURT:  Yes.  Okay.  I'll excuse the jury.

6       (End of excerpt of proceedings.)

7                         * * *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CR15-00707-SRB      IVAN KOHLMANN-Part 1      3-1-16

1

2                         C E R T I F I C A T E

3

4          I, ELIZABETH A. LEMKE, do hereby certify that I am

5     duly appointed and qualified to act as Official Court Reporter

6     for the United States District Court for the District of

7     Arizona.

8          I FURTHER CERTIFY that the foregoing pages constitute

9     a full, true, and accurate transcript of all of that portion

10    of the proceedings contained herein, had in the above-entitled

11    cause on the date specified therein, and that said transcript

12    was prepared under my direction and control.

13         DATED at Phoenix, Arizona, this 27th day of June,

14    2016.

15

16

17

18

19

20                    s/Elizabeth A. Lemke_____
                      ELIZABETH A. LEMKE, RDR, CRR, CPE
21

22

23

24

25