UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **CR15-00707-PHX-SRB** |
| vs. | ) Phoenix, Arizona |
| | ) March 9, 2016 |
| **Abdul Malik Abdul Kareem,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

BEFORE:  THE HONORABLE SUSAN R. BOLTON, JUDGE
EXCERPT OF REPORTER'S TRANSCRIPT OF PROCEEDINGS
TESTIMONY:  LORENZO VIDINO
JURY TRIAL - DAY #9


APPEARANCES:
For the Government:
         U.S. ATTORNEY'S OFFICE
         By:  **Kristen Brook, Esq.**
              **Joseph Edward Koehler, Esq.**
         40 North Central Avenue, Suite 1200
         Phoenix, AZ  85004

For the Defendant Abdul Malik Abdul Kareem:
         MAYNARD CRONIN ERICKSON CURRAN & REITER PLC
         By: **Daniel D. Maynard, Esq.**
             **Mary Kathleen Plomin, Esq.**
         3200 North Central Avenue, Suite 1800
         Phoenix, AZ  85012

Official Court Reporter:
Elizabeth A. Lemke, RDR, CRR, CPE
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC 34
Phoenix, Arizona  85003-2150
(602) 322-7247
Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

CR15-00707-PHX-SRB    LORENZO VIDINO          3-9-16

```
 1

 2                      INDEX OF WITNESSES

 3   LORENZO VIDINO:

 4   Direct examination by Ms. Brook              Page  3
     Cross examination by Mr. Maynard             Page 27
 5   Redirect examination by Ms. Brook`           Page 37

 6

 7

 8

 9                      INDEX OF EXHIBITS

10

11   EXHIBIT NO.:          DESCRIPTION:                RECEIVED:

12   Exhibit No. 616    CV - Lorenzo Vidino           Page 6

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT

```
 1              E X C E R P T   O F   P R O C E E D I N G S

 2              MS. BROOK:  Thank you, Your Honor.

 3              The Government calls Dr. Lorenzo Vidino.

 4              THE CLERK:  Please state your name for the record,

 5    spelling your first and last name.

 6              THE WITNESS:  Sure.  Lorenzo.  That's L-O-R-E-N-Z-O

 7    V-I-D-I-N-O.

 8              THE COURT:  You may proceed, Ms. Brook.

 9              MS. BROOK:  Thank you, Your Honor.

10              And, Maureen, when you have a moment, can you hand

11    him Exhibit 616, please.

12                    LORENZO VIDINO, WITNESS, SWORN

13                         DIRECT EXAMINATION

14    BY MS. BROOK:

15    Q    Good afternoon.

16    A    Good afternoon.

17    Q    Would you please introduce yourself to the jury.

18    A    Sure.  My name is Lorenzo Vidino.

19    Q    And, Dr. Vidino, what do you do for a living?

20    A    I work at George Washington University.  I run a research

21    center at GW.

