Daniel D. Maynard, No. 009211
**MAYNARD CRONIN ERICKSON**
**CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Suite 1800
Phoenix, Arizona 85012
(602) 279-8500

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States of America, | No. CR 15-00707-PHX-SRB |
|---|---|
| Plaintiff, | **MOTION TO DELAY RULING ON MOTION FOR NEW TRIAL AND ON SENTENCING** |
| v. | |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

Defendant, Abdul Malik Abdul Kareem ("Abdul Kareem"), by and through his undersigned counsel, moves this Court to delay the ruling on the Motion for New Trial and the Sentencing until after the Government has produced the additional documents that it contends it has and plans to turn over to the Defendant. At the oral argument on the Motion for New Trial, the Government acknowledged that it is in the process of declassifying certain documents that it has that will be turned over to the Defendant's counsel. The Government advised the Court on July 22, 2016 that it thought the documents would be available in approximately two to three weeks. Admittedly, the Government stated that it does not believe the documents are *Brady* material but the Defendant has no idea what he will receive. Since the Government has advised Defendant's counsel that it believes Defendant will add these documents to its Motion for New Trial, it appears the Government believes the documents are relevant.

Additionally, there are numerous complex issues that will be dealt with at the sentencing of the Defendant if the Motion for a New Trial is denied. For these reasons, the Defendant requests that the ruling on the Motion for New Trial be delayed until ten (10) days after the Government produces the documents it says it is declassifying and will produce and that the

1 sentencing be continued until twenty (20) days after the Court has ruled on the Motion for New Trial.

Further, undersigned counsel requests that the Court extend the time of sentencing, which is currently set for August 16, 2016 at 9:30 a.m., until after the evidence has been produced and the Court has ruled on the Motion for New Trial. Undersigned counsel has contacted the AUSA's office and do not have an objection to this motion.

This motion is made in good faith and not for purposes of delay. Local Rule 4.16 requires that any motion submitted for filing in a criminal case must contain a statement as follows: "Excludable delay under 18 U.S.C. § 3161(h)(1)(F) will occur as a result of this motion or of an order based thereon."

RESPECTFULLY SUBMITTED this 3rd day of August, 2016.

**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**

By /s/Daniel D. Maynard
    Daniel D. Maynard
    3200 North Central Avenue, Suite 1800
    Phoenix, Arizona 85012
    Attorney for Defendant

**ORIGINAL** of the foregoing e-filed this 3rd day of August, 2016 via ECF with:

Clerk of the Court
United States District Court
401 W. Washington
Phoenix, AZ 85003

**COPY** of the foregoing electronically delivered this 3rd day of August, 2016 via ECF with:

Kristen Brook
Joseph E. Koehler
U.S. Attorneys' Office
2 Renaissance Square
40 N. Central Ave., Ste. 1200
Phoenix, AZ 85004-4408
Attorneys for Plaintiff

By  /s/Stacey Tanner