UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

| | |
|---|---|
| **United States of America**, ) | |
| ) plaintiff. ) | **APPEAL** |
| ) | **CR15-00707-PHX-SRB** |
| vs. ) | Phoenix, Arizona |
| ) | March 17, 2016 |
| **Abdul Malik Abdul Kareem**, ) | 1:06 p.m. |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

BEFORE:  THE HONORABLE SUSAN R. BOLTON, JUDGE
REPORTER'S TRANSCRIPT OF PROCEEDINGS
JURY TRIAL - DAY 19
(Pages 2930 through 2937, Inclusive.)

**APPEARANCES:**
**For the Government:**
            U.S. ATTORNEY'S OFFICE
            By:  **Kristen Brook, Esq.**
                **Joseph Edward Koehler, Esq**.
            40 North Central Avenue, Suite 1200
            Phoenix, AZ   85004

**For the Defendant Abdul Malik Abdul Kareem:**
            MAYNARD CRONIN ERICKSON CURRAN & REITER PLC
            By: **Daniel D. Maynard, Esq.**
                **Mary Kathleen Plomin, Esq.**
            3200 North Central Avenue, Suite 1800
            Phoenix, AZ   85012

Official Court Reporter:
Elizabeth A. Lemke, RDR, CRR, CPE
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC 34
Phoenix, Arizona  85003-2150
(602) 322-7247
Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

**INDEX**

| | |
|---|---|
| **SUMMARY OF COURT PROCEEDINGS** | **PAGE:** |
| **JURY VERDICT** | Page 2932 |

**P R O C E E D I N G S**

(Called to the order of court at 1:06 p.m.)

(Open court, jury present.)

THE COURT: Good afternoon, ladies and gentlemen. Please sit down. The record will show the presence of the jury, counsel, and the defendant.

Juror No. 15, has the jury reached a verdict?

JUROR NO. 15: Yes, Your Honor.

THE COURT: Would you please hand the verdict forms to Sanessa.

The clerk will please read and record the verdicts, omitting the formal caption.

THE CLERK: We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, find the Defendant Abdul Malik Abdul Kareem guilty as charged in Count 1 of the Indictment of Conspiracy to Transport Firearms and Ammunition in Interstate Commerce with the Intent to Commit a Felony.

Signed by the Presiding Juror, dated March 17, 2016.

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, find the Defendant Abdul Malik Abdul Kareem guilty as charged in Count 2 of the Indictment of Aiding and Abetting the Transportation of Firearms and Ammunition in Interstate Commerce with the Intent to Commit a Felony.

If you find the defendant guilty of Aiding and

Abetting the Transportation of Firearms and Ammunition in Interstate Commerce with the Intent to Commit a Felony, we, the Jury, unanimously find that the defendant aided and abetted the transportation of firearms and ammunition.

Signed by the Presiding Juror, dated March 17, 2016.

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, find the Defendant Abdul Malik Abdul Kareem guilty as charged in Count 3 of the Indictment of Making False Statements to the Federal Bureau of Investigations.

If you find the defendant guilty of making false statements to the Federal Bureau of Investigations, we, the Jury, unanimously find that the Defendant made the following false statements:

That defendant did not know in advance that Simpson and Soofi planned to conduct an attack in Garland, Texas.

That Defendant did not know about an event, that is, the Muhammad Art Exhibit and Contest that was to take place in Garland, Texas, on or about May 3, 2015, until after Simpson and Soofi were killed while attempting to conduct an attack on the contest.

Signed by the Presiding Juror, dated March 15, 2016.

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, find the Defendant Abdul Malik Abdul Kareem guilty as charged in Count 4 of the

1  Indictment of Felon in Possession of a Firearm.
2          Signed by the Presiding Juror, dated March 15, 2016.
3          We, the Jury, duly empaneled and sworn in the
4  above-entitled action, upon our oaths, find the Defendant
5  Abdul Malik Abdul Kareem guilty as charged in Count 5 of the
6  Indictment of Conspiracy to Provide Material Support or
7  Resources to a Designated Foreign Terrorist Organization.
8          Signed by the Presiding Juror, dated March 16, 2016.
9          Is this your true and correct verdict, so say you one
10 and all?
11     **(Panel responds affirmatively)**
12          THE COURT:  Do counsel wish to people the Jury.
13          MR. MAYNARD:  Yes.
14          THE COURT:  Ladies and gentlemen, the courtroom
15 deputy will ask each of you a question.
16          Please answer the question "yes" or "no."
17          THE CLERK:  Is this your true verdict and verdict of
18 the jury?  Juror No. 1?
19          JUROR NO. 1:  Yes.
20          THE CLERK:  Juror No. 4?
21          JUROR NO. 4:  Yes.
22          THE CLERK:  Juror No. 5?
23          JUROR NO. 5:  Yes.
24          THE CLERK:  Juror No. 6?
25          JUROR NO. 6:  Yes.

```
 1              THE CLERK:  Juror No. 7?
 2              JUROR NO. 7:  Yes.
 3              THE CLERK:  Juror No. 8?
 4              JUROR NO. 8:  Yes.
 5              THE CLERK:  Juror No. 9?
 6              JUROR NO. 9:  Yes.
 7              THE CLERK:  Juror No. 10?
 8              JUROR NO. 10:  Yes.
 9              THE CLERK:  Juror No. 11?
10              JUROR NO. 11:  Yes.
11              THE CLERK:  Juror No. 13?
12              JUROR NO. 13:  Yes.
13              THE CLERK:  Juror No. 14?
14              JUROR NO. 14:  Yes.
15              THE CLERK:  And Juror No. 15?
16              JUROR NO. 15:  Yes.
17              THE COURT:  Ladies and gentlemen, on behalf of all of
18   the participants in this trial, I want to thank you for your
19   service to the community.
20              The admonition is now lifted.  You are free to
21   discuss this case with anyone you wish; or not discuss the
22   case, if that is what you wish.
23              If someone should approach you and ask you about the
24   case and you do not want to talk to them, please tell them
25   that and they will honor your request.
```

1           The rules of this court do not permit the lawyers in
2    the case to approach you to ask you anything about the case;
3    but, of course, nothing prohibits you, if you wish, to speak
4    to the lawyers or prohibit you to speak to anyone else if you
5    wish to do so.
6           But remember, again, you have the right not to speak
7    to anyone about the case if that is what you wish.
8           I'm going to ask after we recess that you leave your
9    juror badges behind and your notebooks.  We will make sure
10   that all of your notes are shredded.
11          Sentencing in this case will be on June 27, 2016, at
12   9:30 in the morning.
13          The Court requests that the Probation Department
14   perform a presentence investigation and report.
15          Ladies and gentlemen, you are free to leave as soon
16   as we recess.  But if any of you wish to stay, I would like to
17   come back into the jury room and personally thank all of you
18   for your service as jurors in this case and to answer any
19   questions that you might have that I am free to answer.
20          At this time court is in recess.
21          Again, ladies and gentlemen, thank you very much.
22       (Proceedings adjourned at 1:12 p.m.)
23                            * * *
24
25

C E R T I F I C A T E

I, ELIZABETH A. LEMKE, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 1st day of August, 2016.

s/Elizabeth A. Lemke
ELIZABETH A. LEMKE, RDR, CRR, CPE