# EXHIBIT 4



| HOME | NEWS | SPORTS | WEATHER | TRAFFIC | HEALTH | VIDEO | AUDIO | EAT.SEE.PLAY | TRAVEL | EVENTS | AUTOS | CONTESTS |

Local   Consumer News   Politics   Business   Health   Tech   Entertainment   Texas   National   World

SeaWorld — ADMISSION & DINING FOR ONE GREAT PRICE — BUY NOW

**NORTH TEXAS RAIN:** Current Conditions | Video Forecast | Radar | Traffic | Share Photos | Facebook | Twitter | App

# Security Guard Wounded In ISIS Attack: "FBI Responsible"

November 3, 2016 10:08 PM  By J.D. Miles

Filed Under: Annie Potasznik, Elton Simpson Nadir Soofi, Garland, Guns, ISIS, Shooting, SWAT, Terror Attack, war, Weapons

**LISTEN LIVE**



GLYDER — SWEAT IN STYLE. — SHOP NOW

**FOLLOW US ON**

✉ Sign Up for Newsletters

**GARLAND (CBSDFW.COM)** – The security guard who survived last year's ISIS terrorist attack on the Culwell Center in Garland said not only are the terrorists responsible but so is the FBI for his injuries and the attack itself.

"I feel like they are not coming clean," said Bruce Joiner about the FBI.

Joiner, 59, was the Garland school district security officer, shot in the leg by Elton Simpson and Nadir Soofi. The two ISIS recruits drove to the Culwell Center and started firing before they were killed by Garland Police. Joiner managed to help them stop Simpson and Soofi before they ever got close to the ballroom with about 200 people at a contest for cartoons of the Muslim prophet Muhammad. Joiner was treated at a hospital and released hours after suffering a lower leg wound.

But Joiner said there's more to what happened that day. He has now claimed that three officers told him an undercover FBI agent was following terrorists in another vehicle.

"I know that there was a third person. I know he had his life saved by claiming he was an FBI agent," said Joiner.

Joiner said Garland officers had guns pointed at the man dressed in Middle Eastern attire and quickly taken away by federal agents.

"He was detained put in the back of a squad car," said Joiner. "They put a bag over his head and took him away to another location."

But both the FBI and Garland Police have refused to confirm or deny that account.

Still Joiner is using that information as the basis for a possible lawsuit, accusing the FBI of allowing the violent plot to go forward.

"I think they allowed it to go too far," said Joiner.

"They are responsible… they have an intentional tort on their hands," said Trent Roberts, Joiner's attorney.

Roberts said the government has stonewalled him about its undercover activities before the attack.

The FBI arrest affidavit stated that an undercover agent was tracking the terrorists for weeks even sending a text urging them to quote "tear up Texas."

FBI Director   James Comey said Garland was sent a bulletin three hours before the attack warning that someone could be on their way.

Joiner believes and may soon try to prove in court that the FBI could have stopped it but chose not to.

"I don't know of any undercover agent that can allow their fellow officers and citizens to be fired upon in the course of an investigation you have to stop that before that happens," said Joiner.

Joiner said were it not for the quick thinking of Garland SWAT officers he believes the FBI would have blood on its hands.

The FBI had no response to our request for comment.

Joiner's attorney is asking for witnesses to come forward who can support a potential lawsuit.

He can be contacted at tips@robertsandwillie.com.

## MORE NEWS


Standoff In Grand Prairie Ends With 3 Suspects In Custody


Attorneys Sing About The Dangers Of Getting Busted With Marijuana Edible...


Walmart Sets Plan As Customers Seek Green Items

Powered by CBS

**J.D. Miles**