Daniel D. Maynard, No. 009211
**MAYNARD CRONIN ERICKSON
CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Suite 1800
Phoenix, Arizona 85012
(602) 279-8500
dmaynard@mmcec.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>Abdul Malik Abdul Kareem,<br><br>            Defendant. | No. CR 15-00707-PHX-SRB<br><br>**MOTION TO SEAL EXHIBITS 1, 2, 3 AND 5 TO DEFENDANT'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR NEW TRIAL BASED ON PROSECUTORIAL MISCONDUCT** |

Defendant, Abdul Malik Abdul Kareem, by and through his undersigned counsel, moves this Court to seal Exhibits 1, 2, 3 and 5 of his Supplemental Brief in Support of Motion for New Trial Based on Prosecutorial Misconduct. Counsel is under a Protective Order not to release information on witnesses in this matter.

This motion is made in good faith and not for purposes of delay. Local Rule 4.16 requires that any motion submitted for filing in a criminal case must contain a statement as follows: "Excludable delay under 18 U.S.C. § 3161(h)(1)(F) will occur as a result of this motion or of an order based thereon."

RESPECTFULLY SUBMITTED this 9th day of November 2016.

                      **MAYNARD CRONIN ERICKSON
                      CURRAN & REITER, P.L.C.**


                      By   /s/Daniel D. Maynard
                          Daniel D. Maynard
                          3200 North Central Ave., Suite 1800
                          Phoenix, Arizona 85012
                          Attorneys for Defendant

1. **ORIGINAL** of the foregoing e-filed this 9th day of November 2016.

By  /s/Stacey Tanner