Daniel D. Maynard, No. 009211
**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Suite 1800
Phoenix, Arizona 85012
(602) 279-8500
dmaynard@mmcec.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 15-00707-PHX-SRB |
| Plaintiff, | **REPLY TO MOTION TO SEAL EXHIBITS 1, 2, 3 AND 5 TO DEFENDANT'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR NEW TRIAL BASED ON PROSECUTORIAL MISCONDUCT** |
| v. | |
| Abdul Malik Abdul Kareem, | |
| Defendant. | **(Filed Under Seal)** |

Defendant, Abdul Malik Abdul Kareem ("Abdul Kareem"), by and through his undersigned counsel, does not believe that the Court should grant the Motion to Seal the Exhibits to the Supplemental Brief. Abdul Kareem's counsel only filed the motion based upon the order that was entered by this Court on August 6, 2015. (Dkt. No. 44) The August 6, 2015 Order provides that recorded conversations involving Abdul Kareem and others involving making reference to Abdul Kareem as well as "reports of interviews in the case" are designated as discovery materials. The Government contended that discovery materials in some instances contained information that would disclose the identity of juveniles as well as reveal personally identifying information of other individuals. Abdul Kareem does not believe that the exhibits to the supplemental brief provide any information about juveniles nor any identifying information about individuals that would be harmful. As the Government correctly sets out in its Response, some of the materials that have been designated as exhibits to the supplement are screen shots of communications between an uncover FBI employee (UCE) and both Elton

Simpson ("Simpson") and Erick Jamal Hendricks ("Hendricks"). Hendricks is a defendant in another action brought by the United States in the Northern District of Ohio. However, as the United States points out in its response Exhibit 1 is a public document from the Hendricks case filed in the Northern District of Ohio. That public record names the declarant, and how the UCE conducted his communications, the social media identifiers used by the UCE, Simpson and Hendricks. Exhibit 3 contains selected screen shots of the tweets between the UDC, Simpson and Hendricks but no other identifiers from those disclosed in Exhibit 1. Exhibit 5 is a redacted FD302 written by the UCE concerning his driving behind Simpson and Soofi in Garland, Texas at the time of their attack. There are no identifiers in the exhibit that have not already been redacted.

Thus, there does not appear to be any highly sensitive information involving investigations into ISIL and other foreign terrorist organizations within these documents. In fact, Abdul Kareem will be filing a reply to the Government's Response to the Supplemental Motion for a new trial on the basis that the Government was provided a new FD302 with copies of photographs taken by the UCE who was following Simpson and Soofi at the time of the attack in Garland, Texas. These materials were turned over to Abdul Kareem's counsel after the Supplement to the Motion for New Trial was filed and lead to the conclusion that the United States continues not to be forthcoming in turning over materials in a timely manner.

For all of these reasons, there is no basis for the exhibits to the Supplement to the Motion for New Trial to be filed under seal and not be part of the public record. There is no identifying information in there nor from what Abdul Kareem's counsel and experts can discern, is there any way to "reverse engineer" the undercover investigation as hypothesized by the United States. For all of these reasons, the Court should deny the Motion to Seal and make these documents part of the public record since they would have been used as exhibits at a trial.

This motion is made in good faith and not for purposes of delay. Local Rule 4.16 requires that any motion submitted for filing in a criminal case must contain a statement as follows: "Excludable delay under 18 U.S.C. § 3161(h)(1)(F) will occur as a result of this motion or of an order based thereon."

RESPECTFULLY SUBMITTED this 30th day of November 2016.

**MAYNARD CRONIN ERICKSON
CURRAN & REITER, P.L.C.**

By   /s/Daniel D. Maynard
        Daniel D. Maynard
        3200 North Central Ave., Suite 1800
        Phoenix, Arizona 85012
        Attorneys for Defendant

**ORIGINAL** of the foregoing e-filed this 30th day of November 2016.


By   /s/Stacey Tanner