# EXHIBIT 2

CR15-00707-PHX-SRB    STEWART WHITSON-PART#2    3-2-16

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
United States of America,      )
                               )
           Plaintiff,          )
                               )  CR15-00707-PHX-SRB
     vs.                       )  Phoenix, Arizona
                               )  March 2, 2016
Abdul Malik Abdul Kareem,      )
                               )
           Defendant.          )
                               )
_____)
```

BEFORE:  THE HONORABLE SUSAN R. BOLTON, JUDGE
EXCERPT OF REPORTER'S TRANSCRIPT OF PROCEEDINGS
JURY TRIAL - DAY #10
TESTIMONY:  SPECIAL AGENT STEWART WHITSON - PART #2
(Pages 65-120, Inclusive.)

APPEARANCES:
For the Government:
    U.S. ATTORNEY'S OFFICE
    By:  Kristen Brook, Esq.
         Joseph Edward Koehler, Esq.
    40 North Central Avenue, Suite 1200
    Phoenix, AZ   85004

For the Defendant Abdul Malik Abdul Kareem:
    MAYNARD CRONIN ERICKSON CURRAN & REITER PLC
    By: Daniel D. Maynard, Esq.
        Mary Kathleen Plomin, Esq.
    3200 North Central Avenue, Suite 1800
    Phoenix, AZ   85012

Official Court Reporter:
Elizabeth A. Lemke, RDR, CRR, CPE
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC 34
Phoenix, Arizona   85003-2150
(602) 322-7247
Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

1   Q   Well, and using the last witness Ali Soofi that we just
2   had, his first interview was taped.
3       Do you know whether or not the interview that was
4   done of him at the airport was taped?
5   A   I don't know.
6   Q   You would be the person, though, who all --
7       What is a 302?
8   A   A FD-302 is a report we generate whenever something occurs
9   that is potentially testimonial.
10      So if we talk to someone that could be potentially
11  testimonial, then we would write down that interview into our
12  form which we call an FD-302.
13  Q   And I'm just going to knock the "FD" off and call it a
14  "302" from now on in your cross.
15      Were you responsible for reviewing all of the 302s
16  that were generated in this investigation?
17  A   For the investigation of Mr. Kareem, yes.
18  Q   All right.  We'll get to that in a second.
19      But if an agent did something that generated a 302,
20  was that 302 then sent to you?
21  A   Not always.
22  Q   Okay.  Would it eventually come to you?
23  A   It depends.  So may I explain?
24  Q   Yes.  Give me a --
25  A   So, obviously, the initial investigation was the Simpson