# EXHIBIT 1

FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   09/15/2016

On May 3, 2015, Undercover Employee ▮▮▮▮▮ a special agent of the Federal Bureau of Investigation (FBI) operating in an undercover capacity, took two photographs while driving on Naaman Forest Boulevard in front of the Curtis Culwell Convention Center, Garland, Texas. ▮▮▮▮▮ took both pictures from a phone camera shortly before ELTON SIMPSON and NADIR HAMID SOOFI attacked security officials at the Curtis Culwell Convention Center. Both pictures include the western access point to the southern parking lot of the Convention Center, the location of the attack. While driving westbound on Naaman Forest Boulevard, ▮▮▮▮▮ took the first picture at 6:49 p.m. Central Standard Time according to the metadata of the photograph. While driving eastbound on Naaman Forest Boulevard, ▮▮▮▮▮ took the second picture at 6:50 p.m. according to the metadata of the photograph. ▮▮▮▮▮ estimates that the second picture was taken less than 30 seconds before the shooting. Both pictures are attached to this serial.



Investigation on   05/03/2015   at ▮▮▮▮▮

File # ▮▮▮▮▮                                      Date drafted   09/14/2016

by ▮▮▮▮▮

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



000865



000866