**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Abdul Malik Abdul Kareem,<br><br>    Defendant. | No. CR-15-00707-001-PHX-SRB<br><br>**ORDER** |

The Court has reviewed Defendant's Motion to Seal Exhibit 1 to Reply Supplemental Brief [Doc. 453].

IT IS ORDERED denying Defendant's Motion. The exhibit does not appear to disclose witness information because the witness identity is already redacted.

IT IS FURTHER ORDERED that Defendant's Motion to Seal, this Order and Exhibit 1 shall be placed on the public docket.

Dated this 23rd day of December, 2016.

_____
Susan R. Bolton
United States District Judge