Phoenix Division

 **CR 15 / 00707 / 1 PHX SRB**     DATE: 1-24-17
Year    Case No.   Dft #

U.S. DISTRICT JUDGE: SUSAN R. BOLTON

USA v.   Kareem, Abdul Malik Abdul
       Last Name     First Name    Middle Initial
DEFENDANT: X Present_ Not Present _ Released X Custody __Writ

Deputy Clerk: Maureen Williams     Court Reporter Liz Lemke

U.S Attorney:    Joseph Koehler and Kristen Brook with case agent Stewart Whitson

Defense counsel:  Daniel Maynard
   _ AFPD  X  Appointed _ Retained

Interpreter:_     Language:_
=============================================================================
**PROCEEDINGS**:  X Open Court   _ SEALED

This is the time set for Sentencing. Defendant's objections to the presentence investigation report are argued to the Court. Government's counsel advises the Court that the Government concedes the hate crime enhancement does not apply. The Court rules as follows: sustaining objection to victim related adjustment pursuant to U.S.S.G. §3A1.1(a); overruling objection requesting an adjustment for acceptance of responsibility; overruling objection regarding the 2 level role adjustment pursuant to §3B1.5(1). Regarding the objection to the base offense level calculation, the Court finds the base offense level is 38 because the cross reference applied under U.S.S.G. §2M5.3 is U.S.S.G. §2A1.2 (Second Degree Murder) rather than U.S.S.G. §2A1.1 (First Degree Murder). Regarding the 12 level adjustment pursuant to §3A1.4(a), the Court directs counsel to file simultaneous memoranda no later than **5:00 p.m. February 2, 2017,** concerning its applicability after considering the statutory definition of the term "federal crime of terrorism" in 18 U.S.C. §2332b(g)(5). IT IS FURTHER ORDERED continuing Sentencing from this date to **February 8, 2017, at 10:00 a.m.**

Defendant's pro se Motions to Dismiss Counsel are discussed. Defendant advises the Court he wishes to withdraw the motions and have Mr. Maynard represent him through sentencing.


Hearing held 1:29 p.m. to 2:35 p.m.