FILED

UNITED STATES COURT OF APPEALS

APR 21 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee/<br>        Cross-Appellant,<br><br> v.<br><br>ABDUL MALIK ABDUL KAREEM,<br>AKA Decarus Thomas,<br><br>        Defendant-Appellant/<br>        Cross-Appellee. | Nos. 17-10067; 17-10118<br><br>D.C. No. 2:15-cr-00707-SRB<br>District of Arizona,<br>Phoenix<br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion of appellant/cross-appellee's counsel, Daniel D. Maynard, Esq., to associate counsel is construed as a motion for appointment of additional counsel for these cross-appeals. So construed, the motion (Docket Entry No. 9) is granted. The court has determined that it is necessary and in the interest of justice to appoint an additional attorney to represent appellant/cross-appellee in these proceedings. *See* 7A Guide to Judiciary Policy § 230.53.20. Counsel will be appointed by separate order.

The Clerk shall electronically serve this order on the appointing authority for the District of Arizona, who will locate appointed counsel. The appointing

authority shall send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at [counselappointments@ca9.uscourts.gov](mailto:counselappointments@ca9.uscourts.gov) within 14 days of locating counsel.

The first brief on cross-appeal is due July 14, 2017; the second brief on cross-appeal is due August 14, 2017; the third brief on cross-appeal is due September 13, 2017; and the optional reply brief is due within 14 days after service of the third brief on cross-appeal.