United States

v.                                              Case No. 2:15-cr-00707-SRB

Abdul Malik Abdul Kareem

ATTACHMENT 4

Form FD-302 Drafted 4/10/2015 and Unclassified on 8/12/2016 in United States v. Erick Jamal Hendricks
Doc. 000851

FD-302 (Rev. 5-8-10)

- 1 of 3 -



# FEDERAL BUREAU OF INVESTIGATION

Date of entry     04/10/2015

▓▓▓▓ From March 24, 2015 to April 9, 2015, Undercover Employee number ▓▓▓▓ a special agent of the Federal Bureau of Investigation (FBI) operating in an undercover capacity, communicated with one associate of ▓▓▓▓. This associate has been in communication with Twitter handle ▓▓▓▓, Twitter screen name ▓▓▓▓, and Twitter handle ▓▓▓▓, Twitter screen name ▓▓▓▓, which are both known to be used by ▓▓▓▓. This associate has used Twitter handles @sham_reason and @sahabahtimesnow and Twitter screen name "overyournoses". This same associate has used ▓▓▓▓ (an encrypted instant messaging application) screen names "shamreason", "lovethehaqq", and "cantdeny". This associate has also used ▓▓▓▓ (end-to-end encryption instant messaging application with self-destructing messages) screen name "hereafter".

▓▓▓▓ On March 24, 2015, UCE-▓▓▓▓ noticed that Twitter handle @sham_reason was an associate of ▓▓▓▓'s Twitter handle ▓▓▓▓. Twitter handle @sham_reason posted his ▓▓▓▓ screen name as "shamreason". UCE-▓▓▓▓ initiated contact with ▓▓▓▓ "shamreason". In order to determine if UCE-▓▓▓▓ was a "spy", ▓▓▓▓ "shamreason" questioned UCE-▓▓▓▓ about Islamic knowledge, including the Fiqh ruling on spying. ▓▓▓▓ "shamreason" also requested UCE-▓▓▓▓ Twitter handle in order to "research" him. ▓▓▓▓ "shamreason" explained that the challenging of Islamic knowledge and research of online profiles was necessary amongst the "brothers" before allowing UCE-▓▓▓▓ to go to "the next level." ▓▓▓▓ "shamreason" asked UCE-▓▓▓▓ if he knew "Amriki". At the conclusion of this conversation, ▓▓▓▓ "shamreason" deleted the ▓▓▓▓ account, erasing all of his comments. Consequently, UCE-▓▓▓▓ was unable to preserve the comments of ▓▓▓▓ "shamreason". The writer did preserve his comments to ▓▓▓▓ "shamreason", which are documented in a 1A attachment.

▓▓▓▓ On April 8, 2015, UCE-▓▓▓▓ interacted with Twitter handle ▓▓▓▓ and Twitter handle @sahabahtimesnow on Twitter. Twitter handle

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 08-12-2016 BY F22M45K35 NSICG

Per CTD redactions - request dated 8/3/2016

Investigation on   04/09/2015   at   ▓▓▓▓

File #   ▓▓▓▓                          Date drafted   04/09/2015

by   ▓▓▓▓

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

000851