| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JUN 21 2018 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>ABDUL MALIK ABDUL KAREEM, AKA Decarus Thomas,<br><br>        Defendant-Appellant. | No.   17-10067<br><br>D.C. No.<br>2:15-cr-00707-SRB-1<br>District of Arizona,<br>Phoenix<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>ABDUL MALIK ABDUL KAREEM, AKA Decarus Thomas,<br><br>        Defendant-Appellee. | No.   17-10118<br><br>D.C. No.<br>2:15-cr-00707-SRB-1 |

The defendant's motion (Docket Entry No. 55) to stay appellate proceedings so that the district court may consider a motion for new trial is granted. The remainder of the previously established briefing schedule is vacated.

Appellate proceedings are stayed until September 17, 2018. At or prior to the expiration of the stay, the defendant may file a status report and motion for further relief. The remaining briefing schedule will be reset in a future order.

tah/6.18.18/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7