ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOSEPH E. KOEHLER
Assistant U.S. Attorney
Arizona State Bar No. 013288
KRISTEN J. BROOK
Assistant U.S. Attorney
Arizona State Bar No. 023121
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Joe.Koehler@usdoj.gov
Email: Kristen.Brook@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-15-00707-SRB |
|---|---|
| Plaintiff, | |
| vs. | **MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE** |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

The United States of America, by and through undersigned counsel, respectfully requests an extension of time to Respond to Defendant's Motion for a New Trial Based on Newly Discovered Evidence (CR 505). Counsel for the government require additional time to review and research defendant's claim in his motion in order to prepare a proper response. Accordingly, the government requests an extension of time to respond to the motion until July 19, 2018.

Undersigned counsel has communicated with Daniel Drake, counsel for the defendant, and he does not object to an extension of time.

/

/

/

Excludable delay under 18 U.S.C. § 3161(h) will not occur as a result of this motion or an Order based thereon.

Respectfully submitted this 25 day of June, 2018.

ELIZABETH A. STRANGE<br>
First Assistant United States Attorney<br>
District of Arizona<br><br>
<i>s/ Joseph E. Koehler</i><br>
JOSEPH E. KOEHLER<br>
KRISTEN BROOK<br>
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

Daniel R. Drake
Daniel Maynard
Counsel for Defendant

<i>s/JEK/tah</i>
U.S. Attorney's Office