IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Abdul Malik Abdul Kareem,<br><br>　　　　　Defendant. | CR 15-00707-1-PHX-SRB<br><br>**ORDER** |

Pursuant to the Government's Motion to for Extension of Time and good cause appearing,

**IT IS HEREBY ORDERED** granting the Government's Motion for Extension of Time to Respond to Defendant's Motion for New Trial Based on Newly Discovered Evidence (Doc. 507).

**IT IS FURTHER ORDERED** extending the Government's time to respond to the Defendant's Motion for New Trial Based on Newly Discovered Evidence to **July 19, 2018**.

Dated this 26th day of June, 2018.

_____
Susan R. Bolton
United States District Judge