ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOSEPH E. KOEHLER
Assistant U.S. Attorney
Arizona State Bar No. 013288
KRISTEN J. BROOK
Assistant U.S. Attorney
Arizona State Bar No. 023121
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Joe.Koehler@usdoj.gov
Email: Kristen.Brook@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Abdul Malik Abdul Kareem,<br><br>Defendant. | CR-15-00707-PHX-SRB<br><br>**STIPULATION TO STAY BRIEFING ON DEFENDANT'S MOTION FOR A NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE** |

The United States of America and the defendant, Abdul Malik Abdul Kareem, by and through undersigned counsel, stipulate and agree to an order staying the briefing schedule for Kareem's Supplemental Motion for New Trial. Counsel for the government recently obtained and disclosed to Kareem Jencks material from the trial of United States v. Erick Jamal Hendricks in the Northern District of Ohio. Defense counsel are reviewing the materials to determine whether the defense wishes to file an addendum to the Supplemental Motion for New Trial or seek further disclosures. Further, the prosecution team is preparing for trial in United States v. Wahid, 2:17-cr-00360-JJT, scheduled to start September 5, 2018. All counsel agree it would be in the interest of judicial economy to have the defense motion fully briefed, including any addendum, before requiring the government to respond.

1  Excludable delay under 18 U.S.C. § 3161(h) will not occur as a result of this
2  stipulation or of an Order based thereon.
3  Respectfully submitted this 1st day of August, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

 *s/ Daniel D. Maynard*                             *s/ Joseph E. Koehler*
Daniel D. Maynard                                   JOSEPH E. KOEHLER
Daniel R. Drake                                     KRISTEN BROOK
Counsel for Defendant                               Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of August, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

Daniel D. Maynard
Daniel R. Drake
Counsel for Defendant

 *s/JEK/nh*
U.S. Attorney's Office

- 2 -