# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Abdul Malik Abdul Kareem,<br><br>　　　　　　Defendant. | CR 15-00707-1-PHX-SRB<br><br>**ORDER** |

　　Upon second motion of defendant Abdul Malik Abdul Kareem, and good cause appearing,

　　**IT IS ORDERED** granting Defendant's Second Motion to Appoint Counsel for Defendant Abdul Malik Abdul Kareem, and Daniel R. Drake is appointed pursuant the Criminal Justice Act, 18 U.S.C. § 3006A as co-counsel to represent Defendant in connection with his Supplemental Motion for New Trial (Doc. 505) effective April 2, 2018, *nunc pro tunc*.

　　The Court finds excludable delay under 18 U.S.C. § 3161___ from _ to _.

　　Dated this 1st day of August, 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Susan R. Bolton
　　　　　　　　　　　　　　　　　　　United States District Judge