IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Abdul Malik Abdul Kareem,<br><br>  Defendant. | CR 15-00707-1-PHX-SRB<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Stay Briefing on Defendant's Motion for a New Trial Based on Newly Discovered Evidence (Doc. 514), and good cause appearing,

**IT IS HEREBY ORDERED** staying the briefing on Defendant's Motion for New Trial Based on Newly Discovered Evidence for a period of 60 days, to **October 1, 2018**.

Dated this 3rd day of August, 2018.

_____
Susan R. Bolton
United States District Judge