United States v. Abdul Malik Abdul Kareem

2:15-cr-00707-SRB

# EXHIBIT 2

**From:** **Brook, Kristen (USAAZ)** Kristen.Brook@usdoj.gov 🚩
**Subject:** RE: Kareem - Request for additional disclosures
**Date:** September 10, 2018 at 2:23 PM
**To:** danieldrake1@me.com, dmaynard@mmcec.com
**Cc:** Koehler, Joe (USAAZ) Joe.Koehler@usdoj.gov



Dan,

Good afternoon. Joe and I are in receipt of your September 6, 2018 request for additional disclosure. We do intend to respond to your requests and provide additional information to you where appropriate. Please know we anticipate our response to be substantive and complete, as such it will take us a few weeks to complete our response to you.

Let us know if you have any additional requests or questions in the interim. As always, please cc me on correspondence. Joe and I work together and tag team, so you will receive a faster response if I too receive the communication. ☺

Hope all is well.

Best,

**Kristen Brook**
National Security Section
United States Attorney's Office
District of Arizona
Ph: (602) 514-7503

---

**From:** Koehler, Joe (USAAZ)
**Sent:** Thursday, September 6, 2018 1:38 PM
**To:** Brook, Kristen (USAAZ) <KBrook@usa.doj.gov>
**Subject:** Fwd: Kareem - Request for additional disclosures

Begin forwarded message:

> **From:** Daniel Drake <danieldrake1@me.com>
> **Date:** September 6, 2018 at 1:24:09 PM MST
> **To:** Joe Koehler <joe.koehler@usdoj.gov>
> **Cc:** Dan Maynard <dmaynard@mmcec.com>
> **Subject: Kareem - Request for additional disclosures**
>
> Joe, attached below is our request for further disclosures based on your July 26, 2018, disclosures and the testimony and statements at the trial of USA v. Erick Jamal Hicks. Please let me know if you have any questions regarding the request, or any difficulty accessing it.
>
> As always, feel free to call me about this.