United States v. Abdul Malik Abdul Kareem

2:15-cr-00707-SRB

# EXHIBIT 4

```
                     UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF OHIO
                          EASTERN DIVISION


UNITED STATES OF AMERICA,

            Plaintiff,            Case No. 1:16CR265
                                  Akron, Ohio
     vs.                          Tuesday, March 13, 2018

ERICK JAMAL HENDRICKS,

            Defendant.


                        TRANSCRIPT OF TRIAL
              VOLUME 8, PAGES 1279 THROUGH 1492
              BEFORE THE HONORABLE JOHN R. ADAMS
                 UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:   Matthew W. Shepherd
                      Office of the U.S. Attorney - Cleveland
                      Carl B. Stokes U.S. Courthouse
                      801 Superior Avenue, West, Suite 400
                      Cleveland, Ohio 44113
                      (216) 622-3600

                      Mark S. Bennett
                      Office of the U.S. Attorney - Akron
                      2 South Main Street, Room 208
                      Akron, Ohio 44308
                      (330) 375-5716

                      Rebecca A. Magnone
                      U.S. Department of Justice
                      960 Pennsylvania Avenue, NW
                      Washington, DC 20530
                      (202) 353-9472

For the Defendant:    David L. Doughten
                      Attorney at Law
                      4403 St. Clair Avenue
                      Cleveland, Ohio 44103
                      (216) 361-1112
```

1 justpasteit?

2 A. Yes, ma'am.

3 Q. I see the title of the document is "The New Era."
4 Where did that come from?

5 A. He told me that he wanted it to be known -- to put out
6 there for it to be known that it was going to be a new
7 America and new things were coming. So he said put
8 something to make it known to everyone. So I came up with
9 the title.

10 Q. So you were the person who actually came up with the
11 title?

12 A. Yes, ma'am.

13 Q. But he asked you to create a title; is that correct?

14 A. Right.

15 Q. Did there come a time when the author of this document
16 wanted to make some changes?

17 A. Yes, there was a time after I had wrote it, he wanted
18 to remove some information.

19 Q. And do you remember what those changes were?

20 A. Yes. He wanted to remove the information about how
21 many years the boys who participated had been Muslims and
22 also he wanted me to insert the flag, that the Islamic State
23 use.

24 Q. Okay. Can we go to Government Exhibit 53, please?
25 Do you recognize this document?

1  A. Yes, ma'am.

2  Q. And what is it?

3  A. That's the updated message after removing and placing

4  the flag.

03:31:25 5  Q. Okay. So this is the document -- and did you post

6  this document on behalf of ummahonelove?

7  A. Yes, ma'am.

8  Q. And is this the flag that you were referring to?

9  A. Yes, ma'am.

03:31:35 10 Q. Where did you get that?

11 A. He said to use the flag that they always use, that

12 ISIS always uses in their platform and for justpasteit. So

13 I down loaded it from Google and pasted it.

14 Q. Can we go to back to Exhibit 52 and zoom in on the

03:31:58 15 third paragraph.

16    So the last sentence there starting with the

17 "Disbelievers," can you read us that sentence, please?

18 A. Yes. "The disbelievers who shot our brothers in

19 Arizona, a new Muslim of two years and another of 11 years."

03:32:11 20   Do you want me to go on?

21 Q. No, that's okay. Is that the information he requested

22 you change?

23 A. Yes, ma'am.

24 Q. Can we go back to Exhibit 53, please?

03:32:19 25   And can we please zoom in on the third paragraph there

1 as well?

2 So page 2.

3 So can you read us the last sentence there?

4 A. "The disbelievers who shot our brothers think that you

5 killed someone untrained, nay, they gave you their bodies in

6 plain view because we were watching."

7 Q. So that information regarding the brothers and how

8 long they had been Muslims was removed; is that correct?

9 A. Yes, ma'am.

10 Q. Okay.

11 You can take that down.

12 So as you're communicating with this person and making

13 these changes, did it appear to you -- was there anything

14 about that that made you think that maybe he was the author?

15 Or did you still believe that it was one of the deceased

16 gunmen?

17 A. For me later on, when I started thinking about it, I

18 started thinking maybe it was just him really wanting to put

19 himself out there and get recognition.

20 Q. Okay. And I'm going to go back to Exhibit 49, please,

21 page 9.

