# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-00707-001-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

The Court is in receipt of Defendant's pro se Motion to Dismiss Counsel filed January 2, 2019 (Doc. 523) and Defendant's Motion to Preclude Government *Ex Parte* Submission Under CIPA Absent Defense Participation filed January 15, 2019 (Doc. 522). No responses have been filed regarding said motions.

IT IS ORDERED directing Defense counsel to file a response to Defendant's pro se Motion and Government's counsel to file a response to Defendant's Motion to Preclude no later than **February 11, 2019.**

Dated this 1st day of February, 2019.

_____
Susan R. Bolton
United States District Judge