# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br>v.<br>Abdul Malik Abdul Kareem,<br>    Defendant. | 2:15-cr-00707-1-SRB<br>**ORDER** |

Pursuant to the Third Unopposed Motion to Extend Stay of Briefing of Supplemental Motion for New Trial, and good cause appearing,

IT IS ORDERED  granting in part and denying in part Defendant's Motion (Doc. 530).

IT IS FURTHER ORDERED that the supplemental briefing is not stayed. Defendant's supplemental brief shall be filed no later than April 26, 2019. No further extensions will be granted.

Dated this 22nd day of February, 2019.

_____
Susan R. Bolton
United States District Judge