DANIEL R DRAKE
DRAKE LAW, PLC
4340 East Indian School Road
Suite 21-113
Phoenix, Arizona 85018
drakelawplc@gmail.com
Arizona State Bar No. 003781
Telephone (602) 881-5341
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Abdul Malik Abdul Kareem,<br><br>    Defendant. | 2:15-cr-00707-SRB<br><br>**Notice of Withdrawal of Defendant's Pro Se Motion to Dismiss Counsel (Doc. 523)** |

    Defendant Abdul Malik Abdul Kareem hereby gives notice that he no longer wishes to dismiss his counsel and withdraws his pro se Motion to Dismiss Counsel (Doc. 523). A copy of his signed statement confirming that is attached.

    Respectfully Submitted this 24th day of February 2019.

MAYNARD CRONIN ERICKSON      DRAKE LAW, PLC
CURAN & REITER, P.L.C.

s/Daniel D. Maynard      s/Daniel R. Drake
DANIEL D. MAYNARD      DANIEL R. DRAKE

1

# M E M O R A N D U M

On February 19, 2019, attorneys Daniel D. Maynard and Daniel R. Drake met with Abdul Malik Abdul Kareem at FCI Florence in Florence, Colorado, regarding his case and his motion to dismiss counsel. At the end of the conference Mr. Abdul Kareem adopted and signed a statement evidencing his wish to withdraw his motion to dismiss counsel. That document is attached as Exhibit 1.

Respectfully Submitted this 24th day of February 2019.

DRAKE LAW, PLC

*s/Daniel R. Drake*
DANIEL R. DRAKE

Certificate of Service

I hereby certify that on November 27, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants:

AUSA Joseph E. Koehler
AUSA Kristen Brook

I further certify that I placed a copy of this Notice and its Exhibit by first class letter, postage prepaid, to:

    Adbul Malik Abdul Kareem  #44126-408
    FCI Florence
    Federal Correctional Institution
    PO Box 6000
    Florence, CO  81226

s/Daniel R. Drake