# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-00707-001-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

The Court is in receipt of Defendant's Notice of Withdrawal of Defendant's Pro Se Motion to Dismiss Counsel (Doc. 532).

IT IS ORDERED withdrawing Defendant's pro se Motion to Dismiss Counsel (Doc. 523).

Dated this 25th day of February, 2019.

_____
Susan R. Bolton
United States District Judge