# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-00707-001-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

Defendant filed his Amended Motion to Compel Disclosure (Doc. 525) requesting that the Court compel the Government to disclose 15 categories or items of documents that primarily involve the FBI, Elton Simpson and Erick Hendricks. The motion states that the requested documents are "material to the preparation of the defense" yet the motion provides no further explanation. The legal analysis section cites well-established cases about Government disclosure obligations but does nothing to tie those obligations to the items requested. The Reply does little to cure these deficiencies. The four categories the 15 items fall into as summarized by Defendant in his Reply all involve the FBI's investigation of Elton Simpson but fails to tie the items to any possible defense to the Defendant's crimes. The Reply concludes with additional requests for Government disclosure, which the Court will not address since they are raised for the first time in a Reply to which the Government has no opportunity to respond.

…
…
…
…

1    IT IS ORDERED denying Defendant's Amended Motion to Compel Disclosure
2 (Doc. 525).
3    Dated this 27th day of March, 2019.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge