MICHAEL BAILEY
United States Attorney
District of Arizona

KRISTEN BROOK
Assistant U.S. Attorney
Arizona State Bar No. 023121
JOSEPH E. KOEHLER
Assistant U.S. Attorney
Arizona State Bar No. 013288
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: kristen.brook@usdoj.gov
Email: joseph.koehler@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>ABDUL MALIK ABDUL KAREEM,<br><br>Defendant. | CR- 15-0707-PHX-SRB<br><br>**MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S SUPPLEMENTAL MOTION FOR NEW TRIAL** |

Now comes the United States of America, by and through its undersigned attorneys, and respectfully requests an extension of time to respond to Defendant's Supplemental Motion for New Trial (CR 505) and Defendant's Addendum to the Supplemental Motion (CR 541).

Counsel for the government require a 5-day extension of time to complete the government's response to Defendant's arguments in his Motion and Addendum, to provide record citations from this case and the Hendricks trial in Ohio, and to accurately cite and mark exhibits to the government's response. Accordingly, the government requests a short extension of time, to May 15, 2019, to respond to the Motion and Addendum.

Undersigned counsel have contacted counsel for Defendant, Daniel Drake, who stated the defense does not object to this motion.

Respectfully submitted this 10th day May, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/KRISTEN BROOK*
KRISTEN BROOK
JOSEPH KOEHLER
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Daniel Drake and Daniel Maynard

*s/Joseph E. Koehler*
U.S. Attorney's Office