# Exhibit 2

```
                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF OHIO
                      EASTERN DIVISION


UNITED STATES OF AMERICA,

          Plaintiff,          Case No. 1:16CR265
                              Akron, Ohio
     vs.                      Friday, March 9, 2018

ERICK JAMAL HENDRICKS,

          Defendant.


                    TRANSCRIPT OF TRIAL
            VOLUME 6, PAGES 822 THROUGH 1047
            BEFORE THE HONORABLE JOHN R. ADAMS
                UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:   Matthew W. Shepherd
                      Office of the U.S. Attorney - Cleveland
                      Carl B. Stokes U.S. Courthouse
                      801 Superior Avenue, West, Suite 400
                      Cleveland, Ohio 44113
                      (216) 622-3600

                      Mark S. Bennett
                      Office of the U.S. Attorney - Akron
                      2 South Main Street, Room 208
                      Akron, Ohio 44308
                      (330) 375-5716

                      Rebecca A. Magnone
                      U.S. Department of Justice
                      960 Pennsylvania Avenue, NW
                      Washington, DC 20530
                      (202) 353-9472

For the Defendant:    David L. Doughten
                      Attorney at Law
                      4403 St. Clair Avenue
                      Cleveland, Ohio 44103
                      (216) 361-1112
```

```
 1   A.   And I knew that by saying that, introducing the spy
 2   allegation or suspicion, I figured that that would probably
 3   elicit a reaction and it would probably get the person, the
 4   user of accepted, it would probably get him talking.
 5   Q.   And what did he tell you about his communications with
 6   that person?
 7   A.   He said he talked with him for six hours yesterday, on
 8   the previous day.
 9   Q.   And if we can move forward to page 49, please.
10        And is this further communications about Elton
11   Simpson?
12   A.   Yes.  The user of accepted said that Simpson told him
13   his whole life story.  And he spent -- and the user of
14   accepted spent the whole day talking to Elton Simpson.
15   Q.   What were the dates of those communications with Elton
16   Simpson?
17   A.   Beginning on April 23, and then it ended on the very
18   early morning of April 25, 2015.
19   Q.   Now, did you personally have any further communication
20   was him?
21   A.   No, not after April 25, 2015.
22   Q.   I now want to go back to page 42 of Exhibit 14.
23        THE COURT:  Counsel, why don't we take a break.
24   I think it's been a long period of time now.  We've gone
25   about an hour and -- well, not quite an hour and a half.
```

Case 1:15-cr-00205-RA-SRB Doc #: 01 Filed: 03/09/18 1 of 1. PageID #: 1587
Case 1:15-cr-00205-RA-SRB Document 550 Filed 05/17/16 Page 4 of 17
996

1  Q.  And the reference to a good solid protest, how did
2  that fit with the other things that you had been told by
3  accepted?
4  A.  It did not.  We had never discussed protests or First
5  Amendment speech or politics.  The mention of protest was
6  inconsistent with anything else we talked about up to this
7  point.  You think of a regular protest like a rally and a
8  verbal protest.
9  Q.  Move to page 185.
10     So what was your response to that?
11 A.  So I was confused by what he meant by a protest.  And
12 I suspected that he had an alternate meaning.  And so I
13 challenged him on this.  And I said, "Look, if we are
14 talking about doing any normal conventional protest, that
15 means we're going back on the grid."
16     And that's contrary to what he told me to do.  And
17 then I said, "Oh, freedom of speech don't mean nothing to
18 them," meaning, I was saying there's no value in doing a
19 verbal freedom of speech protest.
20 Q.  What was his response?
21 A.  So he clarified -- because I was kind of questioning
22 saying like I don't think I understand what you mean.
23     And so he came back and said that I should do a unique
24 one-man protest, which still seemed odd to me because who
25 does -- it's not conventional when you think of rallies and

