# Exhibit 6

FD-302 (Rev. 5-8-10)

- 1 of 1 -

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry   05/15/2019

Special Agent (SA) Ryan T. Mullen reviewed a FBI Phoenix Field Office request for electronic monitoring, which was submitted by SA Amy L. Fryberger for approval on 04/09/2015. The request specified the type of electronic monitoring be video surveillance from a video camera located in the public area of a parking lot or walkway adjacent to the residence of interest located at 13850 North 19th Avenue, #219, in Phoenix, Arizona 85023. The request specified the video surveillance include the parking lot, the walkway to the residence and the residence itself. The request advised the video surveillance would not have any ability to view the inside of any residence unless same is exposed to the public (i.e. a door left open). Additionally, the request advised the video surveillance would not capture any area where there was a reasonable expectation of privacy nor would trespass be required to install. The request was approved by FBI Phoenix Field Office Supervisory Special Agent (SSA) Glenn S. Milnor on 04/09/2015 and approved by FBI Phoenix Field Office Assistant Chief Division Counsel (ADC) Matthew J. Greenberg 04/09/2015.

Additionally, SA Mullen reviewed documentation provided by the FBI Phoenix Field Office Electronic Surveillance Program specific to the video camera, which was installed with the objective of electronically monitoring the residence located at 13850 North 19th Avenue, #219, in Phoenix, Arizona 85023 as well as the adjacent parking lot and the walkway to the residence. The documentation indicated the video camera was started on 05/01/2015 at 13:26:40 and stopped on 05/04/2015 at 10:19:41.

| | |
|---|---|
| Investigation on ▮▮▮▮▮▮▮▮▮ | at Phoenix, Arizona, United States (In Person) |
| File # ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Date drafted 05/15/2019 |
| by MULLEN RYAN T | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.