# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br>     Plaintiff, <br> v. <br> Abdul Malik Abdul Kareem, <br>     Defendant. | CR 15-00707-1-PHX-SRB <br><br> **ORDER** |

Pursuant to the Stipulation to Extend Time to Reply to Supplemental Motion for New Trial (Doc. 551), and good cause appearing,

**IT IS ORDERED** granting the Stipulation. The deadline for Defendant to file a reply to the Supplemental Motion for New Trial is extended to **June 3, 2019**.

The Court finds excludable delay under 18 U.S.C. § 3161 from __ to __.

Dated this 21st day of May, 2019.

_____
Susan R. Bolton
United States District Judge