1  Daniel D. Maynard, No. 009211
2  **MAYNARD CRONIN ERICKSON**
   **CURRAN & REITER, P.L.C.**
3  3200 North Central Avenue, Suite 1800
   Phoenix, Arizona 85012
4  (602) 279-8500
5  dmaynard@mmcec.com

6  Daniel R. Drake, No.003781
7  **DRAKE LAW, PLC**
   4340 East Indian School Road, Suite 21-113
8  Phoenix, Arizona 85018
   (602) 881-5341
9  drakelawplc@gmail.com

10
   Attorneys for Defendant
11

12          **UNITED STATES DISTRICT COURT**

13              **DISTRICT OF ARIZONA**

14
   United States of America,              2:15-cr-00707-SRB
15
                  Plaintiff/Respondent,   **ABDUL MALIK ABDUL**
16                                         **KAREEM'S MOTION TO EXCEED**
        v.                                 **PAGE LIMITATION**
17
   Abdul Malik Abdul Kareem,
18
                  Defendant/Movant.
19

20          Defendant moves this Court to allow Defendant to file his Motion to Dismiss.

21  Under the Rules, a motion is limited to 17 pages.  Due to the nature of this case, the

22  voluminous record, the relationship of this trial with two other criminal cases and records,

23
24  undersigned counsel has exceeded that limitation by four pages, not counting the

25  certificate of service.  Therefore, undersigned counsel requests that the Court grant this

26

27                                          1
28

1   motion to allow the Motion to Dismiss to be filed.

2       Excludable delay under 18 U.S.C. § 3161 will not occur as a result of this motion

3   or an order based thereon.

4       RESPECTFULLY SUBMITTED this 4th day of June, 2019.

5

6   **MAYNARD CRONIN ERICKSON**          **DRAKE LAW, PLC**
    **CURRAN & REITER, P.L.C.**

7

8   /s/Daniel D. Maynard                 /s/Daniel R. Drake
    DANIEL D. MAYNARD                    DANIEL R. DRAKE

9
                        **CERTIFICATE OF SERVICE**
10

11      I hereby certify that on August 8, 2019, I electronically transmitted the attached

12  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

13  Notice of Electronic Filing to CM/ECF registrants:  AUSA Joseph E. Koehler and AUSA

14
    Kristen Brook.  Additionally, a copy was served upon Mr. Abdul Kareem by first class
15

16  letter, postage prepaid, at:

17      Abdul Malik Abdul Kareem #44126-408
18      FCI Florence
        Federal Correctional Institution
19      PO Box 6000
        Florence, CO  81226
20

21

22                                      /s/Daniel R. Drake
                                        Daniel R. Drake
23

24

25

26

27                                  2
28