Daniel D. Maynard, No. 009211
**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Suite 1800
Phoenix, Arizona 85012
(602) 279-8500
dmaynard@mmcec.com

Daniel R. Drake, No.003781
**DRAKE LAW, PLC**
4340 East Indian School Road, Suite 21-113
Phoenix, Arizona 85018
(602) 881-5341
drakelawplc@gmail.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>Abdul Malik Abdul Kareem,<br><br>Defendant/Movant. | 2:15-cr-00707-SRB<br><br>**ABDUL MALIK ABDUL KAREEM'S AMENDED MOTION TO EXCEED PAGE LIMITATION** |

Defendant moves this Court to allow Defendant to file his Motion to Dismiss. Under the Rules, a motion is limited to 17 pages. Due to the nature of this case, the voluminous record, the relationship of this trial with two other criminal cases and records, undersigned counsel has exceeded that limitation by four pages, not counting the certificate of service. Therefore, undersigned counsel requests that the Court grant this

1

motion to allow the Motion to Dismiss to be filed.

Excludable delay under 18 U.S.C. § 3161 will not occur as a result of this motion or an order based thereon.

RESPECTFULLY SUBMITTED this 8th day of August 2019.

| **MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.** | **DRAKE LAW, PLC** |
|---|---|
| /s/Daniel D. Maynard<br>DANIEL D. MAYNARD | /s/Daniel R. Drake<br>DANIEL R. DRAKE |

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants: AUSA Joseph E. Koehler and AUSA Kristen Brook.  Additionally, a copy was served upon Mr. Abdul Kareem by first class letter, postage prepaid, at:

>Abdul Malik Abdul Kareem #44126-408
>FCI Florence
>Federal Correctional Institution
>PO Box 6000
>Florence, CO  81226

/s/Daniel R. Drake
Daniel R. Drake