```
         FILED      ___ LODGED
     ___ RECEIVED   ___ COPY

           AUG 3 0 2019

     CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
     BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | CR 15-00707-1 PHX SRB |
|---|---|---|
| Plaintiff, | ) | **ORDER FOR WRIT TO ISSUE** |
| vs. | ) | |
| Abdul Malik Abdul Kareem, | ) | |
| Defendant. | ) | |

RCVD AUG30'19AM10:27
US MARSHALS SERVICE AZ

    IT IS ORDERED that the Clerk of this Court be and is hereby instructed to issue a Writ of Habeas Corpus to the Warden, FCI - Florence, or to his authorized Deputy to bring Abdul Malik Abdul Kareem, #44126-408, to the United States Courthouse at Phoenix, Arizona, Courtroom 502, for an Evidentiary Hearing on **October 15, 2019, at 9:30 a.m.**

    DATED this 30th day of August, 2019.

_____
Susan R. Bolton
United States District Judge

cc: USMS (2cut-mw 8/30/19)