# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 15-00707-1 PHX SRB |
| Plaintiff, | **WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| vs. | |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

RCVD AUG 30 '19 AM 10:27
US MARSHALS SERVICE AZ

TO THE WARDEN, FCI - FLORENCE:

You are commanded that you have the body of Abdul Malik Abdul Kareem, #44126-408, by the Federal Bureau of Prisons brought to the United States Courthouse, Phoenix, Arizona, for an Evidentiary Hearing on **October 15, 2019, at 9:30 a.m.,** before Judge Susan R. Bolton, Courtroom 502.

WITNESS the Honorable Susan R. Bolton, Judge of the United States Court for the District of Arizona and the Seal of said Court, this 30th day of August, 2019.

BRIAN D. KARTH, District Court Executive/Clerk of Court

BY: *Maureen Williams*
Maureen Williams
Courtroom Deputy