UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 13 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   17-10067 |
| Plaintiff-Appellee, | D.C. No. 2:15-cr-00707-SRB-1 District of Arizona, Phoenix |
| v. | |
| ABDUL MALIK ABDUL KAREEM, AKA Decarus Thomas, | ORDER |
| Defendant-Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   17-10118 |
| Plaintiff-Appellant, | D.C. No. 2:15-cr-00707-SRB-1 |
| v. | |
| ABDUL MALIK ABDUL KAREEM, AKA Decarus Thomas, | |
| Defendant-Appellee. | |

Before: Peter L. Shaw, Appellate Commissioner

Defendant's unopposed motion (Docket Entry No. 78) to stay appellate proceedings pending the district court's decision on the supplemental motion for a new trial and the motion to dismiss is granted.

The previously established briefing schedule is vacated.

Appellate proceedings are stayed until February 20, 2020.

On or before the expiration of the stay defendant shall file a status report and motion for further relief.

LBS 09-02-2019/Pro Mo

The briefing schedule will be reset in a future order.