MICHAEL BAILEY
United States Attorney
District of Arizona

KRISTEN BROOK
Arizona State Bar No. 023121
JOSEPH E. KOEHLER
Arizona State Bar No. 013288
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: kristen.brook@usdoj.gov
Email: joe.koehler@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-00707-01-PHX-SRB |
| Plaintiff, | |
| v. | **NOTICE OF ERRATA RE RESPONSE TO MOTION TO DISMISS** |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

The United States, through undersigned counsel, respectfully submits this Notice of Errata regarding its Response to defendant Kareem's Motion to Dismiss (CR 582.)

In the Response, the government stated: "The time limits in Rule 33 are jurisdictional. *United States v. Smith*, 331 U.S. 469, 472-74 (1947); *United States v. Walgren*, 885 F.2d 1417, 1426 (9th Cir. 1989). Therefore, this Court lacks jurisdiction over an untimely Rule 33 motion." (CR 582 at 2.)

The Supreme Court more recently explained that although its precedents used the term "jurisdictional" with reference to Rule 33 (and other rules), the central point of the prior decisions was that "when the Government objected to a filing untimely

| | |
|---|---|
| 1 | under Rule 37, the court's duty to dismiss was mandatory." *Eberhart v. United States*, 546 U.S. 12, 18 (2005). The Court went on to explain that Rule 33 sets forth "rigid," "inflexible," "claim-processing rules" that require dismissal of an untimely Rule 33 motion when the government raises a timely objection, but the government can waive untimeliness by failing to object before the deciding court reaches the merits. *Id*. at 13, 18-19. Therefore, although Rule 33 requires dismissal of an untimely motion, that requirement is a claim-processing rule, not a jurisdictional one. |

The government stands by its position that Kareem's Motion to Dismiss is untimely and respectfully requests the Court deny for that reason in addition to its lack of substantive merit.

Respectfully submitted this 13th day of September, 2019.

> MICHAEL BAILEY
> United States Attorney
> District of Arizona
>
> *s/ Kristen Brook*
> *s/ Joseph E. Koehler*
> KRISTEN BROOK
> JOSEPH E. KOEHLER
> Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to counsel for the defendant via the ECF system.

Daniel Drake & Daniel Maynard, Attorneys for Defendant

By: */s Joseph E. Koehler*