# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>  v.<br><br>Abdul Malik Abdul Kareem,<br><br>   Defendant. | CR-15-0707-SRB<br><br>**ORDER** |

Pursuant to the Defendant's Motion to Compel Production of Documents from Government and Expand Evidentiary Hearing and good cause appearing,

**IT IS ORDERED** granting the motion.

**IT IS FURTHER ORDERED** that the government produce the following witnesses at the hearing and, at least five days prior to the hearing, produce the following documents:

WITNESSES

1. Special Agent Stewart Whitson;

2. AUSA Joseph Koehler;

3. Special Agent Amy L. Fryberger;

4. Supervisory Special Agent Glenn S. Milnor;

5. Field Office Assistant Chief Division Counsel Matthew J. Greenberg;

6. Person at FBI the approvals for the pole cameras would have gone to after it was approved;

7. Person who installed pole cameras;

8. Anyone responsible for monitoring pole cameras;

9. Anyone who looked at the video from the pole cameras while they were operational or after they were taken down;

10. Person who took down pole cameras;

11. Person(s) responsible for storing video from pole cameras, possibly Shari McAllister or Rich Stoddard;

that the parties participate in a telephonic conference.

12. Person(s) who was responsible for any FBI investigation of Elton Simpson in Phoenix, Arizona, from December 1, 2014 through May 4, 2015;

13. Person who brought the existence of the pole cameras to the attention of the U.S. Attorneys' Office;

14. FBI case agent in U.S. v. Wahid.

DOCUMENTS

1. FBI Phoenix Field Office Request for electronic monitoring submitted by SA Amy L. Fryberger for approval on 4/9/15 concerning video cameras at 13850 N. 19th Avenue #219 in Phoenix, Arizona (referred to as "Request" or "pole cameras");

2. Document showing the approval of the Request by SSA Glenn S. Milnor on 4/9/15;

3. Documents showing the approval of the Request by ADC Matthew J. Greenberg on 4/9/15;

4. Any and all documents relied upon by SA Amy L. Fryberger to make the Request;

5. Documents stating the policy and procedures that had to be followed by an FBI agent in April 2015 in the FBI Phoenix Field Office to submit a request for electronic monitoring and to approve the request;

6. Any documents or work orders concerning the following

      a. installing the pole camera;

      b. removing the pole camera;

      c. monitoring the video from the pole camera;

7. Any documents concerning whether more than one pole camera was installed to monitor 13850 N. 19th Ave. location in April or May 2015;

8. Any documents concerning storing video from pole cameras

9. Any documents disclosing when the existence of the pole cameras was disclosed to:

      a. SA Whitson

      b. any SA in the Phoenix office of FBI;

      c. anyone from United States Attorneys' Office, Phoenix;

10. Any documents disclosing how and when the existence of the pole cameras were disclosed to AUSA Koehler or AUSA Brook; and,

11. Any documents regarding investigation of Elton Simpson, Nadir Soofi, and Abdul Malik Abdul Kareem between December 1, 2014 and May 4, 2015, inclusive.

**IT IS FURTHER ORDERED** the matters appropriate for inquiry at the evidentiary hearing are not limited to those circumstances surrounding the pole camera. The parties are directed to meet and prepare a joint witness list and exhibit list addressing all issues they wish to pursue at the hearing and file those joint lists at least five days prior to the hearing.