Daniel D. Maynard, No. 009211
**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Suite 1800
Phoenix, Arizona 85012
(602) 279-8500
dmaynard@mmcec.com

Daniel R. Drake, No.003781
**DRAKE LAW, PLC**
4340 East Indian School Road, Suite 21-113
Phoenix, Arizona 85018
(602) 881-5341
drakelawplc@gmail.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>Abdul Malik Abdul Kareem,<br><br>Defendant/Movant. | 2:15-cr-00707-SRB<br><br>**ABDUL MALIK ABDUL KAREEM'S EX PARTE REQUEST FOR ISSUANCE OF SUBPOENA** |

Defendant moves this Court, pursuant to Fed. R. Crim. P. 17(b) to issue a subpoena calling for FBI agent Shari McAllister to appear and give testimony at the evidentiary hearing in this case set for 9:00 am on October 15, 2019, in Courtroom 502, of the Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix, AZ 85003.

Defendant is indigent, having been found so by the Court on June 11, 2015.

1

Docket Report, minute entry. He is unable to pay the witness fees necessary to procure the witnesses attendance.

The witness's presence is necessary for an adequate defense. This Court set the evidentiary hearing to explore the circumstances surrounding the authorization for the pole camera, the reason for the existence of the pole camera, and the lack of disclosure of the pole camera video. Here are excerpts from the Court's oral pronouncements at an August 9, 2019 telephonic conference:

> THE COURT: I scheduled this telephonic conference in order to set an evidentiary hearing. I have reviewed the pending motion and supplemental briefing on the new trial, and I believe that an evidentiary hearing is appropriate, limited to the circumstances surrounding the pole camera footage that was just disclosed fairly recently.

\*   \*   \*

> I think that it's important for me to know the facts and circumstances around the authorization for the pole camera, the lack of disclosure of why -- of the pole camera's existence.

\*   \*   \*

> Obviously I'm concerned about the lack of disclosure of the pole camera footage, and I need to know and want to know more about that at an evidentiary hearing.

Counsel believes that during the summer of 2015, SA McAllister was a supervisor of electronic file storage (ELSUR or Electronic Surveillance Section) at FBI Phoenix with responsibility for acceptance, storage, access, and retrieval of electronic files. Her testimony would establish the procedures other agents used to submit electronic files for storage under her control, how they could access those files, and what records might exist that would show who delivered, searched for, or accessed the pole camera video files. Her testimony about the general procedures by which agents could submit and access electronic files under her control would indicate the ease or difficulty of agents knowing that such electronic files existed and accessing them, which is relevant to understanding how the existence of the might have been overlooked or purposely suppressed. The testimony of SA McAllister will show who had access to the pole camera video and how an agent could have found the existence of the video within the FBI file systems, and when. It should also disclose by name those agents who did submit and access the video, and the dates on which they did so.

Excludable delay under 18 U.S.C. § 3161 will not occur as a result of this motion or a ruling thereon.

RESPECTFULLY SUBMITTED this 27 day of September 2019.

| | |
|---|---|
| **MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.** | **DRAKE LAW, PLC** |
| /s/Daniel D. Maynard<br>DANIEL D. MAYNARD | /s/Daniel R. Drake<br>DANIEL R. DRAKE |

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants:

                                                /s/Stacey McClellan
                                                Stacey McClellan