IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>    v.<br><br>Abdul Malik Abdul Kareem,<br><br>       Defendant. | CR 15-00707-1-PHX-SRB<br><br>**ORDER** |

Pursuant to the Defendant's *Ex Parte* Request for Issuance of Subpoena as to Glen S. Milnor, and good cause appearing,

**IT IS HEREBY ORDERED** granting the *Ex Parte* Request for Issuance of Subpoena as to Glen S. Milnor (Doc. 599).

**IT IS FURTHER ORDERED** directing Defense counsel to provide the original subpoena (with Clerk seal) to the United States Marshal Service. The United States Marshal Service shall serve the subpoena on Glen S. Milnor.

Dated this 1st day of October, 2019.

_____
Susan R. Bolton
United States District Judge