# Exhibit 2

**Evidence Details**

|  |  |  |  |
|---|---|---|---|
| **Case:** | ▮▮▮▮▮▮ | **Item:** | 1D294 |

**Description:** (U) Original hard-drive containing pole camera recordings taken at 13850 N. 19th Ave., #219, Phoenix, AZ from 5/1/15 @ 13:26:40 to 5/4/15 @ 10:19:41.

**Location:** E03307008 – ELSUR 1, ELSUR STORAGE ROOM 1 (CRIMINAL)
E03307113 – ELSUR 1, UNIT104, ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮

**Barcode #:** E03438744
**Collected On:** 05/11/2015 12:00 AM USMST

| **Receipt Item #:** | None | **CATS ID #:** | None |
|---|---|---|---|
| **FBI Seizure #:** | None | **CATS Abandonment #:** | None |
| **Abandonment #:** | None | | |

**ELSUR Information**

**Collected By:** MARTINEZ SERENA M
**Others:** None
**Evidence Type:** Other
**Intercept Type:** Other
**Media Type:** Hard Drive          **Intercept Identifier:** N/A

**Original Type:** Original          **Surveillance Start:** 05/01/2015
                                     **Surveillance End:** 05/04/2015
                                     **Media Removed:** 05/11/2015

**ELSUR Copy Information**

**Number of Copies:** 1          **Requester:** MULLEN RYAN T
**Copy Date:** 08/21/2019 03:10 PM          **Creator:** MARTINEZ SERENA M
USMST
**Copy Comment:** (U) Agent review.
**Number of Copies:** 1          **Requester:** MULLEN RYAN T
**Copy Date:** 05/02/2019 04:44 PM          **Creator:** Lindsey Rachelle Hampton
USMST
**Copy Comment:** (U) To review.
**Number of Copies:** 1          **Requester:** MULLEN RYAN T
**Copy Date:** 01/24/2019 02:00 PM          **Creator:** MARTINEZ SERENA M
USMST
**Copy Comment:** (U) For discovery.

**Anticipated Disposition**

DESTROY on 05/04/2026

**Storage Information**

**Holding Office:** PHOENIX

**Finalized By:** MARTINEZ SERENA M          **Last Inventory:** 12/11/2018 12:00 PM USMST

**Chain of Custody**

**Shipping / Transfer Log**

**History**

**Acquisition Event Details**

**Acquisition Event:** (U) FBI surveillance video/pole camera recording

**Collected From:** (U) FBI Surveillance

**Receipt Given:** No

**Holding Office:** PHOENIX

**Evidence Log:** ▮▮▮▮▮▮▮▮
Serial 1176