**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** SUSAN R. BOLTON | **Date:** October 15, 2019 |
| **USA v. Abdul Malik Abdul Kareem** | **Case Number:** CR-15-00707-1-PHX-SRB |

**Assistant U.S. Attorney:** Kristen Brook and Joseph Koehler
**Attorney for Defendant:** Daniel Drake and Daniel Maynard, CJA
**Interpreter:** N/A
**Defendant:** ☒ Present  ☒ Custody

9:33 a.m.  This is the time set for Evidentiary Hearing.  Defense counsel invoke the Rule of Exclusion of Witnesses and the following witnesses are sworn:  Glenn Milnor, Jon-Todd Baker, Stewart Whitson, Amy Fryberger and Ryan Mullen.  **Defendant's case:**  Amy Fryberger is examined.  Exhibits 13 and 121 and 135 are admitted.  10:58 a.m.  Recess.

11:15 a.m.  Reconvene. Amy Fryberger is examined further.  Exhibits 12, 17, 19 and 116 are admitted.  Witness is excused. 12:09 p.m. Recess.

1:17 p.m.  Reconvene.  There being no objection by Defense counsel, Stewart Whitson will be called out of order. Amy Freyberg is examined further.   Without objection by Defense counsel, Exhibits 1 through 11, 14 through 16, 18 and 20 are admitted.  Witness is excused.  Stewart Whitson, previously sworn, is examined.  2:59 p.m.  Recess.

3:15 p.m.  Reconvene. Stewart Whitson is examined further.  Witness is excused. Jon-Todd Baker, previously sworn, is examined.  Witness is excused.

4:45 p.m.  Court stands at recess until 1:00 p.m., October 16, 2019.

**Recorded By** Laurie Adams
**Deputy Clerk** Maureen Williams