**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** SUSAN R. BOLTON | **Date:** October 18, 2019 |
| **USA v. Abdul Malik Abdul Kareem** | **Case Number:** CR-15-00707-1-PHX-SRB |

**Assistant U.S. Attorney:** Kristen Brook and Joseph Koehler
**Attorney for Defendant:** Daniel Drake and Daniel Maynard, CJA
**Interpreter:** N/A
**Defendant:**  ☒ Present   ☒ Custody

**Evidentiary Hearing (Day 3)**

1:31 p.m.  Reconvene.  Discussion held regarding Government's disclosure of three reports to Defense counsel this date, which have now been marked as Exhibit 187.  The Court having reviewed said exhibit and without objection by Government's counsel, Exhibit 187 is admitted.  Defense counsel request to re-call Glenn Milnor to the stand. Glenn Milnor, previously sworn, is examined further.  Witness is excused.  Closing arguments.  IT IS ORDERED taking this matter under advisement.

3:03 p.m.  Court is adjourned.

**Recorded By** Laurie Adams
**Deputy Clerk** Maureen Williams