```
                FILED      ____ LODGED
                RECEIVED   ____ COPY

                   NOV 0 5 2019

                CLERK U S DISTRICT COURT
                  DISTRICT OF ARIZONA
                BY _____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Abdul Malik Abdul Kareem,<br><br>   Defendant.<br><br>44126-408 | CR 15-00707-1 PHX SRB<br><br>**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**<br><br>RCVD AUG30'19AM10:26<br>US MARSHALS SERVICE A |

TO THE WARDEN, FCI - FLORENCE:

You are commanded that you have the body of Abdul Malik Abdul Kareem, #44126-408, by the Federal Bureau of Prisons brought to the United States Courthouse, Phoenix, Arizona, for an Evidentiary Hearing on **October 15, 2019, at 9:30 a.m.,** before Judge Susan R. Bolton, Courtroom 502.

WITNESS the Honorable Susan R. Bolton, Judge of the United States Court for the District of Arizona and the Seal of said Court, this 30th day of August, 2019.

BRIAN D. KARTH, District Court Executive/Clerk of Court

BY: *Maureen Williams*
Maureen Williams
Courtroom Deputy

---

This court order has been fully executed by the United States Marshals Service on *October 31, 2019*.
U.S. Marshal
By: [signature]