MICHAEL BAILEY
United States Attorney
District of Arizona

KRISTEN BROOK
Arizona State Bar No. 023121
JOSEPH E. KOEHLER
Arizona State Bar No. 013288
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: kristen.brook@usdoj.gov
Email: joe.koehler@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Abdul Malik Abdul Kareem,<br><br>　　　　　　　Defendant. | No. CR-15-00707-01-PHX-SRB<br><br>**RESPONSE IN OPPOSITION TO MOTION TO EXCEED PAGE LIMIT** |

　　　　The United States, through undersigned counsel, respectfully requests the Court deny Kareem's Motion Leave to File Excess Pages (CR 628).

　　　　The issues addressed in Kareem's Supplemental Post-Hearing Supplement to Motion to Dismiss and For a New Trial have been briefed more than sufficiently over the past 18 months. The Post-Hearing Supplement largely repeats previous briefing in the case. The information elicited during the hearing (about which the government disagrees with Kareem's characterization) simply does not justify an additional 26 pages of briefing.

　　　　Based on the foregoing, the United States respectfully requests the Court deny Kareem's Motion Leave to File Excess Pages.

1  Respectfully submitted this 5th day of December, 2019.

2  
3  MICHAEL BAILEY
United States Attorney
District of Arizona

4  *s/ Kristen Brook*
*s/ Joseph E. Koehler*
5  KRISTEN BROOK
JOSEPH E. KOEHLER
6  Assistant U.S. Attorneys

7  
8  CERTIFICATE OF SERVICE

9  I hereby certify that on the 5th day of December, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to counsel for the defendant via the ECF system.

10  
11  Daniel Drake & Daniel Maynard, Attorneys for Defendant

12  By:  */s Joseph E. Koehler*