Daniel D. Maynard, No. 009211
**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Suite 1800
Phoenix, Arizona 85012
(602) 279-8500
dmaynard@mmcec.com

Daniel R. Drake, No.003781
**DRAKE LAW, PLC**
4340 East Indian School Road, Suite 21-113
Phoenix, Arizona 85018
(602) 881-5341
drakelawplc@gmail.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States of America, | 2:15-cr-00707-SRB |
|---|---|
| Plaintiff/Respondent, | **MOTION FOR LEAVE TO FILE A MODIFIED RECORDING FROM THE POLE CAMERA RECORDING TAKEN AT 13850 N. 19TH AVE. #219, PHOENIX, ARIZONA** |
| v. | |
| Abdul Malik Abdul Kareem, | |
| Defendant/Movant. | |

      The Defendant, Abdul Malik Abdul Kareem ("Kareem") moves this Court to accept as an exhibit the attached DVD which is a modified recording from the pole camera recording at 13850 N. 19th Ave. #219, Phoenix, Arizona, from the evidentiary hearing that was held on October 16-18, 2019. FBI employees, at the direction of AUSAs Koehler and Brook, exported the video from a tape to the DVD that is enclosed. We are told by AUSA Koehler that the MP4 version of the file seems to work best on computers. A reviewer can rewind, fast-forward, and skip to portions within the video.

1

Lastly, the video camera does not get pointed toward the breezeway of the Simpson/Soofi apartment until 2:00 p.m. on May 1, 2015, approximately 33 minutes after the camera was activated and the video began recording.

The Government has stipulated to the filing of this motion.

RESPECTFULLY SUBMITTED this 16th day of December, 2019.

| **MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.** | **DRAKE LAW, PLC** |
|---|---|
| /s/Daniel D. Maynard<br>DANIEL D. MAYNARD | /s/Daniel R. Drake<br>DANIEL R. DRAKE |

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants:

/s/Stacey McClellan
Stacey McClellan