# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br>v.<br>Abdul Malik Abdul Kareem,<br>　　　　　Defendant. | 2:15-cr-00707-SRB<br>**ORDER** |

Pursuant to the Motion for Leave to File a Modified Recording of the Pole Camera Recording at 13850 N. 19th Ave. #219, Phoenix, AZ (Dkt. No. ____), and good cause appearing,

**IT IS ORDERED** granting the motion.

Excludable delay under 18 U.S.C. § 3161___ is found to commence on _____ for a total of _____ days.