MICHAEL BAILEY
United States Attorney
District of Arizona

KRISTEN BROOK
Assistant U.S. Attorney
Arizona State Bar No. 023121
JOSEPH E. KOEHLER
Assistant U.S. Attorney
Arizona State Bar No. 013288
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: kristen.brook@usdoj.gov
Email: joe.koehler@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR- 15-00707-01-PHX-SRB |
| Plaintiff, | |
| v. | **MOTION TO EXTEND TIME TO FILE MOTION FOR RECONSIDERATION** |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

Pursuant to L.R. Crim. 12.1 and L.R. Civ. 7.3, the United States of America, through undersigned counsel, respectfully moves for a seven-day extension of time to file a motion to reconsider the Court's order entering an indicative ruling with respect to Count 2 of the Second Superseding Indictment.  The Court's order (CR 460) issued on December 23, 2019.  The government was closed on December 24 and 25, 2019, and on January 1, 2020, and undersigned counsel were on leave much of the remaining time between December 26, 2019, and January 3, 2020.

The government is contemplating a motion to reconsider based on a very narrow legal issue and anticipates its motion will not exceed five pages in length.

Undersigned counsel have attempted to contact counsel for the defendant for their position on this request but have not yet received a response.

Based on the foregoing, the United States respectfully requests the Court enter an order granting a seven-day extension of the government's deadline file a motion for reconsideration, from January 6, 2020 to January 13, 2020.

Respectfully submitted this 6th of January, 2020.

> MICHAEL BAILEY
> United States Attorney
> District of Arizona
>
> *s/Joseph E. Koehler*
> KRISTEN BROOK
> JOSEPH E. KOEHLER
> Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to counsel for the defendant via the ECF system.

**Daniel Maynard and Daniel Drake, Attorneys for Defendant**

> By: */s Joseph E. Koehler*
> Joseph E. Koehler
> Assistant U.S. Attorney