MICHAEL BAILEY
United States Attorney
District of Arizona

KRISTEN BROOK
Assistant U.S. Attorney
Arizona State Bar No. 023121
JOSEPH E. KOEHLER
Assistant U.S. Attorney
Arizona State Bar No. 013288
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: kristen.brook@usdoj.gov
Email: joe.koehler@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR- 15-00707-01-PHX-SRB |
|---|---|
| Plaintiff, | |
| v. | **NOTICE** |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

The United States of America, through undersigned counsel, respectfully notifies the Court and counsel that the government will not be filing a motion for reconsideration regarding the Court's Order dated December 23, 2019.

Respectfully submitted this 10th of January, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/Kristen Brook*
*s/Joseph E. Koehler*
KRISTEN BROOK
JOSEPH E. KOEHLER
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 10th day of January, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to counsel for the defendant via the ECF system.

**Daniel Maynard and Daniel Drake, Attorneys for Defendant**

              By: *s/ Theresa A. Hanson*
                U.S. Attorney's Office