THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  CJVLR 5.4
(Rule Number/Section)

**LETTER OF INSTRUCTION**

To: Daniel D. Maynard, No. 009211
MAYNARD CRONIN ERICKSON
CURRAN & REITER, P.L.C.
3200 North Central Avenue, Suite 1800
Phoenix, Arizona 85012

Daniel R. Drake, No. 003781
DRAKE LAW, PLC
4340 East Indian School Road, Suite 21-113
Phoenix, Arizona 85018

Dated: 3-23-2020

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 0 2 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CR15-00707-PHX-SRB-001

Daniel and Daniel,

I am writing you this day to request that you file and submit this AFFIDAVIT OF FACTS that I have prepared on my behalf regarding my case and the events that took place. I will be sending the courts a courtesy copy of this letter of instruction and the AFFIDAVIT OF FACTS, letting them know what I am requesting of you to do for me on my behalf. Failure to do as I request will result in an ineffective assistance of counsel claim against you which is a violation of my Constitutional Right to have VI Amendment counsel. Furthermore I expect that this AFFIDAVIT OF FACTS to be filed and submitted within 10 days of your receipt of said document. Please let me know ASAP that this order has been fulfilled.

Respectfully your,
By: *Abdul Malik Abdul Kareem*
Abdul Malik Abdul Kareem

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

DATED: 3-23-2020

TO BE ADAPTED PURSUANT TO TITLE 28 USC §1746 (SWORN AFFIDAVIT OF FACTS)

"AFFIDAVIT OF FACTS"

I, Abdul Malik Abdul Kareem, Attest to the following:

1. I, Abdul Malik Abdul Kareem **never** gave weapons or firearms to Elton Simpson or Nadir Soofi to carry out the attack on the Draw Muhammad Contest in Garland, Texas on May 3, 2015.

2. I, Abdul Malik Abdul Kareem was **never** seen, photographed, or even surveillanced by **ANY** of the FBI's Investigation's team with Elton Simpson or Nadir Soofi prior to the attack that took place in Garld, Texas.

3. I, Abdul Malik Abdul Kareem was **never** shown to be in contact with Elton Simpson or Nadir Soofi through any Social Media accounts on the Internet like Facebook, Instagram, Twitter, **no** phone communications, or Text messages to include but not limited to Emails that the FBI's Investigation revealed that I was involved or even the "Mastermind" of the Draw Muhammad Contest in Garland, Texas on May 3, 2015.

4. Erick Hendricks on Social Media has posted and took **credit** for the attack that took place at the Draw Muhammad Contest in Garland, Texas on May 3, 2015.

5. Joshua Goldberg on Social Media has posted and took **credit** for the attack that took place at the Draw Muhammad Contest in Garland, Texas on May 3, 2015 by saying "You might know me from inspiring the attacks in Garland, Texas, where two Mujahideen entered an event mocking the Prophet Muhammad (PBUH) with intent to slaughter the Kuffar in it."

6. On May 4, 2015 during an interview of Ali Hamid Soofi stated "Simpson purchased his AK-47 off of Craig's List sometime in mid 2014 and and Nadir purchased his, also off Craig's List, about 2 or 3 months later. They each paid $700.00 for their AK-47. Simpson provided Nadir with the $700.00 to purchase Nadir's AK-47.

7. On June 16, 2015 during another interview with Ali Soofi stated "Ali Soofi identified Gun 1 and Gun 2 belonging to Elton Simpson. Gun 1 was the first gun which Elton Simpson purchased. It was a short AK-47 with no stock on it. Gun 2 the second gun which Elton Simpson purchased."

8. On September 25, 2015 during another interview with Ali Soofi stated "Utilizing Craig's List, Abdul Malik purchased Ibrahim's AK-47 for him and also purchased Nadir's AK." Soofi later goes on to say "that he was certain that both weapons were purchased by Malik. Malik purchased Ibrahim's AK-47 approximately 3 to 4 months after 2/13/2014,

the date Ali moved into the apartment, and purchased Nadir's approximately 2 to 3 months before the Garland attack."

9. On February 3, 2016 during another interview with Ali Soofi stated "KAREEM, who was present, stated' "I bought it'" and added '"We got it off Craig's List.'"

10. Upon my belief, in facts 8 and 9 which was the third and fourth time that Ali Soofi was interviewed he was instructed or persuaded by government officials to change his story from his initial interview on May 4, 2015 and his second interview on June 16, 2015 to which he stated that "Elton Simpson and Nadir purchased their AK-47 off Craig's List not Kareem."

