# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| United States of America, | CR 15-00707-01-PHX-SRB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

Upon the motion of the United States of America, with no objection from defense counsel, and good cause appearing,

**IT IS ORDERED** granting the Government's motion to extend time to provide notice regarding the government's decision whether to re-try or dismiss Count 2 for a period of 45 days (Doc. 662).

**IT IS FURTHER ORDERED** extending the Government's deadline for providing notice from May 1, 2020, to **June 15, 2020.**

Dated this 29th day of April, 2020.

_____
Susan R. Bolton
United States District Judge