# Notice of Late appeal

To Clerk of Court

I the defendant Abdul Malik Abdul Kareem Case No. 2:15-CR-00707-SRB Present this Notice of late appeal due to my attorney's Daniel R Drake and Daniel D Maynard failure to properly file my Notice of appeal in a timely manner in this Court. I am asking and requesting that this Notice of late appeal be filed and enter into the record.

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete Copy was Mailed to The U.S. District Court District of Arizona / Ninth Circuit U.S. Court of appeals

December 28, 2020

Abdul Malik Abdul Kareem
Abdul Malik Abdul Kareem

---

FILED ☑ LODGED ☐
RECEIVED ☐ COPY ☐

JAN 04 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CivLR 5.4,7.1(b)(1),(2)
(Rule Number/Section)

Abdul malik Abdul Kareem
#44126408
FCI Phoenix
Federal Correctional Institution
37910 N 45th Ave
Phoenix, AZ 85086

JAN 04 2021

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

CLERK of U.S. District Court
401 W Washington
Phoenix, AZ 85003

85003-213099


7018 2290 0000 3307 2268
CERTIFIED MAIL