Daniel D. Maynard, No. 009211
**MAYNARD CRONIN ERICKSON**
**& CURRAN, P.L.C.**
3200 North Central Avenue, Suite 1800
Phoenix, Arizona 85012
(602) 279-8500
dmaynard@mmcec.com

Daniel R. Drake, No.003781
**DRAKE LAW, PLC**
4340 East Indian School Road, Suite 21-113
Phoenix, Arizona 85018
(602) 881-5341
drakelawplc@gmail.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  Plaintiff/Respondent,  v.  Abdul Malik Abdul Kareem,  Defendant/Movant. | 2:15-cr-00707-SRB  **REQUEST FOR STATUS CONFERENCE** |

Counsel for Defendant, Abdul Malik Abdul Kareem ("Kareem), request a status conference with the Court and the Government. The Court of Appeals has ordered that counsel submit a status report in 20-10155 by March 17, 2021, on matters in the district court. Pending in the district court is resentencing. The dismissal of Count 2, the concession of error in the original sentence, and related developments impact on the re-sentencing.

1

Mr. Maynard starts a trial before Judge Brnovich on March 9, 2021, in *Gary Wagner, et al v. Derek Adickman, et al.*, District Court Case No. 2:19-cv-3216-PHX-SMB. The trial is expected to last until March 12, 2021.

Undersigned counsel's office has spoken to Joseph Koehler, counsel for the Government, and he has no objection.

RESPECTFULLY SUBMITTED this 5th day of March, 2021.

| **MAYNARD CRONIN ERICKSON & CURRAN, P.L.C.** | **DRAKE LAW, PLC** |
|---|---|
| /s/Daniel D. Maynard<br>DANIEL D. MAYNARD | /s/Daniel R. Drake<br>DANIEL R. DRAKE |

### CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants:

/s/Stacey McClellan
Stacey McClellan