Daniel D. Maynard, No. 009211
**MAYNARD CRONIN ERICKSON**
**& CURRAN, P.L.C.**
3200 North Central Avenue, Suite 1800
Phoenix, Arizona 85012
(602) 279-8500
dmaynard@mmcec.com

Daniel R. Drake, No.003781
**DRAKE LAW, PLC**
4340 East Indian School Road, Suite 21-113
Phoenix, Arizona 85018
(602) 881-5341
drakelawplc@gmail.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 2:15-cr-00707-SRB |
| Plaintiff/Respondent, | **JOINT STATUS REPORT** |
| v. | |
| Abdul Malik Abdul Kareem, | |
| Defendant/Movant. | |

Counsel for Defendant, Abdul Malik Abdul Kareem ("Mr. Kareem), and the United States, file this status report in compliance with the Court's request made at the telephonic status conference on March 18, 2021. The Court requested the parties to submit a status report to the Court by April 2, 2021, regarding the logistics of transportation of Mr. Kareem for re-sentencing, and the logistics for witnesses the government might wish to call.

1

First, Mr. Kareem's counsel has learned that the U.S. Marshal can transport Mr. Kareem from FCI-Phoenix to the courthouse for re-sentencing. He would have to quarantine for 14 days before being transported to court, but the quarantine could take place at FCI-Phoenix. Mr. Kareem is willing to quarantine if it means he can be present for his re-sentencing.

Second, FCI-Phoenix and the District Court video teleconferencing systems are compatible; in fact, they are the same system, Cisco Telepresence, according to an aid to the warden at FCI and the VTC Coordinator for the District of Arizona. The defense would prefer to have Mr. Kareem transported actually rather than virtually.

Third, the defense does not object to the government presenting its witnesses via video teleconferencing, although it cannot speak to the compatibility of systems at the District Court and the place where government witnesses are located. The government is in communication with the Bureau of Prisons to make arrangements for its witnesses to appear via VTC

RESPECTFULLY SUBMITTED this 1st day of April, 2021.

**MAYNARD CRONIN ERICKSON & CURRAN, P.L.C.**

/s/Daniel D. Maynard
DANIEL D. MAYNARD

**DRAKE LAW, PLC**

/s/Daniel R. Drake
DANIEL R. DRAKE

**U.S. ATTORNEYS' OFFICE**

/s/Joseph E. Koehler
JOSEPH E. KOEHLER

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants:

/s/Stacey McClellan
Stacey McClellan