# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>   v.<br><br>Abdul Malik Abdul Kareem,<br><br>            Defendant. | 2:15-cr-00707-SRB<br><br>**ORDER** |

Upon motion of defendant Abdul Malik Abdul Kareem to compel disclosure regarding re-sentencing good cause appearing,

**IT IS ORDERED** granting the motion.

**IT IS FURTHER ORDERED** that the government should produce under seal the information requested by the defense no later than _____.

DATED this ____ day of September, 2021.

                                                      _____
                                                      United States District Judge