Daniel D. Maynard, No. 009211
**MAYNARD CRONIN ERICKSON & CURRAN, P.L.C.**
3200 North Central Avenue, Suite 1800
Phoenix, Arizona 85012
(602) 279-8500
dmaynard@mmcec.com

Daniel R. Drake, No.003781
**DRAKE LAW, PLC**
4340 East Indian School Road, Suite 21-113
Phoenix, Arizona 85018
(602) 881-5341
drakelawplc@gmail.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States of America, | 2:15-cr-00707-SRB |
|---|---|
| Plaintiff/Respondent, | **MOTION TO APPOINT MAUREEN BAIRD AS DEFENSE EXPERT** |
| v. | |
| Abdul Malik Abdul Kareem, | |
| Defendant/Movant. | |

Defendant Abdul Malik Abdul Kareem ("Mr. Kareem") moves the Court to appoint Maureen Baird ("Ms. Baird") as an expert based on her experience, training, and education in federal corrections. Her specialized experience will help the court understand the evidence and determine facts in evidence at the sentencing hearing.

Ms. Baird has an extensive history with the federal correctional system. She has been a warden at three U.S. Bureau of Prisons (BOP) facilities; U.S. Penitentiary

1

(USP), Marion, IL; Metropolitan Correctional Center (MCC), New York City, NY; and Federal Correctional Institution (FCI), Danbury, CT.  Her career in the BOP spanned 28 years, beginning as a case manager at FCI Danbury.  She has a Bachelor of Science in Justice and Law Administration from Western Connecticut State University.  She is a Senior Executive Service Member, and a member of the American Correctional Public Information Officer Association and the Association of Women Executives in Corrections.  Her qualifications are further set forth in her attached resume.

She will testify that she is familiar with policies and practices followed by the BOP, especially as it pertains to maintaining security in BOP facilities and protecting the public from inmates.  It is a general practice for law enforcement officers to meet with the warden of the facility either before or after meeting with an inmate of the facility to share any security concerns regarding for other inmates in the facility or others outside the facility. She will testify that had she been presented with information regarding threats by a BOP inmate to injure people outside a BOP facility of the nature contained in the government's 64 pages of disclosure regarding Mr. Kareem, she would have taken prompt action to increase security measures regarding the inmate, including enhancing phone monitoring, cell searches, and possibly placing him in the special housing unit or transferring him to a higher level of security such as a USP.

The fact that Mr. Kareem remained at FCI Florence, a medium level facility, and later was transferred to another medium level facility, FCI Phoenix, indicates to her that the BOP took no action to sanction Mr. Kareem based on the allegations contained in

the government's 64 pages of disclosure.  This suggests to her that the BOP did not view the threats as credible.

Mr. Kareem requests the Court to enter an order approving funds for Ms. Baird for her services at the rate of $225.00 per hour for 20 hours, for a total amount not to exceed $4,500.00 pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(e).  The total hours include reviewing government disclosures regarding the investigation into the alleged threats (approximately 1 hour for the 64 pages currently disclosed and future disclosures) and the BOP handling of Mr. Kareem.  Counsel for Mr. Kareem and the government have agreed that Ms. Baird's testimony may be presented via telephone to eliminate travel costs.  That would reduce the total bill for Ms. Baird's services.

RESPECTFULLY SUBMITTED this 13th day of September, 2021.

**MAYNARD CRONIN ERICKSON & CURRAN, P.L.C.**

By  /s/Daniel D. Maynard
    Daniel D. Maynard
    3200 North Central Avenue, Ste. 1800
    Phoenix, Arizona 85012
    Attorneys for Defendant/Appellant

**DRAKE LAW, PLC**

By  /s/Daniel R. Drake
    Daniel R. Drake
    4340 East Indian School Road
    Suite 21-113
    Phoenix, Arizona 85018
    Attorney for Defendant/Appellant

# CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants: AUSA Joseph E. Koehler and AUSA Kristen Brook. Additionally, a copy was served upon Mr. Abdul Kareem by first class letter, postage prepaid, at:

    Abdul Malik Abdul Kareem #44126-408
    FCI Phoenix
    Federal Correctional Institution
    37910 N 45th Ave
    Phoenix, AZ  85086

                                            /s/Rosalie Mobley
                                            Rosalie Mobley