# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR 15-00707-1-PHX-SRB___ |
| Plaintiff, | **ORDER** |
| v. | |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

With the consent of the Defendant, and to ensure the Defendant's presence at Re-Sentencing scheduled for October 19, 2021,

**IT IS ORDERED** that Defendant be sequestered, which may include the Special Housing Unit, starting October 5, 2021, which is fourteen (14) days prior to Defendant's scheduled hearing date.

**IT IS FURTHER ORDERED** that Defendant remain sequestered until the conclusion of the hearing. Counsel shall be provided telephonic access to Defendant during sequestration.

Dated this 1st day of October, 2021.


_____
Susan R. Bolton
United States District Judge