GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

KRISTEN BROOK
Arizona State Bar No. 023121
JOSEPH E. KOEHLER
Arizona State Bar No. 013288
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: kristen.brook@usdoj.gov
Email: joe.koehler@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-00707-01-PHX-SRB |
| Plaintiff, | |
| v. | **NOTICE REGARDING STATUS OF GOVERNMENT COUNSEL** |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

The United States of America respectfully informs the Court and defense counsel of the impending addition of a new Assistant United States Attorney (AUSA) to the case based on recent guidance from the DOJ Executive Office for United States Attorneys, Office of General Counsel (OGC).

As background, undersigned counsel originally consulted with their chain of command within the United States Attorney's Office for the District of Arizona (USA-AZ) and the Department of Justice (DOJ) Professional Responsibility Advisory Office (PRAO) after learning about Kareem's alleged statements about undersigned counsel. The conclusion of that consultation was that undersigned counsel would continue to represent the United States in this case and would notify the Court and defense counsel of the threats. On September 22, 2021, the defense filed a motion asserting the existence of a potential

conflict of interest on the part of undersigned counsel. In the course of responding to the recent defense motion, the USA-AZ consulted with OGC in the wake of that filing. The final conclusion of that consultation, received on October 13, 2021, likewise was that undersigned counsel do not have a conflict of interest in continuing to represent the United States in this case. That said, OGC advised undersigned counsel that, to fully ensure that there is no appearance of a conflict or bias, the government should consider having a different AUSA present the evidence and argument regarding the prisoner witnesses' allegations about Kareem's statements about undersigned counsel while incarcerated at FCI Florence. Therefore, in an abundance of caution, the government plans to have a new AUSA who was not a target of the alleged threats present that evidence and argument at sentencing.

The government recognizes this is a significant burden for the new AUSA and potentially for the Court and defense counsel in terms of the new AUSA's knowledge of the case and the relationship between the evidence from the prisoner witnesses and the trial evidence in the case. The government also understands that the Court set the sentencing date more than two months ago and that rescheduling the sentencing likely would impose a burden on the Court and defense counsel. As a result, the government will do everything it can to bring the new AUSA up to speed on the issues in time for the sentencing on October 19, 2021. At the same time, the government would not oppose a continuance if the Court finds the interests of justice so require.

Respectfully submitted this 14th day of October, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

 *s/Kristen Brook*
 *s/Joseph E. Koehler*
KRISTEN BROOK
JOSEPH E. KOEHLER
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to counsel for the defendant via the ECF system.

Daniel Maynard and Daniel Drake, Attorneys for Defendant

By: /s Joseph E. Koehler