1  GLENN B. McCORMICK
   Acting United States Attorney
2  District of Arizona

3  KRISTEN BROOK
   Arizona State Bar No. 023121
4  JOSEPH E. KOEHLER
   Arizona State Bar No. 013288
5  Assistant U.S. Attorneys
   Two Renaissance Square
6  40 N. Central Ave., Suite 1200
   Phoenix, Arizona 85004
7  Telephone: 602-514-7500
   Email: kristen.brook@usdoj.gov
8  Email: joe.koehler@usdoj.gov
   Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Abdul Malik Abdul Kareem,<br><br>Defendant. | No. CR-15-00707-01-PHX-SRB<br><br>**MOTION TO CONTINUE SENTENCING**<br><br>**(EXPEDITED CONSIDERATION REQUESTED)** |

The United States of America, through undersigned counsel, respectfully moves to continue the sentencing for a brief period of time to a date agreeable to the Court and defense counsel. As undersigned counsel recently informed the Court and defense counsel, a new Assistant United States Attorney (AUSA) is joining the case based on recent guidance from the DOJ Executive Office for United States Attorneys, Office of General Counsel (OGC). The new AUSA is reviewing the materials in the case in preparation for the upcoming hearing on October 19, 2021, and does not believe he can be fully prepared by that date. The reasons giving rise to this motion occurred only recently, and the motion is not for the purpose of delay.

The government respectfully requests expedited consideration of this motion. As the Court is aware, undersigned counsel committed to providing discovery regarding the

identity of the prisoner witnesses along with impeachment information for those witnesses on October 15, 2021. The disclosure is ready to go to the defense at this time. However, in the absence of a protective order regarding that information, it would be inappropriate to turn the information over this date if the hearing is to be continued because early release of the information would jeopardize the safety of the prisoner witnesses as more fully described in the government's response to Kareem's Motion to Compel Disclosure.

Undesigned counsel have contacted defense counsel regarding this motion, and defense counsel do not oppose the motion.

Excludable delay will not occur as a result of this motion or an order based thereon.

Respectfully submitted this 15th day of October, 2021.

GLENN B. McCORMICK<br>
Acting United States Attorney<br>
District of Arizona<br>
<br>
s/Kristen Brook<br>
s/Joseph E. Koehler<br>
KRISTEN BROOK<br>
JOSEPH E. KOEHLER<br>
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to counsel for the defendant via the ECF system.

Daniel Maynard and Daniel Drake, Attorneys for Defendant

By: /s Joseph E. Koehler