Daniel D. Maynard, No. 009211
**MAYNARD CRONIN ERICKSON & CURRAN, P.L.C.**
3200 North Central Avenue, Suite 1800
Phoenix, Arizona 85012
(602) 279-8500
dmaynard@mmcec.com

Daniel R. Drake, No.003781
**DRAKE LAW, PLC**
4340 East Indian School Road, Suite 21-113
Phoenix, Arizona 85018
(602) 881-5341
drakelawplc@gmail.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 2:15-cr-00707-SRB |
| Plaintiff/Respondent, | **MOTION FOR VIRTUAL TESTIMONY VIA TELEPHONE OR ZOOM** |
| v. | |
| Abdul Malik Abdul Kareem, | |
| Defendant/Movant. | |

The defense moves the Court for an order permitting it to present witnesses virtually through telephone or Zoom at the re-sentencing proceedings scheduled for October 19, 2021.

Counsel has spoken with Assistant U.S. Attorney Koehler regarding this motion. The government has no objection to the process that would allow the witnesses to testify

1

remotely or virtually, but the government reserves its right to challenge the relevance or appropriateness of the substance of the testimony.

No excludable delay under 18 US.C.§ 3161 will occur as a result of this motion or an order thereon.

RESPECTFULLY SUBMITTED this 18th day of October, 2021.

**MAYNARD CRONIN ERICKSON & CURRAN, P.L.C.**

**DRAKE LAW, PLC**

By /s/Daniel D. Maynard
Daniel D. Maynard
3200 North Central Avenue, Ste. 1800
Phoenix, Arizona 85012
Attorneys for Defendant/Appellant

By /s/Daniel R. Drake
Daniel R. Drake
4340 E Indian School Road
Suite 21-113
Phoenix, Arizona 85078
Attorneys for Defendant/Appellant

### MEMORANDUM

The defense wishes to call two lay witnesses and one expert witness in connection with the re-sentencing set for October 19, 2021. One witness is in Nevada, one in Minnesota, and the third in Connecticut. Remote testimony is already planned for use in this case with the government witnesses.

Permitting remote testimony of defense witnesses would make it easier for the witnesses to offer their testimony. Two are employed and the third is a foster parent for a three-month old. It would work a hardship on these witnesses to require them to testify in person, perhaps sufficient a hardship for them to seek some sort of relief from the

obligation to appear. Additionally, it would give the appearance of unequal treatment for government and defense witnesses.

The clerk's office has indicated that it has already set up a Zoom video call that present audio and video of the witnesses. The clerk can place non-testifying witnesses in a secure virtual waiting room queued up ready to testify when called. It also can share exhibits from the courtroom with the remote witnesses. They already have this set up for the prosecution witnesses, and could add the three defense witnesses, if permitted by the Court.

For the foregoing reasons, the defense moves the Court to order that the three defense witnesses may testify remotely in connection with the re-sentencing scheduled for October 19, 2021.

RESPECTFULLY SUBMITTED this 18th day of October, 2021.

**MAYNARD CRONIN ERICKSON & CURRAN, P.L.C.**

By  /s/Daniel D. Maynard
    Daniel D. Maynard
    3200 North Central Avenue, Ste. 1800
    Phoenix, Arizona 85012
    Attorneys for Defendant/Appellant

**DRAKE LAW, PLC**

By  /s/Daniel R. Drake
    Daniel R. Drake
    4340 East Indian School Road
    Suite 21-113
    Phoenix, Arizona 85018
    Attorney for Defendant/Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants: AUSA Joseph E. Koehler and AUSA Kristen Brook. Additionally, a copy was served upon Mr. Abdul Kareem by first class letter, postage prepaid, at:

>   Abdul Malik Abdul Kareem #44126-408
>   Central Arizona Florence Correctional Complex
>   P.O. Box 6300
>   Florence, AZ 85132

      /s/Rosalie Mobley
      Rosalie Mobley