# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>v.<br>Abdul Malik Abdul Kareem,<br>　　　　Defendant. | No. CR-15-00707-001-PHX-SRB<br>**ORDER** |

On October 15, 2021, the Government filed a Motion to Continue Sentencing (Doc. 733) requesting a continuance because a new AUSA will be participating in the resentencing hearing. The addition of the new AUSA resulted from guidance from the Justice Department presumably because of the September 22, 2021 defense filing of a Motion for Court to Evaluate Government Attorneys' Potential Conflict of Interest (Doc. 710). The Government responded to the motion on October 7, 2021 (Doc. 719) denying either a potential or actual conflict of interest. The Government's Motion to Continue states that defense counsel do not oppose the motion.

Defendant's resentencing is necessitated by this Court's December 23, 2019 indicative Order to reverse Defendant's conviction on Count 2 of the Second Superseding Indictment (Doc. 640). The pending appeals were voluntarily dismissed, the Court granted a new trial on Count 2 on April 30, 2020 (Doc. 664) and the Government subsequently elected to dismiss Count 2. Count 2 was dismissed on June 16, 2020 (Doc. 677). Resentencing was not immediately reset, in part, due to the COVID-19 pandemic and the

restrictions on in-person criminal proceedings that resulted.

On March 18, 2021, the Court held a telephonic hearing to discuss a resentencing date and to discuss the parties' intentions for an evidentiary hearing, which would include testimony from several federally incarcerated persons (Doc. 690). Because of the need to investigate the logistics involved in arranging for the witnesses' video appearances and the Defendant's appearance, no firm sentencing date could be set. A subsequent hearing was held on July 29, 2021 and resentencing was set for October 19, 2021 (Doc. 700).

In order to have the resentencing hearing and to hear the evidence the parties wish to present, arrangements have been made by the Court, the Government and the institutions where the witnesses are housed for video testimony. More importantly, Defendant has been held in isolation at Core Civic since October 5, 2021 (Docs. 713, 718) so that he can appear in person. In the Court's view, a further delay in resentencing is not warranted even though the new AUSA may not be as prepared as he would like. The time and effort already expended to allow this hearing to take place and the potential additional forced isolation of Defendant if this hearing is delayed outweighs the Government's desire for more time to prepare.

IT IS ORDERED denying Government's Motion to Continue Sentencing (Doc. 733).

Dated this 18th day of October, 2021.

_____
Susan R. Bolton
United States District Judge