# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>v.<br><br>Abdul Malik Abdul Kareem,<br><br>              Defendant. | 2:15-cr-00707-1-SRB<br><br>**ORDER** |

Upon motion of Defendant, there being no objection from the government, and good cause appearing,

**IT IS ORDERED** granting Defendant's Motion (Doc. 737).

**IT IS FURTHER ORDERED** that the defense witnesses may testify remotely or virtually using the same procedures currently in place for the government witnesses.

**IT IS FURTHER ORDERED** that defense counsel coordinate with the Clerk's Office to facilitate this process.

Dated this 18th day of October, 2021.

_____
Susan R. Bolton
United States District Judge