UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 22 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> ABDUL MALIK ABDUL KAREEM, AKA Decarus Thomas, <br><br> Defendant-Appellant. | Nos. 20-10155 <br>       21-10315 <br><br> D.C. No. 2:15-cr-00707-SRB-1 <br> District of Arizona, <br> Phoenix <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The court sua sponte consolidates Appeal Nos. 20-10155 and 21-10315.

In Appeal No. 20-10155, co-counsel Daniel R. Drake, Esq., has moved to withdraw and to appoint new co-counsel for Daniel D. Maynard, Esq., who is appointed counsel in both of these consolidated appeals. In Appeal No. 21-10315, appellant moves pro se for appointment of substitute counsel, asserting that he has a conflict of interest with counsel Maynard.

Counsel Drake's motion (Docket Entry No. 26 in Appeal No. 20-10155) is granted in part. Counsel Drake is granted leave to withdraw and the Clerk will remove him from the docket. The request to appoint new co-counsel is held in abeyance.

Appellant's pro se motion to substitute counsel (Docket Entry No. 4 in

Appeal No. 21-10315) has been served electronically on counsel Maynard. Within 21 days of this order, counsel Maynard must confer with appellant and file a response to appellant's pro se submission.

Briefing is stayed in these consolidated appeals pending further court order.

The Clerk will serve this order on former counsel Drake and appellant individually: Reg. No. 44126-408, FCI Phoenix, Federal Correctional Institution, 37910 N. 45th Ave., Phoenix, AZ 85086.