DONNA LEE ELM
Law Practice of Donna Elm
Arizona Bar No. 012127
1465 W. Wagon Wheel Rd.
Cottonwood, AZ 86326
(602) 299-7022
donnaelm1014@gmail.com
*Attorney for Defendant Abdul Kareem*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 2:15-cr-00707-SRB |
|---|---|
| Plaintiff, | **NOTICE OF SUPPLMENTAL AUTHORITY** |
| vs. | |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

The defendant, Abdul Malik Abdul Kareem, by and through his counsel, hereby provides this Honorable Court with supplemental authority regarding *Brady* disclosure obligations, providing additional grounds supporting his Motion to Compel *Brady* Disclosure and its Reply, Docs. 778 and 797.

In *United States v. Blanco*, 392 F.3d 382 (9th Cir. 2004), much of the cooperator's testimony had not been witnessed by agents nor recorded. Evidence that could impeach his *ipse dixit* was therefore material. The defense had been unsuccessful in securing the cooperator's impeachment evidence except for money payments. The government (as here) answered broad *Brady* cooperator demands with only select responses, and siloed its *Brady* review to the DEA rather than other involved agencies such as INS, thereby persisting in withholding full disclosure of the charges he avoided and the immigrations

1

visa he got. Finally, the defense had to demand all contacts between the cooperator and the agents to ensure the extent of the benefits. This relates to the instant demands for greater evidence as to Ali Soofi and Stefan Verdugo.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2024, I electronically transmitted the attached document to the Clerk's Office of the District Court in Phoenix, Arizona using the CM/ECF system for filing, and the following registered participants will thus be served by the CM/ECF system. I further certify that on this day I placed a printed copy of this motion in the U.S. Mails to go to Mr. Abdul Kareem at FCI Otisville.

Respectfully submitted on February 18, 2024.

DONNA LEE ELM

/s/ *Donna Lee Elm*
Donna Lee Elm
*Counsel for Defendant Abdul Kareem*