22    Q    The research center that you run, what's the name of it?

23    A    It's called the Program On Extremism.

24    Q    So it's the Program On Extremism?

25    A    Yes, correct.
```

1    Q    And what is your specific field of expertise?

2    A    Basically, for the last 15 years, I have studied what's

3    called jihadist homegrown networks in the West, Europe, and

4    North America.

5    Q    Let's take a moment and talk about your educational

6    background.  Where did you go to college?

7    A    Well, I got my undergraduate degree in law in Italy.  Then

8    I moved to the states in 2002 and I went to -- I got my

9    masters and Ph.D. from Tufts University.

10    Q    And your masters and your Ph.D., one by one, what was your

11    focus in those studies?

12    A    Sure.  The masters was in international relations with a

13    focus on security; and the Ph.D. was also on international

14    relations with a focus on Middle East and security.

15    Q    And you mentioned that you also studied law.  Did you get

16    a law degree when you were in Italy?

17    A    Yes.

18    Q    The focus of your studies related to your Ph.D.,

19    specifically, what was it?

20    A    I looked at homegrown networks, jihadist networks in the

21    West, the processes of radicalization and recruitment for --

22    at the time it was al-Qa'ida -- there was no ISIS -- al

23    Qa'ida-related networks in Europe and North America.

24    Q    And when was it that you got your Ph.D.?

25    A    What year?

1   Q    Yes.

2   A    2010.

3   Q    Have you published books on the subject of terrorism?

4   A    Yes.  I published -- I authored three books and I have

5   edited three books.

6   Q    Specifically, let's go through them one by one.

7        What was the first book you published?

8   A    The first one was call *Al-Qa'ida in Europe*, but it was

9   back in 2005 and I think it was the first book on the subject,

10  on Al-Qa'ida in Europe back then.

11       Then I published a book in 2010, *The New Muslim*

12  *Brotherhood In The West*.  That was for Columbia University

13  Press.

14       And then I published another book on jihadist

15  networks in Italy back in 2013.

16  Q    Do any of the books that you've published or work focus on

17  al-Qa'ida in Iraq or the Islamic State?

18  A    Yeah.  I have a chapter in the *Al-Qa'ida in Europe* book on

19  Europeans and North Americans going to Iraq to fight.  It was

20  obviously the very beginning.  It was 2005.

21       So the phenomenon of foreign fighter had just

22  started.  And then I added to the book which came out two

23  years ago, 2014, if I'm not mistaken on -- it's called *ISIS*

24  *Incubators* and it's about recruiting networks for ISIS, again

25  in Europe and North America.

CR15-00707-PHX-SRB    LORENZO VIDINO        3-9-16

1    Q   And the books that you've published, your educational

2    background, as well as the articles that you have written, are

3    they all contained within your CV?

4    A   Yes.

5    Q   And before you is Exhibit No. 616.  I'm going to place it

6    on the overhead so you can see it before you.

7            Is that your CV?

8    A   Yes.  Correct.

9            MS. BROOK:  So the Government would move to admit

10   616.

11           MR. MAYNARD:  No objection.

12           THE COURT:  I was hoping not, Mr. Maynard, after I

13   twisted Mr. Koehler's arm on the last one.

14           616 is admitted.

15       (Exhibit No. 616 admitted in evidence.)

16   BY MS. BROOK:

17   Q   You spoke a moment ago about working at George Washington

18   and being the founder and director of the program on

19   extremism.

20           In relation to your work there, have you recently

21   published a report?

22   A   Yes.  On December 1st, 2015, we published a report which

23   is called *ISIS in America:  From Retweets to Raqqa.*

24           And it's basically the first to report or published

25   on ISIS in America, on recruitment networks in America for

1   ISIS.

2   Q   And that report itself, so it talks about recruitment

3   networks.  Generally speaking, what does the report detail?

4   A   Well, basically what we did, we did two things.  We have a

5   research team at the center.  We looked at all the cases of

6   individuals who are being charged with ISIS-related activities

7   in the U.S. since the first case which was March 2014.  So we

8   looked at the 71 individuals who have been charged in the U.S.

9          We looked at all the legal documents.  We looked

10  at -- we interviewed people, supplemented with thousands and

11  thousands of pages of records, with interviews, media

12  reporting.

13         And then what we also did is we looked at the online

14  scene.  We looked at Twitter, Instagram, Facebook, a variety

15  of social media platforms where American-based ISIS

16  sympathizers interact.

17  Q   And the report itself, once it was released back in -- you

18  said December?

19  A   December 1st, yes.

20  Q   Has it been relied upon or spoken about in mainstream

21  media?

22         MR. MAYNARD:  Objection, Your Honor.  This is not

23  rebuttal at this point.

24         THE COURT:  We're still getting his qualifications, I

25  think.

1              MR. MAYNARD:  Okay.

2              THE COURT:  Overruled.  You may answer.

3              THE WITNESS:  Yeah.  I think it was well received, I

4    would say, both within government and, generally speaking,

5    policy-making circles.  It was mentioned in three

6    Congressional hearings.  I was asked to testify before the

7    Senate last January.

8              And it also received a lot of media coverage.  It

9    was, incidentally, released the day before the San Bernadino

10   attacks.  It was purely coincidence, obviously, and it

11   received a lot of media attention, so it was featured in New

12   York Times, Washington Post, Wall Street Journal, CNN.  You

13   name it, all the mainstream media outlets covered it.

14   Q    Does the report itself focus on homegrown violent

15   extremism?

16   A    Yes.  We looked at cases of Americans who join ISIS, all

17   the cases are Americans, people arrested in the U.S. and the

18   vast, vast majority of them are U.S. citizens.

19   Q    What's the main take-away point from the report?

20   A    I would say the main one is that there's no such thing as

21   a common profile of ISIS support or ISIS sympathizers in the

22   U.S.

23             It really runs the gamut.  You have teenage girls and

24   40-year-old men.  You have all kinds of socioeconomic

25   backgrounds, all kinds of educational backgrounds, different

1    patterns into radicalization, different recruiting patterns,

2    so absolute diversity in profiles.

3    Q    And just a little bit more about your background before we

4    jump into the meat of the testimony here.

5              Have you written apeds?

6    A    Yes.  I write fairly often in both American and

7    international media.

8    Q    Who for?

9    A    Recently published in the Washington Post a couple of

10   times, Boston Globe, Wall Street Journal, and also a lot of

11   media in Europe, Middle East.

12   Q    Have you appeared on television as an expert in the area

13   related to terrorism?

14   A    Yes, but fairly often also I would say in the U.S. with

15   the big networks like CNN, MSNBC, Fox, CBS, NBC, ABC.

16   Q    Are you quoted in newspapers as it relates to homegrown

17   extremism?

18   A    Yes, again, fairly often.  Particularly, of course, when

19   something related to terrorism comes up in the news, I am

20   called upon relatively often by, you know, again, sort of

21   mainstream media, the New York Times, Wall Street Journal.

22   Q    And in connection with your work in this case, have you

23   been compensated or do you expect to be compensated?

24   A    Yes.

25   Q    And roughly what do you expect to be compensated in

1   connection with your work in this particular field?

2   A    Sure.  I'm being paid $250 an hour.

3   Q    And in total, how much do you think your bill will be for

4   for the amount of work you have done for this case?

5   A    I would estimate about $10,000.

6   Q    Do you provide trainings and seminars on the Islamic

7   State?

8   A    Yes, on the Islamic State and on radicalization in

9   general. We -- the center in general and myself personally --

10  we provide a lot of training, again, both in the United States

11  and abroad to law enforcement, intelligence agencies, as well

12  as, of course, you know, think-tanks, academia or

13  policymakers.  We brief a lot.  We provide a lot of -- we do a

14  lot of public speaking and seminars.

15          MS. BROOK:  Your Honor, may I approach and turn this

16  board so it's facing forward?

17          THE COURT:  Yes.

18          MS. BROOK:  Thank you.

19  BY MS. BROOK:

20  Q    And I'm turning around for the jury Exhibit No. 283 -- I'm

21  sorry -- 383 which has already been admitted and published.

22  It's our exhibit of photographs and names related in this

23  case.

24          Dr. Sageman was here today and were you in the

25  courtroom for that?

1   A    Yes, I was.

2   Q    Okay.  He testified that there is no evidence that there

3   is a threat here in the United States from ISIS homegrown