22 So these were the initial texts that we were looking

23 at. Can you tell us what date these texts took place?

24 A. You mean the ones that are written on here?

25 Q. Right. So he is gone from Twitter and then you talk

1 about his Surespot name?
2 A. Oh, okay.
3 Q. What date is that?
4 A. May 5.
5 Q. Is that what that says?
6 A. Okay. May 6. Yes, I told him about it the day after
7 that my picture had been put out there.
8 Q. Okay. And we'll get to that in a minute. But this
9 was after you had posted the initial documents for the
10 ummahone?
11 A. Yes, ma'am.
12 Q. Is that correct?
13 A. Yes, ma'am.
14 Q. So you posted the link to justpasteit. Did you ever
15 delete the post?
16 A. Yes, I deleted it two times. And the two times
17 were -- the first two times were right together. I just
18 felt very uneasy and uncomfortable with the contents. And I
19 deleted it.
20 And then after the second time of deleting it, he
21 messaged me and asked why did I take it down, that it needed
22 to be put up there.
23 Q. Okay. We're going to slow down a little bit.
24 So, if I understand you correctly, you posted it. You
25 took it down. And then you posted it again?

1  A.    Yes, ma'am.

2  Q.    So that first time, why did you take it down?

3  A.    Both of the first and the second time I felt like very

4  uncomfortable. I didn't like what was in it and I just

5  didn't feel it was right to put up there.

6  Q.    What didn't you like that was in it?

7  A.    I didn't like the contents of it, especially when it

8  was talking about that there was soldiers all over and that

9  any attack could happen at any time. I was just very uneasy

10  and very uncomfortable.

11  Q.    So you put it up, took it up, put it up, took it down?

12  A.    Yes, ma'am.

13  Q.    And the person who was ummahonelove reached out to

14  you; is that correct?

15  A.    Yes, ma'am.

16  Q.    And what did he say to you?

17  A.    He said why did I take it down. It needed to be put

18  up there, that it needed to be put back up there

19  immediately.

20  Q.    And did he explain why?

21  A.    He said that their message needs to get out and we

22  don't want to be forgotten.

23        And then there was a time where he gave me user names

24  to tag into the post.

25  Q.    Okay. And I'll ask you about that in a minute.

1    So when you -- after he told you that it had to go
2    back up, did you put it back um?
3    A.   Yes.  I felt scared, like I had to, just very
4    pressured.  The whole situation was just very uneasy.
5    Q.   And he told you, you just mentioned, that he asked you
6    to tag some people; is that correct?
7    A.   Yes, he gave me about 13 user names.  He said to tag
8    them into the posts.  He wanted because there were people
9    who had a big following.  And some of them, I guess, claimed
10   to be over in Syria.  And he wanted them to know, to get the
11   message.
12   Q.   Can you explain to us this concept of tagging, just
13   for those of us that are not as familiar?
14   A.   Yes, on tagging, if you're writing a post or posting a
15   link, you can just type in user names, like you type "at."
16   And then user names, and it will bring up the like in a
17   mentioning.
18   Q.   Okay.  So they'll get some kind of message that
19   indicates that they were tagged in a post; is that correct?
20   A.   Right, yes, ma'am.
21   Q.   At any point, did he ask you to send the link to any
22   prominent known ISIS supporters?
23   A.   Yes, he wanted it to go to Abu Hussain so he asked me
24   to message Abu Hussain.
25   Q.   And Abu Hussain is A-B-U, H-U-S-S-A-I-N.  Is that

1  correct?
2  A. Yes, ma'am.
3  Q. Did Abu Hussain have another name?
4  A. Yes, Junaid Hussain.
5  Q. And who was Junaid Hussain?
6  A. From what I read and searched online, he was a fighter
7  in Syria and the one who started the cyber caliphate.
8  Q. And was there anybody else?
9  A. Yes, his wife, Umm Hussain.
10 Q. And Umm is U-M-M?
11 A. Yes, ma'am.
12 Q. Hussain, H-U-S-S-A-I-N?
13 A. Yes, ma'am.
14 Q. And did she go by any other names?
15 A. Yes, Sally Jones.
16 Q. And as far as you knew, who was she, other than his
17 wife?
18 A. I believe that she was a fighter with him, but she,
19 from where she came from, she was a former singer of a
20 group.
21 Q. Okay. And did you tag these people that he requested
22 you to tag?
23 A. Yes, ma'am.
24 Q. And did either of them respond to you?
25 A. Later on, I messaged -- he instructed that I should