|   |   |
|---|---|
| 1 | protests for just one man to do a unique protest. |
| 2 | Q. Move to page 186, please. |
| 3 | And what else happened in the conversation here? |
| 4 | A. Well, when he said -- when he introduced this concept |
| 5 | of doing a unique one-man protest, I responded by saying, "I |
| 6 | like it," and awe, "I get it now. I get what you're trying |
| 7 | to say. He said our brothers and sisters are going to laugh |
| 8 | at us." And then, "Ha, ha, ha, sounds like a road trip, |
| 9 | baby." And he responded with, "Indeed." |
| 10 | So I said basically make the news, meaning whatever |
| 11 | this intended unique one-man protest is, is probably going |
| 12 | to make the news. |
| 13 | And I was trying to get him an opportunity to clarify |
| 14 | by when he meant, because if he meant some peaceful |
| 15 | conventional protest, then this is his opportunity to |
| 16 | clarify to me what he intended. |
| 17 | Q. Did he state where he was at that time? |
| 18 | A. Baltimore, yes. |
| 19 | Q. Can we move to page 187. |
| 20 | And how did you respond then? |
| 21 | A. I just told him I had some research to do based on the |
| 22 | tasking that he gave me or based on his expressed interest |
| 23 | in someone doing something in Garland, Texas. I told him I |
| 24 | had some research to do. |
| 25 | Q. What did you think he meant by all of this at that |

Case 4:15-cr-00207-RAS-RB Document 550 Filed 05/17/16 Page 6 of 17
Case 4:15-cr-00207-RAS-RB Document 550-9 Filed 08/17/16 Page 6 of 17 592

1001

|  |  |
|---|---|
| 1 | Q. Go to page 196, please. |
| 2 | What did he tell you he was going to do then? |
| 3 | A. So then he told me, "I have to take my battery out for |
| 4 | awhile," like remove the battery from his cell phone, which |
| 5 | was -- he was telling me that he was going to be unavailable |
| 6 | online because his phone would not be functioning. |
| 7 | Q. Move to page 197, please. |
| 8 | And 198. |
| 9 | So on May 3, 2015, did you travel to Garland, Texas? |
| 10 | A. Yes. |
| 11 | Q. Prior to traveling, did you get -- do any prior |
| 12 | coordination with your superiors? |
| 13 | A. Yes. So with my chain of command and the office I was |
| 14 | working for, which is a separate field office, they approved |
| 15 | up through their highest ranking agent so my chain of |
| 16 | command, the other office I was working for and then the |
| 17 | Dallas field office also has a chain of command and they all |
| 18 | the way up the highest ranking agent in the Dallas field |
| 19 | office also was aware of my travel to Garland, Texas and |
| 20 | approved of it. |
| 21 | Q. What was your purpose in going to Garland? |
| 22 | A. So my purpose for going there, my operational goal was |
| 23 | to be able to demonstrate to the user of accepted that I was |
| 24 | following his guidance, that he gave me a tasking and I was |
| 25 | going to follow through with it. |

|  |  |
|---|---|
| 1 | So my goal was to go there, observe the event, take |
| 2 | pictures, and so when I later met him face-to-face, I could |
| 3 | pull up my phone and say, "Look it. I was there. Here are |
| 4 | the pictures. Here is the time I took them. Here is the |
| 06:54:13  5 | date I took many them. I can tell you about the weather |
| 6 | that day. I can tell you all the atmospherics that a person |
| 7 | who went there would see," and communicate that back to him |
| 8 | and my plan was to tell him that I went to execute this |
| 9 | solid one-man protest. And I was unable to, and so I would |
| 06:54:32 10 | have to, you know, not complete that task, but I got close. |
| 11 | I did the best I could. And I was -- I had planned to |
| 12 | use a security reason to say that it was not suitable for me |
| 13 | to execute the task. |
| 14 | Q.   Were you traveling in your undercover role? |
| 06:54:47 15 | A.   Yes. |
| 16 | Q.   So what does that mean if you're travelling in your |
| 17 | undercover role? |
| 18 | A.   So I had nothing that would identify me with the FBI, |
| 19 | so I had no badge or credentials or weapon or anything that |
| 06:54:58 20 | a regular agent would have. I did not. |
| 21 | Q.   And when you got down to Texas, did you link up with |
| 22 | somebody on the scene, law enforcement? |
| 23 | A.   Yes. So I was working for another field office, but |
| 24 | they put me in contact with a local FBI agent who was a task |
| 06:55:17 25 | force officer working for the FBI office in Dallas. And he |