11. On Trial date #5, February 23, 2016 Sergio Martinez stated in his question and answer at lines 20-24, Q."Who did you understand owned those guns." A."Soofi." Q. "Why did you understand it was Soofi's guns?" A. "He carried them in and he had mentioned that he bought one of the guns earlier that week."

12. The government continued to argue at trial that Abdul Kareem bankrolled Simpson's terrorist activities when it had reason to know that Nurse provided the funding based on its own investigation for the Draw Muhammad Contest in Garland, Texas.

13. Government statements during the trial of Erick Jamal Hendricks assert the two cases were linked. Now, in a judicial admission by a party opponent, the government has taken a different tack and has linked the two cases. During Hendricks' trial the government told the **jury** in opening statements that Hendricks' was **"unequivocally tied to this attack, "refering to the attack in Garland, Texas 3/8/18 RT 622."** This is not what this court heard previously from the government in Kareem's case.

14. After Kareem had severed much of his contact with his **former roommate** Simpson **years prior to the Garland, Texas attack**, Kareem did not tweet **nor** was he in contact with Muslim terrorists **nor ANY** Muslim terrorist sympathizers.

15. I, Kareem had **never heard** of the Cartoon drawing contest in Garland, Texas, nor had I provided **ANY** funds to Soofi and Simpson for their purchase of weapons or for their trip to Garland, Texas.

16. In an interview on January 15, 2014 with Simpson he stated "he might have viewed Inspire Magazine and even downloaded the Inspire Magazine on DT's computer to show (DT) what he (Simpson) found. Simpson said he might have done it a couple times on the DT computer."

17. Upon the governments Investigation into DT's computer the only information found was what Simpson stated and downloaded within facts #16.

18.   Due to the facts contained herein this AFFIDAVIT OF FACTS, that I, Abdul Malik Abdul Kareem is **Actually** and **Factually** **INNOCENT** and no evidence exists to the contrary absent the **INTRINSIC FRAUD** that was put forth by the UNITED STATES ATTORNEY(S), FBI and its Officers and Agents, HOMELAND SECURITY and its Officers and Agents but not limited to just these Agencies.

19.   The Documents, Papers, Records, Transcripts, all Discovery Items and the court Docket of this Court and its Commercial Case #CR15-707-PHX-SRB are **Prima Facia Evidence** that I, Abdul Malik Abdul Kareem am **Factually INNOCENT** and that I was **never** involved or even new about the plot that was being planned to take place by Simpson and Soofi on May 3, 2015 at the Draw Muhammad Contest in Garland, Texas.

Failure to respond **point by point** to this AFFIDAVIT OF FACTS with a AFFIDAVIT OF FACTS rebutting this one **point by point** within **30 days** of the date of this document will constitute your agreement to the **FACTS** contained herein. Furthermore upon Default Judgment that will be issued on this AFFIDAVIT OF FACTS will constitute and affectuate the release of Abdul Malik Abdul Kareem from your private debtor(s) prison within FEDERAL BUREAU OF PRISONS and over turn said conviction of Abdul Malik Abdul Kareem within **Ten (10)** days of the Default Judgment.

### AFFIRMATION

I, Abdul Malik Abdul Kareem declare under the penalty of perjury under the laws of the United States of America that the aforementioned is True and Correct to the best of my knowledge Bona fide, Sincere.

Executed this 23 day of MARCH 2020

By: /s/ Abdul Malik Abdul Kareem
Abdul Malik Abdul Kareem

CERTIFICATE OF SERVICE

I certify that a copy of this AFFIDAVIT OF FACTS and a LETTER OF INSTRUCTION was served by and through the USPS (US Mail) upon the named and listed individuals below.

Executed on this 23 day of MARCH, 2020.

By: *Abdul Malik Abdul Kareem*
Abdul Malik Abdul Kareem

Daniel D. Maynard, No. 009211
MAYNARD CRONIN ERICKSON
CURRAN & REITER, P.L.C.
3200 North Central Avenue, Suite 1800
Phoenix, Arizona 85012

Daniel R. Drake, No. 003781
DRAKE LAW, PLC
4340 East Indian School Road, Suite 21-113
Phoenix, Arizona 85018

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA
CLERK OF COURT
Sandra Day O'Connor United States Courthouse
401 West Washington Street, Room 130
Phoeniz, Arizona 85003

Abdul Malik Abdul Kareem
FCI Florence
Federal Correctional Institution
PO Box 6000
Florence, CO 81226



**RECEIVED**
APR 02 2020
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

CLERK OF COURT
UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUS. Suite 130
401 W. WASHINGTON ST. SPC-1
PHOENIX, AZ 85003-2118

Legal Mail

7018 2290 0000 3306 7981