4   extremists.  Do you agree with that?

5   A    No.  I would strongly disagree with that.

6   Q    Can you explain that?

7   A    We have seen some 18 individuals arrested in the United

8   States for ISIS-related activities.

9        We have seen a few attacks that have been inspired by

10  ISIS.

11       The FBI speaks of around a thousand cases open

12  nationwide related to ISIS.  And we have seen at least a dozen

13  Americans who have died in Iraq and Syria fighting with ISIS,

14  some of them are suicide bombers.

15       So I think we have a whole spectrum, whether it's

16  individuals who are just inspired by ISIS ideology or

17  individuals who have actually, physically joined ISIS and

18  pledge allegiance to ISIS.  I think we have them in the United

19  States.

20       I would agree with what Dr. Sageman said that it's

21  less than in Europe, but I think every single official has

22  gone on the records in the U.S. saying that we have seen

23  ISIS-related radicalization in the U.S. and it's unprecedented

24  compared to what we used to see related to al-Qa'ida a few

25  years back.

1  Q   And the radicalization itself, does that pertain to people

2  so "homegrown" -- how would you define that or how do you

3  classify that?

4  A   The vast majority of individuals who are attracted to ISIS

5  ideology are individuals who are homegrown, U.S. born, whether

6  they are second or third generation immigrants or converts to

7  the faith.

8        The vast majority are people who are born and raised

9  in the U.S. or at least have gone -- and have undergone the

10  radicalization process in the United States; so homegrown,

11  yes.

12  Q   I want to focus in for a moment on Shaykh Abdullah Azzam

13  who we have talked about in this case.

14        Dr. Sageman testified that categorizing him as the

15  Godfather of Jihad is ridiculous, that he is a Jordanian

16  scholar.

17        What is your opinion of Azzam as it relates to being

18  somebody that has an effect on violent jihadists?

19        MR. MAYNARD:  Objection to the form of the question.

20        THE COURT:  Sustained.  You can rephrase your

21  question.

22  BY MS. BROOK:

23  Q   Has Shaykh Azzam had a significant influence on violent

24  homegrown extremist jihadists?

25  A   He's still referred to as one of the key idealogues of --

 1    let's call it the "Jihadist Movement" even though he died a

 2    long time ago.

 3           His ideas are still very much referenced by a lot of

 4    homegrown radicals in the U.S.

 5           The idea that jihad is an individual obligation,

 6    that's really the main contribution of Abdullah Azzam to the

 7    jihadist movement is that it's mandatory upon every Muslim to

 8    go and use violence to defend fellow Muslims who are under

 9    attack.

10           That's where you get the Azzam contribution and

11    that's very much used by groups like al-Qa'ida, like ISIS, and

12    by individuals who seek to join groups like ISIS or al-Qa'ida.

13           So even though he was killed a long time ago, his

14    ideas are very, very much relevant today.

15    Q    So starting in the 1980s, how did Azzam start to identify

16    himself?

17    A    Azzam basically was the first charismatic individual that

18    understood that Afghanistan, when Afghanistan had been invaded

19    by the Soviets, was a cause not just for the Afghans but for

20    the whole Muslim Community, that all Muslims should have gone

21    to Afghanistan and defeated the Soviets.

22           Basically, he started to make it a religious

23    obligation.  He crafted the idea.  He was somebody with a

24    religious background.  He was a cleric, indeed.  And he made

25    the religious argument that it was religiously mandatory for

1    all able-bodied Muslims to go to Afghanistan and fight.

2              His ideas have been used by people after him to make

3    every other conflict that involves Muslims is a mandatory

4    jihad.

5    Q   So in present day do ISIL members see Azzam as somebody

6    that is inspirational in terms of violent jihad?

7    A   Yes, absolutely.  And it's clear from the fact that you

8    see it online, on social media where, in conversations among

9    ISIS sympathizers, a lot of them use the icon of Abdullah

10   Azzam as their icon on Twitter or on Facebook.

11             They share books.  They share links.  They share

12   lectures.  Abdullah Azzam is one of the, I would say, top five

13   idealogues of the global movement.

14   Q   And, historically, who was Azzam a mentor for?

15   A   Osama bin Laden.

16   Q   Was he a mentor in person with him or was it just his

17   writings?

18   A   No.  No.  Absolutely, they knew each other very well.  And

19   the very beginning of the experience of Arab volunteers going

20   to Afghanistan to fight the Soviets was the office that

21   Abdullah Azzam and Osama bin Laden created in Peshawar

22   together in the mid '80s.  Abdullah Azzam and Osama bin Laden

23   started what's called a services office in Peshawar, Pakistan,

24   in the mid '80s.

25             That was the first place created to have Arab

1    volunteers go and fight in Afghanistan against the Soviets.

2          Azzam was older, more charismatic, and more

3    knowledgeable than bin Laden.  Bin Laden looked up to Azzam.

4    To simplify things a bit, bin Laden had the money, Azzam had

5    the brains.

6    Q    Let's shift gears for a moment and talk about Anwar

7    al-Awlaki.

8          So Dr. Sageman testified that Anwar al-Awlaki's

9    historical lectures are pretty uncontroversial presently.

10          Do you agree with that?

11   A    It depends what you mean by "controversial."

12          I would say they're not directly advocating violence.

13   It's clear that there is a trajectory in al-Awlaki's work

14   where he calls for direct attacks and for violence and does,

15   indeed, come to light only late by let's say 2005, 2006,

16   definitely after his incarceration in Yemen.

17          But his early works are really set -- sort of create

18   a narrative of confrontation with the West, a narrative of

19   victimization that is conducive to violence.

20          It's not purely religious work.  It's not just purely

21   explaining the life of the Prophet.

22          One of the main reasons why al-Awlaki was -- and

23   still is -- so popular is because he contextualizes arguments

24   that come from Islamic history and Islamic writings from 14

25   centuries ago within a modern setting.  So he talks about

1   Islamic civilization being under attack by the West.

2          There's parts of certain -- some of his writings

3   where he talks about McDonald's Civilization and part of that

4   imposition of the McDonald's Civilization on the Islamic word

5   is the fact that if you don't accept McDonald's, you're also

6   going to have bombs and the West is going to attack you.

7   Q   So let me just take a second and rewind for a moment.

8          So in talking about, you know, the Hereafter or Life

9   and Times Of The Prophet, those particular types of lectures,

10  are they ones that present day homegrown extremists still find

11  inspirational and important to them?

12  A   Yes, absolutely.

13  Q   And in a nutshell, can you explain why?

14  A   First of all, they are very sophisticated explanations of

15  parts of the faith which, you know, jihadists will look at the

16  violent part, but also they will look at the foundations of

17  Islam.

18          So al-Awlaki plays a role in explaining those parts

19  which are less controversial.  But it's also the beginning,

20  the foundation, of a certain narrative whose logical

21  consequence is violence.

22  Q   So I want to talk about mainstream society and the take or

23  the view of al-Awlaki over the last ten years.  So we've

24  talked about in this case that Anwar al-Awlaki was killed by a

25  drone strike in 2000 -- or I'm sorry, in 2011.

1              MR. MAYNARD:  Objection to the form of the question.

2              THE COURT:  It's not clear where you're going.  You

3     said ten years.  I was just going to ask you to clarify.

4              Are you talking about in his last ten years or in the

5     period 2006 to 2016?

6              MS. BROOK:  That's right.  I'll ask a better

7     question.

8              THE COURT:  We all know he died in 2011.

9     BY MS. BROOK:

10    Q    So before 2011, was it reported in mainstream media that

11    Anwar al-Awlaki had violent jihadi views.

12    A    I would say that by -- right after 9/11 and definitely

13    once the 9/11 Commission Report came out, you had reporting in

14    the media that he was linked -- some of the 9/11 highjackers,

15    and that he had questionable connections.

16             By 2007/2008, it was public knowledge that he had

17    become violent and associated with al-Qa'ida.

18             You have coverage in the Washington Post and Time

19    Magazine, on CNN, talking about this American cleric being one

20    of the main sources of inspiration of a lot of plots, a lot of

21    individuals that carried out attacks in the West.  So but by

22    2008, I would say, it was very much public knowledge.

23    Q    Have you read and are you familiar with the 9/11

24    Commission Report?

25    A    Yes, I am.