1  message her because nobody was really responding.  So I
2  messaged the Umm Hussain on Twitter.
3  Q.   So her being Umm Hussain or Sally Jones?
4  A.   Correct.
5  Q.   And you said you messaged her, so you sent her a
6  direct message?
7  A.   Yes, ma'am.
8  Q.   Had you messaged her before?
9  A.   No, ma'am.
10 Q.   Did she respond to your message?
11 A.   Yes, ma'am.
12 Q.   What was her response?
13 A.   She seemed pleased with the message itself.  But she
14 also seemed like scared for me to post it.  And instructed
15 me later on that if I was going to post information to use a
16 VPN.
17 Q.   What is a VPN.
18 A.   A VPN is a way to disguise your location.
19 Q.   Was that the end of your communication with this
20 woman?
21 A.   Yes, just basically speaking about that and she was
22 saying that she didn't think it was the boy who participated
23 who wrote it.  That she also, as well, thought it was he to
24 wrote the letter.
25 Q.   He being who?

1  A.   The oneummah, the one that gave the information.
2  Q.   Okay.  When was your last communication with
3  ummahonelove?
4  A.   My last communication was on May 5, the day that I
5  last posted that, like an hour after posting that, someone
6  saw that it came from my account and had followed somehow
7  and posted a picture of me.  And he messaged me, and I said,
8  "Do you think anyone is going to come for me over this?"
9  And he said, "Yes, I do."
10 Q.   Okay.  So I want to back you up a little bit.
11      So somebody figured out that you posted the link; is
12 that correct?
13 A.   Yes, ma'am.
14 Q.   And that person posted a picture of you as the person
15 that posted the link?
16 A.   Yes, ma'am.
17 Q.   So at that point you reached out to the oneummahlove;
18 is that correct?
19 A.   Yes, ma'am.
20 Q.   And what did you tell him?
21 A.   I told him that they had put my picture up, that I was
22 scared.  And he said that -- I said -- I asked him, "Do you
23 think they're going to come for me?"  And he said, "Yes, I
24 do."
25      Do you want me to go further into that?

1  Q. Well, did he say anything else?
2  A. Yes. He said that if I had a way, he had land up
3  north that I could go there, that I should try to go there.
4     Do you want me to go through like all of it?
5  Q. If there is anything else that he said in response to
6  that, question, please tell us.
7  A. I said I didn't have any money, and I wasn't looking
8  to travel.
9     He said he didn't -- he said he didn't have any money.
10 And I said I wasn't asking for any money and I wasn't
11 looking to travel.
12    And then he said just get your guns and be prepared to
13 fight them at home.
14    And he said, when they come be prepared to fight them
15 to the death and join your brothers in jannah.
16 Q. And what is jannah?
17 A. Arabic for heaven.
18 Q. And how do you spell that?
19 A. J-A-N-N-A-H.
20 Q. Can we turn to Government Exhibit 44, please.
21    Can you just make this box a little bigger.
22    Ms. Amaro, do you see where it says "go to a sis page
23 on Twitter ummzidane"?
24 A. Oh, yes. Yes, ma'am.
25 Q. And is this your Twitter name, ummzidane?

1  A. Yes, ma'am.
2  Q. Can we turn to page 3 of Exhibit 44, please.
3  Is this your Twitter page from May 5, 2015?
4  A. Yes, ma'am.
03:41:29 5  Q. And is that justpasteit link the link to the New Era
6  document?
7  A. Yes, ma'am.
8  Q. And can you explain why it says anonymous90?
9  A. Yes. There was different times, like when I had the
03:41:46 10  first original form of the justpasteit, and then I made the
11  corrections, I redid it again.
12  Like one time, I think it was anonymous13 the first
13  and anonymous90 the second time.
14  When he --
03:41:59 15  Q. Go ahead.
16  A. When he instructed me to add the flag and all.
17  Q. Okay. So this is the version that had the ISIS flag
18  on it?
19  A. Yes, ma'am.
03:42:04 20  Q. And anonymous is just so you don't have to post your
21  name?
22  A. Yes, ma'am.
23  Q. Could you have posted your name if you wanted to or
24  does everybody post --
03:42:13 25  A. Usually everyone just uses anything. Not their names.