|  |  |
|---|---|
| 1 | also worked for the Garland Police Department as well. |
| 2 | So he was my immediate point of contact. |
| 3 | And then by Email I was put in contact with the FBI |
| 4 | agent who was also in charge at the event. |
| 06:55:36  5 | Q. Did you make any contact with juba or Elton Simpson? |
| 6 | A. I did not. |
| 7 | Q. Did you travel with him? |
| 8 | A. No. |
| 9 | Q. Did you have -- at that time did you have any |
| 06:55:50 10 | knowledge of where he physically was? |
| 11 | A. I did not have definitive knowledge of where he was at |
| 12 | that time. |
| 13 | Q. So did you continue to communicate with accepted on |
| 14 | Wickr? |
| 06:56:03 15 | A. Yes. |
| 16 | Q. And if we look at page 198 of Exhibit 14, what are you |
| 17 | communicating? |
| 18 | A. So I announced that I arrived -- well, that I was |
| 19 | traveling to Garland, Texas and that I got there. You know, |
| 06:56:20 20 | he wanted to know -- he asked a couple times about where I |
| 21 | physically was at. |
| 22 | Q. If we can go to page 199, please. |
| 23 | And what did he indicate regarding the Arizona |
| 24 | brother? |
| 06:56:32 25 | A. I said, "By the way, I couldn't find the Arizona |

1  brother."

2  Q.   If we could go to page 200, please.

3       And so did you indicate when you arrived at the event?

4  A.   Yes.  The local time was 5:19 p.m. on May 3.

5  Q.   So during this actual event, where were you physically
6  located?

7  A.   I was in a parking lot across the street looking at
8  the event center.  I was placed there -- when I first got to
9  Dallas, I linked up with this Garland Police Department
10 officer who also worked full-time for the FBI.

11      So he drove me around.  He showed me the lay of the
12 land.  He explained to me what was happening.  I explained
13 to him what my purpose was for being there and what I
14 intended to do.  And he took me to a parking lot, a spot
15 where he positioned me and said this was a suitable place
16 for me to basically just sit there and operate on my phone.

17 Q.   Did you continue to communicate with accepted during
18 the event?

19 A.   Yes.

20 Q.   Please go to the next page.

21      What kinds of things did you discuss?

22 A.   Well, he wanted to know what it was like there.  And I
23 assume that he wanted to know about the security posture.
24 And so I provide him with some general observations that
25 were available to the public, anyone who was driving by the

|  |  |
|---|---|
| 1 | event or watching it in the news, perhaps, could make the |
| 2 | same observations. |
| 3 | And so I was giving him legitimate observations that |
| 4 | anyone in the public could make, so that it was believable |
| 06:58:07  5 | that I was there. |
| 6 | Q.   If we could go to the next page, please. |
| 7 | What did he tell you to do? |
| 8 | A.   He told me to buy a ticket and get pictures, or he |
| 9 | said I could maintain distance and just observe. |
| 06:58:22 10 | And if I were to "See that pig Pam, to make my voice |
| 11 | heard against her."  And, of course, "voice" is in quotation |
| 12 | marks.  And when he said, "That pig Pam," he was referring |
| 13 | to Pamela Geller. |
| 14 | Q.   When did you believe "voice" in quotation marks meant? |
| 06:58:39 15 | A.   Well, I was pretty sure it didn't mean literally to |
| 16 | make my voice heard.  And so he had some other intention |
| 17 | about what he wanted me to do and it was not verbal. |
| 18 | And so I inferred that he wanted me to attack her, you |
| 19 | know, use violence to target Pamela Geller. |
| 06:58:59 20 | Q.   And go to the next page, please. |
| 21 | And could we increase the size of this? |
| 22 | Did he start to ask you questions? |
| 23 | A.   He did.  He wanted to know about the security posture |
| 24 | there, particularly how many police officers, security |
| 06:59:20 25 | officers were there, how big it was, how many people were |