```
 1    Q    And briefly, what is it?

 2    A    It's the official government analysis, basically, of what

 3    happened on 9/11, what lead to the attacks, and basically,

 4    then it also issued recommendations for how to prevent future

 5    atrocities.

 6    Q    Approximately what year was it released in?

 7    A    2004, I believe.

 8    Q    And does it talk about Anwar al-Awlaki?

 9    A    Yes.

10    Q    Generally, what does it report?

11    A    It basically questions the fact that -- talks about the

12    fact that al-Awlaki had been a mentor to some of the -- to two

13    of the core 9/11 highjackers.

14         And in particular, the fact that he was a mentor to

15    them in San Diego when they arrived in the United States for

16    the first time in 1999 in preparation for the attacks; and

17    then the fact that one year later, he's also mentoring them

18    when they moved to Virginia.

19         So that this long, protracted interaction with two of

20    the core 9/11 highjackers and a lot of other unanswered

21    questions about it, I think, at the time -- and that's the

22    time also when al-Awlaki came under investigation from the

23    FBI.

24         There were a lot of questions that were not really

25    answered.  And it then lead to al-Awlaki himself realizing he
```

1    was monitored, leave the country.

2    Q   By 2007, did Anwar al-Awlaki advocate for American Muslims

3    to integrate into American society or was he encouraging

4    something else?

5    A   I think that's debatable whether he was encouraging them

6    to integrate.  He was very critical of American society, of

7    Western society in general.  He always advocated for an

8    Islamic society ruled by Sharia law.

9         He did not advocate violent confrontation with the

10   West, necessarily, but he argued that good Muslims lived only

11   under an Islamic order, so not a democratic order.

12   Q   I want to take a moment.

13        Yesterday we heard testimony from Ms. Deedra Abbud

14   who is the former Executive Director of the Arizona Board for

15   CAIR -- or CAIR.  And what does "CAIR" stand for?

16   A   It's the Council on American Islamic Relations.

17   Q   Can you give us a quick background sketch on what CAIR is?

18   A   CAIR is a -- I would say a slightly controversial

19   organization because it is an advocacy group and does some

20   good work on civil liberties.  But at the same time, it has

21   been under investigation from authorities for a long time.

22        It was in 2007/2008 an unindicted co-conspirator in

23   the largest terrorism financing case in U.S. history.

24   Q   Let's talk for a second.  Does CAIR have a Texas branch?

25   A   Yes, we do.