|   |   |
|---|---|
| 1 | corner. |
| 2 | So I drove to the left, down that main road at the |
| 3 | top. So from right to left. |
| 4 | Then I turn around and I intended to drive back. And |
| 07:11:53  5 | as I was doing my final drive-by of the event center, I was |
| 6 | going to take pictures of the event enter and in the process |
| 7 | of taking the pictures, I would probably catch a glimpse of |
| 8 | the police checkpoints, and then I intended in the future to |
| 9 | say, I was going into execute the attack; however, I |
| 07:12:09 10 | encountered these police checkpoints and I will couldn't do |
| 11 | it. I just waived off the attack." |
| 12 | Q. Before you go any further, can you just use your |
| 13 | finger and actually touch the screen and trace the road you |
| 14 | were just talking about? |
| 07:12:20 15 | A. Sure, so when I started moving in my car, I drove this |
| 16 | way and I was going down a hill and I did -- I looped back |
| 17 | around and came back up in that direction. |
| 18 | Q. Now, when you drove down on your first pass, were you |
| 19 | behind any cars? |
| 07:12:35 20 | A. No. Not that I recall. |
| 21 | Q. What happened when you got to the end of that road and |
| 22 | made the turn around you just described? |
| 23 | A. So I drove down a ways, drove downhill. |
| 24 | I then turned left into an empty parking lot to turn |
| 07:12:51 25 | turned around and just came back. |

|  |  |
|---|---|
| 1 | When I came back on the road, I ended up behind a |
| 2 | vehicle.  There was a vehicle right in front of me.  I was |
| 3 | driving behind that vehicle.  That vehicle was driving slow. |
| 4 | You know, it was driving in an abnormal way.  And I remember |
| 07:13:08  5 | thinking to myself that I would like to pass this car |
| 6 | because they're just getting in my way and they're |
| 7 | not -- they're driving slower than the speed limit. |
| 8 | And the nature of their driving, I remember thinking |
| 9 | to myself it seemed like an indecisive driver or perhaps |
| 07:13:21 10 | like a drunk driven or someone not driving normally. |
| 11 | And I wanted to pass them; however, I really couldn't |
| 12 | just by the nature of the road so I was kind of stuck behind |
| 13 | a slow driver. |
| 14 | And then we came up the hill and we encountered the |
| 07:13:37 15 | first access point into the parking lot for the convention |
| 16 | center. |
| 17 | And then -- would you like me to describe -- |
| 18 | Q.   Well, if you could stop there for just a moment. |
| 19 | What I would first like to do is pull up Government's |
| 07:13:51 20 | Exhibit 109. |
| 21 | Do you recognize -- actually let's do 110 first. |
| 22 | First, do you recognize Government's Exhibit 110? |
| 23 | A.   Yes, I do.  So this picture was taken with the |
| 24 | convention center to my left.  And this picture was taken |
| 07:14:08 25 | during my first drive-by, just came right out of the hotel |