```
 1    Q    And before May 3rd of 2015, did CAIR, the Texas branch,

 2    speak about the Draw the Prophet Muhammad Art Exhibit that was

 3    going to be held in Garland, Texas?

 4    A    Yes.  They sent out a few bulletins, a few communiques

 5    denouncing the event.

 6    Q    And when were those?  Do you remember when they were

 7    released?

 8    A    In the weeks leading to the event.  I would say April --

 9    in March/April.

10    Q    Dr. Sageman testified about The Battle of Hearts and

11    Minds.

12              Placing on the overhead first what's already been

13    admitted as the string site from the Lenovo computer.

14              Based upon your research, your studies, your work, do

15    violent jihadis rely upon the Battle of Hearts and Minds as an

16    important work?

17    A    It's a work that appears often in the library of

18    individuals who are engaged in violent activities.

19    Q    And can you explain how parts of its message appeal to

20    those individuals?

21    A    Well, not directly advocating violence.  It still lays out

22    that the initial narrative of confrontation between the West

23    and Islam, that sort of incompatibility between the West and

24    Islam, but he argues exists.

25              And at the same time argues that basically those --
```

CR15-00707-PHX-SRB    LORENZO VIDINO       3-9-16

1    that those Muslims who do not live or aspire to live under

2    Sharia law are basically not good Muslims, which is quite a

3    confrontational message but could lead to violence.  It

4    doesn't necessarily.  It's not always leading to violence, but

5    it's sort of the beginning of the trajectory that leads to

6    violence.

7    Q    I want to take a second and switch gears and speak for a

8    moment about terrorism cells.

9          So Dr. Sageman testified that terrorism cells, as it

10   relates to division of labor, that he has only seen one case

11   where there was a terrorism cell that had a division of labor

12   of the people within the cell.

13         Is that consistent with what you have seen?

14   A    I would say no.  There's obviously enormous diversity in

15   how terrorist cells work and networks work.  I mean, you can

16   have a generalized answer.

17         I would say that in particular in structured groups,

18   it's normal to have a division of labor.  But even in more

19   improvised, certainly the homegrown clusters, homegrown

20   networks, you do see that people that have certain skills will

21   do certain things.

22         So if one -- somebody is better with computers, that

23   person will be more in charge of all the IT aspects of the

24   cells or the network's activities.

25         Somebody will be more prone to finding weapons or

1    finding explosives.  Somebody else will be more the money

2    person.

3            So generally, there is that normal division.  I think

4    it's almost normal.  You have it in any kind of aggregation of

5    individuals.  You can have five friends, so somebody is better

6    at organizing things, somebody is better at getting money.

7            It's a normal division of labor.  I think that it

8    happens fairly normally.

9    Q   Dr. Sageman also testified that members of terrorism

10   cells, homegrown extremist terrorism cells, will feel

11   uncomfortable with their former friends, especially in the

12   weeks prior to an attack and they self-isolate.

13           Is that something that you have seen?

14   A   I would say that it does happen in some cases, but in the

15   majority of cases that I can think of, it's actually the

16   opposite.  But you would have people who don't really have a

17   major change or behavior in the weeks or days leading up to an

18   attack.

19           I think it's normal, actually, to see whenever we see

20   interviews with people who live around people who carry out

21   attacks to see how shocked and surprised they were because

22   that person didn't really have a change in behavior and they

23   looked like a very normal person.

24           First example that comes to mind is the Boston

25   Marathon bombers.  You know, the younger brother, in

1   particular, the younger of the two Tsarnaev brothers who did

2   his homework, went to a party a couple days before the attack,

3   lived with his roommate, a normal life.

4          So, again, some cases you might have that change in

5   behavior, but in most cases I would say no.

6   Q    So is that Johar Tsarnaev?

7   A    Johar Tsarnaev, yes.

8   Q    And you said he lived with his roommate.  Was his roommate

9   Muslim?

10  A    No.

11  Q    And in the days before he was going to movies and doing

12  normal things?

13  A    Yeah.  He was going to class, going out with friends,

14  having dinner, you know.

15  Q    Based upon your experience, are violent jihadis always

16  devout in there practice?

17  A    They would like to be, but I think that in many cases we

18  see that a lot of them are not.  Again, there's always

19  exceptions.  You can't generalize, but it's fairly normal to

20  have individuals involved in jihadist activities who engage in

21  behaviors that are very un-Islamic.  Let's put it like that.

22  Q    Can you give us an example?

23  A    Well, since --

24          MR. MAYNARD:  Objection, Your Honor.  It's beyond the

25  scope.