|   |   |
|---|---|
| 1 | parking lot and convention center on my left. |
| 2 | Q. And what is that, if we can zoom in where there some |
| 3 | orange things in the center? |
| 4 | A. Yeah. So there's just orange traffic cones with what |
| 07:14:26 5 | appears to be two or three officers there. And they had |
| 6 | like a security checkpoint. And that was just one of the |
| 7 | two access points into the parking lot. |
| 8 | Q. And is this photo a fair and accurate depiction of |
| 9 | what you saw on May 3, 2015? |
| 07:14:42 10 | A. Yes. |
| 11 | Q. Again, did you take this photo? |
| 12 | A. Yes. |
| 13 | Q. If we could bring up Government's Exhibit 109. |
| 14 | What is Exhibit 109? |
| 07:14:52 15 | A. So I had turned around and was coming back to do my |
| 16 | second drive-by of the convention center. And I took this |
| 17 | picture, which is the same police checkpoint, which is also |
| 18 | the first access point into the parking lot for the |
| 19 | convention center. |
| 07:15:09 20 | And the car I was describing that I was kind of stuck |
| 21 | behind driving behind was off to kind of the center left of |
| 22 | the picture frame. And it was still in front of me. |
| 23 | So right about where you have the cursor. |
| 24 | Q. And can we enlarge sort of this section, please, over |
| 07:15:29 25 | to the left center? |

|  |  |
|---|---|
| 1 | Do you see what appears to be a shadow of anything |
| 2 | along the left side? |
| 3 | A. Yeah, and I suspect that that little small dark shade |
| 4 | of a color on the pavement of the street is actually the |
| 5 | shadow cast by the car that was in front of me. |
| 6 | Q. And is this also a fair and accurate depiction of what |
| 7 | you saw on May 3 of 2015? |
| 8 | A. Yes, that is exactly what I saw. |
| 9 | Q. And can we please go to Government's Exhibit 71, |
| 10 | again? |
| 11 | Where on this overhead map were those photos we just |
| 12 | saw, where did those take place? |
| 13 | A. Right, so I was taking pictures of this access point |
| 14 | to the parking lot. |
| 15 | Q. So what happened as you drove up behind this car next |
| 16 | to that access point? |
| 17 | A. So I observed the car pull off slightly to the side, |
| 18 | to the right on the road. |
| 19 | And then I saw the doors open.  I saw two men jump out |
| 20 | of the vehicle with assault rifles and opening fire and |
| 21 | engaging the officers at that police checkpoint. |
| 22 | Q. About how far away were you when this happened? |
| 23 | A. Maybe one or two car lengths behind them.  And as they |
| 24 | pulled off to the side of the road to stop and get out, I |
| 25 | was then trying to pass the car.  So I observed this while |

1    Do you see what appears to be a shadow of anything
2    along the left side?
3    A.    Yeah, and I suspect that that little small dark shade
4    of a color on the pavement of the street is actually the
07:15:44  5    shadow cast by the car that was in front of me.
6    Q.    And is this also a fair and accurate depiction of what
7    you saw on May 3 of 2015?
8    A.    Yes, that is exactly what I saw.
9    Q.    And can we please go to Government's Exhibit 71,
07:16:03  10   again?
11         Where on this overhead map were those photos we just
12   saw, where did those take place?
13   A.    Right, so I was taking pictures of this access point
14   to the parking lot.
07:16:16  15   Q.    So what happened as you drove up behind this car next
16   to that access point?
17   A.    So I observed the car pull off slightly to the side,
18   to the right on the road.
19         And then I saw the doors open.  I saw two men jump out
07:16:34  20   of the vehicle with assault rifles and opening fire and
21   engaging the officers at that police checkpoint.
22   Q.    About how far away were you when this happened?
23   A.    Maybe one or two car lengths behind them.  And as they
24   pulled off to the side of the road to stop and get out, I
07:16:54  25   was then trying to pass the car.  So I observed this while


     1    driving past them, you know, exiting the vehicle and opening

     2    fire with assault rifles.

     3    Q.    Did you expect that to happen?

     4    A.    Nope.

07:17:10  5    Q.    What was your immediate reaction?

     6    A.    My immediate reaction was to get out of the immediate

     7    area because there was a fire fight.  There was a shooting

     8    that was occurring between the police officers and the

     9    shooters, the attackers.

07:17:23 10          And my instincts trained that I need to do something

    11    in an official capacity to respond to a crime that I'm

    12    observing.