```
 1              THE COURT:  Overruled.  You may answer.

 2              THE WITNESS:  First example that comes to mind

 3    because we talked about the Tsarnaev brothers, they both --

 4    both the younger, but particularly the younger, but also the

 5    older, the elder used drugs.  They dated.

 6              So all behaviors, but not behaviors that somebody

 7    that claims to be strictly Muslim should engage in.  But I

 8    think it's fairly normal.  I can think of -- well, the 9/11

 9    highjackers that used to go to strip clubs in Vegas.  It's

10    fairly normal.

11    Q    Would going to a strip club be consistent with a devout

12    Muslim practice?

13    A    No.  Absolutely not.

14    Q    And why so?

15    A    Because, obviously, the engagement with the other sexes

16    under very strict rules.  So probably it's a little of the

17    opposite of what the kind of behavior that a devout Muslim

18    should engage in.

19    Q    Dr. Sageman testified that perpetrators of an attack would

20    be happy and celebrate upon hearing that the other

21    perpetrators had achieved martyrdom.

22    A    True.

23    Q    Based upon your experience and everything that you have

24    seen and researched, are perpetrators of an attack only happy

25    and celebrate that those have died in an attack have died?
```

1   A   Well, they obviously are happy among themselves.  They

2   celebrate the fact that somebody has achieved martyrdom, as

3   you know, achieved jihada, achieved martyrdom, and achieved

4   Paradise.

5        Obviously extraordinary, that behavior might be

6   different.  Those that do not die and participate in the

7   attack in one way or the other, obviously are not going to

8   make that joy and participation for the event known to the

9   outside world, obviously, because they might be afraid that

10  there will be consequences for bad behavior.

11  Q   Dr. Sageman testified about his opinions on Evan Kohlmann.

12  And as it relates to ISIS, do you have an opinion about Evan

13  Kohlmann's knowledge base as it relates to the Islamic State?

14  A   He has been studying the subject for a long time.  I think

15  Kohlmann was working on al-Qa'ida in Iraq already, which is

16  the group that preceded ISIS, Arabian 2006/2007 when really

17  the group started.

18       Plus, he -- as I think Dr. Sageman admitted, he's

19  very knowledgeable on everything that goes on online.  And

20  it's well known that ISIS is very good at using the Internet

21  and social media so that that allows Kohlmann to be quite

22  knowledgeable on ISIS propaganda and ISIS activities.

23  Q   Let's talk about that for a second.

24       Based upon your research, your studies, your

25  experience, is media propaganda for the Islamic State an

1   effective recruitment tool?

2   A   Absolutely.

3   Q   And Dr. Sageman talked about how people would see the

4   brutal murders and the videos that they put out of slaying

5   people.

6        Based upon your experience, those particular videos

7   that the Islamic State propaganda machine releases, do they

8   have an effect in the recruitment of violent homegrown

9   extremists?

10  A   Yeah.  Generally speaking, yes.

11       Obviously, as I said, we have very different profiles

12  of individuals who are attracted to ISIS.  Some of them would

13  be attracted to certain aspects of the propaganda; some others

14  to others.

15       But it's very clear that some individuals are

16  attracted specifically to the violent videos.  They tend to be

17  very widely shared on social media.

18       You do see -- well, when we are at the Center at

19  George Washington University that I run is that we monitor

20  that scene online on social media.  So we do see what they

21  talk about, what ISIS sympathizers talk about on social media.

22       And we see the enthusiasm that exists when some of

23  the most gruesome of videos come out.  Those are the ones that

24  get a lot of people going; not everybody, but quite a few

25  people.

```
 1    Q   Are you familiar with the websites Hoor-al-ayn and

 2    Kalamullah?

 3    A   Yes.

 4    Q   And those two websites, are those just for followers of

 5    conservative Islam?

 6    A   I think that's an understatement.  I think it's extremely

 7    conservative Islam, to say the least, but I would say quite on

 8    the militant side.

 9        Not everybody that is on it is jihadists, but I think

10    it's sometimes a fine line.  Of course, it's difficult to

11    really -- you know, it's not black and white, but I would say

12    it's more than just conservative.

13    Q   Do violent homegrown extremists watch and look at material

14    on those websites?

15    A   Yes.  It's a link.  The tradition is being shared quite

16    often.

17        MS. BROOK:  May I have a moment?

18        THE COURT:  Yes.

19        MS. BROOK:  I don't have any other questions.

20        THE COURT:  Thank you.

21        Mr. Maynard?

22                      CROSS EXAMINATION

23    BY MR. MAYNARD:

24    Q   Dr. Vidino, did Dr. Sageman get anything right?

25    A   Yeah.  Quite a few things.
```

1   Q   Is Dr. Sageman a well-known scholar in the area?

2   A   Sure.  Absolutely.

3   Q   Is he well respected?

4   A   By some.

5   Q   Are his works considered to be groundbreaking?

6   A   Oh, absolutely.  I would say particularly the 2003/2004,

7   the first book, Understanding Terrorist Network.

8           Absolutely, the whole idea of the bunch of guys was

9   absolutely groundbreaking at the time.  I relied upon it

10  myself a lot.

11  Q   I'm sorry?

12  A   I use it myself quite a bit.

13  Q   Okay.  Are there times when Dr. Sageman is controversial

14  with other people?

15  A   Absolutely.

16  Q   Okay.  You told us that you're the -- you're teaching at

17  George Washington University?

18  A   No.  I'm direct -- I'm teaching as an adjunct, but my main

19  job there is I run a center, a research center.

20  Q   Okay.  This research center that you run, this is an

21  administrative position that you have?

22  A   I'm the Director.  I'm the Head of Research.  It's not an

23  administrative.  I mean, I run the research.  I direct it.

24  Q   And how many employees are there that are working there?

25  A   Paid employees, we have six people; and then we have