    13          I had no means to physically interdict the shooting.

    14    I had no weapon with me.  My vehicle was at a point where it

07:17:39 15    was passed the area of the attack so it wasn't like I could

    16    use my forward momentum of the vehicle to, you know,

    17    interdict the attackers.  That physically was not possible.

    18          And so my instinct, the best I can do right now is I

    19    can report what I'm seeing to report to law enforcement.

07:17:58 20    And I reached for my phone and I began to place an emergency

    21    phone call from my phone as I was very quickly driving away

    22    from the scene of the crime.

    23    Q.    What happened?

    24    A.    I was very quickly stopped by many police officers,

07:18:15 25    jumping into the road, and halting my vehicle.

|   |   |
|---|---|
| 1 | A.  Well, he wondered if they arrested me and then they |
| 2 | let me go. |
| 3 | Q.  And what did you tell him? |
| 4 | A.  I told him, no.  I told him basically I observed -- "I |
| 07:25:31  5 | saw it all.  I saw the whole attack happen.  However, I just |
| 6 | punched it," meaning I drove away quickly, and "I just got |
| 7 | out of there as fast as I could, but I did observe the |
| 8 | attack and I -- yeah, and I saw the attack." |
| 9 | Q.  If we can go to the next page, please. |
| 07:25:48 10 | And actually, can we go to page 7, please? |
| 11 | What did he indicate he thought had happened to you? |
| 12 | A.  Well, he said -- well, what he claimed was that "Up |
| 13 | until last night, I thought that was you, Wallahi," spelled |
| 14 | W-A-L-L-A-H-I, and it just means I swear by Allah. |
| 07:26:17 15 | And so he said up until last night he thought that was |
| 16 | me.  And I thought he was referring to the news.  At this |
| 17 | point, it was national news.  The attack was all over the |
| 18 | news.  And I assume he saw the news.  And that because he |
| 19 | saw the national news, he thought I was the one involved in |
| 07:26:34 20 | the attack. |
| 21 | Q.  And there's an indication that he was crying, so what |
| 22 | would he have been crying over? |
| 23 | A.  Well, because this -- the news said the attackers were |
| 24 | killed on the spot.  And so when he said, "I was crying and |
| 07:26:49 25 | Dua," which is D-U-A, that means he was crying while making |

Case 2:15-cr-00707-SRB Document 503-2 Filed 06/17/22 Page 17 of 17
Case 2:15-cr-00707-SRB Document 92 Filed 05/09/18 Page 17 of 17

1026

|   |   |
|---|---|
| 1 | prayers, presumably he was making prayers for me because I |
| 2 | had just been killed and that he was in pain of the |
| 3 | realization that I had been killed. |
| 4 | Q. Go to the next page, please. |
| 07:27:03  5 | And what does he advise that you do in the next |
| 6 | communication? |
| 7 | A. He told me to deactivate my Twitter account which is |
| 8 | kind of like going off the grid or laying low, and to |
| 9 | basically, you know, by deactivating that Twitter account |
| 07:27:25 10 | would mean that I would be erasing the connections that I |
| 11 | had with his Twitter account. |
| 12 | Q. Can we go to the next page, please. |
| 13 | There's a reference -- well, first, what did he tell |
| 14 | you during this set of communications? |
| 07:27:43 15 | A. Well, he said that "We still need to keep in contact. |
| 16 | We needed a mutual way to keep in contact." |
| 17 | And he said that "We needed to remain in contact |
| 18 | because after I added up the facts, I knew it wasn't you." |
| 19 | So I thought this was very important because he was doing |
| 07:28:00 20 | some mental math, and he was explaining what his mental math |
| 21 | was. He was saying, "Because I added up facts, I knew it |
| 22 | wasn't you." He had for foreknowledge that I was going to |
| 23 | be there and then he also indicated that he had |
| 24 | foreknowledge that Elton Simpson would be there. And he |
| 07:28:16 25 | previously said that Elton Simpson had another brother with |