```
1    some -- basically a dozen research assistants, graduate and
2    undergraduate students.
3    Q    Students?
4    A    Yeah.
5    Q    But they're not paid?
6    A    No.
7    Q    And you just got your Ph.D. in March of 2010?
8    A    Uh-huh.
9    Q    Is that correct?
10   A    That's correct.
11   Q    From Tufts?
12   A    From Tufts.
13   Q    Okay.  And this research center that you're the Director
14   of, you're the one who proposed this?  You're the founder?
15   A    Well, I'm not the one who proposed it, but I was called to
16   do it, but it was offered it to me, so.
17   Q    That only started in April of 2015?
18   A    Correct.
19   Q    It's a brand new center?
20   A    Correct.
21   Q    Okay.  And prior to that, you spent approximately a year
22   in Milan as a visiting fellow?
23   A    Correct.
24   Q    And just so that we're clear, when you said you have a law
25   degree from the University of Milano or University of Milan, a
```

1   law degree in Italy, that's an undergraduate degree?  One goes

2   and they get that.

3   A   Yeah.  Straight from high school and they get that.

4   Q   Straight from high school and then you can get a law

5   degree?

6   A   It's a five-year degree, but it's undergrad.

7   Q   But you do have a master's degree and you do have a Ph.D.

8   from Tufts?

9   A   Correct.

10  Q   Is the area that you are -- would you agree that your area

11  of expertise is primarily in the area of the New Muslim

12  Brotherhood?

13  A   No.  I would say it's 67 percent on the jihadi network

14  and -- I mean it's difficult to really put a number, but 30,

15  40 percent on the Brotherhood; and the two things are not

16  completely -- I mean, there's a lot of overlap between the

17  two.

18  Q   Sure.  When it comes to al-Awlaki, now, there's no

19  question he was an Imam in San Diego for a while, correct?

20  A   Correct.

21  Q   He was an Imam in Falls Church, Virginia, at the time of

22  9/11?

23  A   Yep.

24  Q   And after 9/11 happened, like you, he was somebody that

25  people would contact to ask questions in the media?

1    A    Absolutely.

2    Q    He was in the New York Times?

3    A    Absolutely.

4    Q    He was in the -- all the national media that pretty much

5    you have mentioned you --

6    A    Yeah.

7    Q    Okay.  Actually, PBS did a documentary called Legacy Of

8    The Prophet where al-Awlaki made an appearance in that in

9    2002?

10   A    Uh-huh.

11   Q    Is that correct?

12   A    I believe so.

13   Q    Okay.  And then al-Awlaki ends up leaving the United

14   States around 2004 and goes --

15   A    And he goes back and forth for a bit but, yeah, he spends

16   some time in the UK.  Then comes back and realizes things are

17   --

18   Q    Things are sort of strange --

19   A    -- things are difficult for him, right, and he leaves the

20   country for good.

21   Q    All right.  So he spends a couple of years in the UK or

22   coming back and forth?

23   A    Yeah, more or less.

24   Q    And eventually goes to Yemen in 2007?

25   A    I think 2006.

```
1    Q   Okay.  And then he is --
2    A   He gets arrested.
3    Q   I don't even need to ask questions.
4    A   I'm sorry.  Sorry.  I didn't mean to interrupt you.
5    Q   That's okay.  He's arrested and he's jailed for a couple
6    of years, a year-and-a-half?
7    A   Yeah.  Yeah.
8    Q   And clearly when he gets out, he is at least more publicly
9    radical --
10   A   Correct.
11   Q   -- than he was before?
12   A   Absolutely.
13   Q   And he certainly becomes a terrorist near the end of his
14   lifetime?
15   A   Correct, yes.
16   Q   But he is killed prior to ISIS even forming?
17   A   Yeah.  He had nothing to do -- it's al-Qa'ida.  Nothing to
18   do with ISIS.
19   Q   Okay.  You were telling us a little bit about the
20   individuals who commit acts of terror and they achieve a
21   martyrdom.
22          One of the reasons, in part, is because they'll get
23   those 72 black-eyed virgins; is that correct?
24   A   Obviously, everybody has got different motivations, but if
25   you look at what individuals who would carry out attacks and
```

1    die talk about, yes, they often mention the 72 virgins and the

2    green birds of Paradise, all the gifts and blessings that will

3    come once you achieve martyrdom, yes.

4    Q   And so these individuals that have committed sins under

5    the Islamic faith, if they commit a martyrdom, they then --

6    those sins are forgiven because they go to heaven and they get

7    the green birds, they got the black-eyed virgins, correct?

8    A   Correct.  Correct.

9    Q   So if you are a sinner, this is a good thing for you,

10   right?

11   A   That's how some of them believe it to be, yes.

12   Q   Just briefly on the issue of Azzam, wasn't the United

13   States on the side of Azzam when he was alive?  Azzam.

14   A   I think that's a slight simplification.  I would say that

15   the United States was supporting the Afghans against the

16   Soviets, that's for sure, so they were on the same side.

17        I think there was -- you know, I've never seen any

18   evidence.  I don't think anybody has ever really shown

19   evidence of direct support of Azzam, bin Laden, and the Arab

20   Mujahideen by the United States.

21        The United States used proxies to support everybody

22   that fought the Soviets.  In most cases that proxy was the

23   Pakistani government and Pakistani intelligence agencies.  So

24   they are on the same side, but I don't -- I'm not aware of any

25   evidence of direct support.

1    Q    There was a book of several years ago written on The

2    Falling Towers?

3    A    The Looming Tower.

4    Q    The Looming Towers?

5    A    Yeah.  Lawrence White.

6    Q    Won a Pulitzer Prize?

7    A    Right.

8    Q    History of al-Qa'ida and Osama bin Laden?

9    A    Best book on the subject.

10   Q    Best book.

11        And it does indicate that the United States actually

12   supported the side that Osama bin Laden was on at that time?

13   A    It supported the side.  I'm not sure it was direct

14   support, as I said.  I mean, to some degree you can argue --

15   Q    Well, The Looming Tower seemed to --  whoever the author

16   was of the Looming Tower --

17   A    Lawrence White.

18   Q    Right.  Seemed to imply that in a --

19   A    No.  I don't think it was -- I'm quoted in the book.  I

20   know the book very well.  I helped in the research.

21        No, I don't think that's what he said.  He said, of

22   course, we're on the same side.  There was some indirect

23   flirtation, you can argue.  I think that's the extent that he

24   would argue there was -- to some degree you can argue like the

25   U.S. has some groups in Syria now that are fighting Assad and

1    are Islamists, like Sabbatai Muslims, so -- and it doesn't

2    mean that just because they're both against Assad that they

3    are fighting together.

4    Q    The United States was going to at that particular time

5    would support pretty much anybody --

6    A    Yeah.

7    Q    -- who was going against the Soviet Union.

8    A    Absolutely.

9    Q    Okay.  You didn't mean to imply that CAIR, the Counsel on

10   American Islamic Relations, is a terrorist organization, did

11   you?

12   A    No.  No.  No.  I stated a fact that in 2007 it was

13   mentioned as an unindicted co-conspirator in the largest

14   terrorism financing case in U.S. history which is the Holy

15   Land Foundation case in Dallas, Texas.  That's all.

16   Q    But there's no findings against CAIR?

17   A    Because it was unindicted.

18   Q    Right.

19   A    Everything else in the --

20   Q    Yeah.

21   A    Absolutely.

22   Q    I mean you're a lawyer.  You know that if there had been

23   strong evidence, they would have been indicted.

24   A    Absolutely.

25   Q    Okay.  So you didn't mean to imply that there was

1   something wrong?

2   A   No.  But at the same time, I think it says something about

3   the organization.

4   Q   Okay.  In fact, CAIR is sometimes analogized to the ACLU?

5   A   By some, I guess.

6   Q   By some?

7   A   Depends by who.

8   Q   Did you read Peter Bergen's book on the United States of

9   Jihad?

10  A   It just came out.  I started reading it.  It literally

11  came out a few weeks ago.

12  Q   Did you notice that Dr. Sageman was mentioned numerous

13  times in there?

14  A   Yeah.  I did notice that.

15  Q   Actually, it even had his picture in there.

16  A   Yeah.

17  Q   I didn't see you mentioned in there.

18  A   No.  I don't think I am, yeah.

19  Q   Evan Kohlmann is not mentioned in there either, is he?

20         You don't know?

21  A   I didn't look for his name to be honest.

22  Q   Are you and Evan Kohlmann very close?

23  A   We're friends, yeah, absolutely.

24  Q   Been friends a long time?

25  A   Yes.

1   Q    And, in fact, you're familiar with the book that he wrote?

2   A    Oh, yeah.

3   Q    Okay.  Is it -- did you assist him in any of the research

4   he did in that book?

5   A    Yes.  I provided him some documents.

6   Q    Is that why he put you in the Acknowledgments of his book

7   back in 2004?

8   A    Exactly.  Exactly.

9        MR. MAYNARD:  I don't have any further questions.

10       THE COURT:  Any questions on redirect, Ms. Brook?

11       MS. BROOK:  Just very briefly.

12                    **REDIRECT EXAMINATION**

13  Q    Defense counsel asked you if you're friends with Evan

14  Kohlmann.  Are you also friends with Dr. Sageman?

15  A    Yes.  I would say so.

16       MS. BROOK:  I don't have any other questions.

17       THE COURT:  May Dr. Vidino be excused as a witness?

18       MS. BROOK:  Yes.

19       THE COURT:  Any objection?

20       MR. MAYNARD:  Yes -- no.

21       THE COURT:  Thank you very much, Dr. Vidino.

22       You may step down and you are excused as a witness.

23       (End of excerpt of proceedings.)

24                          * * *

25

C E R T I F I C A T E

    I, ELIZABETH A. LEMKE, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

    I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

    DATED at Phoenix, Arizona, this 27th day of June, 2016.


s/Elizabeth A. Lemke
ELIZABETH A. LEMKE, RDR, CRR, CPE